**Law Offices of Nick A. Alden**
**Nick A. Alden, Esq. (Bar No. 106957)**
**1380 Davies Drive**
**Beverly Hills, CA 90210**
**Tel.: (310) 275-6664**
**Direct: (310) 666-6793**
**Email: aldenlaw@yahoo.com**

**Attorneys for Plaintiffs Wilbur Williams Jr. M.D.,**
**Wilbur Williams, M.D., INC.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| **WILBUR WILLIAMS JR. M.D., an Individual; WILBUR WILLIAMS, M.D., INC. a California professional corporation,**<br><br>**Plaintiffs,**<br><br>-vs-<br><br>**CAROL LUCAS, Esq., an Individual; SEVANA PETROSIAN, an Individual; SALINA RANJBAR, an Individual, STAFORDE PALMER, an Individual; VANA MEHRABIAN, an Individual; PETROSIAN ESTHETIC ENTERPRISES LLC, a California Limited Liability Company; BUCHALTER, a Professional Corporation; WELLS FARGO BANK, N. A., a Federally Charter Corporation.**<br><br>**Defendants**. | CASE No.<br><br>1.  **Rescission of Contract;**<br>2.  **Conspiracy to Defraud Wire Fraud [18 U.S.C. 1343];**<br>3.  **Elder Financial Abuse**<br>4.  **Breach of Contract**<br>5.  **Declaratory Relief**<br>6.  **Negligence**<br>7.  **Breach of Fiduciary duty**<br>8.  **Violation B&P Code** |

Come Plaintiffs, Wilbur Williams Jr. M.D. ("Dr. Williams"), and Wilbur Williams, M.D., Inc., a California professional corporation ("Williams Inc." and collectively "Plaintiffs") and allege as follows:

## THE PARTIES

1.  Defendant, WELLS FARGO BANK, N.A., is a national commercial bank headquartered in Sioux Falls, South Dakota.

---

**INITIAL COMPLAINT**

*Dr. Williams v. Wells Fargo Bank*                    1

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6664; aldenlaw@yahoo.com

Law Office of Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

2.      Defendant, Hovanes Tonoyan, ("Tonoyan"), is, and at all time herein mentioned was the Branch Manager of Wells Fargo Bank ("WFB"), located in Glendale, California.

3.      Defendant, Sevana Petrosian,  ("Petrosian"), is, and at all time herein mentioned was, a resident of the County of Los Angeles, State of California.

4.      Defendant, SALINA RANJBAR, ("Ranjbar"), is, and at all time herein mentioned was, a resident of the County of Los Angeles, State of California.

5.      Defendant, VANA MEHRABIAN, ("Mehrabian"), is, and at all time herein mentioned was, a resident of the County of Los Angeles, State of California.

6.      Defendant, STAFORDE PALMER ("Palmer"), is, and at all time herein mentioned was, a resident of the County of Los Angeles, State of California.

7.      Defendants, Carol Lucas, Esq., ("Lucas"), an attorney member of the law firm of BUCHALTER, APC, is, and at all time herein mentioned was, a resident of the County of Los Angeles, State of California.

8.      Defendant, BUCHALTER, APC, is, and at all times herein mentioned was a Professional Corporation, organized and existing under the laws of the State of California.

9.      Defendant, Petrosian Esthetic Enterprises LLC ("PEE"), is, and at all times herein mentioned was, a Limited Liability Corporation, organized and existing under the laws of the State of California.

10.     Plaintiffs allege that at all times herein mentioned each of the defendants was the agent of each of the remaining Defendants, and in doing the things hereinafter alleged, was acting within the course and scope of such agencies and with the permission and consent of their co-defendants.

11.     Whenever in this Complaint an act or omission of a corporation or business entity is alleged, the allegation will be deemed to mean and include an allegation that the corporation or business entity acted or omitted to act through

---

**INITIAL COMPLAINT**

1  its authorized officers, directors, agents, servants, and/or employees, acting within
2  the scope of their duties, that the act or omission was authorized by corporate
3  managerial officers or directors, and that the act or omission was ratified by the
4  officers and directors of the corporation or business entity.

5  **JURISDICTION AND VENUE**

6  12.  The Court has jurisdiction over this controversy pursuant to 28
7  § 1332 as there is complete diversity of citizenship between the parties. Wells
8  Fargo Bank, N.A. ("WFB") is a national commercial bank headquartered in Sioux
9  Falls, South Dakota. Defendants are all California residents. Further, Defendants
10  are seeking Damages and defense costs from Wells Fargo Ban, N.A., of at least $11
11  million. Thus, the amount in controversy exceeds the sum or value of $75,000,
12  exclusive of interest and costs.

13  13.  Venue is proper in this Court pursuant to 28 U.S.C. §1391 given
14  that, upon information and belief, some or all of the Defendants are residents of
15  this District and a substantial part of the events giving rise to the claims at issue
16  occurred in this District.

17  14.  Subject matter jurisdiction is proper because the amount in
18  controversy, exclusive of interests and costs, exceeds the minimum jurisdictional
19  amount of this Court or about $11 million.  The complaint alleges Wire Fraud, in
20  violation 18 U.S.C. 1343, the taking of Plaintiff's property without due process, a
21  violation of the U.S. Constitution, 14th Amendment and Civil Elder Financial
22  Abuse, including some of the Defendants practicing medicine without a license.

23  **FACTS AND ALLEGATIONS COMMON TO ALL CLAIMS**

24  15.  This case involves a conspiracy between an attorney, Carol Lucas,
25  Esq., and her client to defraud Dr. Williams and his corporation, Williams Inc.
26  Pursuant to Code of Civil Procedure §1714.010, a prefiling petition was required
27  for an order allowing the filing of the lawsuit.

28  16.  On February 2, 2022, the Los Angeles Superior Court granted

28  *Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

---

**INITIAL COMPLAINT**

Plaintiffs petition, holding this case does not fall within the preview of the Code of Civil Procedure §1714.010. Therefore, Plaintiffs did not need permission from the Court to file the complaint. A true and correct copy of the two minute orders is attached as Exhibit "A."

17. In late 2013, Dr. Williams was 77 years and in very poor health. At that time, Dr. Williams and Defendant Petrosian (collectively the "Parties"), discussed the prospect of having Petrosian acts as the non medical manager of Dr. Williams's medical clinics ("Practice"), through her corporation PEE. A true and correct copy Dr. Williams medical condition is attached as Exhibit "B."

18. After agreeing to hire PEE as the non medical manager of his Practice, Dr. Williams and his accountant, Leila Aquino ("Aquino"), met with Petrosian and discussed the preparation of a contract. Aquino suggested a few reputable law firms to prepare the contract. Petrosian stated she already contacted a lawyer who agreed to represent both parties and prepare a fair Management Service Agreement ("MSA"). That attorney was later identified as Carol Lucas, Esq., ("Lucas") from the law firm of BUCHALTER, APC. Subsequently, Petrosian set up a meeting with Lucas to explain to Dr. Williams the terms of the MSA.

19. On April 12, 2014, Dr. Williams and Aquino met with Petrosian at Lucas's office ("April Meeting"). Lucas did not tell Dr. Williams that she did not represent him or she did not prepare the MSA. Nor did Lucas ask Dr. Williams if he was represented by counsel. This led Dr. Williams to believe Petrosian's representation that Lucas represented both parties and prepared the contract. This was also reinforced by Lucas statements and conduct during the meeting, leading Dr. Williams and Aquino to believe that Lucas prepared the MSA and represented both parties.

20. Petrosian had requested that Dr. Williams grant a power of attorney to PPE and allow her to sign checks to pay bills. Dr. Williams was reluctant to grant a power of attorney to Petrosian because he met her only few

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

---

**INITIAL COMPLAINT**

1    months earlier.

2        21.    At the April meeting, only two issues were discussed. Lucas

3    briefly explained the Corporate Practice of Medicine ("CPOM") laws and

4    immediately, moved to convince Dr. Williams that he has to grant Petrosian and

5    her corporation a power of attorney to sign checks to pay bills. Lucas told Dr.

6    Williams that, because it was part of the management company's responsibility to

7    collect patient payments, deposit them and pay the bills of the professional

8    corporation on behalf of the professional corporation, it is customary for

9    management companies to have a power of attorney that permits them to carry out

10   those functions.

11       22.    Believing that Lucas represented him and looking after his

12   interests, in reliance on Lucas recommendation, Dr. Williams granted the power of

13   attorney to PEE, allowed Petrosian to sign checks to pay the bills and signed the

14   MSA without reading it.   The MSA refers to Williams Inc., as "Group" and PEE as

15   "Company."  A true and correct copy of the Initial MSA is attached as Exhibit "C"

16   and incorporated herein by reference.

17       23.    In or about August 2014, Dr. Williams and Petrosian discussed

18   the opening of a bank account for the Practice. Petrosian insisted they open the

19   account at the Glendale Branch of Wells Fargo Bank ("WFB") because she has a

20   friend there who will give them good service.

21       24.    In or about September 15, 2014, Petrosian and Dr. Williams met

22   with Defendant Tonoyan, the Glendale Branch Manager of WFB.  Dr. Williams

23   told Tonoyan that Petrosian and Ranjbar, will be working for him and they should

24   be authorized to sign checks to pay bills. Tonoyan agreed and, on that basis,

25   proceeded to open the account for Williams Inc.   At that time, Dr. Williams

26   executed an application for the opening of the account and the "Certification

27   Regarding Beneficial Owners of Legal Entity Customers." Dr. Williams is

28   designated as the Beneficial Owner of Williams Inc. A true and correct copy of the

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

--------------------------------------------------------------------------------------------
**INITIAL COMPLAINT**

1    Application is attached as Exhibit "D" and the certificate of ownership as Exhibit

2    "E."

3         25.    Subsequently, Petrosian entered into a conspiracy with Tonoyan

4    to embezzle Plaintiffs' money. Instead of depositing the revenue from the Practice

5    into the account of Williams Inc., unbeknownst to Dr. Williams, Tonoyan opened

6    an account for Petrosian's corporation PEE.  During the period of 2014 through

7    Mid-2018, Petrosian deposited the income from the Practice in the PEE account.

8    After paying the bills, Petrosian and Ranjbar embezzled all the profit and

9    converted them to their own use.

10         26.    Starting in 2016 through 2018, Lucas, on behalf of Petrosian,

11    formed new corporations, named "Sev Laser Aesthetics  [name of location of the

12    clinic] LLC, ("LLC Corp.") and registered them with the California Secretary of

13    State.  A true and correct copy of the Articles of Incorporation is attached as

14    Exhibit "F" and incorporated herein by reference.

15         27.    During the years 2016 through 2018, the Practice  added seven (7)

16    new clinics.  Unbeknownst to Dr. Williams, in violation of article 11 of the MSA,

17    Petrosian took the leases under LLC Corp.[1]  Nevertheless, among other things, the

18    rent, utilities and taxes were paid by the Practice.

19         28.    During the years 2016 through 2018, Dr. Williams entered into

20    an MSA with each of the seven LLC Corp., to act as the non medical manager of

21    the new clinics.  The MSAs were executed by Dr. Williams, referred to in the MSA

22    as "Group," and Petrosian on behalf of the LLC, referred to in the MSA as

23    "Company." In reliance on Petrosian's representation that the new seven MSAs

24

25    --------------------------------

26    [1]  Article 11 provides in pertinent part: "The sole function of Company
      hereunder is to provide all Company Services in a competent, efficient and

27    satisfactory manner. Company shall not, by entering into and performing its
      obligations under this Agreement, become liable for any of the obligations,

28    liabilities or debts of Group not related to Group's services hereunder, unless
      otherwise specifically provided for under the terms of this Agreement."

Law Office of Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

**INITIAL COMPLAINT**

1    were identical to the initial MSA executed on April 12, 2014 and they were

2    prepared by Lucas, Dr. Williams executed those MSAs without reading them. A

3    true and correct copy of one of the Second Set of MSA is attached as Exhibit "G"

4    and incorporated herein by reference.

5        29.    In 2018, the California medical board somehow found out that

6    the income of the Practice was been deposited in PEE and instructed Dr. Williams

7    to deposit the income from the Practice in a bank account of his professional

8    corporation.[2]

9        30.    In Mid-2018, Dr. Williams opened a bank account for each clinic

10   under Williams Inc., at WFB. At that time, the Practice also added two more

11   managers, Vana Mehrabian (Mehrabian") and Staforde Palmer ("Palmer").  Dr.

12   Williams authorized Tonoyan to allow them to sign checks to pay the bills of the

13   Practice.

14       31.    Exhibit "A" of the MSA between Williams Inc., and PEE [Exhibit

15   "C"], as well as the second set of seven LLC Corp. MSAs [Exhibit "G"], provide that

16   for its services, Company "[shall be entitled its actual out-of-pocket costs in

17   providing its services, plus an amount equal to 15% of such amount (the

18   "Management Fee"), which the parties agree represents the fair value of the goods

19   and services furnished by [Esthetics Enterprises] hereunder."  However, Petrosian

20   took about fifty-eight (58%) percent of the gross-income or about $11,6 million.

21       32.    To justify the embezzlement of the $11.4 million, Lucas and

22   Petrosian concocted a scheme according to which, Lucas prepared a third set of

23   seven new MSAs between PEE, owned by Petrosian, and each of the LLC Corp.,

24   also owned by Petrosian.  The MSAs were executed by Petrosian, as Manager, and

25   Petrosian as, Company. Dr. Williams learned about the existence of the MSAs

26   between PEE and the LLC Corp., after the termination of the relationship, when

27

28

Law Office of Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

---

[2]  The CPOM Laws prohibits a medical clinic from operating as an LLC corporation.

**INITIAL COMPLAINT**

*Dr. Williams v. Wells Fargo Bank*

1  Lucas emailed a copy to Plaintiffs' counsel. A true and correct copy of one of the

2  seven contracts is attached as a sample as Exhibit "H" and incorporated herein by

3  reference.

4          33.    Under the new seven MSAs [Exhibit "H"], Petrosian collected

5  $25,000.00 a month from each clinic, or $300,000.00 a year per clinic, or $2.1

6  million a year for the seven clinics, for he use of the website "sevlaser.com." This

7  website was registered on September 2013, to be used in connection with the start

8  of operation on April 12, 2014. The cost of the registration of the website was less

9  than $100.00 and any notoriety acquired by the website accrued during the six

10  years of operation of Dr. Williams's Practice. On July 16, 2019, after the dispute

11  erupted, Petrosian recorded the website as a trademark on her name.[3] A true and

12  correct copy of the Trademark purchase and registration is attached as Exhibit "I"

13  and incorporated herein by reference.

14          34.    Pursuant to the conspiracy between Petrosian and Tonoyan, WFB

15  issued to Defendants checks without the account number printed on them (Blank

16  Checks") and a rubber stamp bearing the forged facsimile signature of Dr.

17  Williams. The ruber stamp was not authorized by Dr. Williams nor did he know

18  about its issuance or use. The rubber stamp was not in conformity with signature

19  card, and was issued in furtherance of the conspiracy to mask the identity of the

20  person issuing the check. Using the right to sign checks, Petrosian and her co-

21  defendants, Mehrabian, Ranjbar. and Palmer (Collectively the "Petrosian

22  Defendants") embezzled about $11 million.[4]

23

24          [3]  In the registration of the trademark, Petrosian declared that she has been

25  using this trademark since December 3, 2012. [Exhibit "I," page 5. However,

26  exhibit "I," page 1, show that she registered the domain on September 18, 2013.

27          [4]  In *Zengen, Inc. v. Comerica Bank* (2007) 41 Cal.4th 239 the California

28  Supreme Court held: "So long as the checks drawn on the account are signed in

conformity with the signature card, and absent any knowledge of a

misappropriation, the bank is free from liability for honoring a check drawn in

Law Office of Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

**INITIAL COMPLAINT**

35.    The wire transfer requires an agreement that is different from the implied contract created when the depositor open the account and execute the signature card.[5] Over a period of 2018 through 2020, WFB allowed the Petrosian Defendants to make thousands of fraudulent wire transfers from the accounts of Williams Inc., to their respective account at WFB.

36.    Vantic Ecommerce LLC ("Vantic"), is a credit card company used by the Practice to collect its fees for the services rendered. Vanic then deposits the amounts collected into the bank accounts of Williams Inc.  For the year 2018, Vantic issued to Willams Inc., an IRS Form 1099K, showing that, during the year 2018, the Practice collected payments by credit cards in the sum of $1,294,456.56. That year, Dr. Williams received about $145,000.00 which Petrosian represented to be the profit from operation.  A true and correct copy of the IRS Form 1099K is attached as Exhibit "J."

37.    In January 2020, Vantic issued to the Practice an IRS Form 1099K, showing that, during the year 2019, the Practice collected payments by credit cards in the sum of $7,563,876.28.  That year, Dr. Williams received about $155,000.00, which Petrosian represented to be the profit from operation.  A true and correct copy of the IRS Form 1099K is attached as Exhibit "K" and

breach of trust. (Fin. Code, §§ 952, 953; *Desert Bermuda Properties v. Union Bank* (1969) 265 Cal.App.2d 146, 150-153 [71 Cal.Rptr. 93].)"

[5]    "The relationship of bank and depositor is founded on contract," (*Barclay Kitchen, Inc. v. California Bank* (1962) 208 Cal.App.2d 347, 353 [25 Cal.Rptr. 383]) which is ordinarily memorialized by a signature card that the depositor signs upon opening the account. (2 Cal. Commercial Law (Cont.Ed.Bar June 1992 update) §§ 8.1 to 8.3, p. 143.)  "The contract entered into when a depositor opens a general checking account at a bank is usually an implied one. (See *Glassell Dev. Co. v. Citizens Nat. Bank*, 191 Cal. 375, 379 [216 P. 1012, 28 A.L.R. 1427]; 7 Am.Jur. 286.) Custom and usage in the business of banking may be part of a contract of deposit if such custom or usage is reasonable and does not contravene any principle of law. (See *Davis v. First Nat. Bank of Fresno*, 118 Cal. 600, 602 [50 P. 666].)

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6664; aldenlaw@yahoo.com

-----------------------------------------------------------------

**INITIAL COMPLAINT**

1  incorporated herein by reference.

2      38.    Stunned by this revelation, in February 2020 Dr. Williams

3  consulted an attorney.  Subsequent, Dr. Williams, with the help of his accountant,

4  obtained the bank statements of Williams Inc., for the year 2019. These bank

5  statements show a total income from all the Practice during the year 2019 was in

6  excess of $10.2 million. Plaintiffs estimate the profits from the Practice during the

7  year 2019, at about $6 million. This amount was embezzled by the Petrosian

8  Defendants and Tonoyan.

9      39.    In mid-February, 2020, Plaintiffs hired an attorney.  After

10  review of the MSA, counsel determined that the contract was one sided in favor of

11  Petrosian and unconscionable.  It was then decided to terminate the relationship.

12      40.    On February 17, 2020, the Parties mutually agreed to terminate

13  their relationship on May 1, 2020. later advanced to April 30, 2020.

14      41.    After the termination of the relationship, Petrosian, who is not

15  license to practice medicine, took over the Practice, its equipment, Patients and

16  Employees, without compensation, and denied Dr. Williams access to the Practice.

17  At that time the Practice was generating about $13 million a year.  Petrosian hired

18  a medical Director for the clinics.   Petrosian took over Dr. Williams practice

19  without compensation, a violation of the Federal Constitutions which preclude the

20  taking of "life, liberty, or property" without due process. (U.S. Constitution, 14th

21  Amend.)

22      42.    An article published by the California Medical Board website

23  provides in pertinent part that: "The following types of medical practice ownership

24  and operating structures also are prohibited:

25          a.    Non-physicians owning or operating a business that offers

26              patient evaluation, diagnosis, care and/or treatment.

27          b.     Physician(s) operating a medical practice as a limited

28              liability company, a limited liability partnership, or a

Law Office of Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6664; aldenlaw@yahoo.com

----------------------------------------------------------------------------------------------------

**INITIAL COMPLAINT**

general corporation......

   c.   A physician acting as "medical director" when the physician does not own the practice. For example, a business offering spa treatments that include medical procedures such as Botox injections, laser hair removal, and medical microdermabrasion, that contracts with or hires a physician as its "medical director."

   d.   In the examples above, non-physicians would be engaged in the unlicensed practice of medicine, and the physician may be aiding and abetting the unlicensed practice of medicine.

A true and correct copy of an article published in the website of the California Medical Board is attached as Exhibit "L" and incorporated herein by reference.

43.   On September 24, 2020, after the termination of the relationship, Lucas filed a declaration in a related case, denying ever representing Dr. Williams and/or his corporation and denied preparing the contract. A true and correct copy of the declaration of Lucas is attached as Exhibit "M," ¶¶ 3, 5 and incorporated herein by reference.

44.   Lucas also declared: "BUCHALTER never entered into an engagement agreement with or sent any bills to Dr. Williams or his corporation and has never received any payments from any account of Dr. Williams or his professional corporation." [Exhibit "M," p. 3:16-18].

45.   Paragraph 13.5 of the Initial MSA [Exhibit "C"] provides:

"**Notices**. All notices, demands and other communications given or delivered under this Agreement shall be in writing and shall be deemed to have been given when personally delivered, emailed, mailed by first class mail, return receipt requested, or delivered by express courier service. Notices, demands and communications shall, unless another address is specified in writing, be sent to the

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

---

**INITIAL COMPLAINT**

*Dr. Williams v. Wells Fargo Bank*

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6664; aldenlaw@yahoo.com

address or telecopy number indicated below . . . **With a copy (which shall not constitute notice) to: Buchalter Nemer 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017, Attn: Carol K. Lucas, Esq."** This paragraph is repeated in at least 15 different MSAs. [Bold Aded].

46.    After the termination of the relationship, Lucas produced to Plaintiffs' counsel, the bank statements of PPE, where Petrosian deposited the income of the Practice during the period of 2014-Mid-2018. Two of the bank statements inadvertently produced by Lucas show that, on January 25, 2017, the sum of $4,256.62 was wired to the law office of BUCHALTER. On December 13, 2017, the sum of $3,731.00 was wired to the law firm of BUCHALTER. Some of the bank statements from the years 2014-2016 were missing, but Lucas refused to produce them.  It is believed that those statements were withheld because they show payments of legal fees to Lucas and/or BUCHALTER.  A true and correct copy of the bank statement is attached as Exhibit "N," Pp. 4, 8, and incorporated herein by reference.

47.    On April 29, 2020, Petrosian produced a profit and loss statement for the Glendale and West Hollywood facilities for 2018.  This statement shows that the Legal fees of the Practice were $29,734.50 in 2018. Lucas was the only attorney involved with the Practice.  A true and correct copy of the statement is attached as Exhibit "O" and incorporated herein by reference.

48.    Exhibit "O," provides that the gross-income was $1,422,616.00, and the net profit was $532,936.93, but Petrosian represented to Dr. Williams that the profit from operation of the Practice was only about $145,000.00. After the termination of the relationship, it was discovered that the income for 2018, was in fact $3.8 million.  The discrepancy was due to the fact that Petrosian used an undisclosed second credit card company.

49.    Dr. Williams execution of the MSA was induced by Lucas and Petrosian's false representations. Therefore, all the MSAs are null and void *ab*

---------------------------------------------------------------------------------------------------
**INITIAL COMPLAINT**

*initio* and Plaintiffs have been damaged in the sum to be proven at trial, which exceeds the minimum jurisdictional amount of the Court and is estimated at about $11.5 million or more. Since the termination of the relationship Petrosian took over Dr. Williams's Practice generating $13 million a year. Dr, Williams claim that those profits belong to him.

## FIRST CAUSE OF ACTION FOR RESCISSION

### Plaintiffs Against Petrosian and Esthetic Enterprises

50.    Plaintiffs repeat, replead, and reallege the allegations contained within paragraphs 1 through 49 of this Complaint, and by this reference, incorporate the same as fully set forth at length.

51.    In or about April 2014, Petrosian falsely and fraudulently represented to Dr. Williams that an attorney, Carol Lucas, Esq., ("Lucas"), from the BUCHALTER, APC, agreed to represent both parties and prepared a contract fair to both sides.

52.    At the meeting of April 12, 2014, with Lucas did nothing to dispel Petrosian's representations. To the contrary, she reinforced them and led Dr. Williams to believe that Petrosian's representations were true. Lucas concentrated her discussion as to the importance of giving Petrosian and her corporation a power of attorney. Lucas made it clear to Dr. Williams that Petrosian must have the right to sign checks to fulfil the function of the manager of the Practice. Lucas's conduct and statements during the April 2014-meeting, led Dr. Williams to believe Petrosian's representations, that Lucas was in fact representing him and his corporation and their interests. In reliance on that believe Dr. Williams succumbed to Lucas pressure and agreed to grant the power of attorney to Petrosian and her corporation and executed the MSA without reading it.

53.    At the time of the meeting, Lucas knew, but failed to disclose to Dr. Williams that paragraph 4.2 of the MSA is much more extensive than just

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6664; aldenlaw@yahoo.com

---------------------------------------------------------------------------------------
**INITIAL COMPLAINT**

1    "[c]ollect patient payments, deposit them and pay the bills of the professional

2    corporation . . . ," as Lucas said. [Exhibit "M"]. The power of attorney also allowed

3    Petrosian to withdraw funds, which led to the embezzlement of $11.6 million.

4    Lucas was representing Petrosian since 2013, but this fact was concealed from Dr.

5    Williams.

6        54.    Whether Lucas drafted MSA or someone else did, at the April

7    meeting Lucas had the MSA in front of her and referred to it a few times. That

8    MSA was a one sided in favor of Petrosian. The most damaging provision of the

9    MSA were paragraphs 4.8 and 12.1. Dr. Williams was unaware of when he

10   executed the contract.  They were never mentioned during the negotiations or the

11   April meeting, leading to the execution of the MSA.  I.e.

12        55.    Paragraph 4.8 of the contract provides in pertinent part:

13           **"Right to Use Space**. Company [Petrosian]
             has the legal right to occupy the space occupied
14           by the Practice (the "Premises") and grants to
             Group [Dr. Williams] the right to use the
15           Premises for the Practice for as long as this
             Agreement remains in effect (the "Sublease")."
16

17   This provision was included in the MSA to benefit Petrosian. Unbeknownst to Dr.

18   Williams, when the Practice added seven new clinics, Lucas formed the LLC

19   corporations for Petrosian.  [Exhibit "F"]. Petrosian took the leases in the name of

20   the LLC corporations.

21        56.    After the termination of the relationships, Petrosian used

22   Paragraph 4.8 of the MSA to claim ownership of the Practice. As a result,

23   Petrosian, who is not licenced to practice medicine, ousted Dr. Williams from his

24   medical practice and took over his Practice producing about $13 million a year,

25   including his equipment, Patients and Employees.  The Federal Constitutions

26   preclude the taking of "life, liberty, or property" without due process. (U.S. Const.,

27   14th Amendment.)  Whoever drafted the MSA knew of Petrosian's intent to take

28   over Dr. Williams's Practice upon the termination of the relationship and drafter

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

--------------------------------------------------------------------------------------------------

**INITIAL COMPLAINT**

the MSA accordingly.

57.    Paragraph 12.1 of the MSA provides for arbitration of disputes by the AAA.  The word "arbitration" was never mentioned during the negotiations, nor was it mentioned by Lucas during the April meeting and was never agreed to by Dr. Williams.  Not only was Dr. Williams fraudulently induced to execute the MSA, but this provision added another level of unconscionability to the MSA.  The arbitration clause divested the arbitrator of jurisdiction to grant punitive damages and does not contain a waiver of a jury trial, and did not attach the AAA Rules.[6]

58.    On September 24, 2020, about six (6) years after the execution of the initial MSA, Lucas filed a declaration stating: "At no time in the meeting did anyone tell Dr. Williams that I was representing him or that I prepared the management agreement on behalf of both parties . . . In fact, I never prepared a management agreement between Petrosian Esthetic Enterprises or any of the limited liability companies and Dr. Williams or his corporation." Exhibit "M" ¶¶ 3, 5].

59.    At the April meeting, Lucas did not tell Dr. Williams that she did not represent him or that she did not prepare the MSA. Nor did Lucas inquire whether Dr. Williams is represented by counsel and failed to tell him to read the contract or have it reviewed by an attorney before signing it. Instead, Lucas acted as if she was representing Dr. Williams and looking after his interests; Lucas advised, convinced and pressured Dr. Williams to grant a power of attorney to PEE, and Petrosian the right to sign checks to pay bills.  Lucas failed to discuss or explain to Dr. Williams the most important part of the MSA. Lucas was representing Petrosian and her corporation since 2013. However, this fact was never disclosed to Dr. Williams during the negotiation or the April Meeting.

----

[6]    (In *Graham Oil v. ARCO Products Co.* (9th Cir. 1995) 43 F.3d 1244, the Court refused to enforce an arbitration agreement that did not allow for the punitive damages and attorney fees remedies; accord *McGill v. Citibank, N.A.* (2017) 2 Cal.5th 945 at p. 962).

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

------------------------------------------------------------------
**INITIAL COMPLAINT**

*Dr. Williams v. Wells Fargo Bank*

60.     Dr. Williams execution of the contract was induced by the false representations of Petrosian that Lucas represented both parties and prepared the MSA on their behalf, and Lucas false representation and concealment of facts during the meeting of April 2014.  Therefore, the contract should be declared null and void *ab initio*.

61.     Pursuant to provision 12.1 of the MSA, the prevailing party shall be entitled to attorneys' fees and costs. Should Plaintiffs prevail, they request that the Court award them attorney fees and costs.

## SECOND CAUSE OF ACTION FOR CONSPIRACY
## TO DEFRAUD, INCLUDING WIRE FRAUD
### by Plaintiffs Against all the Defendants

62.     Plaintiffs repeat, replead, and reallege the allegations contained within paragraphs 1 through 49, and 51 through 61 of this Complaint, and by this reference, incorporate the same as fully set forth at length.

63.     On or about September 15, 2014, Dr. Williams and Petrosian met with Defendant, Hovanes Tonoyan ("Tonoyan"), the Glendale Branch Manager of WFB. Tonoyan opened an account for Dr. Williams professional corporation, Wilbur Williams, Jr. M.D. Inc., ("Williams Inc.").  At that time, Dr. Williams authorized Tonoyan, the Branch Manager, to allow Petrosian and Ranjbar to sign checks to pay bills of the Practice.

64.     After the opening of the accounts, Defendant Petrosian entered into a conspiracy with Defendant Tonoyan to embezzle Plaintiffs' money.  While Plaintiff authorized Tonoyan to allow the Petrosian Defendants to sign checks to pay bills, not a single check was ever signed by any of the Petrosian Defendants. Instead, unbeknownst to Dr. Williams, Tonoyan and WFB  issued to the Petrosian Defendants checks without the account number printed on them ("Blank Checks") and provided to the Petrosian Defendants a rubber stamp bearing the forged signature of Dr. Williams. (Compare Dr. Williams signature in Exhibit "C," p. 15 to

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

-------------------------------------------------------------------------

**INITIAL COMPLAINT**

1  the signature on the cancelled checks, [Exhibit "Q"). The rubber stamp was issued

2  in furtherance of the conspiracy to mask the identity of the person issuing each

3  check.

4       65.   Instead of using the bank account opened by Dr. Williams in

5  Septeber 2014, Petrosian opened an account for her corporation, Petrosian Esthetic

6  Enterprises LLC (PEE"), and without Dr. Williams knowledge or consent, during

7  the years 2014 through Mid-2018, Petrosian deposited the revenues from the

8  Practice in her account. After paying the bills of the Practice, Petrosian embezzled

9  and converted to her own use all the profits of those years.

10       66.   In or about 2018, Dr. Williams opened seven (7) accounts at WFB

11  under the name of Wilbur Williams, Jr. M.D. Inc., ("Williams Inc."), one for each

12  clinic added after 2016. Defendants, Tonoyan and the Petrosian Defendants,

13  voluntarily and intentionally devised and participated in a scheme to defraud

14  Plaintiffs out of money. Defendants did so with the intent to defraud Plaintiffs

15  using, among other means, interstate wire communications.

16       67.   The wire transfer from a depositor's account requires a separate

17  agreement from the one created by the execution of the signature card executed by

18  the depositor when opening the account. Dr. Williams authorized WFB only to

19  allow the Petrosian Defendants to sign checks to pay bills of the Practice. Dr.

20  Williams did not authorize WFB to allow wire transfer or withdrawal of cash.

21       68.   During the years 2018 through 2020, Defendant Tonoyan allowed

22  Defendants, the Petrosian Defendants, to wire transfer millions of dollars from the

23  bank accounts of Plaintiff Williams Inc, to the Petrosian Defendants respective

24  bank accounts at WFB. All the transactions were authorized by Tonoyan.

25       69.   In anticipation of the termination of the relationship,

26  Defendants, Petrosian, Ranjbar, Mehrabian and Palmer rushed to the bank and,

27  with the help of Defendant Tonoyan, looted the bank accounts of Williams Inc.

28       70.   During the period of January 1, 2020 though March 31, 2020, in

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

---

**INITIAL COMPLAINT**

anticipation of the termination of the relationship, Defendants, Petrosian, Ranjbar, Mehrabian and Palmer, rushed to the bank and, with the help of Tonyan, looted the bank accounts of Williams Inc. Defendants, Petrosian, Ranjbar, Mehrabian and Palmer wired about $800,000.00 from the accounts of Williams Inc., to their respective accounts at WFB. Petrosian and Ranjbar withdrew $613,000.00 by checks, and Defendants Mehrabian and Palmer withdrew about $700,000.00 in cash.  All the transactions were approved by Tonoyan, as the Branch Manager of WFB.  A true and correct copy of the bank statements evidencing the wire transfer is attached as Exhibit "P," a copy of the cancelled checks is attached as Exhibit "Q," Pp 16-23, and a copy of the Withdrawal Slip evidencing the taking of the cash is attached as Exhibit "R" and incorporated herein by reference.

71.    Noteworthy are the withdrawal of $116,000.00 on February 18, 2020 [Exhibit "R," P. 2]; $97,000.00 on January 22, 2020 [Exhibit "R," P. 8]; $65,000.00 [Exhibit "R," P. 12].  Most noteworthy is the fact that the withdrawal slips were written and/or signed by more than one person.

72.    In two days, January 22, 2020 and February 26, 2020, in twelve (12) successive transactions, Tonoyan authorized Defendants, Petrosian, Ranjbar, Mehrabian and Palmer, to withdraw checks in the total amount of $952,000.00, which they immediately redeposited in their respective account at WFB.[7] I.e.,

In 1/22/20 Co-defendants Cashed a Check No. 2167    $97,000.00

In 1/22/20 Co-defendants cashed Check No. 9241    $35,000.00

In 1/22/20 Co-defendants cashed Check No. 10347    $94,000.00

In 1/22 Co-defendants cashed Check No. 3136    $72,000.00

In 1/22/20  Withdrawal of cash    $97,000.00

In 1/22/20  Withdrawal of cash    $54,000.00

In 2/26/20 Co-defendants cashed Check No.  3138    $80,700.00

---

[7]    There were other numerous withdrawals, but amount less than $20,000.00 were not counted.

Law Office of Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6664; aldenlaw@yahoo.com

**INITIAL COMPLAINT**

1    In 2/26/20 Co-defendants cashed Check No. 10351    $93,900.00

2    In 2/26/20 Co-defendants Cashed Check 2174    $101,000.00

3    In 2/26/20 Co-defendants cashed Check No. 9243    $40,300.00

4    In  2/26/20 Withdrawal Made in cash    $115,000.00

5    In 2/26/20 Withdrawal Made in Cash    $72,000.00

6    A true and correct copy of the cancelled checks is attached as Exhibit "Q," Pp 16-23

7    and incorporated herein by reference.

8    73.    Any honest banker would have considered suspicious the

9    frequency and the amount of withdrawal of the transactions, in violation of

10    Plaintiff's instructions, and investigate and alert the depositor.  Tonoyan did not

11    have to suspect because he entered into a conspiracy with the Petrosian

12    Defendants to embezzle Plaintiffs' money.

13    74.    During the period of April 2017 through March 2020, the Practice

14    generated gross revenues of about $20 million. Dr. Williams, as the owner of the

15    Practice, received about $400,000.00 or 2% of the gross revenues, which Petrosian

16    represented to Dr. Williams to be the profits from the practice.  The overhead was

17    calculated at $8 million or 40%, which is consistent with the overhead in a typical

18    med-spa.  Defendants, Tonoyan, Petrosian, Ranjbar, Mehrabian, Palmer,

19    embezzled about $11.4 million or 58% of the gross revenue, using checks, wire

20    transfers and withdrawal of cash.[8]

21    75.    WFB wrongfully honored the checks presented by Defendants,

22    Petrosian, Ranjbar, Mehrabian and Palmer, bearing the forged facsimile signature

23    of Dr. Williams that was not authorized by the signature card. Dr. Williams did not

24    issue those checks. In fact, Dr. Williams never had possession of the Blank Checks

25    or the ruber stamp. Therefore, WFB wrongfully honored forged checks, but refused

26

27    [8]    There is no accounting for the years 2014-2016, because some of the bank

28    statements from those years are missing.  Petrosian and Lucas categorically refused to produce them.  It is believed that those statements were withheld because they show payments of legal fees to Lucas and/or BUCHALTER.

Law Office of Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6664; aldenlaw@yahoo.com

**INITIAL COMPLAINT**

1    to reimburse Plaintiffs when the embezzlement was discovered in early 2020.

2        76.    Unfortunately, this is not the first time WFB was caught

3    harming its customer.  In February 20, 2020, the Department of Justice and

4    Securities Exchange Commission announced that WELLS FARGO will pay $3

5    billion to settle three separate investigations into the bank's practices that led to

6    5,000 WELLS FARGO employees opening two million fake accounts in order to

7    receive sales bonuses.[9]  A true and correct copy of the download from the

8    Government website is attached as Exhibit "S" and incorporated herein by

9    reference.

10        77.    As a proximate result of Defendants, Petrosian, Ranjbar,

11    Mehrabian, Palmer, Tonoyan, WFB and Lucas, fraud and deceit and the facts

12    herein alleged, Dr. Williams lost in excess of $11.4 million or a greater amount to

13    be proven at trial.

14        78.    Under the Respondeat Superior Doctrine, WFB is liable for the

15    torts of its employees committed within the scope of their employment. Tonoyan's

16    willful, malicious, and even criminal torts may fall within the scope of his

17    employment, even though WFB did not authorize the employee to commit crimes

18    or intentional torts, did not know about them and did not benefit from them.

19        79.    As a direct and proximate result of the foregoing, Plaintiffs, an

20    85-years-old man, has suffered and continues to suffer severe emotional distress,

---

22    [9]    See Website:

23    https://www.housingwire.com/articles/wells-fargo-agrees-to-pay-3-billion-to-settle-doj-sec-investigations-over-fake-accounts/

24

25        The Court may take judicial notice of this download under *Evidence  Code*, §

26    452, subd. (h), permitting judicial notice of "[f]acts and propositions that are not reasonably subject to dispute and are capable of immediate and accurate

27    determination by resort to sources of reasonably indisputable accuracy"; *Century City Medical Plaza v. Sperling, Isaacs & Eisenberg* (2001) 86 Cal.App.4th 865,

28    869-870

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

**INITIAL COMPLAINT**

1    all to his damages in an amount in excess of the minimum jurisdictional limit of

2    the above-referenced court.

3    　　　80.　In doing the foregoing, Defendants, Petrosian Esthetic

4    Enterprises LLC, Lucas, Petrosian, Mehrabian, Palmer, Tonoyan, WFB and

5    Ranjbar, acted with fraud, oppression, malice and despicably with the intent to

6    cause injury to Dr. Williams and with a conscious disregard of the rights of Dr.

7    Williams and subjected Dr. Williams to cruel and unjust hardship in conscious

8    disregard of Dr. Williams's rights, thereby entitling Dr. Williams to an award of

9    exemplary and punitive damages against Defendants, Defendants, Petrosian

10   Esthetic Enterprises LLC, Lucas, Petrosian, Mehrabian, Palmer, Tonoyan, WFB

11   and Ranjbar, and each of them.

12   　　　81.　Defendants, and each of them, took advantage of Dr. Williams's

13   advance age and poor health. At that time, Dr. Williams was 81 years old and in a

14   very poor health.  Pursuant to *Probate Code* Section 859, Defendants "shall be

15   liable for twice the value of the property recovered by an action under this part." In

16   addition, except as otherwise required by law, including Section 15657.5 of the

17   *Welfare and Institutions Code*, Defendants may, in the court's discretion, be liable

18   for reasonable attorneys' fees and costs."  A true and correct copy of a letter from

19   the physician of Dr. Williams is attached exhibit "B."

20   　　　82.　Pursuant to provision 12.1 of the Contracts, the prevailing party

21   shall be entitled to attorneys' fees and costs. Should Dr. Williams prevail, he

22   requests that the Court award him attorney fees and costs.

23   **THIRD CAUSE OF ACTION FOR ELDER FINANCIAL ABUSE**

24   **by Dr. WILLIAMS Against ALL Defendants and DOES 10-20**

25   　　　83.　Plaintiffs repeat, replead, and reallege the allegations contained

26   within paragraphs 1 through 48, and 50 through 60 and paragraphs 62 through 82

27   of this Complaint, and by this reference, incorporate herein the same as fully set

28   forth at length.

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6664; aldenlaw@yahoo.com

-----------------------------------------------------------------------------------------------

**INITIAL COMPLAINT**

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

84.   Plaintiff  Wilbur Williams, Jr., MD ("Dr. Williams"), is an 85-year-old Physician. Dr. Williams operated his medical practice through his professional corporation, Wilbur Williams, Jr., M.D., Inc. ("Williams Inc."). Dr. Williams owns 100 percent of the shares of Williams Inc., and any loss or profit generated by Williams Inc., was directly attributed to him.

85.   In or about September 2014 Dr. Williams and Petrosian met with Tonoyan to open a bank account for Wilbur Williams, Jr., M.D. ("Williams Inc."), to  be used for the deposit of the income from the Practice.  At the time Dr. Williams informed Tonoyan that Petrosian and Ranjbar will be working for him and they should be allowed to sign checks to pay the bills of the practice.  At that time, Dr. Williams was 81 years old and in apparent poor health. Dr. Williams relied exclusively on the advice and expertise of Defendant Tonoyan, the Glendale Branch Manager of WFB.

86.   Among the documents executed by Dr. Williams was a signature card that serves as a contract between the depositor and the bank for the handling of the account, an application and a "Certification Regarding Beneficial Owners of Legal Entity Customers." Dr. Williams is designated as the Beneficial Owner of Williams Inc. A true and correct copy of the Application is attached as Exhibit "D" and the certificate of ownership is attached as Exhibit "E."

87.   Pursuant to a conspiracy between Tonoyan and Petrosian, Tonoyan opened an account for Petrosian's corporation PEE.  During the period of 2014 through Mid-2018, instead of depositing the income from the Practice in Williams Inc., Petrosian deposited the income from the Practice in PEE. After paying the bills, Petrosian converted the rest of the funds to her own use.  Tonoyan was aware of what Petrosian was doing and authorized all the transactions.

88.   In 2018, Dr. Williams opened seven new accounts for Williams Inc.  At that time, Dr. Williams authorized Tonoyan to allow Mehrabian and Palmer to sign checks to pay bills.  Tonoyan had asked Dr. Williams to execute the

---

**INITIAL COMPLAINT**

1  signature cards and other documents.

2      89.   *Welfare and Institutions Code* section 15610 provides: (a)

3  "Financial abuse" of an elder or dependent adult occurs when a person or entity

4  does any of the following: (1) Takes, secretes, appropriates, obtains, or retains real

5  or personal property of an elder or dependent adult for a wrongful use or with

6  intent to defraud, or both . . . (b) A person or entity shall be deemed to have taken,

7  secreted, appropriated, obtained, or retained property for a wrongful use if, among

8  other things, the person or entity takes, secretes, appropriates, obtains, or retains

9  the property and the person or entity knew or should have known that this conduct

10  is likely to be harmful to the elder or dependent adult. (c) For purposes of this

11  section, a person or entity takes, secretes, appropriates, obtains, or retains real or

12  personal property when an elder or dependent adult is deprived of any property

13  right, including by means of an agreement, donative transfer, or testamentary

14  bequest, regardless of whether the property is held directly or by a representative

15  of an elder or dependent adult."

16      90.   Defendant Tonoyan entered into a conspiracy with Defendants,

17  Petrosian, Ranjbar, Mehrabian and Palmer, to embezzle all the profits of Williams

18  Inc.  In furtherance of the conspiracy, Defendants, WFB and Tonoyan, issued to

19  Defendants, Petrosian, Ranjbar, Mehrabian and Palmer, Blank Checks and a

20  ruber stamp bearing the forged facsimile signature of Dr. Williams. The issuance

21  of the rubber stamp was calculated to mask the identity of the person issuing the

22  checks.

23      91.   Dr. Williams did not authorize WFB to issue the Blank Checks or

24  the ruber stamp to Defendants. Dr. Williams did not authorize WFB to accept

25  checks signed with a forged facsimile of his signature. The signature cards, do not

26  contain a facsimile of Dr. Williams' signature. To cover up these facts, WFB never

27  sent a hard copy of the bank statements to Dr. Williams.

28      92.   Defendants, Petrosian, Ranjbar, Mehrabian and Palmer, used the

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

blank checks and the rubber stamp to embezzle $11.5 million from the bank accounts of Williams, Inc.

93.  Defendants, WFB and Tonoyan, wrongfully honored the checks presented by Defendants, Petrosian, Ranjbar, Mehrabian and Palmer, bearing the forged facsimile signature of Dr. Williams.  Dr. Williams did not issue those checks. Therefore, WFB honored forged checks.

94.  During the period of January 1, 2020 though March 31, 2020, in anticipation of the termination of the relationship, Defendants, Petrosian, Ranjbar, Mehrabian and Palmer, rushed to the bank and, with the help of Tonoyan, looted the bank accounts of Williams Inc., embezzling about $2.2 million.

95.  Defendants, Petrosian, Ranjbar, Mehrabian and Palmer wired about $800,000.00 from the accounts of Williams Inc., to their respective accounts at WFB. Petrosian and Ranjbar withdrew $613,000.00 by checks, and Defendants Mehrabian and Palmer withdrew about $700,000.00 in cash.  All the transactions were approved by Tonoyan, as the Branch Manager of WFB.  A true and correct copy of the bank statements evidencing the wire transfer is attached as Exhibit "P," a copy of the cancelled checks is attached as Exhibit "Q," Pp 16-23, and a copy of the Withdrawal Slip evidencing the taking of the cash is attached as Exhibit "R" and incorporated herein by reference.

96.  During the period of January 1, 2017 through December 31, 2020, pursuant to a conspiracy to embezzle Plaintiffs' money, Defendants, Petrosian, Ranjbar, Mehrabian, Tonoyan and Palmer, embezzled about $11.5 million.

97.  As a proximate result of defendants' fraud and deceit and the facts herein alleged, by reason of which plaintiff have been damaged in the sum of about $11.5 million or a greater amount to be proven at trial.

98.  Dr. Williams, an 85-years-old man in poor health, has suffered and continues to suffer severe emotional distress, all to his damages in an amount

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6664; aldenlaw@yahoo.com

--------------------------------------------------------------------------------
**INITIAL COMPLAINT**

1  in excess of the minimum jurisdictional limit of the above-referenced court.

2         99.   In doing the foregoing, Defendant acted with fraud, oppression,

3  malice and despicably with the intent to cause injury to Plaintiff and with a

4  conscious disregard of the rights of the Plaintiff and subjected the Plaintiff to cruel

5  and unjust hardship in conscious disregard of the Plaintiff's rights, thereby

6  entitling the Plaintiff to an award of exemplary and punitive damages against

7  Defendant.

8        100.   Defendants, Well Fargo, Tonoyan, Petrosian, Ranjbar,

9  Mehrabian and Palmer, committed an elder financial abuse in bad faith on Dr.

10  Williams, by embezzling Plaintiffs' money. Pursuant to *Probate Code* Section 859,

11  Defendants shall be liable for twice the value of the property recovered by this

12  action under this part.

13        101.   Pursuant to *Welfare and Institutions Code,* Section 15657.5,  Dr.

14  Williams is entitled to attorney fees and costs.

15        102.   Pursuant to Paragraph 12.1 of the MSA, the prevailing party

16  shall be entitled to attorney fees and costs.

17  ### FOURTH CAUSE OF ACTION FOR BREACH OF CONTRACT

18  ### By Plaintiffs against WFB

19        103.   Plaintiffs repeat, replead, and reallege the allegations contained

20  within paragraphs 1 through 48, and 50 through 60 and paragraphs 62 through 82

21  and paragraph 84 through 102 of this Complaint, and by this reference,

22  incorporate herein the same as fully set forth at length.

23        104.  As shown herein, this action is not subject to the provisions of

24  Section 1812.10 or Section 2984 of the Civil Code.

25        105.   In 2018, Dr. Williams opened seven accounts for Williams Inc.

26  Tonoyan made Dr. Williams execute some documents, which Tonoyan stated were

27  necessary to open the accounts.  Among the documents executed by Dr. Williams

28  was the signature card that serves as a contract between a bank and its depositor.

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

---

**INITIAL COMPLAINT**

*Dr. Williams v. Wells Fargo Bank*

106.    At the time Dr. Williams opened the accounts in 2018, he asked Tonoyan that Defendants, Petrosian, Salina Ranjbar, Mehrabian and Palmer, who will be working for him, be given the right to sign checks to pay the bills of Practice. Dr. Williams did not authorize WFB to allow Defendants, Petrosian, Ranjbar, Mehrabian and/or Palmer, to withdraw cash or wire transfer funds from Williams Inc., to their respective accounts.  Nor did Dr. Williams authorize WFB to take instructions from Defendants, Petrosian, Ranjbar, Mehrabian and Palmer regarding the bank accounts of Williams Inc.

107.    During the period of January 2018 through March 31, 2020, Dr. Williams deposited all the revenue of his medical practice in the bank account of Williams Inc.

108.    Plaintiffs have performed all conditions, covenants, and promises required by him on his part to be performed in accordance with the terms and conditions of the contract.

109.    WFB breached the terms of the contract by honoring checks bearing a signature that was not in conformity with the signature card and were not made to pay bills; allowing Defendants, Petrosian, Ranjbar, Mehrabian and Palmer to wire money to their bank accounts; and withdraw cash.  None of these actions was authorized.

110.    Dr. Williams did not issue the checks wrongfully honored by WFB. Dr. Williams did not authorize WFB to accept checks with a facsimile signature of Dr. Williams.

111.    As a result of WFB breach of the contract, Plaintiffs suffered losses in the sum of $11.5 million, and interest at the legal rate, starting in December 2018.

112.    Dr. WILLIAMS is 84-years-old and in very poor health. Defendant WFB committed an elder financial abuse in bad faith. Pursuant to *Probate Code* Section 859, Defendants shall be held liable for twice the value of the

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6664; aldenlaw@yahoo.com

---

**INITIAL COMPLAINT**

*Dr. Williams v. Wells Fargo Bank*

1   property recovered by this action under this part. In addition, except as otherwise

2   required by law, including Section 15657.5 of the Welfare and Institutions Code,

3   Defendants shall be liable for reasonable attorneys' fees and costs.

4       113.   Pursuant to Paragraph 12.1 of the MSA, the prevailing party is

5   entitled to attorneys' fees and costs.

6                **FIFTH CAUSE OF ACTION FOR DECLARATORY RELIEF**

7                    **Plaintiffs Against All Defendants**

8       114.   Plaintiffs repeat, replead, and reallege the allegations contained

9   within paragraphs 1 through 48, and 50 through 60 and paragraphs 62 through 82

10  and paragraphs 84 through 102 and Paragraphs 103 through 113 of this

11  Complaint, and by this reference, incorporate herein the same as fully set forth at

12  length.

13      115.   Plaintiffs contend that Defendants, Tonoyan, Petrosian, Ranjbar,

14  Palmer, and Mehrabian, entered into a conspiracy to embezzle funds from the

15  bank accounts of Williams Inc., held at WFB.  Most, if not all, of the embezzled

16  funds were redeposited in the corporate bank account of Defendants, Petrosian

17  Ranjbar, Mehrabian and Palmer at WFB.

18      116.   During the period of January 2018 through March 31, 2020,

19  pursuant to said conspiracy, Defendants WFB and Tonoyan authorized

20  Defendants, Petrosian, Ranjbar, Mehrabian and Palmer, to use the blank checks

21  bearing a forged facsimile signature of Dr. Williams to embezzle about $11.5

22  million from the bank accounts of Williams Inc.

23      117.   The bank is authorized to honor withdrawals from an account on

24  the signatures authorized by the signature card, which serves as a contract

25  between the depositor and the bank for the handling of the account, so long as the

26  checks drawn on the account are signed in conformity with the signature card, and

27  absent any knowledge of a misappropriation.

28      118.   The checks with the forged facsimile signature of Dr. Williams

*Law Office of* **Nick A. Alden**
**1380 Davies Drive, Beverly Hills, CA 90210**
**Tel. (310) 275-6664; aldenlaw@yahoo.com**

--------------------------------------------------------------------------------

**INITIAL COMPLAINT**

1    were not in conformity with the signature card.  Defendant Tonoyan also knew

2    that Dr. Williams did not issue those checks, because Dr. Williams never had

3    possession of the ruber stamp. All the checks withdrawn by the Petrosian

4    Defendants used the unauthorized Blank Checks and born the unauthorized and

5    forged facsimile signature of Dr. Williams.  Not a single check was signed by an

6    individual defendant. Not a single check was used to pay bills.

7         119.   In the first three months of 2020, Defendants Tonoyan

8    authorized Defendants, Mehrabian and Palmer, to withdraw about $700,000.00 in

9    cash from the bank accounts of Williams Inc. Most of the times the computer

10   rejected the transaction and raised red flags.  Defendant Tonoyan then used his

11   authority to override the computer as to allow the transaction to go thru.  A true

12   and correct copy of the Documents evidencing the overrides, produced by WFB in

13   discovery, is attached as Exhibit "T."

14        120.    Based on information and believe, Plaintiffs allege that all the

15   funds withdrawn by Defendants, Petrosian, Ranjbar, Mehrabian and Palmer, were

16   redeposited in their respective corporate bank accounts at WFB.

17        121.   Plaintiffs contend that, at all relevant times alleged herein,

18   Defendant Tonoyan was acting within the course and scope of his employment with

19   WFB.  Therefore, under the respondeat superior doctrine, WFB is liable for the

20   torts of Tonoyan committed within the scope of his employment. WFB was also

21   negligent in failing to supervise its employee Tonoyan, which caused Plaintiffs to

22   lose $11.5 million.

23        122.   WFB wrongfully honored the checks presented by Defendants,

24   Petrosian, Ranjbar, Mehrabian and Palmer, bearing the forged facsimile signature

25   of Dr. Williams.  Dr. Williams did not issue those checks. In fact, Dr. Williams

26   never had possession of the Blank Checks or the ruber stamp. Therefore, while

27   WFB wrongfully honored forged checks, it refused to reimburse Plaintiffs after the

28   embezzlement was discovered in early 2020.

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

-----------------------------------------------------------------------------------------------------
**INITIAL COMPLAINT**

*Dr. Williams v. Wells Fargo Bank*

123.   Defendant Tonoyan knew that Defendants, Petrosian, Ranjbar, Mehrabian and Palmer, were only employees of Williams Inc., and had no interest in funds deposited in bank accounts of Williams Inc.  Nevertheless, pursuant to their conspiracy, Tonoyan authorized Defendants, Petrosian, Ranjbar, Palmer, and Mehrabian to transfer all the profits from the bank accounts of Williams Inc., to the corporate bank accounts of Defendants, Petrosian, Ranjbar, Mehrabian and Palmer.

124.   A bank can only honor withdrawals from an account on the signatures authorized by the signature card, which serves as a contract between the depositor and the bank for the handling of the account, so long as the checks drawn on the account are signed in conformity with the signature card, and absent any knowledge of a misappropriation.

125.   Plaintiffs contend that, the fact that Defendants were withdrawing millions of dollars and depositing them in their corporate accounts at WFB, should have raised suspicions and Tonoyan and WFB had a duty to alert Plaintiffs.  WFB and Tonoyan did not alert Plaintiffs because Tonoyan had entered into a conspiracy with the other Defendants, Petrosian, Mehrabian, Ranjar  and Palmer, to embezzle Plaintiffs' money.

126.   An actual controversy exists between Plaintiffs and Defendants, WFB and Tonoyan, Palmer, Petrosian, Mehrabian and Ranjbar.  Plaintiffs contend that Defendants should be held liable for Plaintiffs losses of about $11.5 million. WFB should also be held liable for the acts of its employee Tonoyan, under the respondeat superior doctrine. Defendants contend otherwise.

127.   A judicial declaration is required to determine the rights and obligations of the parties.  Plaintiffs have no remedy at law.

## SIXTH CAUSE OF ACTION FOR NEGLIGENCE

### By Plaintiffs against Defendants, WFB and TONOYAN,

128.   Plaintiffs repeat, replead, and reallege the allegations contained

Law Office of Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

-----------------------------------------------------------------------------------
**INITIAL COMPLAINT**

1  within paragraphs 1 through 48, and 50 through 60 and paragraphs 62 through 82
2  and paragraphs 84 through 102 and Paragraphs 103 through 113 and Paragraphs
3  115 through 127 of this Complaint, and by this reference, incorporate herein the same as
4  fully set forth at length.

5          129.   In 2018, Dr. Williams opened seven accounts for his professional
6  corporation, Williams Inc. At that time, Dr. Williams was 81 years old, in poor health and
7  relied on the advice and expertise of Defendant Tonoyan, a banker employed by WFB. At
8  that time, Dr. Williams executed the signature cards, which serves as a contract between
9  the depositor and the bank for the handling of the account. Dr. Williams might have also
10  executed other documents because Tonoyan said those documents were necessary to open
11  the accounts, but did not explain what they were.

12          130.   WFB wrongly honored checks bearing the forged facsimile signature of
13  Dr. Williams that was not in conformity with the signature card. Dr. WILLIAMS did not
14  issue those checks. A bank can only honor withdrawals from an account on the signatures
15  authorized by the signature card, which serves as a contract between the depositor and
16  the bank for the handling of the account, so long as the checks drawn on the account are
17  signed in conformity with the signature card, and absent any knowledge of a
18  misappropriation.

19          131.   The facsimile signature of Dr. Williams is not an authorized signature
20  on the bank accounts of Williams Inc.  Therefore, those checks were a forgery. Those
21  checks were approved by WFB, pursuant to a conspiracy between Defendant Tonoyan
22  and Defendants, Petrosian, Ranjbar, Mehrabian and Palmer,

23          132.   Plaintiffs contend that, the fact that Defendants were withdrawing
24  millions of dollars and depositing them in their corporate accounts at WFB, should have
25  raised suspicions and Tonoyan and WFB had a duty to alert Plaintiffs.  They did not alert
26  Plaintiffs because Defendant Tonoyan was acting pursuant to a conspiracy with the other
27  Defendants, Petrosian, Mehrabian, Ranjar  and Palmer, to embezzle Plaintiffs' money.

28          133.   Unfortunately, this is not the first time WFB was caught

**INITIAL COMPLAINT**

30

*Dr. Williams v. Wells Fargo Bank*

*Law Office of Nick A. Alden*
*1380 Davies Drive, Beverly Hills, CA 90210*
*Tel. (310) 275-6664; aldenlaw@yahoo.com*

1    harming its customer.  In February 20, 2020, the Department of Justice and

2    Securities Exchange Commission announced that WELLS FARGO will pay $3

3    billion to settle three separate investigations into the bank's practices that led to

4    5,000 WELLS FARGO employees opening two million fake accounts in order to

5    receive sales bonuses. A true and correct copy of the download from the

6    Government website is attached as Exhibit "S" and incorporated herein by

7    reference.

8        134.    Plaintiff, Dr. Williams was 82 years at that time and in poor health.

9    Dr. Williams relied on the honesty and expertise of Defendants, Tonoyan and WFB, but

10   they failed to exercise proper care and skill in the foregoing matter. Defendants Tonoyan

11   and WFB have authorized the excessive withdrawals of funds from the bank accounts of

12   Williams Inc., by Defendants, Petrosian, Ranjbar, Mehrabian and Palmer.

13       135.    Defendants, Tonoyan and WFB failed to alert Plaintiffs of Defendants',

14   Petrosian, Ranjbar, Mehrabian and Palmer, excessive withdrawals of funds. Had

15   Plaintiffs been alerted to the activities of Defendants, Petrosian, Ranjbar, Mehrabian and

16   Palmer, Plaintiffs would have immediately revoked their privilege to sign checks,

17   withdraw funds, wire transfer funds or have anything to do with those accounts.

18       136.    Defendant Wells Fargo failed to monitor the corrupt and illegal

19   activities of Defendants Tonoyan, failed to alert Plaintiffs or simply did not care, as long

20   as it was making money.  As argued above, WFB paid the Government $3 billion to settle

21   criminal charges and a civil action stemming from its widespread mistreatment of

22   customers in its community bank over a 14-year period.

23       137.    As a result of Defendant's negligence Plaintiffs have been damaged in

24   the sum to be proven at trial, which exceeds the minimum jurisdictional amount of the

25   Superior Court and is estimated at $11.5 million or a greater amount to be proven at

26   trial.

27       138.    Except as otherwise required by law, including Section 15657.5 of the

28   Welfare and Institutions Code, Defendants shall be liable for Plaintiffs' reasonable

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

-----------------------------------------------------------------------------------
**INITIAL COMPLAINT**

*Dr. Williams v. Wells Fargo Bank*

1   attorneys' fees and costs.

2       139.   Williams is 84-years-old and in very poor health.  He has suffered and

3   continues to suffer severe emotional distress, all to his damage in an amount in excess of

4   the minimum jurisdictional limit of the above-referenced court.

5       140.   Defendants, WFB and Tonoyan, committed an elder financial abuse in

6   bad faith. Pursuant to *Probate Code* Section 859, Defendants shall be liable for twice the

7   value of the property recovered by this action under this part. In addition, except as

8   otherwise required by law, including Section 15657.5 of the Welfare and Institutions

9   Code, Defendants shall be liable for reasonable attorneys' fees and costs.

10   **SEVENTH CAUSE OF ACTION BREACH OF FIDUCIARY DUTIES**

11   By Plaintiffs against Defendants Tonoyan and WFB.

12       141.   Plaintiffs repeat, replead, and reallege the allegations

13   contained within paragraphs 1 through 48, and 50 through 60 and paragraphs 62

14   through 82 and paragraphs 84 through 102 and Paragraphs 103 through 113 and

15   Paragraphs 115 through 127 and Paragraphs 129 through 139 of this Complaint, and by

16   this reference, incorporate herein the same as fully set forth at length.

17   At the time he opened the bank account at WFB,  Dr. Williams specifically told

18   Defendants Tonoyan that Defendants, Petrosian, Ranjbar, Mehrabian and Palmer,

19   should be allowed to sign checks to pay bills of Williams Inc., and nothing else.

20       142.   Tonoyan did not tell Williams that it cannot be done or he was

21   not willing to accept any limitation.  By accepting Williams's limitation, Tonoyan

22   accepted a fiduciary responsibility.

23       143.   A fiduciary duty can exist even in the absence of a relationship

24   defined by law, as long as a plaintiff can show an agreement between the fiduciary

25   and the principal where the fiduciary accepts fiduciary responsibilities.

26       144.   In violation of his fiduciary duties to Plaintiffs, Defendant

27   Tonoyan entered into a conspiracy with Defendants, Petrosian, Ranjbar,

28   Mehrabian and Palmer, to embezzle Plaintiffs' money from the bank account of

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6664; aldenlaw@yahoo.com

-----------------------------------------------------------------
**INITIAL COMPLAINT**

1  Williams Inc.

2  145.    Without Plaintiffs' authorization, Wells Fargo and Tonoyan,

3  provided Defendants with a rubber stamp bearing the facsimile forged signature of

4  Williams, which allowed Defendants, Petrosian, Ranjbar, Mehrabian and Palmer,

5  to issue checks written to themselves. Each check was signed with a facsimile of

6  Williams' signature, is made payable to either SEV Laser or Petrosian Esthetic

7  Enterprises, and has an endorsement showing it was deposited to that company's

8  WFB account.

9  146.    Wherefore, it is respectfully submitted that, for all the reasons

10  stated above, plaintiffs alleged sufficient facts to state a cause of action for breach

11  of contract and/or breach of fiduciary duties. Therefore, the order sustaining the

12  cause of action for breach of fiduciary duty should be reversed.

13  147.    As a result of Defendant's negligence Plaintiffs have been damaged in

14  the sum to be proven at trial, which exceeds the minimum jurisdictional amount of the

15  Superior Court and is estimated at $11.5 million or a greater amount to be proven at

16  trial.

17  148.    Except as otherwise required by law, including Section 15657.5 of the

18  Welfare and Institutions Code, Defendants shall be liable for Plaintiffs' reasonable

19  attorneys' fees and costs.

20  149.    Williams is 84-years-old and in very poor health.  He has suffered and

21  continues to suffer severe emotional distress, all to his damage in an amount in excess of

22  the minimum jurisdictional limit of the above-referenced court.

23  150.    Defendants, WFB and Tonoyan, committed an elder financial abuse in

24  bad faith. Pursuant to *Probate Code* Section 859, Defendants shall be liable for twice the

25  value of the property recovered by this action under this part. In addition, except as

26  otherwise required by law, including Section 15657.5 of the Welfare and Institutions

27  Code, Defendants shall be liable for reasonable attorneys' fees and costs.

28  ////

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6661; aldenlaw@yahoo.com

-------------------------------------------------------------------------------
**INITIAL COMPLAINT**

# EIGHTH CAUSE OF ACTION FOR UNFAIR BUSINESS PRACTICE

## Plaintiffs Against WFB, TONOYAN

By Plaintiffs against Defendants Tonoyan and WFB.

151.    Plaintiffs repeat, replead, and reallege the allegations contained within paragraphs 1 through 48, and 50 through 60 and paragraphs 62 through 82 and paragraphs 84 through 102 and Paragraphs 103 through 113 and Paragraphs 115 through 127 and Paragraphs 129 through 139 and Paragraphs 141 though 149 of this Complaint, and by this reference, incorporate herein the same as fully set forth at length.

152.    California *Business & Professions Code* Section 17200 defines unfair competition to include "unlawful, unfair or fraudulent business practice(s)."

153.    California *Business & Profession Code* Section 17203 provides that "The court may make such orders or judgments . . . as may be necessary to prevent the use or employment by any person of any practice which constitutes unfair competition, as defined in this chapter, or as may be necessary to restore to any person in interest any money of property, real or personal which may have been acquired by means of unfair competition."

154.    California *Business & Professions Code* Section 17204 provides for suits for injunctive relief to be brought by both public officials and private attorneys general "Actions for injunction pursuant to this chapter may be prosecuted by any person acting for the interests of itself, its members or the general public."

155.    Defendants violated the laws regarding Unfair Business Practices in the following ways:

a.    Conspiracy to Embezzle Plaintiffs money and looting the accounts,

b.    Converted Plaintiffs' money;

c.    Financial Elder Abuse, as alleged in the Fourth Cause of Action, incorporated herein by reference;

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6664; aldenlaw@yahoo.com

-----------------------------------------------------------------------
**INITIAL COMPLAINT**

1             d.     Breach of the covenant of good faith and fair dealing

2     156.   By their activities and omissions alleged above in violation of

3     California law, Defendants have engaged in an unlawful or unfair business practices

4     within the meaning, of *Business & Professions Code* Section 17200 & Seq.

5     157.   Defendants threaten to and unless restrained, will continue to act in

6     violation of California law as herein alleged, and thereby continue and repeat their

7     violations of the Unfair Practices Act.

8     158.   The actions and omissions of Defendants alleged above will

9     irreparably harm Plaintiffs and the general public. Therefore, an injunction prohibiting

10    Defendants' unlawful actions is warranted and should be issued.

11    159.   Pursuant to Business and Professions Code section 17200 et Seq.;

12    declaratory and injunctive relief and attorney fees.

13    160.   Plaintiffs seek restitution of their damages from Tonoyan and WFB

14    161.   Plaintiffs have no plain, speedy, or adequate remedy at law.

15    **WHEREFORE**, Plaintiffs pray judgement as follows:

16    1.   For a declaration by the Court that all the contracts between

17    Wilbur Williams, Jr. M.D., Inc., and Sevana Petrosian and her corporations, are

18    null and void *ab initio*;

19    2.   For general damages in the sum of $11.6 million or any other

20    amount to be proven at trial;

21    4.   For damages twice the value of the property recovered, pursuant

22         to *Probate Code* Section 859;

23    5.   For punitive damages in the sum to be proven at the time of

24         trial;

25    6.   For costs of suit incurred herein, including attorneys' fees as

26         provided by Welfare and Institutions Code Section 15657.5; and

27         12.1 of the contact.

28    7.   For a Court order that Petrosian and her corporation transfer

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6664; aldenlaw@yahoo.com

--------------------------------------------------------------------------------
**INITIAL COMPLAINT**

the leases to the clinics and respore possession of the clinics to Dr. Williams;

8. Pursuant to *Probate Code* Section 859, Defendants shall be liable for twice the value of the property recovered by this action under this part.

9. For a Court order that Petrosian, her corporations and the other defendants restore to Plaintiffs all the profits generated from the Practice since March 31, 2020 to the date of judgment.

10. For such other and further relief as the court may deem proper.

Dated:  March 21, 2022

Respectfully submitted,

Law Office of Nick A. Alden

By: _____
Nick A. Alden, Attorney for Plaintiffs,
Wilbur Williams, Jr., M.D, and
Wilbur Williams, Jr., M.D, Inc.

*Law Office of* Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6664; aldenlaw@yahoo.com

**INITIAL COMPLAINT**

*Dr. Williams v. Wells Fargo Bank*

**VERIFICATION [CCP Sec. 446, 2015.5]**

I, Wilbur Dr. Dr. Williams, Jr., M.D., am the plaintiff in this action. I have read the foregoing complaint and know that contents thereof. The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 21, 2022, in the County of Los Angeles, California.

Wilbur Dr. Williams, Jr., M.D.,

Law Office of Nick A. Alden
1380 Davies Drive, Beverly Hills, CA 90210
Tel. (310) 275-6664; aldenlaw@yahoo.com

**INITIAL COMPLAINT**

*Dr. Williams v. Wells Fargo Bank*

**EXHIBIT "A"**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Stanley Mosk Courthouse, Department 30

**21STCP03133**
**WILBUR WILLIAMS, JR. M.D., et al. vs CAROL LUCAS,**
**ESQ., AN INDIVIDUAL ATTORNEY, et al.**

February 3, 2022
2:16 PM

Judge: Honorable Barbara M. Scheper
Judicial Assistant: C. Wilson
Courtroom Assistant: B. Byers

CSR: None
ERM: None
Deputy Sheriff: None

**APPEARANCES:**

For Plaintiff(s): No Appearances

For Defendant(s):  No Appearances

**NATURE OF PROCEEDINGS:** Ruling on Submitted Matter

The Court, having taken the matter under submission on 02/02/2022 for Hearing on Motion for Leave to file a complaint for conspiracy between attorney and her client, now rules as follows:

Williams Jr. M.D., et. al. vs. Lucas, Esq., et al., Case No. 21STCP03133

Ruling re: Petition to File Complaint for Conspiracy Between Attorney and Client

Petitioners Wilbur Williams Jr. M.D. (Williams) and Wilbur Williams Jr. M.D., Inc. (collectively, Petitioners) move for an order permitting the filing of a complaint against an attorney for conspiracy with their client pursuant to Civil Code § 1714.10. After hearing oral argument on February 1, 2022, the Court took the matter under submission. The Court now adopts its tentative ruling as the ruling of the Court. The Court finds that the proposed complaint is not subject to the prefiling requirement under that section.

Civil Code § 1714.10 provides that no cause of action may be asserted against an attorney for a civil conspiracy with their client arising from any attempt to contest or compromise a claim or dispute, unless the court determines that the plaintiff has a reasonable probability of prevailing in the action. A plaintiff seeking to assert such a claim must first file a verified petition accompanied by the proposed pleading and supporting affidavits stating the facts upon which liability is based. The court shall order service of the petition upon the party against whom the action is proposed to be filed and permit that party to submit opposing affidavits prior to making its determination. (Civ. Code § 1714.10, subd. (a).) The failure to obtain a court order when required under this section is a defense to any action for civil conspiracy brought in violation. (Civ. Code § 1714.10, subd. (b).)

The Court finds that the proposed pleading does not fall under the coverage of section 1714.10,

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Stanley Mosk Courthouse, Department 30

**21STCP03133**                                                                    February 3, 2022
**WILBUR WILLIAMS, JR. M.D., et al. vs CAROL LUCAS,**                                    2:16 PM
**ESQ., AN INDIVIDUAL ATTORNEY, et al.**

Judge: Honorable Barbara M. Scheper          CSR: None
Judicial Assistant: C. Wilson                ERM: None
Courtroom Assistant: B. Byers                Deputy Sheriff: None

because the action does not "aris[e] from any attempt to contest or compromise a claim or
dispute." (Civ. Code § 1714.10, subd. (a).)

"Applying section 1714.10 [] requires the court to initially determine whether the pleading falls
either within the coverage of the statute or, instead, within one of its stated exceptions." (Berg &
Berg Enterprises, LLC v. Sherwood Partners, Inc. (2005) 131 Cal.App.4th 802, 818.) The
requirement that a covered action must arise from any attempt to contest or compromise a claim
"suggests section 1714.10, subdivision (a)'s pleading hurdle applies only to situations in which
the alleged conspiracy arose from the attorney's representation of his or her client in a previous
or current legal dispute or litigation with the plaintiff." (Favila v. Katten Muchin Rosenman LLP
(2010) 188 Cal.App.4th 189, 209 fn. 16.)

In Stueve v. Berger Kahn (2013) 222 Cal.App.4th 327 (Berger Kahn), the court found that the
petitioners' claims did not arise from an attempt to contest or compromise a claim or dispute,
where "the claims arose from transactional activities—the siphoning off of assets through
fraudulent estate planning, including the misappropriation of [petitioners'] assets through the
diversion of those assets to entities created and controlled by the defendants, including
[attorney's] other clients." (Id. at 331.)

Here, the proposed pleading alleges that Carol Lucas, Esq. (Lucas) made fraudulent
representations to Williams and drafted contracts to facilitate the embezzlement of funds from
Williams' medical practice by its manager, Sevana Petrosian (Petrosian) and her company
Petrosian Esthetic Enterprises LLC (Esthetic). (Comp. ¶¶ 40-42.) As in Berger Kahn,
Petitioners' claims against Lucas and her firm, Buchalter, "[arise] from transactional activities,"
specifically, Lucas' alleged misrepresentations convincing Petitioner to grant Petrosian and
Esthetic total control over the practice's finances, and her preparation of one-sided contracts to
enable Petrosian's embezzlement. (Comp. ¶¶ 42-43, 72-76.) Accordingly, the action does not
arise "from any attempt to contest or compromise a claim or dispute," and so does not fall within
the scope of Civil Code § 1714.10, subd. (a). Petitioner may file the complaint without obtaining
an order pursuant to that section.

Within ten (10) days of today's date, Petitioners are ordered to file the Complaint attached to the
Petition. Petitioners are ordered to file a notice of related case in 20STCV14137.

==The Petition PETITION TO FILE A COMPLAINT AGAINST AN ATTORNEY FOR==
==CONSPIRACY WITH HER CLIENT, MEMORANDUM OF POINT AND AUTHORITIES;==

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Stanley Mosk Courthouse, Department 30

**21STCP03133**                                                    February 3, 2022
**WILBUR WILLIAMS, JR. M.D., et al. vs CAROL LUCAS,**                    2:16 PM
**ESQ., AN INDIVIDUAL ATTORNEY, et al.**

Judge: Honorable Barbara M. Scheper            CSR: None
Judicial Assistant: C. Wilson                  ERM: None
Courtroom Assistant: B. Byers                  Deputy Sheriff: None

filed by Wilbur Williams, Jr. M.D., a Professional Corporation Inc., Wilbur Williams, Jr. M.D. on 01/03/2022 is Granted.

The Petition having been granted, the case is now recorded as completed.

Any pending hearings in this department are vacated.

On the Court's own motion, the Hearing on Motion to Compel Arbitration scheduled for 03/22/2022, and Case Management Conference scheduled for 04/12/2022 are advanced to this date and vacated .

Clerk to give notice.

Petitioner's counsel is ordered to give notice to any interested party not named below.

Certificate of Mailing is attached.

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

Reserved for Clerk's File Stamp

COURTHOUSE ADDRESS:
Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

PLAINTIFF/PETITIONER:
Wilbur Williams, Jr. M.D.  et al

DEFENDANT/RESPONDENT:
Carol Lucas, Esq., an individual Attorney et al

**FILED**
Superior Court of California
County of Los Angeles
02/03/2022
Sherri R. Carter, Executive Officer / Clerk of Court
By        C. Wilson        Deputy

## CERTIFICATE OF MAILING

CASE NUMBER:
21STCP03133

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Minute Order (Ruling on Submitted Matter) of 02/03/2022  upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Nick A Alden
law Office of Nick A. Alden
1380 Davies Drive
Beverly Hills, CA  90210

W.Allan Edminston,Esq
10100 Santa Monica Blvd Suite 1900
Los Angeles, CA  90067

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 02/4/2022

By:  C. Wilson
        Deputy Clerk

**CERTIFICATE OF MAILING**

**EXHIBIT "B"**

KAISER
PERMANENTE. **thrive**

5/22/2020

To Whom It May Concern:

Dr. Wilbur Williams has been under my care for his renal transplant on immunosuppressive medications.

He has a history of recurrent bouts of acute kidney injury and now has chronic kidney disease as a consequence.

He has a history of complicated urinary tract infection that has required recurrent hospital admissions and intravenous antibiotics.

He has a complicated medical history including:

- History of colon cancer that required a sigmoid colectomy
- Chronic hepatitis C treated with anti-virals, documented grade I fibrosis on liver biopsy
- Diet controlled diabetes
- Hypertension
- Hyperlipidemia
- Thrombocytopenia
- Anemia

Please let me know if you have any further questions.


Tuan K Le, MD
Nephrology
Kaiser Permanente South Bay Medical Center
25825 Vermont Ave.
Harbor City, CA 90710
(310) 325-5111 (main phone number)

**EXHIBIT "C"**

## MANAGEMENT SERVICES AGREEMENT

**THIS MANAGEMENT SERVICES AGREEMENT** (this "Agreement") is entered into as of April _b_ , 2014 (the "Effective Date") by and between PETROSIAN ESTHETIC ENTERPRISES, LLC, a California limited liability company doing business as Glendale Laser Center (the "Company"), and WILBUR WILLIAMS, M.D., INC. a California professional corporation ("Group"), with reference to the following facts:

### RECITALS

A.      Group is a California medical professional corporation, whose sole shareholder (the "Shareholder"), is a duly licensed physician and is authorized to engage in the provision of medical services in California;

B.      Group operates a medical practice that provides medical cosmetic services in Glendale and West Hollywood, California (the "Practice");

C.      Company is an experienced manager of medical practices such as the Practice;

D.      Group desires to engage the services of the Company to perform certain non-professional functions for the Group, in order to permit the Group to concentrate its efforts on the Practice; and

E.      Group and Company both understand that California law contains a prohibition on the corporate practice of medicine and thus the provisions of this Agreement specifically recognize the control of the Group over the practice of medicine and all decisions related to the practice of medicine.

**IN CONSIDERATION** of these premises and the covenants set forth below, and for other good and sufficient consideration received by each party, Group and Company agree as follows:

### ARTICLE 1. NATURE OF THE PRACTICE

**1.1.**    **Nature of the Practice.**   Group operates a practice that provides a range of medical aesthetic services to patients who desire such services.  The Shareholder provides such services personally and supervises the performance of such services by physician assistants and/or nurses, and also may provide such services through independent contractor physicians and surgeons who agree to perform such services according to the protocols and standards established by Group.

### ARTICLE 2. DUTIES OF THE COMPANY

**2.1.**    **Appointment of Company.**   Group hereby appoints Company as the sole and exclusive provider of all non-medical business management, information management, clinical support and personnel, equipment and supplies as are reasonably necessary for the day-to-day administration, operation and non-medical management of the Practice ("Company Services"), including, without limitation, those provided for in Article 4, subject to the terms and conditions set forth in this Agreement.

1

**2.2.**  **Authority of Company.**  Subject to applicable law, and consistent with the provisions of this Agreement and the supervision of Group, as defined below, Company shall have the responsibility and commensurate authority to provide the Company Services. Group authorizes Company to provide the Company Services in any reasonable manner that Company deems appropriate to meet the day-to-day non-medical management and support requirements of Group.  Group shall cooperate with Company in a manner that will permit Company efficiently to manage the operations of the Practice within the bounds of all applicable laws and regulations.

**2.3.**  **No Control Over Medical Services.**  Group shall have complete responsibility, authority, supervision and control over the provision of all medical services. Company shall have absolutely no responsibility for, nor authority, supervision or control over, the provision of medical services.  Company is not authorized or qualified to engage in any activity that may be construed to constitute the practice of medicine.  If and to the extent any act or service by Company under this Agreement is construed by a court of competent jurisdiction or the California Medical Board or any licensing agency to constitute the practice of medicine, then the requirement that Company perform that act or service shall be deemed waived and unenforceable.

**2.4.**  **No Control Over or Interest in Medical Records.**  Company shall have no authority or control over patient charts or other medical records maintained or created by Group.  All such charts and records shall remain the property and responsibility of Group (although Company personnel shall be responsible for clerical functions related to such charts, including storage and filing).

**2.5.**  **No Arrangement for Referrals.**  The parties agree that the benefits to the parties hereunder do not require, are not payment for and are not in any way contingent upon the referral or any other arrangement for the provisions of medical services or products to patients of any party hereto.

## ARTICLE 3.  DUTIES OF GROUP

**3.1.**  **Duties and Responsibilities.**  While Company will assist Group in the overall non-medical operations of the Practice, the parties agree that the Group shall have the sole responsibility for the following. To the extent that the responsibilities include review and approval, such review shall be conducted in a timely manner, and approval shall not be unreasonably withheld.

(a)  **Clinical Personnel.**  Group shall employ or otherwise retain, and shall be responsible for hiring, and terminating, all physician personnel providing services in the Practice. Group shall assure that the Practice has, at all times, sufficient physician personnel to render Practice services at the level agreed to by Group and Company. Group shall be responsible for training and supervising such persons, as well as the nurses employed by the Group, in connection with their services on behalf of the Practice.  Group shall have sole responsibility for determining the salaries and providing such fringe benefits, and for withholding, as required by law, any sums for income tax, unemployment insurance, social security, Medicare tax, or any other withholding required by applicable law or governmental

2

**Exhibit "C," Page  2**

requirement for physician and nurse personnel. Group may request that Company assist with such payroll functions.

(b)    **Supervision of Services Provided by Nurses or Physician Assistants.** To the extent that any of the Practice's services are provided by licensed physician assistants or nurses, Group shall supervise the provision of such services as required by California law.

(c)    **Patient Informed Consent and Education.** Group shall assure that patients of the Practice give informed consent to treatment, which consent shall include education regarding the possible risks associated with the treatment.

(d)    **Marketing and Advertising.** All marketing and other advertising materials for the Practice prepared by Company on behalf of Group shall be subject to the prior review and written approval of the Group.

(e)    **Engagement of Contractor Physicians.** Group shall have sole discretion to determine the selection and compensation of independent contractor physicians.

(f)    **Fee Schedule.** All fee schedules and collection policies for all services rendered by the Practice shall be set by Group.

(g)    **Backup Systems and Emergency Plans.** Company has prepared and from time to time will provide Group with policies and procedures for back-up systems and emergency plans for patients of the Practice. Group shall review and approve the back-up systems and emergency plans in place for patients of the Practice.

**3.2.    Medical Decisions.** All medical decisions will be made solely by Group.

## ARTICLE 4.  THE COMPANY SERVICES

**4.1.    Provision of Management Services.** Company shall provide the management services provided for in this Article 4 (the "Company Services") from and after the Effective Date to Group in accordance with all applicable laws, rules and regulations (including patient confidentiality), and in accordance with the terms and conditions of this Agreement. Company shall cooperate with Group in a manner intended to permit Group to efficiently manage the operations of the Practice.

**4.2.    Collections and Banking.** Group appoints Company as its true and lawful attorney-in-fact for the following purposes:

(a)    To collect, in the name and for the account of Group, all payments for services rendered by the Practice;

(b)    To deposit all amounts collected in the name and for the account of Group as contemplated by paragraph (a) into the Group Operating Account (defined below in this Section 4.2);

3

(c)      To take possession of, endorse in the name of Group, and deposit into the Group Operating Account all cash, notes, checks, money orders, insurance payments and any other instruments received as payment for services; and

(d)      To sign checks, drafts, bank notes or other instruments on behalf of Group, and to make withdrawals from the Group Operating Account, for payment specified in this Agreement or as requested from time to time by Group.

(e)      To transfer, no less frequently than monthly, amounts remaining in the Group Operating Account after payment of all items required to be paid hereunder by Company, including payment of Company's Management Compensation under <u>Exhibit A</u> (attached hereto), to a separate account of Group over which Company has no authority.

Upon request of Company, Group shall execute and deliver to the financial institution at which the Group Operating Account is maintained such additional documents or instruments as may be necessary to evidence or effect the special and limited power of attorney granted to Company by Group pursuant to this Section.  The special and limited power of attorney granted to Company in this Section shall be coupled with an interest and shall be irrevocable except with Company's written consent. All amounts collected by Company or Group shall be deposited directly into a depository bank account held in the name of the Group and with a bank selected by Company and approved by Group (the "Group Operating Account").

**4.3.    <u>Financial Services.</u>**

(a) <u>**Accounting and Financial Records**</u>. Company shall provide all bookkeeping services necessary and appropriate to support the business and operations of the Practice, including, without limitation, the maintenance, custody and supervision of all business records, documents, ledgers, tax returns and reports of the Practice (collectively the "Practice Records"). The parties acknowledge and agree that: (i) the Practice Records shall not include the medical records maintained with respect to professional health care services rendered by the Group to its patients (the "Medical Records"), and (ii) the Medical Records shall remain the sole property of the Group, provided that, at all times during or subsequent to the term of this Agreement, the Company shall have the right to review the Medical Records and maintain copies of the Medical Records at no cost to the Company and in compliance with all statutory requirements.  Upon the request of the Group, the Company shall make all Practice Records relating to the business and operations of the Group available for inspection and copying by the Group at all reasonable times and at no cost to the Group.

(b) <u>**Legal and Accounting Services**</u>. Arranging for the provision of such legal and accounting services as may be reasonably required in connection with the internal operation of the Group (provided that the parties acknowledge and agree that such legal and accounting services shall be rendered by appropriate professionals, not the Company, at the sole cost and expense of the Group).  Company agrees that Group may engage the same accountant as is used by the Company to render services to Group.

**4.4.    <u>Non-Physician Personnel.</u>**  Company shall employ or otherwise retain and shall be responsible for selecting, hiring, training, supervising and terminating (except that

**Exhibit "C," Page   4**

Group shall train and supervise all nursing staff), all nursing, management, sales and marketing, administrative, clerical, secretarial, bookkeeping, accounting, payroll, billing and collection and other non-physician personnel as Company deems reasonably necessary and appropriate for Company's performance of its duties and obligations under this Agreement. Company shall, consistent with the Operating Budget and in consultation with Group, determine the salaries and provide fringe benefits for non-physician personnel, and shall be solely responsible for withholding, as required by law, any sums for income tax, unemployment insurance, social security, Medicare tax, or any other withholding required by applicable law or governmental requirement.

**4.5** **Furniture, Fixtures and Equipment**. Company shall provide and maintain all furnishings, fixtures and equipment used in the Practice, including but not limited to the lasers used in the Practice.

**4.6** **Quality Assurance.** Company shall provide administrative support to assist with the Group's overall compliance and quality assurance program. Company shall perform these tasks in a manner to ensure the confidentiality and non-discoverability of these program actions to the fullest extent allowable under state and federal law.

**4.7.** **Marketing.** Company shall market and promote the Practice. The parties agree that all marketing shall be undertaken in a tasteful and professional manner and shall be in compliance with applicable laws and regulations relating to advertising by the medical profession, and shall be subject to review and oversight by the Group.

**4.8** **Right to Use Space.** Company has the legal right to occupy the space occupied by the Practice (the "Premises") and grants to Group the right to use the Premises for the Practice for as long as this Agreement remains in effect (the "Sublease"). Company shall be responsible to acquire and maintain all permits and licenses necessary for the operation of the Practice at the Premises, including a city business license. Notwithstanding the foregoing, Group shall be solely responsible to obtain and maintain all professional licenses and permits, including professional licenses of the Shareholder and the nurses and physician assistants, DEA license, hospital staff privileges, etc.

**4.9.** **Warranty.** Group acknowledges that Company has not made and will not make any express or implied warranties or representations that the services provided by Company hereunder will result in any particular amount or level of income to Group.

## ARTICLE 5. COVENANTS OF GROUP

**5.1** **Professional Standards.** During the term of this Agreement, Group shall assure that Shareholder and all other professionals performing services on behalf of Group are and remain licensed to provide medical services in a manner consistent with all state and federal laws. All medical services provided shall be performed solely by professional personnel duly licensed to practice medicine. The professional services provided by Group shall at all times be provided in accordance with applicable ethical standards, laws and regulations applying to the medical profession. If any disciplinary actions or

Exhibit "C," Page 5

professional liability actions are initiated against Group, then Group shall immediately inform Company of such action and the underlying facts and circumstances. Group shall establish and maintain procedures to assure the consistency and quality of all professional medical services provided at or through the Practice. Group agrees to implement and maintain a program to monitor the quality of medical care provided by the Practice.

**5.2.** **Compensation of Independent Contractor Physicians.** Group shall be solely and exclusively responsible for paying the compensation of all independent contractor physicians rendering services on behalf of the Practice.

**5.3.** **Quality Assurance.** Group shall adopt a quality assurance program to monitor and evaluate the quality of medical services provided by the Practice. Upon request of Group, Company shall provide administrative assistance to Group in performing quality assurance activities.

**5.4.** **Notice of Certain Material Events.** Group shall give Company prompt notice after it becomes aware of any action, suit or proceeding at law or in equity or by or before any governmental instrumentality or agency which names Group as a defendant.

**5.5.** **Group Powers of Attorney.** Group shall execute and deliver to Company the power of attorney, satisfactory in form and substance to Company, appointing Company as attorney-in-fact for Group described in Section 4.2 with respect to any collections in the name of Group from services to or for a patient of the Practice.

## ARTICLE 6. INSURANCE AND INDEMNIFICATION

**6.1.** **Group Insurance.** The Group shall maintain, at Group's sole cost and expense, professional liability insurance in such types and amounts as shall be reasonably acceptable to the Company; provided that in no event shall the limits of such insurance be less than One Million ($1,000,000) Dollars per claim and Three Million ($3,000,000) Dollars in the aggregate. The carrier(s) of all of the insurance policies described herein, and the terms and conditions thereof, shall be subject to the prior approval of the Company. The Company shall, to the extent permitted, be named as an additional insured under Group's professional liability insurance. Upon the request of the Company from time to time, the Group shall provide the Company with reasonable evidence of the existence and validity of all such insurance policies. Upon termination of this Agreement, Group shall pay the cost of an extended reporting endorsement, or "tail" coverage, covering Group, with Company as an additional insured to the extent permitted, having the same limits as the insurance policy described above.

**6.2.** **Company Insurance.** The Company shall maintain in effect (at its sole cost and expense) during the term of this Agreement policies of general liability, workers compensation, employment practices liability and any other insurance customarily maintained by businesses such as the Company's business, with respect to the Company Services to be rendered hereunder by the Company on behalf of the Group. The foregoing insurance shall be in such types and amounts as are consistent with generally accepted standards among entities rendering services, on behalf of physician practices, similar to the Company Services to be rendered hereunder. Group shall be named as an additional insured under the Company's insurance to the extent

permissible.  Upon the request of Group from time to time, the Company shall provide Group with reasonable evidence of the existence and validity of such insurance coverage.

## ARTICLE 7. RESTRICTIVE COVENANTS

**7.1.**    (a)    **Acknowledgments.**  Group acknowledges and agrees that Company will incur substantial costs in providing the support services, personnel, management, administration and other items and services that are the subject matter of this Agreement and that the covenants contained in this Article 7 are necessary for the protection of Company and that Company would not have entered into this Agreement without such covenants.

(b)    **Exclusivity.**  During the term of this Agreement, neither Group nor any of Group's agents, representatives or affiliates, including the Shareholder (collectively, the "Group Representatives") shall, directly or indirectly, establish, operate or provide medical cosmetic services similar to those provided in the Practice, within Los Angeles County, except pursuant to the relationship established under this Agreement.

(c)    **Covenant Not to Compete with Company.**  Group agrees that, during the term of this Agreement, neither it nor the Shareholder shall, without the prior written consent of Company, directly or indirectly conduct activities that are competitive with those of Company's business or acquire, establish or own any financial, beneficial or other interest in (other than an interest consisting of less than one percent (1%) of a class of publicly traded securities), make any loan to or for the benefit of, or render any managerial or other business advice, to any entity that is conducting activities that are competitive with those of the Company's  business, in either case within the Company Territory.  For purposes of this Section, the business of Company shall mean the provision, distribution, promotion or advertising of any type of management or administrative services or products to or for the benefit of any physician practice that offers medical cosmetic services such as are offered by the Company.  For purposes of this Agreement, the term "Company Territory" shall mean Los Angeles County.

**7.2.**    **Non-Solicitation.**  During the term of this Agreement and for a period of two (2) years following the termination or expiration of this Agreement for any reason, neither Group nor the Shareholder shall, without the prior written consent of Company, solicit any employee or former employee of Company. For purposes of this Section, a "former employee" shall be any person who was employed by Company within twelve (12) months prior to the termination or expiration of this Agreement and who was not otherwise employed by Group at some time in the past.

**7.3.**    **Covenant Not To Hire Another Company.**  Group agrees that during the term of this Agreement, it shall not, without the prior written consent of Company, engage or contract with any person, firm or entity (or group of affiliated entities) other than the Company for the provision of comprehensive management services to Group of the kind contemplated by this Agreement relating to the Practice within the Company Territory, as defined in Section 7.1.

**7.4.** **Enforcement.**

(a)     Company and Group acknowledge and agree that remedies at law for any breach or attempted breach of the foregoing provisions in this Article 7 will be inadequate and that the party seeking to enforce any such covenants shall be entitled to specific performance, injunction or other equitable relief in the event of any such breach or attempted breach, in addition to any other remedies which might be available at law or in equity

(b)     If the duration, scope or geographic area contemplated by the foregoing provisions is determined to be unenforceable by a court of competent jurisdiction, the parties agree that such duration, scope or geographic area shall be deemed to be reduced to the greatest scope, duration or geographic area which would be enforceable.

## ARTICLE 8. FINANCIAL ARRANGEMENTS

**8.1.** **Company's Compensation.** From and after the Effective Date and through the initial term hereof, as compensation for the services it provides under this Agreement, Company shall be entitled to receive the compensation set forth in Exhibit A ("Management Fee").

**8.2.** **Reasonable Value of Fees.** Payments made to Company pursuant to this Article 8 are not intended to and shall not be construed to permit Company to share in Group's fees for medical services or other services, but is intended and acknowledged to be the parties' negotiated agreement as to the reasonable fair market value of the items and services furnished by Company pursuant to this Agreement, considering the nature and volume of the services required and the risks assumed by Company.

## ARTICLE 9. TERM AND TERMINATION

**9.1.** **Initial and Extension Terms.** This Agreement shall have an initial term of one (1) year commencing on the Effective Date of this Agreement and shall automatically renew for successive one (1) year terms unless and until terminated by mutual written agreement of the parties or pursuant to this Agreement.

**9.2.** **Mutual Termination.** This Agreement may be terminated by a written mutual agreement between the Company and the Group.

**9.3.** **Termination by Company for Cause.** Company may terminate this Agreement immediately upon the occurrence of any of the following events:

(a)     Group defaults by failing to perform any material duty or obligation imposed upon it by this Agreement, and the default continues for thirty (30) days after written notice from Company specifying the default, or if the default is not capable of being cured within the thirty (30)-day period, Group fails to commence to cure the default within the thirty (30)-day period or diligently to pursue a cure thereafter (the time for cure in any event not to exceed one hundred eighty (180) days after such written notice);

(b)      Group files a petition in voluntary bankruptcy or makes an assignment for the benefit of creditors, or if any other action is taken or suffered, voluntarily or involuntarily, under any federal or state law for the benefit of insolvents or otherwise granting relief from creditors, except for the filing of a petition in involuntary bankruptcy against Group that is dismissed within thirty (30) days after filing;

(c)      Group undergoes a voluntary or involuntary dissolution;

(d)      Group moves its medical practice out of the Premises maintained by the Company in Glendale, California; or

(e)      Group breaches any material term or condition of any other written agreement with Company, subject to any notice requirement and expiration of any applicable period for cure.

**9.4.    Termination by Either Party Without Cause.**  Either party may terminate this Agreement at any time upon thirty (30) days' prior written notice to the other party.

**9.5.    Termination by Group.**  Group may terminate this Agreement by giving notice to Company upon the occurrence of any of the following events:

(a)      Company defaults by failing to perform any material duty or obligation imposed upon it by this Agreement, and the default continues for thirty (30) days after written notice from Group specifying the default, or, if the default is not capable of being cured within the thirty (30) day period, Company fails to commence to cure the default within the thirty (30)-day period or fails diligently to pursue a cure thereafter (the time for cure in any event not to exceed one hundred eighty (180) days after such written notice);

(b)      Company undergoes a voluntary or involuntary dissolution; or

(c)      Company files a petition in voluntary bankruptcy or makes an assignment for the benefit of creditors, or if any other action is taken or suffered, voluntarily or involuntarily, under any federal or state law for the benefit of insolvents or otherwise granting relief from creditors, except for the filing of a petition in involuntary bankruptcy against Company that is dismissed within thirty (30) days after filing; or

(d)      Company gives Group notice of its intent to assign all or part of this Agreement pursuant to Section 13.6, in which event Group may terminate this Agreement by giving Company ninety (90) days written notice, during which notice period any such assignment shall be of no force or effect.

**9.6    Effects of Termination.**  Upon any termination or expiration of this Agreement:

(a)      Neither party shall have any further obligations under this Agreement, except for (i) obligations accruing before the effective date of the termination or expiration and (ii) obligations that this Agreement expressly provides survive termination or

expiration of this Agreement, such as Group's obligation to provide tail coverage under Section 6.1;

(b)     Each party shall return to the other party all originals and copies of any Confidential Information in the possession of the returning party or any person or entity to whom it has delivered originals or copies (other than originals or copies of Confidential Information given to a third party pursuant to Section 10.1);

(c)     Company and Group shall undertake in good faith all matters reasonably necessary to wind up their activities under this Agreement in an orderly manner; and

(d)     Company shall be authorized to pay the Management Fee from the Group Account, and to remit to Group all amounts remaining in the Group Account after payment of all amounts owed to the Company.

## ARTICLE 10.  CONFIDENTIAL INFORMATION

**10.1.  Non-Disclosure Agreement.**  The parties hereby mutually recognize that due to the nature of this Agreement (including, without limitation, the recognition by the Group that any policies, practices or procedures made available for use by the Group hereunder represent the sole and exclusive property and trade secrets of the Company), each party shall have access to information and materials concerning the business, operations, plans, trade secrets and finances of the other party (the "Confidential Information"). Each party agrees that, during the term of this Agreement and for a period of sixty (60) months following termination or expiration of this Agreement, it shall (a) not disclose any Confidential Information of the other party without the other party's express written authorization, (b) not use any Confidential Information of the other party in any way directly or indirectly detrimental to the other party, (c) keep all Confidential Information of the other party confidential, and (d) ensure that its affiliates or advisors who have access to Confidential Information comply with these nondisclosure obligations.  Notwithstanding the preceding sentence, either party may disclose Confidential Information (a) as required by applicable law or regulation, and (b) to those of its officers and agents who need to know Confidential Information for the purposes of this Agreement, provided that such officers and agents will be informed of the confidential nature of the Confidential Information, will agree to be bound by this Section, and will be directed not to disclose to any other person any Confidential Information.  Each party agrees to be responsible for any breach of this Section by its officers, employees and agents.

**10.2.  Procedure Upon Required Disclosure.**  If any party is requested or required (by oral questions, interrogatories, requests for information or documents, subpoenas, civil investigative demands, or similar processes) to disclose or produce any Confidential Information of the other party, then the party receiving such request shall (i) provide the other party with prompt notice of the request and copies, if possible, and, if not, a description, of the Confidential Information requested or required to be produced, so that such other party may seek an appropriate protective order or waive compliance with the provisions of this Section and (ii) consult with the other party as to the advisability of the other party's taking of legally available steps to resist or narrow such request.

**Exhibit "C," Page   10**

**10.3    HIPAA Compliance.**

(a)    The Company agrees to comply with the applicable provisions of the Administrative Simplification section of the Health Insurance Portability and Accountability Act of 1996, as codified at 42 U.S.C. § 1320d through d-8 ("HIPAA"), and the requirements of any regulations promulgated thereunder including without limitation the federal privacy regulations as contained in 45 C.F.R. Part 142 (collectively, the "Regulations"). The Company agrees not to use or further disclose any protected health information, as defined in 45 C.F.R. § 164.504, or individually identifiable health information, as defined in 42 U.S.C. § 1320d (collectively, the "Protected Health Information"), concerning a patient other than as permitted by this Agreement and the requirements of HIPAA or the Regulations. The Company, with the assistance of Group, will implement appropriate safeguards to prevent the use or disclosure of Protected Health Information other than as contemplated by this Agreement. The Company will promptly report to Group any use or disclosure of which the Company becomes aware, of Protected Health Information in violation of HIPAA or the Regulations. The Company will make its internal practices, books and records relating to the use and disclosure of Protected Health Information available to the Secretary to the extent required for determining compliance with HIPAA and the Regulations.

(b)    The Company agrees to abide by the terms of the HIPAA Business Associate Addendum attached hereto and incorporated by reference herein as Exhibit B.

(c)    The provisions set forth in this Section 10.3 shall survive the expiration or other termination of this Agreement.

## ARTICLE 11. INDEPENDENT RELATIONSHIP

It is acknowledged and agreed that Group and Company are at all times acting and performing hereunder as independent contractors. Company shall neither have nor exercise any control or direction over the methods by which Group and Shareholder practice medicine. The sole function of Company hereunder is to provide all Company Services in a competent, efficient and satisfactory manner. Company shall not, by entering into and performing its obligations under this Agreement, become liable for any of the obligations, liabilities or debts of Group not related to Group's services hereunder, unless otherwise specifically provided for under the terms of this Agreement. In its management role, Company will have only an obligation to exercise reasonable care in the performance of the management services. Company shall have no liability whatsoever for damages suffered on account of the willful misconduct or negligence of any employee, agent or independent contractor of Group. Each party shall be solely responsible for compliance with all state and federal laws pertaining to employment taxes, income withholding, unemployment compensation contributions and other employment related statutes regarding their respective employees, agents and servants.

## ARTICLE 12. DISPUTE RESOLUTION

**12.1.    Arbitration Procedures.**  Except for claims seeking injunctive relief and claims for indemnity arising out of third party claims made against Group or Company, any dispute,

controversy, or claim as between Group and Company arising under or relating to this Agreement or any breach or threatened breach thereof shall be resolved by final and binding arbitration administered by the American Arbitration Association ("AAA") by a single arbitrator under its Commercial Arbitration Rules. Any arbitration proceeding shall be held in Los Angeles, California. Judgment upon an award rendered by the arbitrator must be entered by a court having competent jurisdiction. The parties agree that the prevailing party in such arbitration proceeding, in addition to any award or other relief granted by the arbitrator, the arbitrator shall have jurisdiction to make an award to the prevailing party, as determined by the arbitrator, of the costs of such arbitration proceeding as well as reasonable attorneys' fees, costs and expenses incurred by said prevailing party in connection with the arbitration. Any award shall be based upon the contract terms of this Agreement, and governed by California law. The arbitrator shall have no jurisdiction to award punitive damages to any party.

**12.2. Availability of Temporary Remedies.** Notwithstanding anything to the contrary contained in Section 12.1, either party shall be entitled to seek an injunction, temporary restraining order or other temporary relief from a court of competent jurisdiction pending final resolution through arbitration of any controversy, dispute or claim for which arbitration is provided relating to this Agreement.

## ARTICLE 13. MISCELLANEOUS PROVISIONS

**13.1. Agreement to Reform.** This Agreement shall be construed to the fullest extent possible to be in compliance with and permitted by all federal and state statutes, rules, regulations, principles, interpretations, orders and decrees. If a Triggering Event (as defined below) occurs, the parties agree that they shall use best efforts to negotiate an amendment to this Agreement as necessary to comply with applicable statutes, rules, regulations, principles, interpretations, orders and decrees. To the fullest extent possible, any such amendment shall preserve the underlying economic and financial arrangements between the Company and the Group with the least changes to the parties' expectations hereunder. For purposes of this Section 13.1, "Triggering Event" means the becoming effective after the date hereof of any statute, rule, regulation, order or decree by a government entity with jurisdiction over Group or Company that renders illegal any material term of this Agreement.

**13.2. Severability.** Notwithstanding Section 13.1, if any provision of this Agreement is deemed to be in violation of applicable law and cannot be amended to cure such violation, or is otherwise unenforceable, such provision shall be deemed severed from the remainder of the Agreement and shall not affect the validity of the remainder of the Agreement.

**13.3. Force Majeure.** Neither party shall be liable or deemed to be in default for any delay or failure in performance under this Agreement or other interruption of service deemed to result, directly or indirectly, from acts of God, civil or military authority, acts of public enemy, war, accidents, fires, explosions, earthquakes, floods, failure of transportation, strikes or other work interruptions by either party's employees, or any other similar cause beyond the reasonable control of either party.

**Exhibit "C," Page  12**

**13.4.   Additional Acts.**  Each party shall perform any further acts and shall execute and deliver any documents that may he reasonably necessary to carry out the provisions of this Agreement.

**13.5.   Notices.**  All notices, demands and other communications given or delivered under this Agreement shall be in writing and shall be deemed to have been given when personally delivered, emailed, mailed by first class mail, return receipt requested, or delivered by express courier service..  Notices, demands and communications shall, unless another address is specified in writing, be sent to the address or telecopy number indicated below:

Notices to Group:          Wilbur Williams, M.D., Inc.
                           150 E. Olive Ave. Ste. 113
                           Burbank, CA 91502
                           Attn: Wilbur Williams, M.D.


Notices to the Company:     Petrosian Esthetic Enterprises, LLC
                            315 Arden Ave #3
                            Glendale, CA 91203
                            Attn: Sevana Petrosian

With a copy (which shall not constitute notice) to:

                            Buchalter Nemer
                            1000 Wilshire Boulevard, Suite 1500
                            Los Angeles, CA 90017
                            Attn: Carol K. Lucas, Esq.

**13.6.   Restrictions on Assignment.**  This Agreement and all of the provisions hereof shall be binding upon and inure to the benefit of the parties and their respective successors and permitted assigns; provided that neither this Agreement nor any of the rights, interests or obligations hereunder may be assigned by Group without the prior written consent of Company or by Company without the prior written consent of the Group.  Notwithstanding the foregoing, without the prior written consent of the other party,  Company  may at any time, in its sole discretion upon prior written notice to Group and subject to Group's termination rights as herein provided, assign, in whole or in part (a) Company's rights and obligations pursuant to this Agreement to one or more of its affiliates in which Company owns more than a 50% interest; and (b) its rights and obligations under this Agreement for collateral security purposes to any lender providing financing to the Company, and (c) its rights and obligations under this Agreement, in whole or in part, to any subsequent purchaser of the Company (whether such sale is structured as a sale of stock, sale of assets, merger, recapitalization or otherwise).

**13.7.   Binding Effect.**  Subject to the restrictions on assignment contained in the preceding Section, this Agreement shall inure to the benefit of be enforceable by and be binding upon the parties, their successors and assigns.

**Exhibit "C," Page   13**

**13.8.  Entire Agreement.**  This Agreement and the exhibits incorporated herein and therein by reference, contain and constitute the entire agreement between the Company and Group and supersede and cancel any prior agreements, representations, warranties or communications, whether oral or written, between the parties relating to the transactions contemplated by this Agreement.  Neither this Agreement nor any provision of this Agreement may be changed, waived, discharged or terminated orally, but only by an agreement in writing signed by the party against whom or which the enforcement of such change, waiver, discharge or termination is sought.

**13.9.  Modifications.**  This Agreement may not be changed or terminated orally, but may only be changed by an agreement in writing signed by a duly authorized officer of Company if Company is the party against whom enforcement of any such waiver, change, modification, extension, discharge or termination is sought, or by Group if Group is the party against whom enforcement of any such waiver, change, modification, extension, discharge or termination is sought.

**13.10.  Governing Law.**  This Agreement shall be governed by and construed in accordance with the laws of the State of California.

**13.11.  Schedules and Exhibits.**  All schedules and exhibits attached to this Agreement are incorporated by reference as a part of this Agreement.

**13.12.  Waivers.**  No failure on the part of any party to this Agreement to exercise, and no delay in exercising, any right, power or remedy created under this Agreement shall operate as a waiver of this Agreement, nor shall any single or partial exercise of any right, power or remedy by any such party preclude any other or further exercise of this Agreement or the exercise of any other right, power or remedy.  No waiver by any party to this Agreement to any breach of or default in any term or condition of this Agreement shall constitute a waiver of or assent to any succeeding breach of or default in the same or any other term or condition of this Agreement.

**13.13.  Headings.**  The headings contained this Agreement are for reference purposes only and shall not affect in any way the meaning or interpretation of this Agreement.

**13.13.  Counterparts; Facsimile.**  This Agreement may be executed by facsimile and in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same agreement.

**13.15.  Expenses.**  Unless expressly provided otherwise, each party shall bear its own expense incurred in the preparation, negotiation and performance of this Agreement.

*[signature block appears on following page]*

14

**Exhibit "C," Page   14**

IN WITNESS WHEREOF, the Parties have executed this Management Services Agreement as of the date first written above.

COMPANY:

PETROSIAN ESTHETIC ENTERPRISES, LLC
a California limited liability company

By: _____
Name: SEVANA PETROSIAN
Its: _____

GROUP:

WILBUR WILLIAMS, M.D., INC., a California professional corporation

By: _____
Name:  Wilbur Williams, M.D.

15

**Exhibit "C," Page   15**

## EXHIBIT A
## MANAGEMENT COMPENSATION

For its services hereunder, the Company shall be entitled its actual out-of-pocket costs in providing its services, plus an amount equal to 15% of such amount (the "Management Fee"), which the parties agree represents the fair value of the goods and services furnished by Company hereunder.

Group acknowledges that Company may operate an aesthetic skincare business at the premises also occupied by Group hereunder, and the Parties agree that any costs attributable to the Company's own business shall not be included in the costs used to determine the Management Fee, which costs shall be limited to the costs of providing administrative services for Group's Practice.

**Exhibit "C," Page   16**

## EXHIBIT B
### BUSINESS ASSOCIATE ADDENDUM

**Exhibit "C," Page   17**

## BUSINESS ASSOCIATE ADDENDUM

This HIPAA Business Associate Addendum ("Addendum") is made as of May __ 2013, by and between Petrosian Esthetic Enterprises, LLC, a California limited liability company ("Business Associate"), and Kenneth Hunt Thomas, M.D., Inc., a California professional medical corporation ("Covered Entity").

### RECITALS

WHEREAS, the parties entered into an agreement dated as of the date hereof (the "Agreement") pursuant to which they may exchange certain information that may constitute Protected Health Information pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"); and

WHEREAS, with respect to such Protected Health Information, both parties are committed to complying with the Standards for Privacy of Individually Identifiable Health Information (the "Privacy Regulation") under HIPAA, as modified by the Health Information Technology for Economic and Clinical Health Act ("HITECH Act").

### AGREEMENT

NOW, THEREFORE, in consideration of the foregoing and other good and valuable consideration, the adequacy, receipt and sufficiency of which are hereby acknowledged, the parties agree as follows.

1.    <u>Responsibilities of the Business Associate</u>.    With regard to its use and/or disclosure of Protected Health Information, the Business Associate hereby agrees to do the following:

A.    Use and/or disclose the Protected Health Information ("PHI") only as permitted or required by this Addendum or as otherwise required by law.

B.    Report to Covered Entity, in writing, any use and/or disclosure of the PHI that is not permitted or required by this Addendum of which Business Associate becomes aware within three (3) days of the Business Associate's discovery of such unauthorized use and/or disclosure.

C.    Establish procedures for mitigating, to the greatest extent possible, any deleterious effects from any improper use and/or disclosure of PHI that the Business Associate reports to the Covered Entity.

D.    Use commercially reasonable efforts to maintain the security of the PHI and to prevent unauthorized use and/or disclosure of such Protected Health Information.

E.    Require all of its subcontractors and agents that receive or use, or have access to, PHI under this Addendum or the Agreement to agree, in writing,

18

**Exhibit "C," Page    18**

to adhere to the same restrictions and conditions on the use and/or disclosure of PHI that apply to the Business Associate pursuant to this Section 1.

F.   Make available all records, books, agreements, policies and procedures relating to the use and/or disclosure of PHI to the Secretary of Health and Human Services for purposes of determining the Covered Entity's compliance with the Privacy Regulation, subject to attorney-client and other applicable legal privileges.

G.   Upon prior written request, make available during normal business hours at Business Associate's offices all records, books, agreements, policies and procedures relating to the use and/or disclosure of PHI to the Covered Entity within three (3) days for purposes of enabling the Covered Entity to determine the Business Associate's compliance with the terms of this Agreement.

H.   Within forty-five (45) days of receiving a written request from the Covered Entity, provide to the Covered Entity such information as is requested by the Covered Entity to permit the Covered Entity to respond to a request by an individual for an accounting of the disclosures of the individual's PHI in accordance with 45 C.F.R. § 164.528.

I.   Return to the Covered Entity or destroy (at the Covered Entity's choosing), within twenty (20) days of the termination of the Agreement, the PHI in its possession and retain no copies (which for purposes of this Addendum shall mean destroy all backup tapes).

J.   Disclose to its subcontractors, agents or other third parties, and request from the Covered Entity, only the minimum PHI necessary to perform or fulfill a specific function required or permitted hereunder.

K.   Business Associate shall not use PHI for marketing or fundraising purposes, except with the prior written authorization of Covered Entity and consistent with the requirements of 45 C.F.R. §164.514(f) and §164.508(a).

L.   Business Associate shall not directly or indirectly receive remuneration in exchange for PHI, except as set forth in the Agreement or with the prior written consent of Covered Entity.'

M.   Business Associate shall not disclose PHI to a health plan for payment or health care operations purposes if the patient has requested that the information not be provided to the health plan and has paid out of pocket in full for the healthcare item or service to which the PHI solely relates.

N.   To the extent Business Associate is to carry out one or more of Covered Entity's obligation(s) under Subpart E of 45 C.F.R. Part 164, Business

19

Associate agrees to comply with the requirements of Subpart E that apply to Covered Entity in the performance of such obligation(s).

2.     <u>Responsibilities of the Covered Entity</u>. With regard to the use and/or disclosure of Protected Health Information by the Business Associate, the Covered Entity hereby agrees:

    A.     To inform the Business Associate of any changes in the form of notice of privacy practices (the "Notice") that the Covered Entity provides to individuals pursuant to 45 C.F.R. § 164.520, and provide the Business Associate a copy of the Notice currently in use.

    B.     To inform the Business Associate of any changes in, or withdrawal of, the consent or authorization provided to the Covered Entity by individuals pursuant to 45 C.F.R. §164.506 or §164.508.

    C.     To inform the Business Associate of any opt-outs exercised by any individual from marketing and/or fundraising activities of the Covered Entity pursuant to 45 C.F.R. § 164.514(e).

3.     <u>Amendment to Comply with Law</u>. The parties agree to take such action as necessary for this Addendum to comply with HIPAA and/or HITECH. Any provision required by HIPAA, HITECH or the corresponding regulations to be included in an agreement between a Covered Entity and a Business Associate shall bind the parties whether or not expressly provided in this Agreement.

**"BUSINESS ASSOCIATE"**

PETROSIAN ESTHETIC ENTERPRISES, LLC
a California limited liability company

By: _____

Its: _____

**"COVERED ENTITY"**

WILBUR WILLIAMS M.D., INC.
a California professional corporation

By: _Wilbur Williams, MD_

Its: _____

20

**EXHIBIT "D"**

# Business Account Application

**WELLS FARGO**

| | |
|---|---|
| Bank Name: | Branch Name: |
| WELLS FARGO BANK, N.A. | GLENDALE |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| TONOYAN,HOVANES | C2238 | 07/05/2018 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 818/550-5021 | 04565 | 0000939 | E2823-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only          [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | Purpose of Account 1 : |
|---|---|
| Wells Fargo Simple Business Checking | General Operating Account |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | 9717909726 | $25.00 | INTX |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| bb-008219800 | No |

## Related Customer Information

| Customer 1 Name: | |
|---|---|
| WILBUR WILLIAMS JR M D INC | |
| Enterprise Customer Number (ECN): | Account Relationship: |
| 7034702037 | Sole Owner |

| Customer 2 Name: | |
|---|---|
| WILBUR WILLIAMS JR | |
| Enterprise Customer Number (ECN): | Account Relationship: |
| 112483484 | Signer |

| Customer 3 Name: | |
|---|---|
| SALINA RANJBAR | |
| Enterprise Customer Number (ECN): | Account Relationship: |
| 339623780103414 | Signer |

| Customer 4 Name: | |
|---|---|
| SEVANA PETROSIAN | |
| Enterprise Customer Number (ECN): | Account Relationship: |
| 112718783 | Signer |

## Checking/Savings Statement Mailing Information



2W02-001094123805-01

**Exhibit "D," Page 1**

WW/Wells Fargo 000308

Business Account Application

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| WILBUR WILLIAMS JR M D INC | 2652 VIA OLIVERA | |
| | Address Line 2: | |
| | City: PALOS VERDES ESTATES | State: CA |
| | ZIP/Postal Code: 90274-2810 | Country: US |

## Customer 1 Information

| Customer Name: | | |
|---|---|---|
| WILBUR WILLIAMS JR M D INC | | |
| Enterprise Customer Number (ECN): 7034702037 | Street Address: 2652 VIA OLIVERA | |
| Account Relationship: Sole Owner | Address Line 2: | |
| Taxpayer Identification Number (TIN): 95-4752395 | TIN Type: EIN | Address Line 3: |
| Business Type: Corporation Type C | City: PALOS VERDES ESTATES | State: CA |
| Business Sub-Type/Tax Classification: Corporation | Non-Profit: No | ZIP/Postal Code: 90274-2810 | Country: US |

| Date Originally Established: 07/01/1999 | Current Ownership Since: | Number of Employees: 30 | Business Phone: 213/712-3983 | Fax: |
|---|---|---|---|---|
| Annual Gross Sales: $200,000.00 | Year Sales Reported: 01/01/2004 | Fiscal Year End: | Cellular Phone: | Pager: |
| Primary Financial Institution: | Number of Locations: 1 | | e-Mail Address: | |
| Primary State 1: | Primary State 2: | Primary State 3: | Website: | |
| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: LOCAL | |

Industry:
Health Care and Social Assistance

Description of Business:
physician

Major Suppliers/Customers:

## Bank Use Only

| Name/Entity Verification: Articles of Incorporation | Address Verification: |
|---|---|

BACC Reference Number:
NORECORD

| Document Filing Number/Description: 2142396 | Filing Country: US | Filing State: CA | Filing Date: 07/02/1999 | Expiration Date: |
|---|---|---|---|---|
| Country of Registration: US | State of Registration: CA | International Transactions: | | Check Reporting: NO RECORD |



2W02-001094123805-02

BBG2307 (3-17 SVP)

**Exhibit "D," Page   2**

WW/Wells Fargo 000309

Business Account Application

## Owner/Key Individual 1 Information

| | |
|---|---|
| Customer Name:<br>WILBUR WILLIAMS JR | Residence Address:<br>2652 VIA OLIVERA |
| Business Relationship:<br>Key Executive with Control of the Entity | Address Line 2: |
| Position/Title:    Date of Birth:<br>02/18/1937   Percent of Ownership:<br>0.0 | Address Line 3: |
| Enterprise Customer Number (ECN):<br>112483484 | City:<br>PALOS VERDES ESTATES    State:<br>CA |
| Taxpayer Identification Number (TIN):<br>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   TIN Type:<br>SSN | ZIP/Postal Code:<br>90274-2810    Country:<br>US |
| Primary ID Type:<br>DLIC    Primary ID Description:<br>E0825672 | Country of Citizenship:<br>US    Permanently Resides in US: |
| Primary ID St/Ctry/Prov:<br>CA   Primary ID Issue Date:<br>03/03/2016   Primary ID Expiration Date:<br>02/18/2021 | Check Reporting:<br>NO RECORD |
| Secondary ID Type:<br>OTHR CC    Secondary ID Description:<br>WELLS FARGO 1299 | |
| Secondary ID State/Country:   Secondary ID Issue Date:   Secondary ID Expiration Date:<br>07/31/2018 | |



2W02-001094123805-03

BBG2307 (3-17 SVP)

**Exhibit "D," Page   3**

WW/Wells Fargo 000310

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, governance or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name
WILBUR WILLIAMS JR

Position/Title:

Owner/Key Individual 1 Signature

☐ Submit manually
☐ Signature not required

Date:
07/05/2018

## Authorized Signers - Signature Capture

Authorized Signer 1 Name
WILBUR WILLIAMS JR

Position/Title:

Authorized Signer 1 Signature

☐ Submit manually
☐ Signature not required

Date:
07/05/2018



2W02-001094123805-04

**Exhibit "D," Page   4**

WW/Wells Fargo 000311

Business Account Application

Authorized Signer 2 Name

SALINA RANJBAR

Position/Title:

Authorized Signer 2 Signature



☐ Submit manually
☐ Signature not required

Date:

07/05/2018

Authorized Signer 3 Name

SEVANA PETROSIAN

Position/Title:

Authorized Signer 3 Signature



☐ Submit manually
☐ Signature not required

Date:

07/05/2018

2W02-001094123805-05

BBG2307 (3-17 SVP)

Page 5 of 5
Wells Fargo Confidential

**Exhibit "D," Page   5**

**EXHIBIT "E"**

# Certification Regarding Beneficial Owners of Legal Entity Customers



| Bank Name: | Branch Name: |
|---|---|
| WELLS FARGO BANK, N.A. | GLENDALE |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| TONOYAN, HOVANES | C2238 | 07/05/2018 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 818/550-5021 | 04565 | 0000939 | E2823-011 |

## I. GENERAL INSTRUCTIONS

**What is this form?**

To help the government fight financial crime, federal regulation requires certain financial institutions to obtain, verify, and record information about the beneficial owners of legal entity customers. Legal entities can be abused to disguise involvement in terrorist financing, money laundering, tax evasion, corruption, fraud, and other financial crimes. Requiring the disclosure of key individuals who ultimately own or control a legal entity (i.e., the beneficial owners) helps law enforcement investigate and prosecute these crimes.

**Who has to complete this form?**

This form must be completed by the person opening a new account on behalf of a legal entity with any of the following U.S. financial institutions: (i) a bank or credit union; (ii) a broker or dealer in securities; (iii) a mutual fund; (iv) a futures commission merchant; or (v) an introducing broker in commodities.

For the purposes of this form, a legal entity includes a corporation, limited liability company, partnership, and any other similar business entity formed in the United States or a foreign country.

**What information do I have to provide?**

This form requires you to provide the name, address, date of birth and social security number (or passport number or other similar information, in the case of foreign persons) for the following individuals (i.e., the **beneficial owners**):

(i) Each individual, if any, who owns, directly or indirectly, 25 percent or more of the equity interests of the legal entity customer (e.g., each natural person that owns 25 percent or more of the shares of a corporation); **and**

(ii) An individual with significant responsibility for managing the legal entity customer (e.g., a Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President or Treasurer).

The financial institution may also ask to see a copy of a driver's license or other identifying document for each beneficial owner listed on this form.

## II. CERTIFICATION OF BENEFICIAL OWNER(S)

**Persons opening/maintaining an account on behalf of a legal entity must provide the following information:**

## Account Opening Information

a.Name of Person Opening the Business Relationship Account:

WILBUR WILLIAMS JR

b.Name of Legal Entity for Which the Account is Being Opened:

WILBUR WILLIAMS JR M D INC



2W02-001094125719-01

**Exhibit "E," Page   1**

WW/Wells Fargo 000313

Certification Regarding Beneficial Owners of Legal Entity Customers

c. The following information for each individual, if any, who, directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25 percent or more of the equity interests of the legal entity listed above:

(If no individual meets this definition, please indicate "Not Applicable.")

**Beneficial Owner - Not Applicable**

d. The following information for one individual with significant responsibility for managing the legal entity listed above, such as:
•     An executive officer or senior manager (e.g., Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or
•     Any other individual who regularly performs similar functions.

(If appropriate, an individual listed under section (c) above may also be listed in this section (d)).

### Individual with Control 1 Information

| Individual Name: WILBUR WILLIAMS JR | Street Address: 2652 VIA OLIVERA |
|---|---|
| Date of Birth: 02/18/1937 | Address Line 2: |
| Taxpayer Identification Number (TIN): 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    TIN Type: SSN | Address Line 3: |
| Primary ID Type:    Primary ID Description: | City: PALOS VERDES ESTATES   State: CA   Country: US |
| Primary ID St/Ctry/Prov: | ZIP/Postal Code: 90274-2810 |

### Certified/Agreed To

**I, WILBUR WILLIAMS JR, hereby certify, to the best of my knowledge, that the information provided above is complete and correct.**



☐ Submit manually
☐ Signature not required

Date: 07/05/2018

In lieu of a passport number, foreign persons may also provide an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

**Exhibit "E," Page  2**

WW/Wells Fargo 000314

**EXHIBIT "F"**

**2015279 10 194**

| LLC-1 | **Articles of Organization of a Limited Liability Company (LLC)** |
|---|---|

To form a limited liability company in California, you can fill out this form, and submit for filing along with:

– A **$70** filing fee.
– A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form.

**Important!** LLCs in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

LLCs may not provide "professional services," as defined by California Corporations Code sections 13401(a) and 13401.3.

Note: *Before submitting the completed form,* you should consult with a private attorney for advice about your specific business needs.

**FILED**
Secretary of State
State of California

OCT 0 2 2015

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**LLC Name** (List the proposed LLC name exactly as it is to appear on the records of the California Secretary of State.)

① **Sev Laser Aesthetics-Pasadena, LLC**

*Proposed LLC Name*

The name must include: LLC, L.L.C., Limited Liability Company, Limited Liability Co., Ltd. Liability Co. or Ltd. Liability Company; and may not include: bank, trust, trustee, incorporated, Inc., corporation, or corp., insurer, or insurance company.   For general entity name requirements and restrictions, go to www.sos.ca.gov/business/be/name-availability.htm.

**Purpose**

② The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**LLC Addresses**

③ a. 696 E. Colorado Blvd., Suite 220       Pasadena       **CA** 91101

*Initial Street Address of Designated Office in CA - Do not list a P.O. Box*   *City (no abbreviations)*   *State*   *Zip*

b. _____

*Initial Mailing Address of LLC, if different from 3a*   *City (no abbreviations)*   *State*   *Zip*

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your LLC is sued. You may list any adult who lives in California. You may not list an LLC as the agent. **Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.**)

④ a. Sevana Petrossian

*Agent's Name*

b. 696 E. Colorado Blvd., Suite 220       Pasadena       **CA** 91101

*Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box*   *City (no abbreviations)*   *State*   *Zip*

**Management** (Check only one.)

⑤ The LLC will be managed by:

[✓] One Manager     [ ] More Than One Manager     [ ] All Limited Liability Company Member(s)

This form must be signed by each organizer. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of organization.

▶ *Carol Lucas*

*Organizer - Sign here*

Carol Lucas

*Print your name here*

| Make check/money order payable to: **Secretary of State** Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | **By Mail** Secretary of State Business Entities, P.O. Box 944228 Sacramento, CA 94244-2280 | **Drop-Off** Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |
|---|---|---|

Corporations Code §§ 17701.04, 17701.08, 17701.13, 17702.01, Revenue and Taxation Code § 17941
LLC-1 (REV 01/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

**Secretary of State**
**Articles of Organization**
Limited Liability Company (LLC)

**LLC-1**

**2 0 1 8 1 1 8 1 0 0 5 1**

**FILED** *CSD*
Secretary of State
State of California

**APR 27 2018**
*/cc*

IMPORTANT — Read Instructions before completing this form.

Filing Fee   –   $70.00

Copy Fees   –   First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* LLCs may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to *https://www.ftb.ca.gov*.

This Space For Office Use Only

**1.   Limited Liability Company Name** (See Instructions – Must contain an LLC ending such as LLC or L.L.C. "LLC" will be added, if not included.)

Sev Laser Aesthetics San Francisco, LLC

**2. Business Addresses**

| a  Initial Street Address of Designated Office in California - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2198 Market Street | San Francisco | CA | 94114 |
| b. Initial Mailing Address of LLC, if different than Item 2a | City (no abbreviations) | State | Zip Code |
| | | | |

**3.   Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 3a and 3b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| Sevana | | Petrosian | | |
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | | State | Zip Code |
| 1131 North Brand Boulevard | Glendale | | CA | 91202 |

CORPORATION – Complete Item 3c.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b |
|---|
| |

**4.   Management** (Select **only** one box)

The LLC will be managed by:

[✓] One Manager        [ ] More than One Manager        [ ] All LLC Member(s)

**5.   Purpose Statement** (Do not alter Purpose Statement)

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**6.**  The Information contained herein, including in any attachments, is true and correct.

Organizer sign here

Carol K. Lucas
Print your name here

LLC-1 (REV 04/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be



**Secretary of State**
**Articles of Organization**
Limited Liability Company (LLC)

**LLC-1**

2 0 1 7 0 3 9 1 0 1 5 5

**FILED**
Secretary of State
State of California

JAN 2 6 2017

*icc*
This Space For Office Use Only

**IMPORTANT — Read Instructions before completing this form.**

**Filing Fee - $70.00**

**Copy Fees** - First plain copy free; Additional copies: First page $1.00 & .50 for each attachment page; Certification Fee - $5.00

***Important!*** LLCs may have to pay an annual minimum $800 tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

**1. Limited Liability Company Name** (See Instructions – Must contain an LLC ending such as LLC or L.L.C. "LLC" will be added, if not included.)

SEV LASER AESTHETICS-ORANGE COUNTY, LLC

**2. Business Addresses**

| a. Initial Street Address of Designated Office in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2222 Michelson Drive, Suite 242 | Irvine | CA | 92612 |
| b. Initial Mailing Address of LLC, if different than Item 2a | City (no abbreviations) | State | Zip Code |
|  |  |  |  |

**3. Agent for Service of Process**

**Item 3a and 3b:** If naming an **individual**, the agent must reside in California and Item 3a and 3b must be completed with the agent's name and complete California street address.
**Item 3c:** If naming a California Registered **Corporate Agent**, a current agent registration certificate must be on file with the California Secretary of State and Item 3c must be completed (leave Item 3a-3b blank).

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Sevana |  | Petrossian |  |
| b. Street Address (if agent is not a corporation) - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 696 E. Colorado Blvd., Suite 220 | Pasadena | CA | 91101 |

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b

**4. Management** (Select **only** one box)

The LLC will be managed by:

[✓] One Manager     [ ] More than One Manager     [ ] All LLC Member(s)

**5. Purpose Statement** (Do not alter Purpose Statement)

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**6.** The Information contained herein, including in any attachments, is true and correct.

*Carol Lucas*

Organizer sign here

Carol Lucas

Print your name here

LLC-1 (REV 06/2016)

2016 California Secretary of State
www.sos.ca.gov/business/be

**Secretary of State**
**Articles of Organization**
Limited Liability Company (LLC)

LLC-1

**2018 096 10486**

**FILED** PS
Secretary of State
State of California

APR 0 6 2018

This Space For Office Use Only

**IMPORTANT — Read Instructions before completing this form.**

**Filing Fee** – $70.00

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* LLCs may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to *https://www.ftb.ca.gov*.

**1. Limited Liability Company Name** (See Instructions – Must contain an LLC ending such as LLC or L.L.C. "LLC" will be added, if not included.)

Sev Laser Aesthetics La Jolla, LLC

**2. Business Addresses**

| a. Initial Street Address of Designated Office in California - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1002 Prospect Street | La Jolla | CA | 92037 |
| b. Initial Mailing Address of LLC, if different than Item 2a | City (no abbreviations) | State | Zip Code |
|  |  |  |  |

**3. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 3a and 3b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Sevana |  | Petrosian |  |
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
| 1131 North Brand Boulevard | Glendale | CA | 91202 |

CORPORATION – Complete Item 3c. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b

**4. Management** (Select **only** one box)

The LLC will be managed by:

☑ One Manager      ☐ More than One Manager      ☐ All LLC Member(s)

**5. Purpose Statement** (Do not alter Purpose Statement)

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**6. The Information contained herein, including in any attachments, is true and correct.**

*Carol Lucas*
Organizer sign here

Carol K. Lucas
Print your name here

LLC-1 (REV 04/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, April 12, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 202010010290    SEV LASER AESTHETICS LONG BEACH, LLC

| | |
|---|---|
| **Registration Date:** | 03/13/2020 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **REGISTERED AGENT SOLUTIONS, INC. (C2392069)**<br>To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 6511 E PACIFIC COAST HWY STE G2-A<br>LONG BEACH CA 90803 |
| **Entity Mailing Address:** | 6511 E PACIFIC COAST HWY STE G2-A<br>LONG BEACH CA 90803 |
| **LLC Management** | One Manager |

A Statement of Information is due within 90 days of registration and then EVERY EVEN-NUMBERED year beginning five months before and through the end of March.

| Document Type ⇅ | File Date ⇟ | PDF |
|---|---|---|
| REGISTRATION | 03/13/2020 | Image unavailable. Please request paper copy. |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

**2015279101 94**

| LLC-1 | **Articles of Organization**<br>**of a Limited Liability Company (LLC)** |
|---|---|

To form a limited liability company in California, you can fill out this form, and submit for filing along with:

- A **$70** filing fee.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form.

**Important!** LLCs in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

LLCs may not provide "professional services," as defined by California Corporations Code sections 13401(a) and 13401.3.

Note: *Before submitting the completed form,* you should consult with a private attorney for advice about your specific business needs.

**FILED**
Secretary of State
State of California

OCT 02 2015

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**LLC Name** (List the proposed LLC name exactly as it is to appear on the records of the California Secretary of State.)

① Sev Laser Aesthetics-Pasadena, LLC

*Proposed LLC Name*

The name must include: LLC, L.L.C., Limited Liability Company, Limited Liability Co., Ltd. Liability Co. or Ltd. Liability Company; and may not include: bank, trust, trustee, incorporated, inc., corporation, or corp., insurer, or insurance company. For general entity name requirements and restrictions, go to www.sos.ca.gov/business/be/name-availability.htm.

**Purpose**

② The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**LLC Addresses**

③ a. | 696 E. Colorado Blvd., Suite 220 | Pasadena | CA | 91101 |
|---|---|---|---|
| *Initial Street Address of Designated Office in CA - Do not list a P.O. Box* | *City (no abbreviations)* | *State* | *Zip* |

b. | | | | |
|---|---|---|---|
| *Initial Mailing Address of LLC, if different from 3a* | *City (no abbreviations)* | *State* | *Zip* |

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your LLC is sued. You may list any adult who lives in California. You may not list an LLC as the agent. **Do not** list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

④ a. Sevana Petrossian

*Agent's Name*

b. | 696 E. Colorado Blvd., Suite 220 | Pasadena | CA | 91101 |
|---|---|---|---|
| *Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box* | *City (no abbreviations)* | *State* | *Zip* |

**Management** (Check only one.)

⑤ The LLC will be managed by:

[✓] One Manager    [ ] More Than One Manager    [ ] All Limited Liability Company Member(s)

This form must be signed by each organizer. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of organization.

▶ *Carol Lucas (signature)*    Carol Lucas

*Organizer - Sign here*    *Print your name here*

| Make check/money order payable to: **Secretary of State**<br>Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | **By Mail**<br>Secretary of State<br>Business Entities, P.O. Box 944228<br>Sacramento, CA 94244-2280 | **Drop-Off**<br>Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |
|---|---|---|

Corporations Code §§ 17701.04, 17701.08, 17701.13, 17702.01, Revenue and Taxation Code § 17941
LLC-1 (REV 01/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

**EXHIBIT "G"**

# MANAGEMENT SERVICES AGREEMENT

**THIS MANAGEMENT SERVICES AGREEMENT** (this "Agreement") is entered into as of ~~October 21 2018~~ (the "Effective Date") by and between SEV LASER AESTHETICS-SAN JOSE, LLC, a California limited liability company doing business as SEV LASER (the "Company"), and WILBUR WILLIAMS JR., M.D., INC. a California professional corporation ("Group"), with reference to the following facts:

## RECITALS

A.    Group is a California medical professional corporation, whose sole shareholder (the "Shareholder"), is a duly licensed physician and is authorized to engage in the provision of medical services in California;

B.    Group operates a medical practice that provides medical cosmetic services in Glendale, West Hollywood, Calabasas, Rancho Cucamonga, Irvine, Hermosa Beach, La Jolla, San Francisco, California (the "Practice");

C.    Company is an experienced manager of medical practices such as the Practice;

D.    Group desires to engage the services of the Company to perform certain non-professional functions for the Group, in order to permit the Group to concentrate its efforts on the Practice; and

E.    Group and Company both understand that California law contains a prohibition on the corporate practice of medicine and thus the provisions of this Agreement specifically recognize the control of the Group over the practice of medicine and all decisions related to the practice of medicine.

**IN CONSIDERATION** of these premises and the covenants set forth below, and for other good and sufficient consideration received by each party, Group and Company agree as follows:

## ARTICLE 1.  NATURE OF THE PRACTICE

**1.1.    Nature of the Practice.**  Group operates a practice that provides a range of medical aesthetic services to patients who desire such services.  The Shareholder provides such services personally and supervises the performance of such services by physician assistants and/or nurses, and also may provide such services through independent contractor physicians and surgeons who agree to perform such services according to the protocols and standards established by Group.

## ARTICLE 2.  DUTIES OF THE COMPANY

**2.1.    Appointment of Company.**  Group hereby appoints Company as the sole and exclusive provider of all non-medical business management, information management, clinical support and personnel, equipment and supplies as are reasonably necessary for the day-to-day administration, operation and non-medical management of the Practice ("Company

1

Services"), including, without limitation, those provided for in Article 4, subject to the terms and conditions set forth in this Agreement.

**2.2.** **Authority of Company.** Subject to applicable law, and consistent with the provisions of this Agreement and the supervision of Group, as defined below, Company shall have the responsibility and commensurate authority to provide the Company Services. Group authorizes Company to provide the Company Services in any reasonable manner that Company deems appropriate to meet the day-to-day non-medical management and support requirements of Group. Group shall cooperate with Company in a manner that will permit Company efficiently to manage the operations of the Practice within the bounds of all applicable laws and regulations.

**2.3.** **No Control Over Medical Services.** Group shall have complete responsibility, authority, supervision and control over the provision of all medical services. Company shall have absolutely no responsibility for, nor authority, supervision or control over, the provision of medical services. Company is not authorized or qualified to engage in any activity that may be construed to constitute the practice of medicine. If and to the extent any act or service by Company under this Agreement is construed by a court of competent jurisdiction or the California Medical Board or any licensing agency to constitute the practice of medicine, then the requirement that Company perform that act or service shall be deemed waived and unenforceable.

**2.4.** **No Control Over or Interest in Medical Records.** Company shall have no authority or control over patient charts or other medical records maintained or created by Group. All such charts and records shall remain the property and responsibility of Group (although Company personnel shall be responsible for clerical functions related to such charts, including storage and filing).

**2.5.** **No Arrangement for Referrals.** The parties agree that the benefits to the parties hereunder do not require, are not payment for and are not in any way contingent upon the referral or any other arrangement for the provisions of medical services or products to patients of any party hereto.

## ARTICLE 3.  DUTIES OF GROUP

**3.1.** **Duties and Responsibilities.** While Company will assist Group in the overall non-medical operations of the Practice, the parties agree that the Group shall have the sole responsibility for the following. To the extent that the responsibilities include review and approval, such review shall be conducted in a timely manner, and approval shall not be unreasonably withheld.

(a) **Clinical Personnel.** Group shall employ or otherwise retain, and shall be responsible for hiring, and terminating, all physician personnel providing services in the Practice. Group shall assure that the Practice has, at all times, sufficient physician personnel to render Practice services at the level agreed to by Group and Company. Group shall be responsible for training and supervising such persons, as well as the nurses employed by the Group, in connection with their services on behalf of the Practice. Group shall have sole

2

**Exhibit "G," Page  2**

responsibility for determining the salaries and providing such fringe benefits, and for withholding, as required by law, any sums for income tax, unemployment insurance, social security, Medicare tax, or any other withholding required by applicable law or governmental requirement for physician and nurse personnel. Group may request that Company assist with such payroll functions.

(b)    **Supervision of Services Provided by Nurses or Physician Assistants.** To the extent that any of the Practice's services are provided by licensed physician assistants or nurses, Group shall supervise the provision of such services as required by California law.

(c)    **Patient Informed Consent and Education.** Group shall assure that patients of the Practice give informed consent to treatment, which consent shall include education regarding the possible risks associated with the treatment.

(d)    **Marketing and Advertising.** All marketing and other advertising materials for the Practice prepared by Company on behalf of Group shall be subject to the prior review and written approval of the Group.

(e)    **Engagement of Contractor Physicians.** Group shall have sole discretion to determine the selection and compensation of independent contractor physicians.

(f)    **Fee Schedule.** All fee schedules and collection policies for all services rendered by the Practice shall be set by Group.

(g)    **Backup Systems and Emergency Plans.** Company has prepared and from time to time will provide Group with policies and procedures for back-up systems and emergency plans for patients of the Practice. Group shall review and approve the back-up systems and emergency plans in place for patients of the Practice.

3.2.    **Medical Decisions.** All medical decisions will be made solely by Group.

## ARTICLE 4.  THE COMPANY SERVICES

4.1.    **Provision of Management Services.** Company shall provide the management services provided for in this Article 4 (the "Company Services") from and after the Effective Date to Group in accordance with all applicable laws, rules and regulations (including patient confidentiality), and in accordance with the terms and conditions of this Agreement. Company shall cooperate with Group in a manner intended to permit Group to efficiently manage the operations of the Practice.

4.2.    **Collections and Banking.** Group appoints Company as its true and lawful attorney-in-fact for the following purposes:

(a)    To collect, in the name and for the account of Group, all payments for services rendered by the Practice;

3

(b)    To deposit all amounts collected in the name and for the account of Group as contemplated by paragraph (a) into the Group Operating Account (defined below in this Section 4.2);

(c)    To take possession of, endorse in the name of Group, and deposit into the Group Operating Account all cash, notes, checks, money orders, insurance payments and any other instruments received as payment for services; and

(d)    To sign checks, drafts, bank notes or other instruments on behalf of Group, and to make withdrawals from the Group Operating Account, for payment specified in this Agreement or as requested from time to time by Group.

(e)    To transfer, no less frequently than monthly, amounts remaining in the Group Operating Account after payment of all items required to be paid hereunder by Company, including payment of Company's Management Compensation under Exhibit A (attached hereto), to a separate account of Group over which Company has no authority.

Upon request of Company, Group shall execute and deliver to the financial institution at which the Group Operating Account is maintained such additional documents or instruments as may be necessary to evidence or effect the special and limited power of attorney granted to Company by Group pursuant to this Section.  The special and limited power of attorney granted to Company in this Section shall be coupled with an interest and shall be irrevocable except with Company's written consent. All amounts collected by Company or Group shall be deposited directly into a depository bank account held in the name of the Group and with a bank selected by Company and approved by Group (the "Group Operating Account").

**4.3.    Financial Services.**

(a) **Accounting and Financial Records.** Company shall provide all bookkeeping services necessary and appropriate to support the business and operations of the Practice, including, without limitation, the maintenance, custody and supervision of all business records, documents, ledgers, tax returns and reports of the Practice (collectively the "Practice Records"). The parties acknowledge and agree that: (i) the Practice Records shall not include the medical records maintained with respect to professional health care services rendered by the Group to its patients (the "Medical Records"), and (ii) the Medical Records shall remain the sole property of the Group, provided that, at all times during or subsequent to the term of this Agreement, the Company shall have the right to review the Medical Records and maintain copies of the Medical Records at no cost to the Company and in compliance with all statutory requirements.  Upon the request of the Group, the Company shall make all Practice Records relating to the business and operations of the Group available for inspection and copying by the Group at all reasonable times and at no cost to the Group.

(b) **Legal and Accounting Services.** Arranging for the provision of such legal and accounting services as may be reasonably required in connection with the internal operation of the Group (provided that the parties acknowledge and agree that such legal and accounting services shall be rendered by appropriate professionals, not the Company, at the sole cost and

expense of the Group). Company agrees that Group may engage the same accountant as is used by the Company to render services to Group.

**4.4.** __Non-Physician Personnel.__ Company shall employ or otherwise retain and shall be responsible for selecting, hiring, training, supervising and terminating (except that Group shall train and supervise all nursing staff), all nursing, management, sales and marketing, administrative, clerical, secretarial, bookkeeping, accounting, payroll, billing and collection and other non-physician personnel as Company deems reasonably necessary and appropriate for Company's performance of its duties and obligations under this Agreement. Company shall, consistent with the Operating Budget and in consultation with Group, determine the salaries and provide fringe benefits for non-physician personnel, and shall be solely responsible for withholding, as required by law, any sums for income tax, unemployment insurance, social security, Medicare tax, or any other withholding required by applicable law or governmental requirement.

**4.5** __Furniture, Fixtures and Equipment__. Company shall provide and maintain all furnishings, fixtures and equipment used in the Practice, including but not limited to the lasers used in the Practice.

**4.6** __Quality Assurance.__ Company shall provide administrative support to assist with the Group's overall compliance and quality assurance program. Company shall perform these tasks in a manner to ensure the confidentiality and non-discoverability of these program actions to the fullest extent allowable under state and federal law.

**4.7.** __Marketing.__ Company shall market and promote the Practice. The parties agree that all marketing shall be undertaken in a tasteful and professional manner and shall be in compliance with applicable laws and regulations relating to advertising by the medical profession, and shall be subject to review and oversight by the Group.

**4.8** __Right to Use Space.__ Company has the legal right to occupy the space occupied by the Practice (the "Premises") and grants to Group the right to use the Premises for the Practice for as long as this Agreement remains in effect (the "Sublease"). Company shall be responsible to acquire and maintain all permits and licenses necessary for the operation of the Practice at the Premises, including a city business license. Notwithstanding the foregoing, Group shall be solely responsible to obtain and maintain all professional licenses and permits, including professional licenses of the Shareholder and the nurses and physician assistants, DEA license, hospital staff privileges, etc.

**4.9.** __Warranty.__ Group acknowledges that Company has not made and will not make any express or implied warranties or representations that the services provided by Company hereunder will result in any particular amount or level of income to Group.

## ARTICLE 5. COVENANTS OF GROUP

**5.1** __Professional Standards.__ During the term of this Agreement, Group shall assure that Shareholder and all other professionals performing services on behalf of Group are and remain licensed to provide medical services in a manner consistent with all

5

state and federal laws. All medical services provided shall be performed solely by professional personnel duly licensed to practice medicine. The professional services provided by Group shall at all times be provided in accordance with applicable ethical standards, laws and regulations applying to the medical profession. If any disciplinary actions or professional liability actions are initiated against Group, then Group shall immediately inform Company of such action and the underlying facts and circumstances. Group shall establish and maintain procedures to assure the consistency and quality of all professional medical services provided at or through the Practice. Group agrees to implement and maintain a program to monitor the quality of medical care provided by the Practice.

    **5.2.**   **Compensation of Independent Contractor Physicians.** Group shall be solely and exclusively responsible for paying the compensation of all independent contractor physicians rendering services on behalf of the Practice.

    **5.3.**   **Quality Assurance.** Group shall adopt a quality assurance program to monitor and evaluate the quality of medical services provided by the Practice. Upon request of Group, Company shall provide administrative assistance to Group in performing quality assurance activities.

    **5.4.**   **Notice of Certain Material Events.** Group shall give Company prompt notice after it becomes aware of any action, suit or proceeding at law or in equity or by or before any governmental instrumentality or agency which names Group as a defendant.

    **5.5.**   **Group Powers of Attorney.** Group shall execute and deliver to Company the power of attorney, satisfactory in form and substance to Company, appointing Company as attorney-in-fact for Group described in Section 4.2 with respect to any collections in the name of Group from services to or for a patient of the Practice.

## ARTICLE 6. INSURANCE AND INDEMNIFICATION

    **6.1.**   **Group Insurance.** The Group shall maintain, at Group's sole cost and expense, professional liability insurance in such types and amounts as shall be reasonably acceptable to the Company; provided that in no event shall the limits of such insurance be less than One Million ($1,000,000) Dollars per claim and Three Million ($3,000,000) Dollars in the aggregate. The carrier(s) of all of the insurance policies described herein, and the terms and conditions thereof, shall be subject to the prior approval of the Company. The Company shall, to the extent permitted, be named as an additional insured under Group's professional liability insurance. Upon the request of the Company from time to time, the Group shall provide the Company with reasonable evidence of the existence and validity of all such insurance policies. Upon termination of this Agreement, Group shall pay the cost of an extended reporting endorsement, or "tail" coverage, covering Group, with Company as an additional insured to the extent permitted, having the same limits as the insurance policy described above.

    **6.2.**   **Company Insurance.** The Company shall maintain in effect (at its sole cost and expense) during the term of this Agreement policies of general liability, workers compensation, employment practices liability and any other insurance customarily maintained by businesses such as the Company's business, with respect to the Company Services to be rendered hereunder

by the Company on behalf of the Group. The foregoing insurance shall be in such types and amounts as are consistent with generally accepted standards among entities rendering services, on behalf of physician practices, similar to the Company Services to be rendered hereunder. Group shall be named as an additional insured under the Company's insurance to the extent permissible. Upon the request of Group from time to time, the Company shall provide Group with reasonable evidence of the existence and validity of such insurance coverage.

## ARTICLE 7. RESTRICTIVE COVENANTS

**7.1.**    (a)    **Acknowledgments.**  Group acknowledges and agrees that Company will incur substantial costs in providing the support services, personnel, management, administration and other items and services that are the subject matter of this Agreement and that the covenants contained in this Article 7 are necessary for the protection of Company and that Company would not have entered into this Agreement without such covenants.

(b)    **Exclusivity.**  During the term of this Agreement, neither Group nor any of Group's agents, representatives or affiliates, including the Shareholder (collectively, the "Group Representatives") shall, directly or indirectly, establish, operate or provide medical cosmetic services similar to those provided in the Practice, within Los Angeles County, except pursuant to the relationship established under this Agreement.

(c)    **Covenant Not to Compete with Company.**  Group agrees that, during the term of this Agreement, neither it nor the Shareholder shall, without the prior written consent of Company, directly or indirectly conduct activities that are competitive with those of Company's business or acquire, establish or own any financial, beneficial or other interest in (other than an interest consisting of less than one percent (1%) of a class of publicly traded securities), make any loan to or for the benefit of, or render any managerial or other business advice, to any entity that is conducting activities that are competitive with those of the Company's business, in either case within the Company Territory.  For purposes of this Section, the business of Company shall mean the provision, distribution, promotion or advertising of any type of management or administrative services or products to or for the benefit of any physician practice that offers medical cosmetic services such as are offered by the Company.  For purposes of this Agreement, the term "Company Territory" shall mean Los Angeles County.

**7.2.**    **Non-Solicitation.**  During the term of this Agreement and for a period of two (2) years following the termination or expiration of this Agreement for any reason, neither Group nor the Shareholder shall, without the prior written consent of Company, solicit any employee or former employee of Company. For purposes of this Section, a "former employee" shall be any person who was employed by Company within twelve (12) months prior to the termination or expiration of this Agreement and who was not otherwise employed by Group at some time in the past.

**7.3.**    **Covenant Not To Hire Another Company.**  Group agrees that during the term of this Agreement, it shall not, without the prior written consent of Company, engage or contract with any person, firm or entity (or group of affiliated entities) other than the Company for

7

**Exhibit "G," Page  7**

the provision of comprehensive management services to Group of the kind contemplated by this Agreement relating to the Practice within the Company Territory, as defined in Section 7.1.

### 7.4.   Enforcement.

(a)     Company and Group acknowledge and agree that remedies at law for any breach or attempted breach of the foregoing provisions in this Article 7 will be inadequate and that the party seeking to enforce any such covenants shall be entitled to specific performance, injunction or other equitable relief in the event of any such breach or attempted breach, in addition to any other remedies which might be available at law or in equity

(b)     If the duration, scope or geographic area contemplated by the foregoing provisions is determined to be unenforceable by a court of competent jurisdiction, the parties agree that such duration, scope or geographic area shall be deemed to be reduced to the greatest scope, duration or geographic area which would be enforceable.

## ARTICLE 8.   FINANCIAL ARRANGEMENTS

**8.1.   Company's Compensation.** From and after the Effective Date and through the initial term hereof, as compensation for the services it provides under this Agreement, Company shall be entitled to receive the compensation set forth in Exhibit A ("Management Fee").

**8.2.   Reasonable Value of Fees.** Payments made to Company pursuant to this Article 8 are not intended to and shall not be construed to permit Company to share in Group's fees for medical services or other services, but is intended and acknowledged to be the parties' negotiated agreement as to the reasonable fair market value of the items and services furnished by Company pursuant to this Agreement, considering the nature and volume of the services required and the risks assumed by Company.

## ARTICLE 9.   TERM AND TERMINATION

**9.1.   Initial and Extension Terms.** This Agreement shall have an initial term of one (1) year commencing on the Effective Date of this Agreement and shall automatically renew for successive one (1) year terms unless and until terminated by mutual written agreement of the parties or pursuant to this Agreement.

**9.2.   Mutual Termination.** This Agreement may be terminated by a written mutual agreement between the Company and the Group.

**9.3.   Termination by Company for Cause.** Company may terminate this Agreement immediately upon the occurrence of any of the following events:

(a)     Group defaults by failing to perform any material duty or obligation imposed upon it by this Agreement, and the default continues for thirty (30) days after written notice from Company specifying the default, or if the default is not capable of

8

<b>Exhibit "G," Page  8</b>

being cured within the thirty (30)-day period, Group fails to commence to cure the default within the thirty (30)-day period or diligently to pursue a cure thereafter (the time for cure in any event not to exceed one hundred eighty (180) days after such written notice);

(b)    Group files a petition in voluntary bankruptcy or makes an assignment for the benefit of creditors, or if any other action is taken or suffered, voluntarily or involuntarily, under any federal or state law for the benefit of insolvents or otherwise granting relief from creditors, except for the filing of a petition in involuntary bankruptcy against Group that is dismissed within thirty (30) days after filing;

(c)    Group undergoes a voluntary or involuntary dissolution;

(d)    Group moves its medical practice out of the Premises maintained by the Company in Glendale, California; or

(e)    Group breaches any material term or condition of any other written agreement with Company, subject to any notice requirement and expiration of any applicable period for cure.

**9.4.**    **Termination by Either Party Without Cause.**  Either party may terminate this Agreement at any time upon thirty (30) days' prior written notice to the other party.

**9.5.**    **Termination by Group.**  Group may terminate this Agreement by giving notice to Company upon the occurrence of any of the following events:

(a)    Company defaults by failing to perform any material duty or obligation imposed upon it by this Agreement, and the default continues for thirty (30) days after written notice from Group specifying the default, or, if the default is not capable of being cured within the thirty (30) day period, Company fails to commence to cure the default within the thirty (30)-day period or fails diligently to pursue a cure thereafter (the time for cure in any event not to exceed one hundred eighty (180) days after such written notice);

(b)    Company undergoes a voluntary or involuntary dissolution; or

(c)    Company files a petition in voluntary bankruptcy or makes an assignment for the benefit of creditors, or if any other action is taken or suffered, voluntarily or involuntarily, under any federal or state law for the benefit of insolvents or otherwise granting relief from creditors, except for the filing of a petition in involuntary bankruptcy against Company that is dismissed within thirty (30) days after filing; or

(d)    Company gives Group notice of its intent to assign all or part of this Agreement pursuant to Section 13.6, in which event Group may terminate this Agreement by giving Company ninety (90) days written notice, during which notice period any such assignment shall be of no force or effect.

**9.6**    **Effects of Termination.**    Upon any termination or expiration of this Agreement:

(a)    Neither party shall have any further obligations under this Agreement, except for (i) obligations accruing before the effective date of the termination or expiration and (ii) obligations that this Agreement expressly provides survive termination or expiration of this Agreement, such as Group's obligation to provide tail coverage under Section 6.1;

(b)    Each party shall return to the other party all originals and copies of any Confidential Information in the possession of the returning party or any person or entity to whom it has delivered originals or copies (other than originals or copies of Confidential Information given to a third party pursuant to Section 10.1);

(c)    Company and Group shall undertake in good faith all matters reasonably necessary to wind up their activities under this Agreement in an orderly manner; and

(d)    Company shall be authorized to pay the Management Fee from the Group Account, and to remit to Group all amounts remaining in the Group Account after payment of all amounts owed to the Company.

## ARTICLE 10. CONFIDENTIAL INFORMATION

**10.1.** **Non-Disclosure Agreement.** The parties hereby mutually recognize that due to the nature of this Agreement (including, without limitation, the recognition by the Group that any policies, practices or procedures made available for use by the Group hereunder represent the sole and exclusive property and trade secrets of the Company), each party shall have access to information and materials concerning the business, operations, plans, trade secrets and finances of the other party (the "Confidential Information"). Each party agrees that, during the term of this Agreement and for a period of sixty (60) months following termination or expiration of this Agreement, it shall (a) not disclose any Confidential Information of the other party without the other party's express written authorization, (b) not use any Confidential Information of the other party in any way directly or indirectly detrimental to the other party, (c) keep all Confidential Information of the other party confidential, and (d) ensure that its affiliates or advisors who have access to Confidential Information comply with these nondisclosure obligations. Notwithstanding the preceding sentence, either party may disclose Confidential Information (a) as required by applicable law or regulation, and (b) to those of its officers and agents who need to know Confidential Information for the purposes of this Agreement, provided that such officers and agents will be informed of the confidential nature of the Confidential Information, will agree to be bound by this Section, and will be directed not to disclose to any other person any Confidential Information. Each party agrees to be responsible for any breach of this Section by its officers, employees and agents.

**10.2.** **Procedure Upon Required Disclosure.** If any party is requested or required (by oral questions, interrogatories, requests for information or documents, subpoenas, civil investigative demands, or similar processes) to disclose or produce any Confidential Information of the other party, then the party receiving such request shall (i) provide the other party with prompt notice of the request and copies, if possible, and, if not, a description, of the Confidential Information requested or required to be produced, so that such other party may seek an appropriate protective order or waive compliance with the provisions of this Section

**Exhibit "G," Page   10**

and (ii) consult with the other party as to the advisability of the other party's taking of legally available steps to resist or narrow such request.

### 10.3    HIPAA Compliance.

(a)    The Company agrees to comply with the applicable provisions of the Administrative Simplification section of the Health Insurance Portability and Accountability Act of 1996, as codified at 42 U.S.C. § 1320d through d-8 ("HIPAA"), and the requirements of any regulations promulgated thereunder including without limitation the federal privacy regulations as contained in 45 C.F.R. Part 142 (collectively, the "Regulations"). The Company agrees not to use or further disclose any protected health information, as defined in 45 C.F.R. § 164.504, or individually identifiable health information, as defined in 42 U.S.C. § 1320d (collectively, the "Protected Health Information"), concerning a patient other than as permitted by this Agreement and the requirements of HIPAA or the Regulations. The Company, with the assistance of Group, will implement appropriate safeguards to prevent the use or disclosure of Protected Health Information other than as contemplated by this Agreement. The Company will promptly report to Group any use or disclosure of which the Company becomes aware, of Protected Health Information in violation of HIPAA or the Regulations. The Company will make its internal practices, books and records relating to the use and disclosure of Protected Health Information available to the Secretary to the extent required for determining compliance with HIPAA and the Regulations.

(b)    The Company agrees to abide by the terms of the HIPAA Business Associate Addendum attached hereto and incorporated by reference herein as Exhibit B.

(c)    The provisions set forth in this Section 10.3 shall survive the expiration or other termination of this Agreement.

## ARTICLE 11.  INDEPENDENT RELATIONSHIP

It is acknowledged and agreed that Group and Company are at all times acting and performing hereunder as independent contractors. Company shall neither have nor exercise any control or direction over the methods by which Group and Shareholder practice medicine. The sole function of Company hereunder is to provide all Company Services in a competent, efficient and satisfactory manner. Company shall not, by entering into and performing its obligations under this Agreement, become liable for any of the obligations, liabilities or debts of Group not related to Group's services hereunder, unless otherwise specifically provided for under the terms of this Agreement. In its management role, Company will have only an obligation to exercise reasonable care in the performance of the management services. Company shall have no liability whatsoever for damages suffered on account of the willful misconduct or negligence of any employee, agent or independent contractor of Group. Each party shall be solely responsible for compliance with all state and federal laws pertaining to employment taxes, income withholding, unemployment compensation contributions and other employment related statutes regarding their respective employees, agents and servants.

## ARTICLE 12.  DISPUTE RESOLUTION

**12.1.  Arbitration Procedures.**  Except for claims seeking injunctive relief and claims for indemnity arising out of third party claims made against Group or Company, any dispute, controversy, or claim as between Group and Company arising under or relating to this Agreement or any breach or threatened breach thereof shall be resolved by final and binding arbitration administered by the American Arbitration Association ("AAA") by a single arbitrator under its Commercial Arbitration Rules.  Any arbitration proceeding shall be held in Los Angeles, California.  Judgment upon an award rendered by the arbitrator must be entered by a court having competent jurisdiction.  The parties agree that the prevailing party in such arbitration proceeding, in addition to any award or other relief granted by the arbitrator, the arbitrator shall have jurisdiction to make an award to the prevailing party, as determined by the arbitrator, of the costs of such arbitration proceeding as well as reasonable attorneys' fees, costs and expenses incurred by said prevailing party in connection with the arbitration.  Any award shall be based upon the contract terms of this Agreement, and governed by California law.  The arbitrator shall have no jurisdiction to award punitive damages to any party.

**12.2.  Availability of Temporary Remedies.**  Notwithstanding anything to the contrary contained in Section 12.1, either party shall be entitled to seek an injunction, temporary restraining order or other temporary relief from a court of competent jurisdiction pending final resolution through arbitration of any controversy, dispute or claim for which arbitration is provided relating to this Agreement.

## ARTICLE 13.  MISCELLANEOUS PROVISIONS

**13.1.  Agreement to Reform.**  This Agreement shall be construed to the fullest extent possible to be in compliance with and permitted by all federal and state statutes, rules, regulations, principles, interpretations, orders and decrees.  If a Triggering Event (as defined below) occurs, the parties agree that they shall use best efforts to negotiate an amendment to this Agreement as necessary to comply with applicable statutes, rules, regulations, principles, interpretations, orders and decrees.  To the fullest extent possible, any such amendment shall preserve the underlying economic and financial arrangements between the Company and the Group with the least changes to the parties' expectations hereunder.  For purposes of this Section 13.1, "Triggering Event" means the becoming effective after the date hereof of any statute, rule, regulation, order or decree by a government entity with jurisdiction over Group or Company that renders illegal any material term of this Agreement.

**13.2.  Severability.**  Notwithstanding Section 13.1, if any provision of this Agreement is deemed to be in violation of applicable law and cannot be amended to cure such violation, or is otherwise unenforceable, such provision shall be deemed severed from the remainder of the Agreement and shall not affect the validity of the remainder of the Agreement.

**13.3.  Force Majeure.**  Neither party shall be liable or deemed to be in default for any delay or failure in performance under this Agreement or other interruption of service deemed to result, directly or indirectly, from acts of God, civil or military authority, acts of public enemy, war, accidents, fires, explosions, earthquakes, floods, failure of transportation, strikes or other work interruptions by either party's employees, or any other similar cause beyond the reasonable control of either party.

**Exhibit "G," Page  12**

**13.4.    Additional Acts.** Each party shall perform any further acts and shall execute and deliver any documents that may he reasonably necessary to carry out the provisions of this Agreement.

**13.5.    Notices.** All notices, demands and other communications given or delivered under this Agreement shall be in writing and shall be deemed to have been given when personally delivered, emailed, mailed by first class mail, return receipt requested, or delivered by express courier service.. Notices, demands and communications shall, unless another address is specified in writing, be sent to the address or telecopy number indicated below:

Notices to Group:            Wilbur Williams Jr., M.D., Inc.
                            2652 Via Olivera
                            Palos Verde, CA 90274
                            Attn: Wilbur Williams Jr., M.D.

Notices to the Company:      Sev Laser Aesthetics-SAN JOSE, LLC
                            15466 Los Gatos Blvd, Ste 211
                            Los Gatos, CA 95032ch
                            Attn: Sevana Petrosian

With a copy (which shall not constitute notice) to:

                            Buchalter Nemer
                            1000 Wilshire Boulevard, Suite 1500
                            Los Angeles, CA 90017
                            Attn: Carol K. Lucas, Esq.

**13.6.    Restrictions on Assignment.** This Agreement and all of the provisions hereof shall be binding upon and inure to the benefit of the parties and their respective successors and permitted assigns; provided that neither this Agreement nor any of the rights, interests or obligations hereunder may be assigned by Group without the prior written consent of Company or by Company without the prior written consent of the Group. Notwithstanding the foregoing, without the prior written consent of the other party, Company may at any time, in its sole discretion upon prior written notice to Group and subject to Group's termination rights as herein provided, assign, in whole or in part (a) Company's rights and obligations pursuant to this Agreement to one or more of its affiliates in which Company owns more than a 50% interest; and (b) its rights and obligations under this Agreement for collateral security purposes to any lender providing financing to the Company, and (c) its rights and obligations under this Agreement, in whole or in part, to any subsequent purchaser of the Company (whether such sale is structured as a sale of stock, sale of assets, merger, recapitalization or otherwise).

**13.7.    Binding Effect.** Subject to the restrictions on assignment contained in the preceding Section, this Agreement shall inure to the benefit of be enforceable by and be binding upon the parties, their successors and assigns.

**Exhibit "G," Page   13**

**13.8.  Entire Agreement.**  This Agreement and the exhibits incorporated herein and therein by reference, contain and constitute the entire agreement between the Company and Group and supersede and cancel any prior agreements, representations, warranties or communications, whether oral or written, between the parties relating to the transactions contemplated by this Agreement.  Neither this Agreement nor any provision of this Agreement may be changed, waived, discharged or terminated orally, but only by an agreement in writing signed by the party against whom or which the enforcement of such change, waiver, discharge or termination is sought.

**13.9.  Modifications.**  This Agreement may not be changed or terminated orally, but may only be changed by an agreement in writing signed by a duly authorized officer of Company if Company is the party against whom enforcement of any such waiver, change, modification, extension, discharge or termination is sought, or by Group if Group is the party against whom enforcement of any such waiver, change, modification, extension, discharge or termination is sought.

**13.10.  Governing Law.**  This Agreement shall be governed by and construed in accordance with the laws of the State of California.

**13.11.  Schedules and Exhibits.**  All schedules and exhibits attached to this Agreement are incorporated by reference as a part of this Agreement.

**13.12.  Waivers.**  No failure on the part of any party to this Agreement to exercise, and no delay in exercising, any right, power or remedy created under this Agreement shall operate as a waiver of this Agreement, nor shall any single or partial exercise of any right, power or remedy by any such party preclude any other or further exercise of this Agreement or the exercise of any other right, power or remedy.  No waiver by any party to this Agreement to any breach of or default in any term or condition of this Agreement shall constitute a waiver of or assent to any succeeding breach of or default in the same or any other term or condition of this Agreement.

**13.13.  Headings.**  The headings contained this Agreement are for reference purposes only and shall not affect in any way the meaning or interpretation of this Agreement.

**13.13.  Counterparts; Facsimile.**  This Agreement may be executed by facsimile and in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same agreement.

**13.15.  Expenses.**  Unless expressly provided otherwise, each party shall bear its own expense incurred in the preparation, negotiation and performance of this Agreement.

*[signature block appears on following page]*

**Exhibit "G," Page  14**

IN WITNESS WHEREOF, the Parties have executed this Management Services Agreement as of the date first written above.

COMPANY:

SEV LASER AESTHETICS-SAN JOSE, LLC
a California limited liability company

By: _____

Name: _____

Its: _____

By: _____

Name: _____

Its: _____

By: _____

Name: _____

Its: _____

GROUP:

WILBUR WILLIAMS JR., M.D., INC., a
California professional corporation

By: _____

Name:  Wilbur Williams Jr., M.D.

15

## EXHIBIT A
## MANAGEMENT COMPENSATION

For its services hereunder, the Company shall be entitled its actual out-of-pocket costs in providing its services, plus an amount equal to 15% of such amount (the "Management Fee"), which the parties agree represents the fair value of the goods and services furnished by Company hereunder.

Group acknowledges that Company may operate an aesthetic skincare business at the premises also occupied by Group hereunder, and the Parties agree that any costs attributable to the Company's own business shall not be included in the costs used to determine the Management Fee, which costs shall be limited to the costs of providing administrative services for Group's Practice.

**Exhibit "G," Page   16**

# EXHIBIT B
## BUSINESS ASSOCIATE ADDENDUM

17

## BUSINESS ASSOCIATE ADDENDUM

This HIPAA Business Associate Addendum ("Addendum") is made as of _____, by and between Sev Laser Aesthetics-San Jose, LLC, a California limited liability company ("Business Associate"), and Wilbur Williams Jr., M.D., Inc., a California professional medical corporation ("Covered Entity").

### RECITALS

WHEREAS, the parties entered into an agreement dated as of the date hereof (the "Agreement") pursuant to which they may exchange certain information that may constitute Protected Health Information pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"); and

WHEREAS, with respect to such Protected Health Information, both parties are committed to complying with the Standards for Privacy of Individually Identifiable Health Information (the "Privacy Regulation") under HIPAA, as modified by the Health Information Technology for Economic and Clinical Health Act ("HITECH Act").

### AGREEMENT

NOW, THEREFORE, in consideration of the foregoing and other good and valuable consideration, the adequacy, receipt and sufficiency of which are hereby acknowledged, the parties agree as follows.

1.    <u>Responsibilities of the Business Associate</u>.   With regard to its use and/or disclosure of Protected Health Information, the Business Associate hereby agrees to do the following:

    A.    Use and/or disclose the Protected Health Information ("PHI") only as permitted or required by this Addendum or as otherwise required by law.

    B.    Report to Covered Entity, in writing, any use and/or disclosure of the PHI that is not permitted or required by this Addendum of which Business Associate becomes aware within three (3) days of the Business Associate's discovery of such unauthorized use and/or disclosure.

    C.    Establish procedures for mitigating, to the greatest extent possible, any deleterious effects from any improper use and/or disclosure of PHI that the Business Associate reports to the Covered Entity.

    D.    Use commercially reasonable efforts to maintain the security of the PHI and to prevent unauthorized use and/or disclosure of such Protected Health Information.

    E.    Require all of its subcontractors and agents that receive or use, or have access to, PHI under this Addendum or the Agreement to agree, in writing,

18

to adhere to the same restrictions and conditions on the use and/or disclosure of PHI that apply to the Business Associate pursuant to this Section 1.

F.      Make available all records, books, agreements, policies and procedures relating to the use and/or disclosure of PHI to the Secretary of Health and Human Services for purposes of determining the Covered Entity's compliance with the Privacy Regulation, subject to attorney-client and other applicable legal privileges.

G.      Upon prior written request, make available during normal business hours at Business Associate's offices all records, books, agreements, policies and procedures relating to the use and/or disclosure of PHI to the Covered Entity within three (3) days for purposes of enabling the Covered Entity to determine the Business Associate's compliance with the terms of this Agreement.

H.      Within forty-five (45) days of receiving a written request from the Covered Entity, provide to the Covered Entity such information as is requested by the Covered Entity to permit the Covered Entity to respond to a request by an individual for an accounting of the disclosures of the individual's PHI in accordance with 45 C.F.R. § 164.528.

I.      Return to the Covered Entity or destroy (at the Covered Entity's choosing), within twenty (20) days of the termination of the Agreement, the PHI in its possession and retain no copies (which for purposes of this Addendum shall mean destroy all backup tapes).

J.      Disclose to its subcontractors, agents or other third parties, and request from the Covered Entity, only the minimum PHI necessary to perform or fulfill a specific function required or permitted hereunder.

K.      Business Associate shall not use PHI for marketing or fundraising purposes, except with the prior written authorization of Covered Entity and consistent with the requirements of 45 C.F.R. §164.514(f) and §164.508(a).

L.      Business Associate shall not directly or indirectly receive remuneration in exchange for PHI, except as set forth in the Agreement or with the prior written consent of Covered Entity.'

M.      Business Associate shall not disclose PHI to a health plan for payment or health care operations purposes if the patient has requested that the information not be provided to the health plan and has paid out of pocket in full for the healthcare item or service to which the PHI solely relates.

N.      To the extent Business Associate is to carry out one or more of Covered Entity's obligation(s) under Subpart E of 45 C.F.R. Part 164, Business

**Exhibit "G," Page    19**

Associate agrees to comply with the requirements of Subpart E that apply to Covered Entity in the performance of such obligation(s).

2. <u>Responsibilities of the Covered Entity</u>. With regard to the use and/or disclosure of Protected Health Information by the Business Associate, the Covered Entity hereby agrees:

A. To inform the Business Associate of any changes in the form of notice of privacy practices (the "Notice") that the Covered Entity provides to individuals pursuant to 45 C.F.R. § 164.520, and provide the Business Associate a copy of the Notice currently in use.

B. To inform the Business Associate of any changes in, or withdrawal of, the consent or authorization provided to the Covered Entity by individuals pursuant to 45 C.F.R. §164.506 or §164.508.

C. To inform the Business Associate of any opt-outs exercised by any individual from marketing and/or fundraising activities of the Covered Entity pursuant to 45 C.F.R. § 164.514(e).

3. <u>Amendment to Comply with Law</u>. The parties agree to take such action as necessary for this Addendum to comply with HIPAA and/or HITECH. Any provision required by HIPAA, HITECH or the corresponding regulations to be included in an agreement between a Covered Entity and a Business Associate shall bind the parties whether or not expressly provided in this Agreement.

**"BUSINESS ASSOCIATE"**

SEV LASER AESTHETICS-SAN JOSE, LLC
a California limited liability company

By: _____

Its: Sevana Petrosian

By: _____

Its: Sevan Shahnazari

By: _____

Its: Elaine Tsaghikian

20

**"COVERED ENTITY"**

WILBUR WILLIAMS JR., M.D., INC.
a California professional corporation

By: _____

Its: _____

21

EXHIBIT "H"

## MANAGEMENT SERVICES AGREEMENT

**THIS MANAGEMENT SERVICES AGREEMENT** (this "Agreement") is entered into as of April 10 2019 (the "Effective Date"), by and between Petrosian Esthetic Enterprises, LLC, a California limited liability company doing business as "Sev Laser" ("Manager"), and Sev Laser Aesthetics-Calabasas, LLC, a California limited liability company ("Company") , with reference to the following facts:

### RECITALS

A.     Company is the manager of a medical practice ("Practice") located at 3840 Old Topanga Canyon Road, Calabasas, California 91302 ("Location") that provides medical cosmetic services;

B.     Manager is an experienced manager of medical practices providing medical cosmetic services and of management companies such as Company, and has developed a unique and proprietary branded system for the non-clinical operation and management of medical cosmetic practices and aesthetic salon services and products; and

C.     Company desires to engage the services of Manager to perform certain development, management, and administrative functions for Company, and to enter into a license agreement for use of certain proprietary and intellectual property of Manager.

**IN CONSIDERATION** of these premises and the covenants set forth below, and for other good and sufficient consideration received by each party, Manager and Company agree as follows:

### ARTICLE 1.  NATURE OF THE COMPANY AND MANAGER

**1.1.     Nature of the Company and Manager.**  Company provides management services to medical practices that provide a range of medical aesthetic services to patients who desire such services.  Manager has developed a unique and proprietary system for the management of medical practices providing medical aesthetic services, salon services, and products.

### ARTICLE 2.  DUTIES OF THE MANAGER

**2.1.     Appointment of Manager.**  Company hereby engages Manager to perform the services set forth in Exhibit A, attached hereto and incorporated herein ("Management Services").

**2.2.     Sev Laser System**.  Company and Manager shall enter into a License Agreement, attached hereto as Exhibit B and incorporated herein, for the license and use of the intellectual property of Manager by Company, including the right of Company to use Manager's business methods, technical knowledge, specialized services, proprietary products, brand concepts, operational processes, trade secrets, commercial ideas, advertising materials, marketing strategies, information on sources of supply, unique trade dress, architectural design, employee uniforms, and training techniques (collectively, the "System").

**Exhibit "H," Page   1**

**2.3.    Authority of Company.**  Subject to applicable law, and consistent with the provisions of this Agreement, Manager shall have the responsibility and commensurate authority to provide the Management Services.  Company authorizes Manager to provide the Management Services in any reasonable manner that Manager deems appropriate.  Company shall cooperate with Manager in a manner that will permit Manager efficiently to perform the Management Services.

**2.4.    No Control Over Medical Services.** The parties acknowledge and agree that neither Company nor Manager shall have any responsibility for, no authority, supervision or control over, the provision of medical services.  The parties acknowledge and agree that neither Company nor Manager is authorized or qualified to engage in any activity that may be construed to constitute the practice of medicine.  If and to the extent any act or service by Manager or Company under this Agreement is construed by a court of competent jurisdiction or the California Medical Board or any licensing agency to constitute the practice of medicine, then the requirement that Manager or Company perform that act or service shall be deemed waived and unenforceable.

## ARTICLE 3.  DUTIES OF COMPANY

**3.1.    Duties and Responsibilities.**  Company shall perform the following duties and responsibilities in the operation of the Company and the management of the Practice at the Location:

(a) Company shall appoint one person to serve as the principal manager of the Location, subject to Manager's approval and certification ("Designated Manager").

(b) Company shall comply with all provisions of the Manual (as defined in Section 3 of Exhibit A), as amended from time to time.

(c) Company shall not relocate the Location without the Manager's prior written consent.

(d) Company shall employ a qualified licensed architect and contractor, reasonably acceptable to Manager, for the construction of the Location.  Company shall be responsible for all costs of the design, construction, and maintenance of the Location, including but not limited to, stamps and seals, fees associated with obtaining building permits, leasehold improvements, equipment, furniture, fixtures, signs, and all costs related to compliance with state or local ordinances, rules and regulations, including zoning regulations.

(e) Company shall submit all advertising and promotion materials to Manager for review and approval, which approval Manager may withdraw at any time.

(f) Company shall cause the Designated Manager to attend all phases of Manager's initial training program, and the Designated Manager must complete the training program to Manager's satisfaction, as certified by Manager in writing.  Company shall cause Designated Manager or other Company employees to attend additional training, as determined by Manager.

**Exhibit "H," Page  2**

(g) Company shall comply with all terms of its lease or sublease for the Location.

(h) Company shall sell all the goods and services and only the goods and services authorized by the Manager, and must purchase goods exclusively from Manager's designated suppliers, if Manager has designated a preferred supplier. For goods for which Manager has not designated a preferred supplier, Company shall obtain the prior written approval of both the goods and the supplier proposed by Company before selling the goods at the Location.

(i) Company shall accept all credit cards specified by Manager, use the credit card processing system designated by Manager, and participate in any customer loyalty or gift card programs designated by Manager.

(j) Company shall notify Manager promptly if Company is served with a complaint in any legal or administrative proceedings or if Company becomes aware that it is the subject of any complaint to or investigation by a governmental licensing authority.

**3.2** **Covenants of Company**. During the term of this Agreement, Company shall:

(a) Comply with all requirements of the Manual, as amended from time to time;

(b) Take immediate effective steps to bring the operations of Company up to the standards of Manager, as set forth in the Manual;

(c) Keep the Location, equipment, and furnishings clean and in excellent repair, and upgrade or remodel equipment and furnishings to meet Manager's current standards;

(d) Adhere to the highest possible standards of professional conduct, courtesy, honesty, integrity, ethical behavior, good faith, and fair dealing in the operation of the Company and the management of the Practice;

(e) Not engage in any conduct that, in Manager's reasonable opinion, may injure the goodwill associated with the Manager and Manager's intellectual property;

(f) Promote and maintain the reputation of Practice, Company, and Manager;

(g) Cause Designated Manager to devote his or her full time and best efforts to the management and operations of the Company, take any necessary steps to correct deficiencies in Designated Manager's performance (as determined by Manager), and promptly appoint a successor in the event of termination of Designated Manager's employment;

(h) Employ a sufficient number of properly trained and qualified employees to operate the Company, according to Manager's standards and the standards set forth in the Manual, and ensure that all employees preserve good customer relations, follow dress code, and otherwise comply with the Manual's requirements;

**Exhibit "H," Page   3**

(i) Permanently display, at Company's expense, signs at the Location of any nature, form, color, number, location, and size and containing any legends Manager designates in writing;

(j) Be solely responsible for compensation of Company employees and contractors;

(k) Comply with all applicable requirements of applicable state and federal law and regulations and licensing authorities, including all requirements regarding unemployment insurance, workers' compensation insurance, and withholding and payment of payroll taxes, and all licenses, permits, bonds, and deposits required by any government agency in connection with the operation of the Company; and

(l) Promptly pay when due all taxes and debts that Company incurs in the conduct of its business, including but not limited to rent payments and accounts payable to designated and approved suppliers.

**3.3** **Insurance**.  Company must purchase and maintain the policy or policies of insurance at the minimum limits of coverage described in Exhibit C, attached hereto and incorporated herein.  Manager may increase the minimum coverage requirement annually, if necessary, upon written notice to Company.  In addition to the coverages set forth in Exhibit C, Company must also carry (a) casualty insurance in a minimum amount equal to the replacement value of Company's Location, including furniture, fixtures, and equipment; and (b) business interruption insurance in an amount sufficient to cover the rent for the Location, salary or wages of key personnel, and other fixed expenses for a period of ninety (90) days.  Each of these insurance policies must contain a provision that the policy cannot be canceled without sixty (60) days' written notice to us.  Each policy must be issued by an insurance company acceptable to Manager and must name Manager as an additional named insured.  Company shall delivery to Manager a certificate of the issuing insurance company evidencing each policy as soon as the policy is issued or renewed.  In addition, Company shall maintain policies of workers' compensation insurance, disability insurance, and any other types of insurance required by applicable law.

## ARTICLE 4.  INDEMNIFICATION

**4.1.** **Company Indemnification.**  Company shall indemnify and hold Manager harmless from all expenses and liabilities of any kind, including attorneys' fees, arising from or related to any act or omission of Company in the operation of the Company's business.  If Manager is made a party to a legal proceeding in connection with any act or omission of Company, Manager may hire counsel of its choice, and Company shall promptly reimburse Manager for all expenses and fees incurred in connection with Manager's defense.

**4.2.** **Manager Indemnification.**  Manager shall indemnify and hold Company harmless from all expense and liabilities of any kind, including attorneys' fees, arising from or related to any third party's claim that Company's operation of the System at the Location infringes on its intellectual property rights or misappropriates its trade secrets.  If Company is made a party to a legal proceeding in connection with a claim of this type, Manager will hire counsel to defend Company, at Manager's expense.  Company agrees to be bound by any

4

settlement negotiated by Manager on its behalf; provided, however, that Manager shall reimburse Company for any direct costs of compliance with any settlement.

## ARTICLE 5. RESTRICTIVE COVENANTS

**5.1.** __Restrictive Covenants__.

(a) **Acknowledgments.** Company acknowledges and agrees that Manager will incur substantial costs in providing the support services, personnel, management, administration and other items and services that are the subject matter of this Agreement and that the covenants contained in this Article 5 are necessary for the protection of Company and that Company would not have entered into this Agreement without such covenants.

(b) **Exclusivity.** During the term of this Agreement, neither Company nor any of Company's agents, representatives or affiliates (collectively, the "Company Representatives"), but excluding Company's managing member, shall, directly or indirectly, manage, establish, operate or provide services similar to those provided by Company to practices similar to the Practice, within Calabasas, California, except pursuant to the relationship established under this Agreement.

(c) **Covenant Not to Compete with Manager.** Company agrees that, during the term of this Agreement, neither it nor its members (excluding its managing member) shall, without the prior written consent of Manager, directly or indirectly conduct activities that are competitive with those of Company's or Manager's business or acquire, establish or own any financial, beneficial or other interest in (other than an interest consisting of less than one percent (1%) of a class of publicly traded securities), make any loan to or for the benefit of, or render any managerial or other business advice, to any entity that is conducting activities that are competitive with those of the Company's or Manager's business, in either case within the Restricted Territory. For purposes of this Section, the business of Company shall mean the provision, distribution, promotion or advertising of any type of management or administrative services or products to or for the benefit of any physician practice that offers medical cosmetic services such as are offered by the Company. For purposes of this Agreement, the term "Restricted Territory" shall mean the area with a twenty-five (25) mile radius of the Location.

**5.2.** **Non-Solicitation.** During the term of this Agreement and for a period of two (2) years following the termination or expiration of this Agreement for any reason, neither Company nor its members (excluding the managing member) shall, without the prior written consent of Manager, solicit any employee or former employee of Manager. For purposes of this Section, a "former employee" shall be any person who was employed by Manager within twelve (12) months prior to the termination or expiration of this Agreement and who was not otherwise employed by Manager at some time in the past.

**5.3.** **Covenant Not To Hire Another Manager.** Company agrees that during the term of this Agreement, it shall not, without the prior written consent of Manager, engage or contract with any person, firm or entity (or group of affiliated entities) other than the Manager for the provision of Management Services to Company of the kind contemplated by this Agreement.

BN 29152704v2

**5.4.    Enforcement.**

(a) Company and Manager acknowledge and agree that remedies at law for any breach or attempted breach of the foregoing provisions in this Article 5 will be inadequate and that the party seeking to enforce any such covenants shall be entitled to specific performance, injunction or other equitable relief in the event of any such breach or attempted breach, in addition to any other remedies which might be available at law or in equity

(b) If the duration, scope or geographic area contemplated by the foregoing provisions is determined to be unenforceable by a court of competent jurisdiction, the parties agree that such duration, scope or geographic area shall be deemed to be reduced to the greatest scope, duration or geographic area which would be enforceable.

## ARTICLE 6.  FINANCIAL ARRANGEMENTS

**6.1.    Manager's Compensation.**  From and after the Effective Date and through the initial term hereof, as compensation for the services it provides under this Agreement, Manager shall be entitled to receive the compensation set forth in Exhibit D ("Management Fee").

**6.2.    Reasonable Value of Fees.**  Payments made to Manager pursuant to this Article 6 are not intended to and shall not be construed to permit Company or Manager to share in Practice's fees for medical services or other services, but is intended and acknowledged to be the parties' negotiated agreement as to the reasonable fair market value of the items and services furnished by Manager pursuant to this Agreement, considering the nature and volume of the services required and the risks assumed by Manager.

## ARTICLE 7.  TERM AND TERMINATION

**7.1.    Term.**  The term of this Agreement shall commence on the Effective Date and shall continue until terminated pursuant to the provisions of this Article 7.

**7.2.    Mutual Termination.**  This Agreement may be terminated by a written mutual agreement between the Company and the Manager.

**7.3.    Termination by Manager.**  Manager may terminate this Agreement immediately upon the occurrence of any of the following events:

(a)    Company defaults by failing to perform any material duty or obligation imposed upon it by this Agreement, and the default continues for thirty (30) days after written notice from Manager specifying the default, or if the default is not capable of being cured within the thirty (30)-day period, Company fails to commence to cure the default within the thirty (30)-day period or diligently to pursue a cure thereafter (the time for cure in any event not to exceed one hundred eighty (180) days after such written notice);

(b)    Company files a petition in voluntary bankruptcy or makes an assignment for the benefit of creditors, or if any other action is taken or suffered, voluntarily or involuntarily, under any federal or state law for the benefit of insolvents or otherwise granting relief from

6

**Exhibit "H," Page   6**

creditors, except for the filing of a petition in involuntary bankruptcy against Company that is dismissed within thirty (30) days after filing;

        (c)    Company undergoes a voluntary or involuntary dissolution;

        (d)    Company moves out of the Location maintained by the Company in Calabasas, California, without the prior written consent of Manager;

        (e)    Company breaches any material term or condition of any other written agreement with Manager, subject to any notice requirement and expiration of any applicable period for cure;

        (f)    Company's limited liability company manager is removed; or

        (g)    Upon ninety (90) days' written notice by Manager to Company.

**7.6**    **Effects of Termination.**  Upon any termination or expiration of this Agreement:

        (a)    Neither party shall have any further obligations under this Agreement, except for (i) obligations accruing before the effective date of the termination or expiration and (ii) obligations that this Agreement expressly provides survive termination or expiration of this Agreement;

        (b)    Each party shall return to the other party all originals and copies of any Confidential Information in the possession of the returning party or any person or entity to whom it has delivered originals or copies; and

        (c)    Company and Manager shall undertake in good faith all matters reasonably necessary to wind up their activities under this Agreement in an orderly manner.

### ARTICLE 8. CONFIDENTIAL INFORMATION

**8.1.**    **Non-Disclosure Agreement.**  The parties hereby mutually recognize that due to the nature of this Agreement (including, without limitation, the recognition by the Company that the Manual and any policies, practices or procedures made available for use by the Company hereunder represent the sole and exclusive property and trade secrets of the Manager), each party shall have access to information and materials concerning the business, operations, plans, trade secrets and finances of the other party (the "Confidential Information"). Each party agrees that, during the term of this Agreement and following termination or expiration of this Agreement, it shall (a) not disclose any Confidential Information of the other party without the other party's express written authorization, (b) not use any Confidential Information of the other party in any way directly or indirectly detrimental to the other party, (c) keep all Confidential Information of the other party confidential, and (d) ensure that its affiliates or advisors who have access to Confidential Information comply with these nondisclosure obligations. Notwithstanding the preceding sentence, either party may disclose Confidential Information (i) as required by applicable law or regulation, and (ii) to those of its officers and agents who need to know Confidential Information for the purposes of this Agreement, provided that such officers and agents will be informed of the confidential nature of the Confidential Information, will agree to

7

**Exhibit "H," Page  7**

be bound by this Section, and will be directed not to disclose to any other person any Confidential Information. Each party agrees to be responsible for any breach of this Section by its officers, employees and agents.

**8.2.     Procedure Upon Required Disclosure.** If any party is requested or required (by oral questions, interrogatories, requests for information or documents, subpoenas, civil investigative demands, or similar processes) to disclose or produce any Confidential Information of the other party, then the party receiving such request shall (i) provide the other party with prompt notice of the request and copies, if possible, and, if not, a description, of the Confidential Information requested or required to be produced, so that such other party may seek an appropriate protective order or waive compliance with the provisions of this Section and (ii) consult with the other party as to the advisability of the other party's taking of legally available steps to resist or narrow such request.

## ARTICLE 9.  INDEPENDENT RELATIONSHIP

It is acknowledged and agreed that Manager and Company are at all times acting and performing hereunder as independent contractors. The sole function of Manager hereunder is to provide all Management Services in a competent, efficient and satisfactory manner. Manager shall not, by entering into and performing its obligations under this Agreement, become liable for any of the obligations, liabilities or debts of Company not related to Manager's services hereunder, unless otherwise specifically provided for under the terms of this Agreement. In its management role, Manager will have only an obligation to exercise reasonable care in the performance of the Management Services. Manager shall have no liability whatsoever for damages suffered on account of the willful misconduct or negligence of any employee, agent or independent contractor of Company. Each party shall be solely responsible for compliance with all state and federal laws pertaining to employment taxes, income withholding, unemployment compensation contributions and other employment related statutes regarding their respective employees, agents and servants.

## ARTICLE 10.  DISPUTE RESOLUTION

**10.1.     Negotiation and Mediation**. The parties agreed, in the spirit of cooperation, to attempt to resolve any dispute between the parties without resorting to arbitration or litigation. The parties agree that, if any dispute arises between them, before initiating arbitration or litigation, the parties shall first attempt to negotiate a settlement and, if either party initiates a mediation proceeding, to participate in good faith in mediation. The party who initiates procedures under this Section 10.1 shall give written notice to the other party, describing in general terms the nature of the dispute, specifying the initiating party's claim for relief, and identifying one or more people with authority to settle the dispute for the party. The party receiving the notice shall have ten (10) days within which to designate by written notice to the initiating party one or more people with authority to settle the dispute for the party. The authorized individuals of each party may investigate the dispute as they deem appropriate and agree to meet in person, by teleconference, or by video conference within fourteen (14) days of the date of the initiating party's written notice to discuss resolution of the dispute. The authorized individuals may meet at any times and places and as often as they agree. If the dispute has not been resolved within thirty (30) days of the initial meeting, either party may

8

initiate non-binding mediation procedures in a further effort to settle the dispute amicably. Mediation will be conducted by and under the rules of the American Arbitration Association ("AAA") in Los Angeles California.

**10.2    Arbitration Procedures.**  Except for claims seeking injunctive relief and claims for indemnity arising out of third party claims made against Manager or Company, any dispute, controversy, or claim as between Manager and Company arising under or relating to this Agreement or any breach or threatened breach thereof not otherwise resolved by the procedures set forth in Section 10.1 within one hundred eighty (180) days of the initiating party's notice of dispute shall be resolved by final and binding arbitration administered by the AAA by a single arbitrator under its Commercial Arbitration Rules.  Any arbitration proceeding shall be held in Los Angeles, California.  Judgment upon an award rendered by the arbitrator must be entered by a court having competent jurisdiction.  The parties agree that the prevailing party in such arbitration proceeding, in addition to any award or other relief granted by the arbitrator, the arbitrator shall have jurisdiction to make an award to the prevailing party, as determined by the arbitrator, of the costs of such arbitration proceeding as well as reasonable attorneys' fees, costs and expenses incurred by said prevailing party in connection with the arbitration.  Any award shall be based upon the contract terms of this Agreement, and governed by California law.  The arbitrator shall have no jurisdiction to award punitive damages to any party.

**10.3.    Availability of Temporary Remedies.**  Notwithstanding anything to the contrary contained in Section 10.1 and Section 10.2, either party shall be entitled to seek an injunction, temporary restraining order or other temporary relief from a court of competent jurisdiction pending final resolution through arbitration of any controversy, dispute or claim for which arbitration is provided relating to this Agreement.

## ARTICLE 11.  MISCELLANEOUS PROVISIONS

**11.1.    Agreement to Reform.**  This Agreement shall be construed to the fullest extent possible to be in compliance with and permitted by all federal and state statutes, rules, regulations, principles, interpretations, orders and decrees.  If a Triggering Event (as defined below) occurs, the parties agree that they shall use best efforts to negotiate an amendment to this Agreement as necessary to comply with applicable statutes, rules, regulations, principles, interpretations, orders and decrees.  To the fullest extent possible, any such amendment shall preserve the underlying economic and financial arrangements between the Company and the Manager with the least changes to the parties' expectations hereunder.  For purposes of this Section 11.1, "Triggering Event" means the becoming effective after the date hereof of any statute, rule, regulation, order or decree by a government entity with jurisdiction over Manager or Company that renders illegal any material term of this Agreement.

**11.2.    Severability.**  Notwithstanding Section 11.1, if any provision of this Agreement is deemed to be in violation of applicable law and cannot be amended to cure such violation, or is otherwise unenforceable, such provision shall be deemed severed from the remainder of the Agreement and shall not affect the validity of the remainder of the Agreement.

**11.3.    Force Majeure.**  Neither party shall be liable or deemed to be in default for any delay or failure in performance under this Agreement or other interruption of service deemed to

BN 29152704v2

result, directly or indirectly, from acts of God, civil or military authority, acts of public enemy, war, accidents, fires, explosions, earthquakes, floods, failure of transportation, strikes or other work interruptions by either party's employees, or any other similar cause beyond the reasonable control of either party.

**11.4.  Additional Acts.**  Each party shall perform any further acts and shall execute and deliver any documents that may he reasonably necessary to carry out the provisions of this Agreement.

**11.5.  Notices.**  All notices, demands and other communications given or delivered under this Agreement shall be in writing and shall be deemed to have been given when personally delivered, emailed, mailed by first class mail, return receipt requested, or delivered by express courier service.  Notices, demands and communications shall, unless another address is specified in writing, be sent to the address or telecopy number indicated below:

Notices to Company:         Sev Laser Aesthetics-Calabasas, LLC
                            3840 Old Topanga Canyon Road
                            Calabasas, CA 91302
                            Attn: Manager

Notices to the Manager:     Petrosian Esthetic Enterprises, Inc.
                            1131 N. Brand Blvd
                            Glendale, CA 91202
                            Attn: Sevana Petrosian

With a copy (which shall not constitute notice) to:

                            Buchalter
                            1000 Wilshire Boulevard, Suite 1500
                            Los Angeles, CA 90017
                            Attn: Carol K. Lucas, Esq.

**11.6.  Restrictions on Assignment.**  This Agreement and all of the provisions hereof shall be binding upon and inure to the benefit of the parties and their respective successors and permitted assigns; provided that neither this Agreement nor any of the rights, interests or obligations hereunder may be assigned by Company without the prior written consent of Manager.  Notwithstanding the foregoing, without the prior written consent of the other party, Manager  may at any time, in its sole discretion upon prior written notice to Company, assign, in whole or in part (a) Manager's rights and obligations pursuant to this Agreement to one or more of its affiliates in which Manager owns more than a 50% interest; and (b) its rights and obligations under this Agreement for collateral security purposes to any lender providing financing to the Manager; and (c) its rights and obligations under this Agreement, in whole or in part, to any subsequent purchaser of the Manager (whether such sale is structured as a sale of stock, sale of assets, merger, recapitalization or otherwise).

BN 29152704v2

**Exhibit "H," Page   10**

**11.7.  Binding Effect.**  Subject to the restrictions on assignment contained in the preceding Section, this Agreement shall inure to the benefit of be enforceable by and be binding upon the parties, their successors and assigns.

**11.8.  Entire Agreement.**  This Agreement, the License Agreement and the exhibits incorporated herein and therein by reference, contain and constitute the entire agreement between the Company and Manager and supersede and cancel any prior agreements, representations, warranties or communications, whether oral or written, between the parties relating to the transactions contemplated by this Agreement.  Neither this Agreement nor any provision of this Agreement may be changed, waived, discharged or terminated orally, but only by an agreement in writing signed by the party against whom or which the enforcement of such change, waiver, discharge or termination is sought.

**11.9.  Modifications.**  This Agreement may not be changed or terminated orally, but may only be changed by an agreement in writing signed by a duly authorized officer of Manager if Manager is the party against whom enforcement of any such waiver, change, modification, extension, discharge or termination is sought, or by Company if Company is the party against whom enforcement of any such waiver, change, modification, extension, discharge or termination is sought.

**11.10.  Governing Law.**  This Agreement shall be governed by and construed in accordance with the laws of the State of California.

**13.11.  Schedules and Exhibits.**  All schedules and exhibits attached to this Agreement are incorporated by reference as a part of this Agreement.

**11.12.  Waivers.**  No failure on the part of any party to this Agreement to exercise, and no delay in exercising, any right, power or remedy created under this Agreement shall operate as a waiver of this Agreement, nor shall any single or partial exercise of any right, power or remedy by any such party preclude any other or further exercise of this Agreement or the exercise of any other right, power or remedy.  No waiver by any party to this Agreement to any breach of or default in any term or condition of this Agreement shall constitute a waiver of or assent to any succeeding breach of or default in the same or any other term or condition of this Agreement.

**11.13.  Headings.**  The headings contained this Agreement are for reference purposes only and shall not affect in any way the meaning or interpretation of this Agreement.

**11.13.  Counterparts; Facsimile.**  This Agreement may be executed by facsimile and in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same agreement.

**11.15.  Expenses.**  Unless expressly provided otherwise, each party shall bear its own expense incurred in the preparation, negotiation and performance of this Agreement.

*(Signatures on following page)*

BN 29152704v2

**Exhibit "H," Page  11**

IN WITNESS WHEREOF, the Parties have executed this Management Services Agreement as of the date first written above.

**COMPANY**:

SEV LASER AESTHETICS-
CALABASAS, LLC
a California limited liability company

By: _____
Name: Yris Palmer
Its: _____

By: _____
Name: STAFFORDE PALMER
Its: _____

By: _____
Name: Senana Petrosian
Its: _____

**MANAGER**:

PETROSIAN ESTHETIC ENTERPRISES,
LLC, a California limited liability company

By: _____
Name: Senana Petrosian
Its: _____

**Exhibit "H," Page   12**

## EXHIBIT A

## MANAGEMENT SERVICES

Manager shall perform the following duties for and on behalf of Company:

    1.    Manager will provide consultation and advice to Company concerning the management and operation of the Company and will make available to Company all improvements and changes in Manager's services or business methods.

    2.    Manager shall provide Company with access to Company's intranet, for purposes of sharing information and materials regarding the Company.

    3.    Manager shall provide Company with a manual which shall include information, forms, and guidelines for the operation of the Company ("Manual"), in accordance with the License Agreement. The manual will contain explicit instructions for the use of the Manager's Marks (as defined in the License Agreement), specifications for goods that will be used in or sold by Company, sample business forms, information on marketing, management, and administrative methods developed by Manager, names of approved suppliers, and other information that may be necessary or useful in the operation of the Company.

    4.    Manager shall provide initial training of Company staff in the operation of the Company and the System.

    5.    Manager shall have the exclusive right to conduct Company's internet promotion and marketing, including but not limited to establishing Company's website and social media accounts (e.g., Twitter, Instagram, Facebook).

    6.    Manager shall review and have the right to approve all advertising and promotion of the Company.

    7.    Manager shall evaluate Company's site information for compliance with Manager's then current site selection criteria, and Manager shall have the right to accept or reject any proposed site within thirty (30) days following receipt of all site information requested by Manager.

    8.    Manager shall provide prototype plans and specifications to the construction of the Company's site and the décor of such site. Manager shall provide the plans and specifications to a qualified licensed architect and contractor, identified by Company and reasonably acceptable to Manager.

BN 29152704v2

**Exhibit "H," Page 13**

9.      Manager will provide on-site assistance for the training of Company employees by a Manager representative for at least five (5) days following the opening of Company's Location. The five (5)-day training period shall be within three (3) weeks of the opening date of the Location.

10.     Manager will provide Company with the names and addresses of approved or designated suppliers of specific goods and services that Company may or must use in the operation of Company.

11.     Manager will perform additional training of Company staff, as necessary and as determined by Manager.  Training may be conducted in person or through web-based programs.

12.     Manager shall facilitate and support the operations of the Company by telephone meetings.

13.     Manager will use its best efforts to ensure that proprietary products of the Manager are sold to Company at fair market value.

14.     Manager may provide or arrange for continuing education programs for nurses, for an additional charge of $1,000 per program.

15.     Manager may hold conventions or meetings of all licensees of Manager's System.

16.     Manager shall review the performance of Company's Designated Manager, and determine, in Manager's reasonable discretion, whether Company is properly performing his or her duties.

BN 29152704v2

# EXHIBIT B

## LICENSE AGREEMENT

BN 29152704v2

**Exhibit "H," Page   15**

## EXHIBIT C

## INSURANCE

| Required Coverage | Minimum Aggregate Limits of Coverage |
| --- | --- |
| General commercial liability | $2,000,000 |
| Professional liability (covering Company and the Practice) | $1,000,000 |
| Products/Completed Operations Aggregate | $1,000,000 |
| Personal and Advertising Injury | $1,000,000 |
| Tenant Legal Liability | $100,000 |
| Medical Expense (for any one person) | $5,000 |

BN 29152704v2

**Exhibit "H," Page   16**

## EXHIBIT D

## MANAGEMENT COMPENSATION

[For its services hereunder, the Manager shall be entitled its actual out-of-pocket costs in providing its services.]

**Exhibit "H," Page   17**

## EXHIBIT D

## MANAGEMENT COMPENSATION

For its services hereunder, the Manager shall be entitled to:

1. Its full costs in providing its services, including allocation of overhead and the value of the time of Sevana Petrosian devoted to fulfilling the Manager's obligations hereunder, including Company's internet promotion and marketing.

2. A License Fee equal to $25,000 per month pursuant to the License Agreement.

**Exhibit "H," Page   18**

**EXHIBIT "I"**

 **Whois**
Identify for everyone

WHOIS

DOMAINS | WEBSITE | CLOUD | HOSTING | SERVERS | EMAIL | SECURITY | WHOIS | SUPPORT | LOGIN | 0

## sevlaser.com Updated 35 days ago ⟳

### Domain Information

| | |
|---|---|
| Domain: | sevlaser.com |
| Registrar: | GoDaddy.com, LLC |
| Registered On: | 2013-09-18 |
| Expires On: | 2020-12-10 |
| Updated On: | 2016-08-12 |
| Status: | clientDeleteProhibited<br>clientRenewProhibited<br>clientTransferProhibited<br>clientUpdateProhibited |
| Name Servers | ns69.domaincontrol.com<br>ns70.domaincontrol.com |

### Registrant Contact

| | |
|---|---|
| Name. | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com<br>14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone | +1.4806242599 |
| Fax | +1.4806242598 |
| Email | SEVLESER.COM@domainsbyproxy.com |

### Administrative Contact

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com<br>14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |

 **.CO**
$29.88 $1.88

BUY NOW

*Offer ends 31st July 2020

On Sale!

 **.link**

.LINK @ $4.88 $10.88


Introducing
**WORDPRESS HOSTING**
$3.58/mo

VIEW MORE

**Exhibit "I," Page 1** 7/24/2020

| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **SEVLASER.COM**@domainsbyproxy.com |

### Technical Contact

| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **SEVLASER.COM**@domainsbyproxy.com |

### Raw Whois Data

```
Domain Name: SEVLASER.COM
Registry Domain ID: 1828093954_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2016-08-12T21:24:48Z
Creation Date: 2013-09-18T22:45:14Z
Registrar Registration Expiration Date: 2020-12-10T11:59:59Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTra
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdat
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewP
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDelet
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: SEVLASER.COM@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: SEVLASER.COM@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
```

7/24/2020
**Exhibit "I," Page 2**

```
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: SEVLASER.COM@domainsbyproxy.com
Name Server: NS69.DOMAINCONTROL.COM
Name Server: NS70.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.
>>> Last update of WHOIS database: 2020-06-18T23:00:00Z <<<

For more information on Whois status codes, please visit https://www.icann.o

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without th
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particula
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for an
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

‹                                                                    ›

---

### related domain names

godaddy.com    icann.org    domaincontrol.com    domainsbyproxy.com    internic.net

**Domains**

Register Domain Name

Transfer Domain Name

View Domain Pricing

Whois Lookup

Name Suggestion Tool

Free with Every Domain

Domain Offers

**Hosting & Products**

Linux Hosting

Windows Hosting

WordPress Hosting

Linux Reseller Hosting

Windows Reseller Hosting

Dedicated Servers

Managed Servers

Cloud Hosting

Website Builder

Business Email

Enterprise Email

G Suite

**Infrastructure**

Datacenter Details

Hosting Security

24 x 7 Servers Monitoring

Backup and Recovery

**Support**

View Knowledge Base

Contact Support

Report Abuse

About Whois

**Follow Us**

LOGIN    OR    CREATE AN ACCOUNT

Exhibit "I," Page 3

SSL Certificates

Sitelock

CodeGuard

Copyright © Whois.com. All rights reserved

Privacy Policy | Legal Agreement

Exhibit "I," Page 4

7/24/2020

# United States of America

## United States Patent and Trademark Office

# SEV LASER

**Reg. No. 5,806,379**

**Registered Jul. 16, 2019**

**Int. Cl.: 44**

**Service Mark**

**Principal Register**

SEV LASER AESTHETICS CALABASAS, LLC  (CALIFORNIA LIMITED LIABILITY COMPANY)
C/o Legalforce Rapc Worldwide
446 E Southern Ave
Tempe, ARIZONA 85282

CLASS 44: Laser hair removal services

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "LASER"

The English translation of "SEV" in the mark is "BLACK".

SER. NO. 88-243,952, FILED 12-28-2018

Director of the United States
Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# SEV

**Reg. No. 5,806,392**

**Registered Jul. 16, 2019**

**Int. Cl.: 44**

**Service Mark**

**Principal Register**

SEV LASER AESTHETICS CALABASAS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
C/o Legalforce Rapc Worldwide
446 E Southern Ave
Tempe, ARIZONA 85282

CLASS 44: Laser hair removal services

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The English translation of "SEV" in the mark is "BLACK".

SER. NO. 88-244,062, FILED 12-28-2018



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# SEV

**Reg. No. 5,806,384**

**Registered Jul. 16, 2019**

**Int. Cl.: 44**

**Service Mark**

**Principal Register**

SEV LASER AESTHETICS CALABASAS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
C/o Legalforce Rapc Worldwide
446 E Southern Ave
Tempe, ARIZONA 85282

CLASS 44: Laser hair removal services

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012

The mark consists of the stylized word "SEV".

The English translation of "SEV" in the mark is "BLACK".

SER. NO. 88-243,982, FILED 12-28-2018



Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

## SEV LASER AESTHETICS

**Reg. No. 5,832,652**

**Registered Aug. 13, 2019**

**Int. Cl.: 44**

**Service Mark**

**Principal Register**

SEV LASER AESTHETICS CALABASAS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
C/o Legalforce Rapc Worldwide
446 E Southern Ave
Tempe, ARIZONA 85282

CLASS 44: Laser hair removal services

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "LASER AESTHETICS"

The English translation of "SEV" in the mark is "BLACK".

SER. NO. 88-244,097, FILED 12-28-2018



Director of the United States
Patent and Trademark Office

## TRADEMARK ASSIGNMENT AGREEMENT

THIS TRADEMARK ASSIGNMENT Agreement ("**ASSIGNMENT**") is executed on this 30 day of April 2020 by SEV LASER AESTHETICS CALABASAS, LLC, a California Limited Liability Company, with mailing address of c/o LegalForce RAPC Worldwide, 446 E Southern Ave, Tempe, Arizona 85282 (**"ASSIGNOR'**).

### IN FAVOR OF

Petrosian Esthetic Enterprises, LLC, a California Limited Liability Company with principal address 1131 North Brand Blvd., Glendale California 91202 ("**ASSIGNEE**").

**WHEREAS**, the Assignor is the lawful owner of all right, title and interest in the Trademarks listed at Exhibit A, which are filed with the United States Patent and Trademark Office, and in which the Assignor has built up source recognition and goodwill with respect to these Trademark and the businesses connected with and symbolized by the Trademarks;

**WHEREAS**, Assignor desires to assign to Assignee all right, title and interest in and to the Trademarks;

**AND WHEREAS**, Assignee desires to assume all right, title and interest in and to the Trademarks;

**NOW, THEREFORE**, for good and valuable consideration, the receipt and adequacy of which are acknowledged, and the undersigned Parties intending to be legally bound by this Assignment, Assignor and Assignee hereby agree as follows:

Assignor hereby irrevocably and perpetually assigns, transfers and conveys to Assignee the entire right, title, and interest in the United States filed Trademarks listed at Exhibit A, along with the goodwill attached to the businesses connected with and symbolized by the Trademark (including, without limitation, the right to renew any future registrations included in the Trademarks, and the right to apply for trademark registration within or outside the United States and any priority right that may arise from the Trademark), the same to be held and enjoyed by Assignee as fully and entirely as said interest could have been held and enjoyed by Assignor had this sale, assignment, transfer and conveyance not been made.

**IN WITNESS WHEREOF**, the Parties hereto have executed this Trademark Assignment Agreement as of the date first above written.

| ASSIGNOR | ASSIGNEE |
|---|---|
| SEV LASER AESTHETICS CALABASAS, LLC | Petrosian Esthetic Enterprises, LLC |
| Sevana Petrosian / President and Manager | Sevana Petrosian / Manager |
| Printed Name of Authorized Signatory | Printed Name of Authorized Signatory |
| Signature of Authorized Signatory | Signature of Authorized Signatory |

**EXHIBIT "J"**

Vantiv eCommerce LLC
Case 2:22-cv-01942-SB-MAA   Document 1   Filed 03/24/22   Page 134 of 381   Page ID
AltSS99:K Processing
900 Chelmsford St.
Lowell, MA 01851

#:134

If you have questions contact:

Phone:      844-843-6111

 TEP360749_1418_2835 1 of 2

Wilbur Williams Jr., MD., Inc.
2652 Via Olivera
Palos Verdes Estates, CA 90274

## Instructions for Payee

You have received this form because you have either: (a) accepted payment cards for payments, or (b) received payments through a third party network that exceeded $20,000 in gross total reportable transactions and the aggregate number of those transactions exceeded 200 for the calendar year. Merchant acquirers and third party settlement organizations, as payment settlement entities (PSE), must report the proceeds of payment card and third party network transactions made to you on Form 1099-K under Internal Revenue Code section 6050W. The PSE may have contracted with an electronic payment facilitator (EPF) or other third party payer to make payments to you.

If you have questions about the amounts reported on this form, contact the FILER whose information is shown in the upper left corner on the front of this form. If you do not recognize the FILER shown in the upper left corner of the form, contact the PSE whose name and phone number are shown in the lower left corner of the form above your account number.

See the separate instructions for your income tax return for using the information reported on this form.

**Payee's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account number or other unique number the PSE assigned to distinguish your account.

**Box 1a.** Shows the aggregate gross amount of payment card/third party network transactions made to you through the PSE during the calendar year.

**Box 1b.** Shows the aggregate gross amount of all reportable payment transactions made to you through the PSE during the calendar year where the card was not present at the time of the transaction or the card number was keyed into the terminal. Typically, this relates to online sales, phone sales, or catalogue sales. If the box for third party network is checked, or if these are third party network transactions, card not present transactions will not be reported.

**Box 2.** Shows the merchant category code used for payment card/third party network transactions (if available) reported on this form.

**Box 3.** Shows the number of payment transactions (not including refund transactions) processed through the payment card/third party network.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, and Pub. 505. Include this amount on your income tax return as tax withheld.

**Boxes 5a-5l.** Shows the gross amount of payment card/third party network transactions made to you for each month of the calendar year.

**Boxes 6-8.** Shows state and local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-K and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099K.

---

CORRECTED (if checked)

| FILER's name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | FILER'S TIN | OMB No. 1545-2205 | **Payment Card and Third Party Network Transactions** |
|---|---|---|---|
| Vantiv eCommerce LLC<br>900 Chelmsford St.<br>Lowell, MA 01851 | 04-3575881 | | |
| | PAYEE'S TIN<br>954752395 | 20**18** | |
| | 1a Gross amount of payment card/third party network transactions<br>$ 1,294,456.56 | Form **1099-K** | |

| | | | |
|---|---|---|---|
| | 1b Card Not Present transactions<br>$ 1,294,456.56 | 2 Merchant category code<br>8099 | **Copy B**<br>**For Payee** |
| Check to indicate if FILER is a (an):    Check to indicate transactions reported are:<br>Payment settlement entity (PSE)    Payment card<br>Electronic Payment Facilitator (EPF)/Other third party [X]   Third party network [X] | 3 Number of payment transactions<br>15,194 | 4 Federal income tax withheld<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| PAYEE'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br>Wilbur Williams Jr., MD., Inc.<br>2652 Via Olivera<br>Palos Verdes Estates, CA 90274 | 5a January<br>$ | 5b February<br>$ | |
| | 5c March<br>$ | 5d April<br>$ | |
| | 5e May<br>$ | 5f June<br>$ | |
| | 5g July<br>$ | 5h August<br>$ | |
| | 5i September<br>$ 201,131.10 | 5j October<br>$ 370,656.13 | |
| PSE'S name and telephone number<br>Benchmark Merchant Services, LLC<br>844-775-2748 | 5k November<br>$ 367,483.40 | 5l December<br>$ 355,185.93 | |
| Account number (see instructions) 820427857165026575D | 6 State<br>CA | 7 State identification no.<br>043575881 | 8 State income tax withheld<br>$ |

Form **1099-K**   (Keep for your records)   www.irs.gov/Form1099K   Department of the Treasury - Internal Revenue Service 

**EXHIBIT "K"**

Attn: 1099-K Processing
201 17th Street NW Suite 1000
Atlanta, GA 30363

ENV 9417 1 of 1    4509898

TEP395827_584_1187 1 of 2

Wilbur Williams Jr., MD., Inc.
2652 Via Olivera
Palos Verdes Estates, CA 90274

If you have questions contact:
1099K@worldpay.com
Phone:    844.843.6111

FAX:    877.832.3367

## Instructions for Payee

You have received this form because you have either (a) accepted payment cards for payments, or (b) received payments through a third party network that exceeded $20,000 in gross total reportable transactions and the aggregate number of those transactions exceeded 200 for the calendar year. Merchant acquirers and third party settlement organizations, as payment settlement entities (PSEs), must report the proceeds of payment card and third party network transactions made to you on Form 1099-K under Internal Revenue Code section 6050W. The PSE may have contracted with an electronic payment facilitator (EPF) or other third party payer to make payments to you.

If you have questions about the amounts reported on this form, contact the FILER whose information is shown in the upper left corner on the front of this form. If you do not recognize the FILER shown in the upper left corner of the form, contact the PSE whose name and phone number are shown in the lower left corner of the form above your account number.

See the separate instructions for your income tax return for using the information reported on this form.

**Payee's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account number or other unique number the PSE assigned to distinguish your account.

**Box 1a.** Shows the aggregate gross amount of payment card/third party network transactions made to you through the PSE during the calendar year.

**Box 1b.** Shows the aggregate gross amount of all reportable payment transactions made to you through the PSE during the calendar year where the card was not present at the time of the transaction or the card number was keyed into the terminal. Typically, this relates to online sales, phone sales, or catalogue sales. If the box for third party network is checked, or if these are third party network transactions, Card Not Present transactions will not be reported.

**Box 2.** Shows the merchant category code used for payment card/third party network transactions (if available) reported on this form.

**Box 3.** Shows the number of payment transactions (not including refund transactions) processed through the payment card/third party network.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, and Pub. 505. Include this amount on your income tax return as tax withheld.

**Boxes 5a-5l.** Shows the gross amount of payment card/third party network transactions made to you for each month of the calendar year.

**Boxes 6-8.** Shows state and local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-K and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099K*.

| CORRECTED (if checked) | | | |
|---|---|---|---|
| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code and telephone no.<br><br>Vantiv eCommerce LLC<br>900 Chelmsford St.<br>Lowell, MA 01851 | FILER'S TIN<br>04-3575881<br>PAYEE'S TIN<br>XXX-XX-2395 | OMB No. 1545-2205<br><br>2019<br><br>Form **1099-K** | **Payment Card and Third Party Network Transactions** |
| | 1a  Gross amount of payment card/third party network transactions<br>$  7,503,876.28 | 2  Merchant category code | **Copy B** |
| Check to indicate if FILER is a (an):       Check to indicate transactions reported are:<br>Payment settlement entity (PSE)<br>Electronic Payment Facilitator (EPF)/Other third party  [X]       Payment card<br>Third party network  [X] | 1b  Card Not Present transactions<br>$  7,503,876.28 | 8099 | **For Payee** |
| | 3  Number of payment transactions<br>98,901 | 4  Federal income tax withheld<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| PAYEE'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br><br>Wilbur Williams Jr., MD., Inc.<br>2652 Via Olivera<br>Palos Verdes Estates, CA 90274 | 5a  January<br>$  440,691.42 | 5b  February<br>$  444,934.90 | |
| | 5c  March<br>$  574,898.17 | 5d  April<br>$  605,924.28 | |
| | 5e  May<br>$  637,038.35 | 5f  June<br>$  573,392.34 | |
| | 5g  July<br>$  604,628.29 | 5h  August<br>$  624,695.23 | |
| | 5i  September<br>$  620,923.40 | 5j  October<br>$  814,561.66 | |
| PSE'S name and telephone number<br><br>Benchmark Merchant Services, LLC<br>844-775-2748 | 5k  November<br>$  770,194.73 | 5l  December<br>$  791,993.51 | |
| Account number (see instructions)  820427857165026575D<br><br>Tracking #:       3964599T2 | 6  State<br>CA | 7  State identification no.<br>043575881 | 8 State income tax withheld<br>$ |
| Form **1099-K**       (Keep for your records) | www.irs.gov/Form1099K | Department of the Treasury- Internal Revenue Service | |

9H8701 3.000
TH2001184509898    ENV 9417 1 of 1 000000



**EXHIBIT "L"**

Case 2:22-cv-01942-SB-MAA   Document 1   Filed 03/24/22   Page 138 of 381   Page ID #:138

<u>Home</u>  ⋮  <u>Licensees</u>  ⋮  **Corporate Practice**

# Corporate Practice of Medicine

The following is to provide guidance to physicians on the prohibition against the corporate practice of medicine.

A presentation on the corporate practice of medicine, including frequently asked questions and common concerns, was provided at the Medical Board of California's Quarterly Board meeting on January 29, 2015. Watch the presentation here for additional information pertaining to this important topic:

 Corporate Practice of Medicine Presentation



<u>Presentation Materials</u>

Note: This area of law can be complicated, therefore physicians are encouraged to discuss their medical practices and business enterprises with appropriately knowledgeable legal experts. The Medical Board of California continues to receive complaints and inquiries about the law, and some repeating issues are presented here.

The Medical Practice Act, Business and Professions Code section 2052, provides:

"Any person who practices or attempts to practice, or who holds himself or herself out as practicing...[medicine] without having at the time of so doing a valid, unrevoked, or unsuspended certificate...is guilty of a public offense."

Business and Professions Code section 2400, within the Medical Practice Act, provides in pertinent part:

"Corporations and other artificial entities shall have no professional rights, privileges, or powers."

The policy expressed in Business and Professions Code section 2400 against the corporate practice of medicine is intended to prevent unlicensed persons from interfering with or influencing the physician's professional judgment. The decisions described below are examples of some of the types of behaviors and subtle controls that

**Exhibit "L," Page 1**    6/7/2020, 8:01 AM

the corporate practice doctrine is intended to prevent. From the Medical Board's perspective, the following health care decisions should be made by a physician licensed in the State of California and would constitute the unlicensed practice of medicine if performed by an unlicensed person:

> Determining what diagnostic tests are appropriate for a particular condition.

> Determining the need for referrals to, or consultation with, another physician/specialist.

> Responsibility for the ultimate overall care of the patient, including treatment options available to the patient.

> Determining how many patients a physician must see in a given period of time or how many hours a physician must work.

In addition, the following "business" or "management" decisions and activities, resulting in control over the physician's practice of medicine, should be made by a licensed California physician and not by an unlicensed person or entity:

> Ownership is an indicator of control of a patient's medical records, including determining the contents thereof, and should be retained by a California-licensed physician.

> Selection, hiring/firing (as it relates to clinical competency or proficiency) of physicians, allied health staff and medical assistants.

> Setting the parameters under which the physician will enter into contractual relationships with third-party payers.

> Decisions regarding coding and billing procedures for patient care services.

> Approving of the selection of medical equipment and medical supplies for the medical practice.

The types of decisions and activities described above cannot be delegated to an unlicensed person, including (for example) management service organizations. While a physician may consult with unlicensed persons in making the "business" or "management" decisions described above, the physician must retain the ultimate responsibility for, or approval of, those decisions.

The following types of medical practice ownership and operating structures also are prohibited:

> Non-physicians owning or operating a business that offers patient evaluation, diagnosis, care and/or treatment.

> Physician(s) operating a medical practice as a limited liability company, a limited liability partnership, or a general corporation.

> Management service organizations arranging for, advertising, or providing medical services rather than only providing administrative staff and services for a physician's medical practice (non-physician exercising controls over a physician's medical practice, even where physicians own and operate the business).

> A physician acting as "medical director" when the physician does not own the practice. For example, a business offering spa treatments that include medical procedures such as Botox injections, laser hair removal, and medical microdermabrasion, that contracts with or hires a physician as its "medical director."

In the examples above, non-physicians would be engaged in the unlicensed practice of medicine, and the physician may be aiding and abetting the unlicensed practice of medicine.

It is important to note that pursuant to Business and Professions Code section 2417.5, a business organization

**Exhibit "L," Page   2**

Case 2:22-cv-01942-SB-MAA    Document 1    Filed 03/24/22    Page 140 of 381    Page ID
#:140

that offers to provide or provides outpatient elective cosmetic medical procedures or treatments that is not in
compliance with the ban on the corporate practice of medicine is guilty of knowingly making or causing to be
made a false or fraudulent claim for payment of a health care benefit pursuant to paragraph (6) of subdivision (a)
of <u>Section 550 of the Penal Code</u>.

---

<u>About Us</u>  |  <u>DCA</u>  |  <u>CA.gov</u>  |  <u>Register to Vote</u>  |  <u>Get Adobe Reader</u>  |

<u>Contact Us</u>  |  <u>Request a Callback</u>

<u>Back to Top</u>  |  <u>Conditions of Use</u>  |  <u>Privacy Policy</u>  |  <u>Web Accessibility</u>

<u>Certification</u>  |  <u>Disclaimer</u>

Copyright © 2020 State of California

Select Language | ▼

**EXHIBIT "M"**

BUCHALTER
A Professional Corporation
MICHAEL B. FISHER (SBN: 203620)
JACK R. SCHARRINGHAUSEN (SBN: 205483)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email: mbfisher@buchalter.com

Attorneys for Defendants
SEVANA PETROSIAN, PETROSIAN ESTHETIC ENTERPRISES, LLC, SEV LASER
AESTHETIC - CALABASAS LLC, SEV LASER AESTHETICS - RANCHO CUCAMONGA,
LLC, SEV LASER AESTHETICS - ORANGE COUNTY LLC, SEV LASER AESTHETICS -
SAN JOSE LLC, SEV LASER AESTHETICS - SAN FRANCISCO LLC, SEV LASER
AESTHETICS - HERMOSA BEACH LLC, SEV LASER AESTHETICS - WALNUT CREEK
LLC and SALINA RANJBAR

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

## CENTRAL DISTRICT

| | |
|---|---|
| WILBUR WILLIAMS JR. M.D., an Individual; WILBUR WILLIAMS, M.D., INC., a California professional corporation,<br><br>        Plaintiffs,<br><br>   vs.<br><br>SEVANA PETROSIAN, an Individual; PETROSIAN ESTHETIC ENTERPRISES, LLC, a California Limited Liability; SEV LASER AESTHETIC - CALABASAS LLC, a California Limited Liability; SEV LASER AESTHETICS - RANCHO CUCAMONGA, LLC, a California Limited Liability; SEV LASER AESTHETICS - ORANGE COUNTY LLC, a California Limited Liability; SEV LASER AESTHETICS - SAN JOSE LLC, a California Limited Liability; SEV LASER AESTHETICS - SAN FRANCISCO LLC, a California Limited Liability; SEV LASER AESTHETICS - HERMOSA BEACH LLC, a California Limited Liability; SEV LASER AESTHETICS - WALNUT CREEK LLC, a California Limited Liability; and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO. 20STCV14137<br>Assigned to Department: 30<br><br>**DECLARATION OF CAROL LUCAS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY DEFENSE COUNSEL**<br><br><br>Date:      October 7, 2020<br>Time:     8:30 AM<br>Dept:     30 |

**Exhibit "M," Page  1**

I, Carol K. Lucas, hereby declare and state:

1.        I am a licensed California attorney and a shareholder in the Los Angeles office of Buchalter, a Professional Corporation ("Buchalter"), where I chair its Health Care Practice Group.  For the past 30 years, I have practiced health law in California.  My practice generally deals with physicians, medical groups, management services organizations, surgery centers, community clinics, telemedicine companies and other ancillary professionals.  I estimate that I represent or have represented more than three dozen clients in connection with professional corporation requirements and business structures involving professional and general business corporations.  I am a former chair of the State Bar Business Law Section Health Law Committee, as well as its Corporations Committee and its Executive Committee.  I have made presentations and published articles on a number of subjects in the health law area, including the organization of California professional corporations and compliance issues related to medspas in California.  My firm and I have represented defendants Sevana Petrosian and Petrosian Esthetic Enterprises, LLC ("Petrosian Esthetic Enterprises") for many years.  As such, I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently thereto.

2.        In 2013, Sevana Petrosian initially engaged Buchalter to advise her on California corporate practice requirements applicable to the medspa business.  The representation then expanded to include Ms. Petrosian's newly formed company, Petrosian Esthetic Enterprises and, eventually, all of the limited liability company defendants named herein.

3.        In April 2014, I attended a meeting with Ms. Petrosian, Wilbur Williams, M.D. and Dr. Williams' accountant, Leila Aquino.  Ms. Petrosian asked me to attend the meeting in order to explain California corporate practice requirements and the provisions of the management agreement that Ms. Petrosian's company proposed to enter into with Dr. Williams' professional corporation.  At no time in the meeting did anyone tell Dr. Williams that I was representing him or that I prepared the management agreement on behalf of both parties.  Nor did Dr. Williams conduct himself in a way that would suggest that he believed I was representing his interests in this matter.  Rather, he clearly relied on Ms. Aquino as his representative.

4.        During the meeting, Ms. Aquino asked a number of questions regarding the financial aspects of the management relationship, which I answered with reference to the draft management agreement.  I did not state that the power of attorney in the draft was a requirement. Rather, I explained that because it was part of the management company's responsibility to collect patient payments, deposit them and pay the bills of the professional corporation on behalf of the professional corporation, it is customary for management companies to have a power of attorney that permits them to carry out those functions.

5.        No management agreement was signed at that meeting, and I learned only years later that Dr. Williams' corporation had entered into a management relationship with Ms. Petrosian's company.  In fact, I never prepared a management agreement between Petrosian Esthetic Enterprises or any of the limited liability companies and Dr. Williams or his corporation. The only management agreement I prepared was between Petrosian Esthetic Enterprises and a different physician, Kenneth Hunt Thomas, M.D., the first physician that Ms. Petrosian entered into a management relationship with.  Following the April 2014 meeting, Dr. Williams never contacted me or otherwise acted in a manner that suggested that he believed I was the attorney for him or his professional corporation.  Buchalter never entered into an engagement agreement with or sent any bills to Dr. Williams or his corporation and has never received any payments from any account of Dr. Williams or his professional corporation.

6.        I next met Dr. Williams in December 2019.  Dr. Williams had received a letter from an investigator from the California Medical Board inviting him to come in for an interview. Dr. Williams provided the letter to Ms. Petrosian who forwarded it to me.  I advised Ms. Petrosian that I had represented clients in such interviews, including a former medspa client. Ms. Petrosian asked me to attend a meeting with her, her team and Dr. Williams in advance of the Medical Board interview, which I agreed to do.  In the meeting I described what the meeting would likely consist of based on my prior experience and worked with the management company representatives to assemble the materials requested by the investigator.  During that meeting, Dr. Williams requested that I attend the meeting with the Medical Board investigator because he did not feel comfortable attending the meeting alone.  Ms. Petrosian requested that I attend the

meeting with Dr. Williams, and I agreed to do so.

7.      The meeting with the Medical Board investigator occurred on December 27, 2019 in San Dimas.  When we arrived at the California Department of Consumer Affairs office in San Dimas I was in a waiting room with Dr. Williams, his wife, Ms. Petrosian and another representative of the management company when the investigator came out and asked who we all were.  In the hearing of Dr. Williams the investigator asked me who I represented and I answered that I represented the management company only.  Dr. Williams did not dispute my statement. The investigator told us that I could not participate in Dr. Williams' interview unless he engaged me for purposes of the interview.  At that time I prepared a one paragraph engagement agreement in long hand that stated that Dr. Williams hired me to represent him for purposes of his interview with the Medical Board investigator on that day.  Dr. Williams signed the agreement and I gave it to the investigator, who permitted me to participate in the interview with Dr. Williams.  The interview lasted approximately two hours, to the best of my recollection.  After Dr. Williams' interview, the investigator interviewed Ms. Petrosian as well, and I participated in that meeting also.  My only communication from Dr. Williams after that day was an email on March 17, 2020 forwarding to me a letter he received from the Medical Board advising him that the Board had closed its investigation.

8.      I have never represented Dr. Williams or any client in a Medical Board hearing.  I represented Dr. Williams for approximately two hours at his request on December 27, 2019 for an interview with a Medical Board investigator, and not before or since.  I have never had any communications with Dr. Williams outside the presence of my client other than the Medical Board interview.  I have never engaged in any confidential communications with Dr. Williams or received any confidential or financial information from Dr. Williams.  To the best of my recollection, the only email I ever received from Dr. Williams was the March 17, 2020 email transmitting the Medical Board letter, and I have never received a telephone call or text message from him before or since.

///

///

9.     I do not know if my testimony will be required in the arbitration between Dr. Williams, *etc*., *et al*. and Petrosian Esthetic Enterprises, *etc.*, *et al*.  In any event, I will not be trial counsel, and my clients have given their informed, written consent for Buchalter to serve as their trial counsel even in the event that I am called as a witness.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 22, 2020 at Los Angeles, California.

_____
Carol K. Lucas

**PROOF OF SERVICE**

*Wilbur Williams Jr. M.D., et al. v. Sevana Petrosian, et al.*
Case No.  20STCV14137

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at BUCHALTER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA  90017-2457.  My email address is slee@buchalter.com.

On the date set forth below, I served the foregoing document described as:

**DECLARATION OF CAROL LUCAS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO DISQUALIFY DEFENSE COUNSEL**

on all other parties and/or their attorney(s) of record to this action by ☒ emailing, ☐ faxing and/or ☒ placing a true copy thereof in a sealed envelope as follows:

| | |
|---|---|
| Nick A. Alden, Esq. | *Attorney for Plaintiffs,* |
| Law Offices of Nick A. Alden | WILBUR WILLIAMS JR. M.D. and |
| 1380 Davis Drive | WILBUR WILLIAMS, M.D., INC. |
| Beverly Hills, CA  90210 | |
| Tel: (310) 275-6664 | |
| Cell: (310) 666-6793 | |
| Email: aldenlaw@yahoo.com | |

☑    **BY OVERNIGHT DELIVERY**   On September 24, 2020, I placed the FedEx/GSO package for overnight delivery in a box or location regularly maintained by FederalEx/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by FedEx/GSO to receive documents.  The package was placed in a sealed envelope or package designated by FedEx/GSO with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

☑    **BY EMAIL**  On September 24, 2020, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

☑    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed on September 24, 2020, at Los Angeles, California.

☐    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on September 24, 2020, at Los Angeles, California.

| Shirley Lee | (Signature) |
|---|---|

BN 41462762v1

**PROOF OF SERVICE**

EXHIBIT "N"

Primary account number: **2854903073** ■ January 1, 2017 - January 31, 2017 ■ Page 2 of 10



# Gold Business Services Package

## Activity summary

| | |
|---|---:|
| Beginning balance on 1/1 | $38,250.27 |
| Deposits/Credits | 87,188.30 |
| Withdrawals/Debits | - 88,527.88 |
| **Ending balance on 1/31** | **$36,910.69** |
| | |
| Average ledger balance this period | $25,515.34 |

Account number: **2854903073**

**PETROSIAN ESTHETIC ENTERPRISES LLC
DBA SEV LASER AESTHETICS**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■ Savings - 000009854923290

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 1/3 | | 5/3 Bankcard Sys Comb. Dep. 010117 8788430399347 Mercury Comb. Dep. Term 1126058 | 543.00 | | |
| 1/3 | | 5/3 Bankcard Sys Comb. Dep. 010117 8788430399289 Mercury Comb. Dep. Term 1126026 | 843.00 | | |
| 1/3 | | 5/3 Bankcard Sys Comb. Dep. 123116 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,124.00 | | |
| 1/3 | | 5/3 Bankcard Sys Comb. Dep. 123016 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,577.00 | | |
| 1/3 | | 5/3 Bankcard Sys Comb. Dep. 123116 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,594.10 | | |
| 1/3 | | 5/3 Bankcard Sys Comb. Dep. 123016 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,710.00 | | |
| 1/3 | | Purchase authorized on 12/31 Amazon.Com Amzn.Com/Bill WA S586363492123329 Card 8566 | | 17.62 | |
| 1/3 | | Purchase authorized on 12/30 Amazon Mktplace Pm Amzn.Com/Bill WA S586365086379088 Card 8566 | | 57.98 | |
| 1/3 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ib033Z76Ws on 12/30/16 | | 1,000.00 | |
| 1/3 | | Recurring Payment authorized on 01/01 Thirty3Mkt.Com 617-817-4028 CA S587001289675015 Card 8566 | | 350.00 | |
| 1/3 | | Recurring Transfer to Petrosian Esthetic En Business Market Rate Savings Ref #Ope8Qwj3WF xxxxxx3290 | | 150.00 | |
| 1/3 | | Recurring Payment authorized on 01/02 Charter Communicat 888-438-2427 MO S387002221430468 Card 8566 | | 222.86 | |
| 1/3 | 5364 | Deposited OR Cashed Check | | 23,212.24 | |
| 1/3 | 5362 | Cashed Check | | 3,969.00 | |
| 1/3 | | Bankcard-8001 Mtot Disc 161231 535353511167330 Sev Laser Aesthetics | | 138.95 | |
| 1/3 | | Bankcard-8001 Mtot Disc 161231 535353511114654 Sev Laser Aesthetics | | 153.95 | |
| 1/3 | 5365 | Check | | 1,725.00 | |
| 1/3 | 5356 | Check | | 226.62 | |
| 1/3 | 5361 | Check | | 1,373.26 | |
| 1/3 | 5368 | Check | | 4,000.00 | 9,043.89 |
| 1/4 | | 5/3 Bankcard Sys Comb. Dep. 010317 8788430399347 Mercury Comb. Dep. Term 1126058 | 2,060.00 | | |
| 1/4 | | 5/3 Bankcard Sys Comb. Dep. 010317 8788430399289 Mercury Comb. Dep. Term 1126026 | 3,054.00 | | |

Primary account number:  **2854903073**  ▪  January 1, 2017 - January 31, 2017  ▪  Page 3 of 10



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/4 | | Purchase authorized on 01/02 Containerstorepasa Pasadena CA S387003139865665 Card 8566 | | 312.78 | |
| 1/4 | 5358 | Check | | 638.91 | |
| 1/4 | 5366 | Check | | 3,222.00 | 9,984.20 |
| 1/5 | | 5/3 Bankcard Sys Comb. Dep. 010417 8788430399289 Mercury Comb. Dep. Term 1126026 | 2,130.00 | | |
| 1/5 | | 5/3 Bankcard Sys Comb. Dep. 010417 8788430399347 Mercury Comb. Dep. Term 1126058 | 2,131.60 | | 14,245.80 |
| 1/6 | | 5/3 Bankcard Sys Comb. Dep. 010517 8788430399289 Mercury Comb. Dep. Term 1126026 | 951.40 | | |
| 1/6 | | 5/3 Bankcard Sys Comb. Dep. 010517 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,452.20 | | |
| 1/6 | | Purchase authorized on 01/04 Booker Software - 866-966-9798 NY S467004384135100 Card 8566 | | 175.00 | |
| 1/6 | | Purchase authorized on 01/04 Booker Software - 866-966-9798 NY S587004384149708 Card 8566 | | 175.00 | |
| 1/6 | | Purchase authorized on 01/04 The Home Depot #06 Glendale CA S387004860278573 Card 8566 | | 141.53 | |
| 1/6 | | Purchase authorized on 01/04 The Home Depot #06 Glendale CA S587005008830186 Card 8566 | | 17.14 | |
| 1/6 | | Recurring Payment authorized on 01/05 Security Systems 800-833-3211 CT S467005541049857 Card 8566 | | 54.99 | |
| 1/6 | | Vantiv_Intg_Pymt Billng 161231 8788430399289 8788430399289Sev Laser Aesthetics - Glendale | | 858.72 | |
| 1/6 | | Vantiv_Intg_Pymt Billng 161231 8788430399347 8788430399347Sev Laser Aesthetics - Melrose Place | | 1,146.49 | |
| 1/6 | 5360 | Check | | 1,189.26 | 12,891.27 |
| 1/9 | | 5/3 Bankcard Sys Comb. Dep. 010817 8788430399289 Mercury Comb. Dep. Term 1126026 | 982.50 | | |
| 1/9 | | 5/3 Bankcard Sys Comb. Dep. 010717 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,236.00 | | |
| 1/9 | | 5/3 Bankcard Sys Comb. Dep. 010717 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,290.00 | | |
| 1/9 | | 5/3 Bankcard Sys Comb. Dep. 010617 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,297.00 | | |
| 1/9 | | 5/3 Bankcard Sys Comb. Dep. 010817 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,354.50 | | |
| 1/9 | | 5/3 Bankcard Sys Comb. Dep. 010617 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,693.00 | | |
| 1/9 | | Recurring Payment authorized on 01/07 State Farm 800-956-6310 IL S307007409218231 Card 8566 | | 218.00 | |
| 1/9 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ibenc64F5P on 01/07/17 | | 300.00 | |
| 1/9 | 5359 | Check | | 1,521.27 | |
| 1/9 | 5363 | Check | | 5,106.25 | 13,598.75 |
| 1/10 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ib0347Rc6Q on 01/10/17 | | 300.00 | |
| 1/10 | | Honda Pmt Ahfc Pmt 748812562473 Sevan Shahnazari | | 399.56 | |
| 1/10 | 5354 | Check | | 101.65 | 12,797.54 |
| 1/11 | | 5/3 Bankcard Sys Comb. Dep. 011017 8788430399289 Mercury Comb. Dep. Term 1126026 | 517.00 | | |
| 1/11 | | 5/3 Bankcard Sys Comb. Dep. 011017 8788430399347 Mercury Comb. Dep. Term 1126058 | 2,029.00 | | |
| 1/11 | 5369 | Deposited OR Cashed Check | | 450.00 | |
| 1/11 | 5353 | Check | | 215.00 | |
| 1/11 | 5352 | Check | | 2,775.00 | 11,903.54 |
| 1/12 | | 5/3 Bankcard Sys Comb. Dep. 011117 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,423.00 | | |
| 1/12 | | 5/3 Bankcard Sys Comb. Dep. 011117 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,803.00 | | |
| 1/12 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ibecn2S4Z3 on 01/12/17 | | 300.00 | |

Primary account number:  **2854903073**  ■  January 1, 2017 - January 31, 2017  ■  Page 4 of 10



---

*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|-------------|-------------------|--------------------|---------------------|
| 1/12 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ibe2Xw9Fm4 on 01/12/17 | | 700.00 | 14,129.54 |
| 1/13 | | 5/3 Bankcard Sys Comb. Dep. 011217 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,526.00 | | |
| 1/13 | | 5/3 Bankcard Sys Comb. Dep. 011217 8788430399289 Mercury Comb. Dep. Term 1126026 | 2,488.00 | | |
| 1/13 | | Recurring Payment authorized on 01/12 ATT*Bill Payment 800-288-2020 TX S307012694997759 Card 8566 | | 50.00 | |
| 1/13 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ibev5Bkvcn on 01/13/17 | | 1,000.00 | 17,093.54 |
| 1/17 | | 5/3 Bankcard Sys Comb. Dep. 011417 8788430399289 Mercury Comb. Dep. Term 1126026 | 838.00 | | |
| 1/17 | | 5/3 Bankcard Sys Comb. Dep. 011317 8788430399347 Mercury Comb. Dep. Term 1126058 | 952.00 | | |
| 1/17 | | 5/3 Bankcard Sys Comb. Dep. 011317 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,260.00 | | |
| 1/17 | | 5/3 Bankcard Sys Comb. Dep. 011517 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,364.00 | | |
| 1/17 | | 5/3 Bankcard Sys Comb. Dep. 011517 8788430399347 Mercury Comb. Dep. Term 1126058 | 2,481.50 | | |
| 1/17 | | 5/3 Bankcard Sys Comb. Dep. 011417 8788430399347 Mercury Comb. Dep. Term 1126058 | 2,699.00 | | |
| 1/17 | | Recurring Payment authorized on 01/13 ATT*Bus Phone Pmt 800-288-2020 TX S307013697477250 Card 8566 | | 125.06 | |
| 1/17 | | Purchase authorized on 01/13 ADT Security*40212 WWW.ADT.Com FL S387013772713243 Card 8566 | | 49.66 | |
| 1/17 | | Purchase authorized on 01/13 ADT Security*40211 WWW.ADT.Com FL S467013773678580 Card 8566 | | 84.13 | |
| 1/17 | | Purchase authorized on 01/13 ADT Security*40211 WWW.ADT.Com FL S467013774704451 Card 8566 | | 1.00 | |
| 1/17 | | Purchase authorized on 01/13 Ds Services Standa 800-4928377 GA S387014094243059 Card 8566 | | 22.14 | |
| 1/17 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Iber89Cltl on 01/14/17 | | 500.00 | |
| 1/17 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ibekg73Yhg on 01/17/17 | | 1,800.00 | |
| 1/17 | 5349 | Deposited OR Cashed Check | | 1,500.00 | 22,606.05 |
| 1/18 | | 5/3 Bankcard Sys Comb. Dep. 011717 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,840.00 | | |
| 1/18 | | 5/3 Bankcard Sys Comb. Dep. 011717 8788430399347 Mercury Comb. Dep. Term 1126058 | 2,632.40 | | |
| 1/18 | | Purchase authorized on 01/16 Glendale - Gwp Onl 818-548-3300 CA S587017075072847 Card 8566 | | 260.63 | |
| 1/18 | | Purchase authorized on 01/16 Verizon Wrl My Acc 800-9220204 CA S467017213363285 Card 8566 | | 401.00 | |
| 1/18 | | Purchase authorized on 01/18 Charter Communicat 888-438-2427 MO S587017543130910 Card 8566 | | 148.19 | |
| 1/18 | | Purchase authorized on 01/18 Avibon.Com 801-895-4886 UT S467017720493778 Card 8566 | | 159.96 | 26,108.67 |
| 1/19 | | 5/3 Bankcard Sys Comb. Dep. 011817 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,433.00 | | |
| 1/19 | | 5/3 Bankcard Sys Comb. Dep. 011817 8788430399347 Mercury Comb. Dep. Term 1126058 | 2,176.00 | | |
| 1/19 | | Recurring Payment authorized on 01/18 Hirefrederick.Com 866-890-1513 CA S387018325691943 Card 8566 | | 149.00 | |
| 1/19 | | Bank Originated Debit | | 2,000.00 | 27,568.67 |
| 1/20 | | 5/3 Bankcard Sys Comb. Dep. 011917 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,091.00 | | |
| 1/20 | | 5/3 Bankcard Sys Comb. Dep. 011917 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,906.00 | | |
| 1/20 | | Purchase authorized on 01/18 Walgreens.Com #599 Valparaiso IN S617020545964203 Card 8566 | | 38.76 | |

**Exhibit "N," Page  3**

Primary account number:  **2854903073**  ▪ January 1, 2017 - January 31, 2017 ▪ Page 5 of 10



*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/20 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ibev5D8Zl9 on 01/20/17 | | 400.00 | 30,126.91 |
| 1/23 | | 5/3 Bankcard Sys Comb. Dep. 012117 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,522.00 | | |
| 1/23 | | 5/3 Bankcard Sys Comb. Dep. 012217 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,542.00 | | |
| 1/23 | | 5/3 Bankcard Sys Comb. Dep. 012017 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,544.60 | | |
| 1/23 | | 5/3 Bankcard Sys Comb. Dep. 012117 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,655.00 | | |
| 1/23 | | 5/3 Bankcard Sys Comb. Dep. 012217 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,672.50 | | |
| 1/23 | | 5/3 Bankcard Sys Comb. Dep. 012017 8788430399347 Mercury Comb. Dep. Term 1126058 | 2,482.00 | | |
| 1/23 | | Purchase authorized on 01/21 Containerstore.Com 800-733-3532 TX S307017757405677 Card 8566 | | 50.37 | 40,494.64 |
| 1/24 | | Purchase authorized on 01/23 Glendale - Gwp Onl 818-548-3300 CA S387023831552898 Card 8566 | | 580.97 | |
| 1/24 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ibe2Xys8Vs on 01/23/17 | | 400.00 | |
| 1/24 | | IRS Usataxpymt 012417 220742424562494 Petrosian Esthetic Ent | | 1,104.50 | 38,409.17 |
| 1/25 | | 5/3 Bankcard Sys Comb. Dep. 012417 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,521.00 | | |
| 1/25 | | 5/3 Bankcard Sys Comb. Dep. 012417 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,562.50 | | |
| 1/25 | | <mark>Purchase authorized on 01/24 Buchalter, Nemer, 213-8915504 CA S587024662518085 Card 8566</mark> | | <mark>4,256.62</mark> | |
| 1/25 | | Purchase authorized on 01/25 Amazon Mktplace Pm Amzn.Com/Bill WA S387025094659797 Card 8566 | | 15.75 | |
| 1/25 | | Employment Devel Edd Eftpmt 012417 1716640128 Petrosian Esthetic Ent | | 370.70 | |
| 1/25 | | First Insurance Insurance 900-2729671 Sev Laser Aesthetics L | | 419.64 | 36,429.96 |
| 1/26 | | 5/3 Bankcard Sys Comb. Dep. 012517 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,503.50 | | |
| 1/26 | | 5/3 Bankcard Sys Comb. Dep. 012517 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,976.00 | | |
| 1/26 | | Purchase authorized on 01/25 Amazon Mktplace Pm Amzn.Com/Bill WA S467025081589461 Card 8566 | | 165.29 | |
| 1/26 | | Purchase authorized on 01/25 Amazon.Com Amzn.CO Amzn.Com/Bill WA S587025490443522 Card 8566 | | 16.38 | |
| 1/26 | 5367 | Check | | 500.00 | 39,227.79 |
| 1/27 | | 5/3 Bankcard Sys Comb. Dep. 012617 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,352.00 | | |
| 1/27 | | 5/3 Bankcard Sys Comb. Dep. 012617 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,395.00 | | |
| 1/27 | | Purchase authorized on 01/26 Amazon Mktplace Pm Amzn.Com/Bill WA S307025081690315 Card 8566 | | 65.10 | |
| 1/27 | | Purchase authorized on 01/26 Amazon Mktplace Pm Amzn.Com/Bill WA S467025099499062 Card 8566 | | 81.55 | |
| 1/27 | | Purchase authorized on 01/26 Amazon Mktplace Pm Amzn.Com/Bill WA S387025777700663 Card 8566 | | 69.21 | 41,758.93 |
| 1/30 | | 5/3 Bankcard Sys Comb. Dep. 012817 8788430399289 Mercury Comb. Dep. Term 1126026 | 949.50 | | |
| 1/30 | | 5/3 Bankcard Sys Comb. Dep. 012717 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,212.00 | | |
| 1/30 | | 5/3 Bankcard Sys Comb. Dep. 012717 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,776.00 | | |
| 1/30 | | 5/3 Bankcard Sys Comb. Dep. 012817 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,812.00 | | |
| 1/30 | | 5/3 Bankcard Sys Comb. Dep. 012917 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,934.50 | | |

Primary account number:  **2854903073**  ■  January 1, 2017 - January 31, 2017  ■  Page 6 of 10



*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|------------------|--------------------|--------------------|
| 1/30 | | 5/3 Bankcard Sys Comb. Dep. 012917 8788430399347 Mercury Comb. Dep. Term 1126058 | 2,294.00 | | |
| 1/30 | | Recurring Payment authorized on 01/27 Legalshield *Membr 800-6547757 OK S307026468225593 Card 8566 | | 89.00 | |
| 1/30 | | Purchase authorized on 01/27 Amazon.Com Amzn.Com/Bill WA S387027070112487 Card 8566 | | 141.28 | |
| 1/30 | | Purchase authorized on 01/27 Amazon.CO Amzn.Com/Bill WA S307027298630712 Card 8566 | | 120.15 | |
| 1/30 | | Purchase authorized on 01/28 Amazon.Com Amzn.Com/Bill WA S467027354110404 Card 8566 | | 59.60 | |
| 1/30 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ib034Tv5By on 01/27/17 | | 400.00 | |
| 1/30 | | Recurring Payment authorized on 01/28 Candela Corporatio 866-2596661 MA S387028317246734 Card 8566 | | 12,216.21 | |
| 1/30 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ib034Zbwst on 01/30/17 | | 400.00 | 38,310.69 |
| 1/31 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ib0354B9Xn on 01/31/17 | | 1,400.00 | 36,910.69 |
| **Ending balance on 1/31** | | | | | **36,910.69** |
| **Totals** | | | **$87,188.30** | **$88,527.88** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 5349 | 1/17 | 1,500.00 | 5359 | 1/9 | 1,521.27 | 5365 | 1/3 | 1,725.00 |
| 5352 * | 1/11 | 2,775.00 | 5360 | 1/6 | 1,189.26 | 5366 | 1/4 | 3,222.00 |
| 5353 | 1/11 | 215.00 | 5361 | 1/3 | 1,373.26 | 5367 | 1/26 | 500.00 |
| 5354 | 1/10 | 101.65 | 5362 | 1/3 | 3,969.00 | 5368 | 1/3 | 4,000.00 |
| 5356 * | 1/3 | 226.62 | 5363 | 1/9 | 5,106.25 | 5369 | 1/11 | 450.00 |
| 5358 * | 1/4 | 638.91 | 5364 | 1/3 | 23,212.24 | | | |

*  *Gap in check sequence.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 01/01/2017 - 01/31/2017 | Standard monthly service fee $14.00 | You paid $0.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee  *(complete 1 AND 2)*** | Minimum required | This fee period | |
| 1) Have any **ONE** of the following account requirements | | | |
| · Average ledger balance | $7,500.00 | $25,515.00 | ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 | ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 | ☐ |
| · Total automatic transfers to an eligible Wells Fargo business savings account | $25.00 | $150.00 | ☑ |
| · Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 | ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | | |

**Exhibit "N," Page   5**

Primary account number:  2854903073  ■  December 1, 2017 - December 31, 2017  ■  Page 2 of 11



# Wells Fargo Business Choice Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $27,139.60 |
| Deposits/Credits | 110,930.39 |
| Withdrawals/Debits | - 104,064.84 |
| **Ending balance on 12/31** | **$34,005.15** |
| Average ledger balance this period | $19,486.74 |

Account number:  **2854903073**

**PETROSIAN ESTHETIC ENTERPRISES LLC**
**DBA SEV LASER AESTHETICS**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■  Savings  -  000009854923290

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/1 | | 5/3 Bankcard Sys Comb. Dep. 113017 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,724.00 | | |
| 12/1 | | 5/3 Bankcard Sys Comb. Dep. 113017 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,725.00 | | |
| 12/1 | | Recurring Transfer From Sev Laser Aesthetics Sherman Oaks LLC Ref #Op03Zmtd2N Business Checking Yelp | 115.00 | | |
| 12/1 | | Purchase authorized on 12/01 Allergan 800-811-4148 CA S387334799614454 Card 8566 | | 1,137.36 | |
| 12/1 | | Recurring Payment authorized on 11/30 Thirty3Mkt Thirty3Mkt.CO CA S307334863761852 Card 8566 | | 340.00 | |
| 12/1 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ib03Zjqdcn on 12/01/17 | | 6,000.00 | |
| 12/1 | | Recurring Transfer to Petrosian Esthetic Enterprises LLC Business Market Rate Savings Ref #Op03Zn2N6W xxxxxx3290 | | 150.00 | |
| 12/1 | 5664 | Deposited OR Cashed Check | | 2,000.00 | |
| 12/1 | 5662 | Deposited OR Cashed Check | | 4,563.18 | 16,513.06 |
| 12/4 | | Recurring Transfer From Sev Laser Aesthetics Orange County LLC Ref #Op03Zxwynv Business Checking Yelp | 115.00 | | |
| 12/4 | | 5/3 Bankcard Sys Comb. Dep. 120317 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,728.48 | | |
| 12/4 | | 5/3 Bankcard Sys Comb. Dep. 120117 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,962.37 | | |
| 12/4 | | 5/3 Bankcard Sys Comb. Dep. 120217 8788430399289 Mercury Comb. Dep. Term 1126026 | 2,023.00 | | |
| 12/4 | | 5/3 Bankcard Sys Comb. Dep. 120117 8788430399347 Mercury Comb. Dep. Term 1126058 | 2,182.10 | | |
| 12/4 | | 5/3 Bankcard Sys Comb. Dep. 120217 8788430399347 Mercury Comb. Dep. Term 1126058 | 2,297.00 | | |
| 12/4 | | 5/3 Bankcard Sys Comb. Dep. 120317 8788430399347 Mercury Comb. Dep. Term 1126058 | 2,372.00 | | |
| 12/4 | | Purchase authorized on 11/30 LA County Vru Fees 800-788-2165 CA S387335026146044 Card 8566 | | 84.53 | |
| 12/4 | | Purchase authorized on 11/30 LA Tax Collector 800-708-9832 CA S587335026153181 Card 8566 | | 3,757.02 | |
| 12/4 | | Recurring Payment authorized on 12/01 ADT Security*40211 WWW.ADT.Com FL S587335399454211 Card 8566 | | 84.72 | |
| 12/4 | | Recurring Payment authorized on 12/01 Yelpinc*Bizservice Httpswww.Yelp CA S587335737715744 Card 8566 | | 460.00 | |

Primary account number:   **2854903073**   ◼   December 1, 2017 - December 31, 2017   ◼   Page 3 of 11



### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/4 | | Recurring Payment authorized on 12/02 Charter Communicat 888-438-2427 MO S467336243199684 Card 8566 | | 243.59 | |
| 12/4 | | Recurring Payment authorized on 12/02 Public Storage 292 800-567-0759 CA S387336795138332 Card 8566 | | 178.00 | |
| 12/4 | | Recurring Payment authorized on 12/04 Charter Communicat 888-438-2427 MO S387338202395864 Card 8566 | | 138.50 | |
| 12/4 | 5667 | Check | | 1,000.00 | |
| 12/4 | < | Business to Business ACH Debit - Bankcard-8001 Mtot Disc 171130 535353511114654 Sev Laser Aesthetics | | 158.90 | |
| 12/4 | < | Business to Business ACH Debit - Bankcard-8001 Mtot Disc 171130 535353511167330 Sev Laser Aesthetics | | 158.90 | |
| 12/4 | 5666 | Check | | 4,500.00 | 18,428.85 |
| 12/5 | | Groupon Merchant Payments 171204 60592654 Sev Laser Glendale | 1,225.10 | | |
| 12/5 | | Online Transfer From Petrosian Esthetic Enterprises LLC Business Market Rate Savings xxxxxx3290 Ref #Ib042526Wc on 12/05/17 | 5,000.00 | | |
| 12/5 | | Purchase authorized on 12/04 Glendale - Gwp Onl 818-548-3300 CA S587338777025017 Card 8566 | | 535.41 | |
| 12/5 | 5677 | Deposited OR Cashed Check | | 9,204.71 | |
| 12/5 | | Glendale Gwp Debit 171204 50008880-03 Sev Laser Aesthetics | | 609.82 | |
| 12/5 | < | Business to Business ACH Debit - Vantiv_Intg_Pymt Billng 171130 8788430399289 Merch Bankcard 711958 Sev Laser Aesthetics - Glen | | 805.47 | |
| 12/5 | < | Business to Business ACH Debit - Vantiv_Intg_Pymt Billng 171130 8788430399347 Merch Bankcard 711964 Sev Laser Aesthetics - Melr | | 1,104.68 | 12,393.86 |
| 12/6 | | 5/3 Bankcard Sys Comb. Dep. 120517 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,440.00 | | |
| 12/6 | | 5/3 Bankcard Sys Comb. Dep. 120517 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,633.28 | | |
| 12/6 | | Purchase authorized on 12/05 Booker Software 866-966-9885 NY S307338374524268 Card 8566 | | 175.00 | |
| 12/6 | | Purchase authorized on 12/05 Booker Software 866-966-9885 NY S587338374659128 Card 8566 | | 175.00 | |
| 12/6 | | Purchase authorized on 12/05 Amazon.Com Amzn.Com/Bill WA S587339254756994 Card 8566 | | 32.16 | |
| 12/6 | | Recurring Payment authorized on 12/05 Security Systems 800-833-3211 CT S387339602709601 Card 8566 | | 54.99 | |
| 12/6 | | Purchase authorized on 12/06 Allergan 800-811-4148 CA S387339858702217 Card 8566 | | 1,137.36 | |
| 12/6 | 5670 | Check | | 1,376.91 | 12,515.72 |
| 12/7 | | 5/3 Bankcard Sys Comb. Dep. 120617 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,510.00 | | |
| 12/7 | | 5/3 Bankcard Sys Comb. Dep. 120617 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,806.00 | | |
| 12/7 | | Purchase authorized on 12/06 Sp * LA Local Supp Mydollarmaste CA S307340845260746 Card 8566 | | 291.14 | |
| 12/7 | 5672 | Deposited OR Cashed Check | | 269.38 | |
| 12/7 | 5668 | Check | | 2,500.00 | |
| 12/7 | 5665 | Check | | 3,385.00 | 9,386.20 |
| 12/8 | | 5/3 Bankcard Sys Comb. Dep. 120717 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,386.56 | | |
| 12/8 | | 5/3 Bankcard Sys Comb. Dep. 120717 8788430399347 Mercury Comb. Dep. Term 1126058 | 2,583.50 | | |
| 12/8 | | Purchase authorized on 12/07 Amazon Mktplace Pm Amzn.Com/Bill WA S307341138589766 Card 8566 | | 36.09 | |
| 12/8 | | Recurring Payment authorized on 12/07 State Farm Insuran 800-956-6310 IL S307341336558882 Card 8566 | | 673.01 | |
| 12/8 | | Recurring Payment authorized on 12/07 ADT Security*40211 WWW.ADT.Com FL S307341348335081 Card 8566 | | 51.99 | |
| 12/8 | | Recurring Payment authorized on 12/07 ATT*Bill Payment 800-288-2020 TX S587341705301126 Card 8566 | | 203.03 | 12,392.14 |

Primary account number:   **2854903073**   ■   December 1, 2017 - December 31, 2017   ■   Page 4 of 11



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 12/11 | | 5/3 Bankcard Sys Comb. Dep. 120817 8788430399289 Mercury Comb. Dep. Term 1126026 | 955.00 | | |
| 12/11 | | 5/3 Bankcard Sys Comb. Dep. 120917 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,380.00 | | |
| 12/11 | | 5/3 Bankcard Sys Comb. Dep. 121017 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,626.28 | | |
| 12/11 | | 5/3 Bankcard Sys Comb. Dep. 120817 8788430399347 Mercury Comb. Dep. Term 1126058 | 2,011.00 | | |
| 12/11 | | 5/3 Bankcard Sys Comb. Dep. 120917 8788430399289 Mercury Comb. Dep. Term 1126026 | 2,288.37 | | |
| 12/11 | | 5/3 Bankcard Sys Comb. Dep. 121017 8788430399347 Mercury Comb. Dep. Term 1126058 | 3,330.00 | | |
| 12/11 | | Purchase authorized on 12/10 Containerstore.Com 800-733-3532 TX S467341163477764 Card 8566 | | 32.24 | |
| 12/11 | | Purchase authorized on 12/08 Apl* Itunes.Com/Bi 866-712-7753 CA S467341860287655 Card 8566 | | 8.99 | |
| 12/11 | | Purchase authorized on 12/09 Amazon.Com Amzn.CO Amzn.Com/Bill WA S387342068292695 Card 8566 | | 25.56 | |
| 12/11 | | Purchase authorized on 12/08 Apl* Itunes.Com/Bi 866-712-7753 CA S587342150602314 Card 8566 | | 2.99 | |
| 12/11 | | Purchase authorized on 12/09 Allergan 800-811-4148 CA S387342749470323 Card 8566 | | 5,686.80 | |
| 12/11 | | Purchase authorized on 12/10 Amazon Digital Svc Amzn.Com/Bill WA S307344257394291 Card 8566 | | 8.99 | |
| 12/11 | | Recurring Payment authorized on 12/10 Hirefrederick.Com Httpswww.Hire CA S307344288430120 Card 8566 | | 179.00 | |
| 12/11 | | Purchase authorized on 12/11 Sq *IN-Skin Gosq.Com CA S307345014514578 Card 8566 | | 158.00 | |
| 12/11 | < | Business to Business ACH Debit - Charter Communic Charter CO 121017 0332067624 Spa Sev Laser,* | | 244.94 | |
| 12/11 | 5669 | Check | | 484.06 | |
| 12/11 | 5680 | Check | | 212.36 | 16,938.86 |
| 12/12 | | Online Transfer From Sev Laser Aesthetics Sherman Oaks LLC Business Checking xxxxxx9965 Ref #Ib042Pqg6K on 12/12/17 | 212.36 | | |
| 12/12 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib042Qc3Qk Business Checking Weho and Glendale Pay for Gift Cards | | 314.00 | |
| 12/12 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ib042Qdcq8 on 12/12/17 | | 400.00 | |
| 12/12 | 5676 | Deposited OR Cashed Check | | 287.00 | 16,150.22 |
| 12/13 | | Purchase Return authorized on 12/12 Henry Schein* 800-472-4346 NY S617347552023082 Card 8566 | 70.62 | | |
| 12/13 | | 5/3 Bankcard Sys Comb. Dep. 121217 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,917.65 | | |
| 12/13 | | 5/3 Bankcard Sys Comb. Dep. 121217 8788430399347 Mercury Comb. Dep. Term 1126058 | 2,676.00 | | |
| 12/13 | | Purchase authorized on 12/12 Buchalter, Nemer, 213-8915504 CA S307346704687230 Card 8566 | | 3,731.00 | |
| 12/13 | | Recurring Payment authorized on 12/12 ATT*Bill Payment 800-288-2020 TX S467346708046100 Card 8566 | | 40.00 | |
| 12/13 | 5675 | Check | | 815.51 | |
| 12/13 | 5656 | Check | | 819.76 | 15,408.22 |
| 12/14 | | 5/3 Bankcard Sys Comb. Dep. 121317 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,030.93 | | |
| 12/14 | | 5/3 Bankcard Sys Comb. Dep. 121317 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,747.50 | | |
| 12/14 | | Purchase authorized on 12/13 Amazon.Com Amzn.CO Amzn.Com/Bill WA S387347067829195 Card 8566 | | 23.82 | |
| 12/14 | | Purchase authorized on 12/13 Amazon Mktplace Pm Amzn.Com/Bill WA S467347323840373 Card 8566 | | 89.94 | |
| 12/14 | | Purchase authorized on 12/13 Walgreens.Com #599 877-250-5823 IN S467347716773684 Card 8566 | | 42.97 | |

Primary account number:  **2854903073**  ■  December 1, 2017 - December 31, 2017  ■  Page 5 of 11



### Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/14 | | Purchase authorized on 12/13 Walgreens.Com #599 877-250-5823 IN S387347717700846 Card 8566 | | 42.97 | 17,986.95 |
| 12/15 | | 5/3 Bankcard Sys Comb. Dep. 121417 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,465.00 | | |
| 12/15 | | 5/3 Bankcard Sys Comb. Dep. 121417 8788430399347 Mercury Comb. Dep. Term 1126058 | 2,104.50 | | |
| 12/15 | | Online Transfer From Sev Laser Aesthetics Orange County LLC Ref #Ib0434Qhrc Business Checking Allergan Product Cost | 1,800.00 | | |
| 12/15 | 5679 | Deposited OR Cashed Check | | 150.00 | |
| 12/15 | 5678 | Deposited OR Cashed Check | | 300.00 | |
| 12/15 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ib0434Lcdn on 12/15/17 | | 1,200.00 | |
| 12/15 | | Bank Originated Debit | | 1,000.00 | |
| 12/15 | < | Business to Business ACH Debit - Ladwp Web Pay 171214 6052300000 Sevana Petrosin | | 199.10 | |
| 12/15 | < | Business to Business ACH Debit - IRS Usataxpymt 121517 220774972991101 Petrosian Esthetic Ent | | 1,808.60 | |
| 12/15 | 5681 | Check | | 2,000.00 | 16,698.75 |
| 12/18 | | 5/3 Bankcard Sys Comb. Dep. 121617 8788430399289 Mercury Comb. Dep. Term 1126026 | 570.50 | | |
| 12/18 | | 5/3 Bankcard Sys Comb. Dep. 121717 8788430399289 Mercury Comb. Dep. Term 1126026 | 811.65 | | |
| 12/18 | | 5/3 Bankcard Sys Comb. Dep. 121717 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,416.00 | | |
| 12/18 | | 5/3 Bankcard Sys Comb. Dep. 121517 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,610.28 | | |
| 12/18 | | 5/3 Bankcard Sys Comb. Dep. 121617 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,832.00 | | |
| 12/18 | | 5/3 Bankcard Sys Comb. Dep. 121517 8788430399347 Mercury Comb. Dep. Term 1126058 | 3,864.00 | | |
| 12/18 | | Recurring Payment authorized on 12/15 Smartshoot Httpswww.Smar CA S587349601462397 Card 8566 | | 250.00 | |
| 12/18 | | Purchase authorized on 12/15 Amazon Digital Svc Amzn.Com/Bill WA S307349786537426 Card 8566 | | 4.99 | |
| 12/18 | | Purchase authorized on 12/16 Allergan 800-811-4148 CA S467349801126981 Card 8566 | | 2,404.00 | |
| 12/18 | | Purchase authorized on 12/15 Ds Services Standa 800-4928377 GA S467350082414495 Card 8566 | | 11.94 | |
| 12/18 | | Recurring Payment authorized on 12/17 ADT Security*40212 WWW.ADT.Com FL S307351322375381 Card 8566 | | 52.30 | |
| 12/18 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ib0439H2Bh on 12/17/17 | | 1,000.00 | |
| 12/18 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ib043Brhvj on 12/18/17 | | 1,300.00 | 21,779.95 |
| 12/19 | | Recurring Payment authorized on 12/18 Hirefrederick.Com Httpswww.Hire CA S307352324331701 Card 8566 | | 179.00 | |
| 12/19 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ib043Gdsc7 on 12/19/17 | | 500.00 | 21,100.95 |
| 12/20 | | Groupon Merchant Payments 171218 61696301 Sev Laser Glendale | 843.24 | | |
| 12/20 | | 5/3 Bankcard Sys Comb. Dep. 121917 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,663.00 | | |
| 12/20 | | 5/3 Bankcard Sys Comb. Dep. 121917 8788430399289 Mercury Comb. Dep. Term 1126026 | 3,528.28 | | |
| 12/20 | | Purchase authorized on 12/19 Henry Schein* 800-472-4346 NY S467353668195658 Card 8566 | | 74.44 | |
| 12/20 | | Purchase authorized on 12/19 Sp * LA Local Supp Mydollarmaste CA S587353746415663 Card 8566 | | 186.93 | |
| 12/20 | 5682 | Deposited OR Cashed Check | | 1,000.00 | |
| 12/20 | 5683 | Deposited OR Cashed Check | | 10,804.39 | 15,069.71 |
| 12/21 | | 5/3 Bankcard Sys Comb. Dep. 122017 8788430399289 Mercury Comb. Dep. Term 1126026 | 2,334.37 | | |

Primary account number:   **2854903073**   ■   December 1, 2017 - December 31, 2017   ■   Page 6 of 11


WELLS FARGO

*Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/21 | | 5/3 Bankcard Sys Comb. Dep. 122017 8788430399347 Mercury Comb. Dep. Term 1126058 | 3,077.50 | | |
| 12/21 | | Online Transfer From Sev Laser Aesthetics Sherman Oaks LLC Business Checking xxxxxx9965 Ref #Ib043Kshvg on 12/20/17 | 2,500.00 | | |
| 12/21 | | Online Transfer From Petrosian S Way2Save Checking xxxxxx1853 Ref #Ib043Kshzs on 12/20/17 | 2,500.00 | | |
| 12/21 | | Purchase authorized on 12/20 Costco Delivery 65 800-788-9968 CA S307353623587793 Card 8566 | | 259.92 | |
| 12/21 | | Purchase authorized on 12/20 Amazon Mktplace Pm Amzn.Com/Bill WA S587354108387196 Card 8566 | | 9.99 | |
| 12/21 | | Purchase authorized on 12/20 Amazon Mktplace Pm Amzn.Com/Bill WA S387354112169725 Card 8566 | | 14.99 | |
| 12/21 | | Purchase authorized on 12/21 Allergan 800-811-4148 CA S387354804212098 Card 8566 | | 2,274.72 | |
| 12/21 | | Purchase authorized on 12/20 Sp * LA Local Supp Mydollarmaste CA S587354844864418 Card 8566 | | 293.22 | |
| 12/21 | | Online Transfer to Sev Laser Aesthetics Sherman Oaks LLC Business Checking xxxxxx9965 Ref #Ib043Ksj3K on 12/20/17 | | 2,500.00 | |
| 12/21 | 5686 | Check | | 1,376.91 | 18,751.83 |
| 12/22 | | 5/3 Bankcard Sys Comb. Dep. 122117 8788430399289 Mercury Comb. Dep. Term 1126026 | 2,237.04 | | |
| 12/22 | | 5/3 Bankcard Sys Comb. Dep. 122117 8788430399347 Mercury Comb. Dep. Term 1126058 | 3,212.60 | | |
| 12/22 | | Purchase authorized on 12/21 Costco Delivery 56 310-220-8826 CA S387354089863795 Card 8566 | | 84.89 | |
| 12/22 | | Purchase authorized on 12/22 Allergan 800-811-4148 CA S387355854013548 Card 8566 | | 2,843.40 | |
| 12/22 | 5688 | Cashed Check | | 339.75 | |
| 12/22 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ib043S5Fdw on 12/22/17 | | 1,000.00 | 19,933.43 |
| 12/26 | | 5/3 Bankcard Sys Comb. Dep. 122317 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,351.28 | | |
| 12/26 | | 5/3 Bankcard Sys Comb. Dep. 122417 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,365.37 | | |
| 12/26 | | 5/3 Bankcard Sys Comb. Dep. 122217 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,493.00 | | |
| 12/26 | | 5/3 Bankcard Sys Comb. Dep. 122417 8788430399347 Mercury Comb. Dep. Term 1126058 | 1,708.00 | | |
| 12/26 | | 5/3 Bankcard Sys Comb. Dep. 122317 8788430399347 Mercury Comb. Dep. Term 1126058 | 2,661.50 | | |
| 12/26 | | 5/3 Bankcard Sys Comb. Dep. 122217 8788430399347 Mercury Comb. Dep. Term 1126058 | 3,296.00 | | |
| 12/26 | | Purchase authorized on 12/23 Tiffany & CO #600 Glendale CA S387358115082213 Card 8566 | | 1,346.85 | |
| 12/26 | | Purchase authorized on 12/23 Toys R US #5667 Los Angeles CA S467358195614582 Card 8566 | | 610.98 | |
| 12/26 | 5674 | Check | | 602.00 | |
| 12/26 | 5685 | Check | | 514.09 | 28,734.66 |
| 12/27 | | Online Transfer From Sev Laser Aesthetics Sherman Oaks LLC Ref #Ib04448K9J Business Checking Botox | 600.00 | | |
| 12/27 | | Online Transfer to Petrosian S Way2Save Checking xxxxxx1853 Ref #Ib0443M6Zw on 12/27/17 | | 500.00 | |
| 12/27 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib04448Lls Business Checking Christmas Lunch | | 632.00 | |
| 12/27 | | First Insurance Insurance 900-4586996 Petrosian Esthetic Ent | | 467.19 | 27,735.47 |
| 12/28 | | 5/3 Bankcard Sys Comb. Dep. 122717 8788430399289 Mercury Comb. Dep. Term 1126026 | 2,048.28 | | |
| 12/28 | | 5/3 Bankcard Sys Comb. Dep. 122717 8788430399347 Mercury Comb. Dep. Term 1126058 | 3,590.50 | | |
| 12/28 | | Purchase authorized on 12/27 Amazon Mktplace Pm Amzn.Com/Bill WA S587357797527647 Card 8566 | | 23.64 | |

**Exhibit "N," Page   10**

Primary account number:  **2854903073**  ▪  December 1, 2017 - December 31, 2017  ▪  Page 7 of 11



*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 12/28 | | Purchase authorized on 12/27 Amazon Mktplace Pm Amzn.Com/Bill WA S307361158384371 Card 8566 | | 79.49 | |
| 12/28 | | Purchase authorized on 12/28 Amazon Mktplace Pm Amzn.Com/Bill WA S467361694626559 Card 8566 | | 23.76 | |
| 12/28 | | Purchase authorized on 12/27 Sp * LA Local Supp Mydollarmaste CA S307361828267757 Card 8566 | | 100.62 | 33,146.74 |
| 12/29 | | 5/3 Bankcard Sys Comb. Dep. 122817 8788430399289 Mercury Comb. Dep. Term 1126026 | 1,305.40 | | |
| 12/29 | | 5/3 Bankcard Sys Comb. Dep. 122817 8788430399347 Mercury Comb. Dep. Term 1126058 | 2,067.00 | | |
| 12/29 | | Purchase authorized on 12/28 Amazon Mktplace Pm Amzn.Com/Bill WA S587362625565076 Card 8566 | | 13.99 | |
| 12/29 | 5684 | Check | | 2,500.00 | 34,005.15 |
| **Ending balance on 12/31** | | | | | **34,005.15** |
| **Totals** | | | **$110,930.39** | **$104,064.84** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

<   ***Business to Business ACH:***  *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Summary of checks written**    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 5656 | 12/13 | 819.76 | 5670 | 12/6 | 1,376.91 | 5680 | 12/11 | 212.36 |
| 5662 * | 12/1 | 4,563.18 | 5672 * | 12/7 | 269.38 | 5681 | 12/15 | 2,000.00 |
| 5664 * | 12/1 | 2,000.00 | 5674 * | 12/26 | 602.00 | 5682 | 12/20 | 1,000.00 |
| 5665 | 12/7 | 3,385.00 | 5675 | 12/13 | 815.51 | 5683 | 12/20 | 10,804.39 |
| 5666 | 12/4 | 4,500.00 | 5676 | 12/12 | 287.00 | 5684 | 12/29 | 2,500.00 |
| 5667 | 12/4 | 1,000.00 | 5677 | 12/5 | 9,204.71 | 5685 | 12/26 | 514.09 |
| 5668 | 12/7 | 2,500.00 | 5678 | 12/15 | 300.00 | 5686 | 12/21 | 1,376.91 |
| 5669 | 12/11 | 484.06 | 5679 | 12/15 | 150.00 | 5688 * | 12/22 | 339.75 |

*  *Gap in check sequence.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2017 - 12/31/2017 | Standard monthly service fee $14.00 | You paid $0.00 | |
|------|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| ·   Average ledger balance | $7,500.00 | $19,487.00 | ☑ |
| ·   Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 | ☐ |
| ·   Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 | ☐ |
| ·   Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 56 | ☑ |
| ·   Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 | ☐ |
| ·   Combined balances in linked accounts, which may include | $10,000.00 | | ☑ |
|     -   Average ledger balances in business checking, savings, and time accounts | | | |
|     -   Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | | |

**Exhibit "N," Page   11**

**EXHIBIT "O"**

Electronically FILED by Superior Court of California, County of Los Angeles on 04/30/2020 07:07 PM Sherri R. Carter, Executive Officer/Clerk of Court, by J. Lara,Deputy Clerk

1   BUCHALTER
    A Professional Corporation
2   MICHAEL B. FISHER (SBN:  203620)
    JACK R. SCHARRINGHAUSEN (SBN:  205483)
3   1000 Wilshire Boulevard, Suite 1500
    Los Angeles, CA  90017-1730
4   Telephone: 213.891.0700
    Fax: 213.896.0400
5   Email:  mbfisher@buchalter.com

6   Attorneys for Defendants
    SEVANA PETROSIAN, and PETROSIAN ESTHETIC ENTERPRISES, LLC.
7

8           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                   **COUNTY OF LOS ANGELES**

10                     **CENTRAL DISTRICT**

11  WILBUR WILLIAMS JR. M.D., an Individual;          CASE NO. 20STCV14137
    WILBUR WILLIAMS, M.D., INC., a California          Assigned to Department:  74
12  professional corporation,
                                                       **OPPOSITION TO EX PARTE**
13              Plaintiffs,                             **APPLICATION FOR A TEMPORARY**
                                                       **RESTRAINING ORDER; ORDER TO**
14         vs.                                          **SHOW CAUSE RE PRELIMINARY**
                                                       **INJUNCTION; MEMORANDUM OF**
15  SEVANA PETROSIAN, an Individual;                   **POINTS AND AUTHORITIES;**
    PETROSIAN ESTHETIC ENTERPRISES, LLC,               **DECLARATION OF SEVANA**
16  a California Limited Liability; SEV LASER          **PETROSIAN**
    AESTHETIC - CALABASAS LLC, a California
17  Limited Liability; SEV LASER AESTHETICS -
    RANCHO CUCAMONGA, LLC, a California
18  Limited Liability; SEV LASER AESTHETICS -
    ORANGE COUNTY LLC, a California Limited
19  Liability; SEV LASER AESTHETICS - SAN
    JOSE LLC, a California Limited Liability; SEV
20  LASER AESTHETICS - SAN FRANCISCO
    LLC, a California Limited Liability; SEV
21  LASER AESTHETICS - HERMOSA BEACH          Date:      May 1, 2020
    LLC, a California Limited Liability; SEV      Time:      8:30 a.m.
22  LASER AESTHETICS - WALNUT CREEK          Dept:      1
    LLC, a California Limited Liability; and DOES 1
23  through 100, inclusive,

24              Defendants.

25

26

27

28

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 40425528v1                          1
                    **OPPOSITION TO *EX PARTE* APPLICATION**

**Exhibit "O," Page   1**

1    **I, SEVANA PETROSIAN, declare and state as follows:**

2    1.    I have served as the Manager of Petrosian Esthetic Enterprises, LLC since its

3    formation is 2013.  I make this Declaration in support of Defendants' Opposition to Plaintiff

4    Wilbur Williams Jr., M.D.'s ("Plaintiff") Ex Parte Application for a Temporary Restraining Order

5    and Order to Show Cause Re Preliminary Injunction (the "Ex Parte Application").

6    2.    On April 12, 2014, the Plaintiff and Petrosian Esthetic Enterprises, LLC entered

7    into the Management Services Agreement ("Agreement") pursuant to which Plaintiff became

8    associated with the operations of Petrosian Esthetic Enterprises.  Prior to April 12, 2014,

9    Petrosian Esthetic Enterprises was in the business of laser hair removal and was already operating

10    in two locations—Glendale and West Hollywood.  Because laser hair removal is considered a

11    medical procedure, operators of these businesses must affiliate with licensed professionals, and

12    the medical equipment that emits lasers for the hair removal process must be either owned or

13    leased by a licensed professional in order to be financed.

14    3.    Prior to the involvement of Plaintiff, Petrosian Esthetic Enterprises was associated

15    with another California licensed physician, Kenneth H. Thomas, M.D..  Pursuant to the

16    Agreement with Plaintiff, Petrosian Esthetic Enterprises owns and operates all aspects of the

17    business that are not required to be provided by a licensed medical professional.

18    4.    Over the course of the relationship between the parties, Defendants opened several

19    new facilities.  In each case, a separate limited liability company ("LLC") was formed.  With each

20    new facility, the newly formed LLC leased property at which to operate its med-spa.  The

21    expenses of the build out of the med-spa were paid by the new LLC, not from the operating

22    capital of any other LLC or corporate defendant, or from money belonging to Plaintiff.  Further,

23    each lease agreement was executed by and between the property landlord and the relevant LLC.

24    In some cases, individual members of an LLC would personally guaranty the new LLC's

25    financial obligations to the landlord under the lease.  Attached as Exhibit A hereto are true and

26    correct copies of the leases for the various facilities entered into by the named defendants.

27    5.    Throughout the course of the relationship between the parties, Plaintiff has had

28    unrestricted access to the account at Wells Fargo.  Before the summer of 2019, Plaintiff never

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 40425528v1

8

OPPOSITION TO *EX PARTE* APPLICATION

Exhibit "O," Page   2

1    once asked for an accounting or requested to review Petrosian Esthetic Enterprises' books and

2    records.  Petrosian Esthetic Enterprises maintains detailed records of all expenses incurred at each

3    facility and utilize an outside accounting to prepare each entities profit and loss statement.

4    ==Attached hereto as Exhibit B are the true and correct copies of the profit and loss statement for==

5    ==the Glendale and West Hollywood facilities (the two locations management by Petrosian Esthetic==

6    ==Enterprises directly) for 2018.==  The annual financial statements for 2019 have not yet been

7    completed.

8          6.       All of the Defendant med-spas are closed due to the State, County, and City's Stay

9    at Home Orders and will not reopen until they are allowed to do so.

10         7.       On April 28, I sent an email to Plaintiff and offered to send Plaintiff all "patient"

11   or client files and medical equipment belonging to Plaintiff—an offer to which Plaintiff has failed

12   to respond.  Attached hereto as Exhibit C is a true and correct copy of the email I sent to Plaintiff.

13         I declare under penalty of perjury under the laws of the State of California that the

14   foregoing is true and correct and that this Declaration is executed on April 29, 2020, in Los

15   Angeles, California.

16

17                                                      Sevana Petrosian

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 40425528v1                                    9

OPPOSITION TO *EX PARTE* APPLICATION

Exhibit "O," Page   3

# EXHIBIT B

PETROSIAN ESTHETIC ENTERPRISES, LLC
Balance Sheet
December 31, 2018

### ASSETS

| | | | |
|---|---|---:|---:|
| **Current Assets** | | | |
| P, Cash | $ | 5,095.78 | |
| Cash In Saving | | 553,322.02 | |
| Wells Fargo - Sev Laser | | (6,038.61) | |
| Total Current Assets | | | 552,379.19 |
| | | | |
| **Property and Equipment** | | | |
| Operatinng Equipment | | 64,323.80 | |
| Sign | | 7,040.74 | |
| Office Equipment | | 7,855.61 | |
| Fixture | | 1,580.00 | |
| Accum. L/H improvement | | (3,920.00) | |
| Accum. Dep. Equipment | | (5,094.00) | |
| Total Property and Equipment | | | 71,786.15 |
| | | | |
| **Other Assets** | | | |
| Business Deposit | | 5,000.00 | |
| Total Other Assets | | | 5,000.00 |
| | | | |
| Total Assets | $ | | 629,165.34 |

### LIABILITIES AND CAPITAL

| | | | |
|---|---|---:|---:|
| **Current Liabilities** | | | |
| Payroll Taxes Payable | $ | 2,270.08 | |
| Contracts Payable | | 8,800.00 | |
| Total Current Liabilities | | | 11,070.08 |
| | | | |
| **Long-Term Liabilities** | | | |
| Total Long-Term Liabilities | | | 0.00 |
| | | | |
| Total Liabilities | | | 11,070.08 |
| | | | |
| **Capital** | | | |
| Owners Draw | | (168,989.82) | |
| Beginning Equity | | 239,642.38 | |
| Net Income | | 547,442.70 | |
| Total Capital | | | 618,095.26 |
| | | | |
| Total Liabilities & Capital | $ | | 629,165.34 |

Unaudited - For Management Purposes Only

**Exhibit "O," Page   5**

PETROSIAN ESTHETIC ENTERPRISES, LLC
Income Statement
For the Twelve Months Ending December 31, 2018

| | Current Month | | Year to Date | |
|---|---|---|---|---|
| **Revenues** | | | | |
| Income | $ 1,422,616.77 | 100.21 | $ 1,422,616.77 | 100.21 |
| Refund | (2,916.40) | (0.21) | (2,916.40) | (0.21) |
| Total Revenues | 1,419,700.37 | 100.00 | 1,419,700.37 | 100.00 |
| | | | | |
| **Cost of Sales** | | | | |
| Purchase- Products | 221,510.24 | 15.60 | 221,510.24 | 15.60 |
| Outside Service | 73,977.95 | 5.21 | 73,977.95 | 5.21 |
| RN Payroll | 43,832.55 | 3.09 | 43,832.55 | 3.09 |
| Total Cost of Sales | 339,320.74 | 23.90 | 339,320.74 | 23.90 |
| | | | | |
| Gross Profit | 1,080,379.63 | 76.10 | 1,080,379.63 | 76.10 |
| | | | | |
| **Expenses** | | | | |
| Tip Expense | 2,361.00 | 0.17 | 2,361.00 | 0.17 |
| Accounting | 8,550.00 | 0.60 | 8,550.00 | 0.60 |
| Advertising & Promotion | 40,823.79 | 2.88 | 40,823.79 | 2.88 |
| Auto & Truck | 10,909.67 | 0.77 | 10,909.67 | 0.77 |
| Bank Charges | 286.80 | 0.02 | 286.80 | 0.02 |
| Bank Card discount | 6,667.86 | 0.47 | 6,667.86 | 0.47 |
| Meal / Entertainment | 897.34 | 0.06 | 897.34 | 0.06 |
| Depreciation | 3,920.00 | 0.28 | 3,920.00 | 0.28 |
| Dues & Subscription | 315.92 | 0.02 | 315.92 | 0.02 |
| Donation | 7,980.00 | 0.56 | 7,980.00 | 0.56 |
| Equipment Rental | 26,200.26 | 1.85 | 26,200.26 | 1.85 |
| Insurance | 22,974.13 | 1.62 | 22,974.13 | 1.62 |
| Legal Expenses | 29,734.50 | 2.09 | 29,734.50 | 2.09 |
| Fixtures | 8,195.81 | 0.58 | 8,195.81 | 0.58 |
| Office Expenses | 54,986.63 | 3.87 | 54,986.63 | 3.87 |
| Salaries | 90,037.43 | 6.34 | 90,037.43 | 6.34 |
| Payroll Taxes | 8,241.91 | 0.58 | 8,241.91 | 0.58 |
| Postage | 77.72 | 0.01 | 77.72 | 0.01 |
| Permits | 693.48 | 0.05 | 693.48 | 0.05 |
| Rent | 105,656.92 | 7.44 | 105,656.92 | 7.44 |
| Repair & Maintanance | 28,151.09 | 1.98 | 28,151.09 | 1.98 |
| Security | 3,693.68 | 0.26 | 3,693.68 | 0.26 |
| Supplies | 6,815.31 | 0.48 | 6,815.31 | 0.48 |
| City Business Taxes | 10,820.62 | 0.76 | 10,820.62 | 0.76 |
| City Business Taxes | 1,011.52 | 0.07 | 1,011.52 | 0.07 |
| Personal Property Taxes | 4,557.01 | 0.32 | 4,557.01 | 0.32 |
| Telephone / Communications | 12,964.90 | 0.91 | 12,964.90 | 0.91 |
| Travel & Entertainment | 4,166.52 | 0.29 | 4,166.52 | 0.29 |
| Storage | 2,090.00 | 0.15 | 2,090.00 | 0.15 |
| Uniform | 608.98 | 0.04 | 608.98 | 0.04 |
| Utilities | 16,553.13 | 1.17 | 16,553.13 | 1.17 |
| Dr. Wilbur Williams (Out_Serv) | 9,500.00 | 0.67 | 9,500.00 | 0.67 |
| Franchise Income Tax | 2,493.00 | 0.18 | 2,493.00 | 0.18 |
| | | | | |
| Total Expenses | 532,936.93 | 37.54 | 532,936.93 | 37.54 |
| | | | | |
| **Net Income** | $ 547,442.70 | 38.56 | $ 547,442.70 | 38.56 |

**EXHIBIT "P"**

# Wells Fargo Business Choice Checking

January 31, 2020 ■ Page 1 of 5



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $51,517.00 |
| Deposits/Credits | 131,455.42 |
| Withdrawals/Debits | - 141,980.01 |
| **Ending balance on 1/31** | **$40,992.41** |
| Average ledger balance this period | $54,985.22 |

Account number:  **7280241105**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/2 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07F9V88V Business Checking Drs Workers Comp | 111.00 | | |
| 1/2 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07F9V9Gz Business Checking Drs Workers Comp | 111.00 | | |
| 1/2 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07F9Vbn7 Business Checking Drs Workers Comp | 111.00 | | |
| 1/2 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07F9Vd85 Business Checking Drs Workers Comp | 111.00 | | |
| 1/2 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07F9Vfdm Business Checking Drs Workers Comp | 111.00 | | |
| 1/2 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07F9Vggw Business Checking Drs Workers Comp | 111.00 | | |
| 1/2 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07F9Vj38 Business Checking Drs Workers Comp | 111.00 | | |
| 1/2 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07F9Vkf3 Business Checking Drs Workers Comp | 111.00 | | |
| 1/2 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Fb4Bs7 Business Checking Humana | 40.11 | | 52,445.11 |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr., M | 1,147.03 | | |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr., M | 1,274.47 | | |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr., M | 1,647.86 | | |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr., M | 2,191.62 | | 58,706.09 |
| 1/6 | | Online Transfer to Wilbur Williams Jr M D Inc Business Checking xxxxxx4633 Ref #Ib07Fwts6Z on 01/06/20 | | 2,000.00 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 010320 8526140000320x Wilbur Williams MD | | 3,792.51 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 8525910018172x Wilbur Williams MD | | 12,507.54 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200106 x85268800000816 Wilbur Williams MD | | 359.14 | 40,046.90 |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 1,868.77 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 2,218.26 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 2,308.73 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 2,426.41 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 2,771.00 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 3,767.98 | | |
| 1/7 | | Online Transfer From Wilbur Williams Jr M D Inc Business Checking xxxxxx4633 Ref #Ib07G3394M on 01/07/20 | 2,000.00 | | 57,408.05 |
| 1/9 | | Merchpayout Sv9T 8447752748 200108 Wilbur Williams Jr., M | 1,449.99 | | |
| 1/9 | | Merchpayout Sv9T 8447752748 200108 Wilbur Williams Jr., M | 3,023.17 | | 61,881.21 |
| 1/10 | | Merchpayout Sv9T 8447752748 200109 Wilbur Williams Jr., M | 2,436.96 | | |
| 1/10 | | Merchpayout Sv9T 8447752748 200109 Wilbur Williams Jr., M | 2,705.30 | | |
| 1/10 | < | Business to Business ACH Debit - Paychex Eib Invoice 200110 x85174800028830 Wilbur Williams MD | | 10.00 | 67,013.47 |
| 1/13 | | Merchpayout Sv9T 8447752748 200110 Wilbur Williams Jr., M | 2,017.59 | | |
| 1/13 | | Merchpayout Sv9T 8447752748 200110 Wilbur Williams Jr., M | 3,973.67 | | 73,004.73 |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 1,725.73 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 2,325.33 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 2,422.69 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 2,838.16 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 2,868.96 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 2,882.50 | | |
| 1/14 | | Online Transfer From Wilbur Williams Jr M D Inc Business Checking xxxxxx6255 Ref #Ib07H3Ykck on 01/14/20 | 8,000.00 | | |
| 1/14 | < | Business to Business ACH Debit - Contractpaymentv Lease Pymt 200110 CT-Bund40250199 Wilbur Williams Jr., M | | 2,233.76 | 93,834.34 |
| 1/15 | < | Business to Business ACH Debit - Pawnee Equipment Lease Pmt 011420 366137 Wilbur Williams Jr., M | | 2,949.06 | 90,885.28 |
| 1/16 | | Merchpayout Sv9T 8447752748 200115 Wilbur Williams Jr., M | 1,758.38 | | |
| 1/16 | | Merchpayout Sv9T 8447752748 200115 Wilbur Williams Jr., M | 2,014.88 | | |

January 31, 2020 ■ Page 3 of 5

**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/16 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Hgy6Hp Business Checking Machine Payment | 2,281.00 | | |
| 1/16 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Hgy7MT Business Checking Machine Payment | 2,949.00 | | 99,888.54 |
| 1/17 | | Merchpayout Sv9T 8447752748 200116 Wilbur Williams Jr., M | 2,126.34 | | |
| 1/17 | | Merchpayout Sv9T 8447752748 200116 Wilbur Williams Jr., M | 2,478.51 | | |
| 1/17 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85475100000827x Wilbur Williams MD | | 12,078.70 | 92,414.69 |
| 1/21 | | Merchpayout Sv9T 8447752748 200117 Wilbur Williams Jr., M | 1,169.76 | | |
| 1/21 | | Merchpayout Sv9T 8447752748 200117 Wilbur Williams Jr., M | 3,223.81 | | |
| 1/21 | < | Business to Business ACH Debit - Paychex Eib Invoice 200121 x85480700000951 Wilbur Williams MD | | 315.14 | |
| 1/21 | < | Business to Business ACH Debit - Paychex Tps Taxes 011720 8548440000000372x Wilbur Williams MD | | 4,069.13 | |
| 1/21 | < | Business to Business ACH Debit - Ascentiumcapital Leasechg 200120 92080 Wilbur Williams Jr., M | | 4,665.03 | 87,758.96 |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 1,146.42 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 1,320.20 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 1,750.00 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 1,960.59 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 2,151.80 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 2,229.39 | | |
| 1/22 | 2167 | Deposited OR Cashed Check | | 97,000.00 | 1,317.36 |
| 1/23 | | Merchpayout Sv9T 8447752748 200122 Wilbur Williams Jr., M | 1,699.37 | | |
| 1/23 | | Merchpayout Sv9T 8447752748 200122 Wilbur Williams Jr., M | 2,688.92 | | 5,705.65 |
| 1/24 | | Merchpayout Sv9T 8447752748 200123 Wilbur Williams Jr., M | 2,563.66 | | |
| 1/24 | | Merchpayout Sv9T 8447752748 200123 Wilbur Williams Jr., M | 2,736.79 | | 11,006.10 |
| 1/27 | | Merchpayout Sv9T 8447752748 200124 Wilbur Williams Jr., M | 1,122.13 | | |
| 1/27 | | Merchpayout Sv9T 8447752748 200124 Wilbur Williams Jr., M | 3,039.69 | | 15,167.92 |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 2,128.03 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 2,147.49 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 2,313.31 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 2,396.73 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 2,510.41 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 3,252.98 | | 29,916.87 |
| 1/30 | | Merchpayout Sv9T 8447752748 200129 Wilbur Williams Jr., M | 2,049.22 | | |
| 1/30 | | Merchpayout Sv9T 8447752748 200129 Wilbur Williams Jr., M | 3,644.88 | | 35,610.97 |
| 1/31 | | Merchpayout Sv9T 8447752748 200130 Wilbur Williams Jr., M | 2,604.49 | | |
| 1/31 | | Merchpayout Sv9T 8447752748 200130 Wilbur Williams Jr., M | 2,776.95 | | 40,992.41 |
| **Ending balance on 1/31** | | | | | 40,992.41 |
| **Totals** | | | **$131,455.42** | **$141,980.01** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|------|------|------|
| 2167 | 1/22 | 97,000.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

**Exhibit "P," Page  # 3**

January 31, 2020 ■ Page 4 of 5



*Monthly service fee summary (continued)*

| Fee period 01/01/2020 - 01/31/2020 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $54,985.00 ☑ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|   - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

wx/wx

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 61 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page # 4**

January 31, 2020 ■ Page 5 of 5

**WELLS FARGO**

---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your         $ _____
register or transfers into         $ _____
your account which are not       $ _____
shown on your statement.        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**Exhibit "P," Page # 5**

# Wells Fargo Business Choice Checking

February 29, 2020  ■  Page 1 of 5



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $40,992.41 |
| Deposits/Credits | 128,235.95 |
| Withdrawals/Debits | - 155,276.57 |
| **Ending balance on 2/29** | **$13,951.79** |
| Average ledger balance this period | $61,666.26 |

Account number:  **7280241105**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Exhibit "P," Page  # 6**

February 29, 2020 ■ Page 2 of 5

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/3 | | Merchpayout Sv9T 8447752748 200131 Wilbur Williams Jr., M | 1,553.41 | | |
| 2/3 | | Merchpayout Sv9T 8447752748 200131 Wilbur Williams Jr., M | 2,996.36 | | 45,542.18 |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 2,021.36 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 2,156.09 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 2,398.05 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 2,595.13 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 2,816.99 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 2,882.98 | | 60,412.78 |
| 2/5 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Lk5D9Y Business Checking Workers Comp | 65.00 | | |
| 2/5 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Lk5F96 Business Checking Workers Comp | 65.00 | | |
| 2/5 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Lk5Fxj Business Checking Workers Comp | 65.00 | | |
| 2/5 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Lk5Gnm Business Checking Workers Comp | 65.00 | | |
| 2/5 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Lk5Hgv Business Checking Workers Comp | 65.00 | | |
| 2/5 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Lk5J2x Business Checking Workers Comp | 65.00 | | |
| 2/5 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Lk5Jym Business Checking Workers Comp | 65.00 | | |
| 2/5 | < | Business to Business ACH Debit - State Farm Ro 27 Cpc-Client 23 S 1272880523 Wilbur Williams Jr MD | | 654.90 | 60,212.88 |
| 2/6 | | Merchpayout Sv9T 8447752748 200205 Wilbur Williams Jr., M | 1,440.92 | | |
| 2/6 | | Merchpayout Sv9T 8447752748 200205 Wilbur Williams Jr., M | 2,150.89 | | |
| 2/6 | 2169 | Deposited OR Cashed Check | | 200.00 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200206 x8575330001698 Wilbur Williams MD | | 315.14 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 020520 85749900001865x Wilbur Williams MD | | 5,093.30 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85749500000634x Wilbur Williams MD | | 13,870.54 | 44,325.71 |
| 2/7 | | Merchpayout Sv9T 8447752748 200206 Wilbur Williams Jr., M | 946.17 | | |
| 2/7 | | Merchpayout Sv9T 8447752748 200206 Wilbur Williams Jr., M | 2,728.99 | | 48,000.87 |
| 2/10 | | Merchpayout Sv9T 8447752748 200207 Wilbur Williams Jr., M | 2,661.42 | | |
| 2/10 | | Merchpayout Sv9T 8447752748 200207 Wilbur Williams Jr., M | 2,710.15 | | |
| 2/10 | < | Business to Business ACH Debit - Paychex Eib Invoice 200210 x8567890002135 Wilbur Williams MD | | 10.00 | 53,362.44 |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 1,984.15 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 2,118.22 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 2,573.30 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 3,163.56 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 3,629.18 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 4,616.80 | | 71,447.65 |
| 2/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mlgqqy Business Checking Machine Payment | 2,281.00 | | |
| 2/12 | < | Business to Business ACH Debit - Contractpaymentv Lease Pymt 200210 CT-Bund40250199 Wilbur Williams Jr., M | | 2,233.76 | 71,494.89 |
| 2/13 | | Merchpayout Sv9T 8447752748 200212 Wilbur Williams Jr., M | 1,755.76 | | |
| 2/13 | | Merchpayout Sv9T 8447752748 200212 Wilbur Williams Jr., M | 2,764.54 | | 76,015.19 |
| 2/14 | | Merchpayout Sv9T 8447752748 200213 Wilbur Williams Jr., M | 3,038.62 | | |
| 2/14 | | Merchpayout Sv9T 8447752748 200213 Wilbur Williams Jr., M | 3,528.09 | | |
| 2/14 | 2170 | Check | | 340.08 | |
| 2/14 | 2171 | Check | | 400.54 | |
| 2/14 | 2172 | Check | | 584.69 | 81,256.59 |
| 2/18 | | Merchpayout Sv9T 8447752748 200214 Wilbur Williams Jr., M | 1,764.37 | | |
| 2/18 | | Merchpayout Sv9T 8447752748 200214 Wilbur Williams Jr., M | 2,933.66 | | |
| 2/18 | < | Business to Business ACH Debit - Pawnee Equipment Lease Pmt 021420 366137 Wilbur Williams Jr., M | | 2,949.06 | 83,005.56 |

**Exhibit "P," Page  # 7**

February 29, 2020 ■ Page 3 of 5

**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 1,653.91 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 2,075.51 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 2,433.33 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 2,976.76 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 3,133.19 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 3,426.42 | | 98,704.68 |
| 2/20 | | Merchpayout Sv9T 8447752748 200219 Wilbur Williams Jr., M | 1,585.49 | | |
| 2/20 | | Merchpayout Sv9T 8447752748 200219 Wilbur Williams Jr., M | 2,668.81 | | |
| 2/20 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Nqyz3x Business Checking Machine Payment | 2,949.00 | | |
| 2/20 | < | Business to Business ACH Debit - Paychex Eib Invoice 200220 x85980700001277 Wilbur Williams MD | | 315.14 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 021920 85980500002080x Wilbur Williams MD | | 4,348.63 | |
| 2/20 | < | Business to Business ACH Debit - Ascentiumcapital Leasechg 200220 92080 Wilbur Williams Jr., M | | 4,665.03 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85983000038223x Wilbur Williams MD | | 15,295.76 | 81,283.42 |
| 2/21 | | Merchpayout Sv9T 8447752748 200220 Wilbur Williams Jr., M | 2,316.54 | | |
| 2/21 | | Merchpayout Sv9T 8447752748 200220 Wilbur Williams Jr., M | 2,506.49 | | 86,106.45 |
| 2/24 | | Merchpayout Sv9T 8447752748 200221 Wilbur Williams Jr., M | 2,127.93 | | |
| 2/24 | | Merchpayout Sv9T 8447752748 200221 Wilbur Williams Jr., M | 2,548.02 | | 90,782.40 |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 1,752.15 | | |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 1,814.54 | | |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 1,943.04 | | |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 2,645.97 | | |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 2,960.59 | | |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 3,250.91 | | 105,149.60 |
| 2/26 | | Online Transfer to Wilbur Williams Jr M D Inc Business Checking xxxxx5639 Ref #Ib07Pqqt3M on 02/26/20 | | 3,000.00 | |
| 2/26 | 2174 | Deposited OR Cashed Check | | 101,000.00 | 1,149.60 |
| 2/27 | | Merchpayout Sv9T 8447752748 200226 Wilbur Williams Jr., M | 3,375.44 | | |
| 2/27 | | Merchpayout Sv9T 8447752748 200226 Wilbur Williams Jr., M | 3,670.90 | | 8,195.94 |
| 2/28 | | Merchpayout Sv9T 8447752748 200227 Wilbur Williams Jr., M | 2,784.98 | | |
| 2/28 | | Merchpayout Sv9T 8447752748 200227 Wilbur Williams Jr., M | 2,970.87 | | 13,951.79 |
| **Ending balance on 2/29** | | | | | **13,951.79** |
| **Totals** | | | **$128,235.95** | **$155,276.57** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 2169 | 2/6 | 200.00 | 2171 | 2/14 | 400.54 | 2174 * | 2/26 | 101,000.00 |
| 2170 | 2/14 | 340.08 | 2172 | 2/14 | 584.69 | | | |

*  *Gap in check sequence.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

**Exhibit "P," Page # 8**



*Monthly service fee summary (continued)*

| Fee period 02/01/2020 - 02/29/2020 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $61,666.00 ☑ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|   - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
wxwx

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 64 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

February 29, 2020 ■ Page 5 of 5

**WELLS FARGO**

---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                 $ _____
register or transfers into              $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**Exhibit "P," Page # 10**

# Wells Fargo Business Choice Checking

March 31, 2020 ■ Page 1 of 5



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
          P.O. Box 6995
          Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $13,951.79 |
| Deposits/Credits | 96,174.72 |
| Withdrawals/Debits | - 90,820.06 |
| **Ending balance on 3/31** | **$19,306.45** |
| Average ledger balance this period | $35,070.82 |

Account number:  **7280241105**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Exhibit "P," Page  #  11

March 31, 2020 ■ Page 2 of 5

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | | Merchpayout Sv9T 8447752748 200228 Wilbur Williams Jr., M | 2,081.51 | | |
| 3/2 | | Merchpayout Sv9T 8447752748 200228 Wilbur Williams Jr., M | 2,817.70 | | 18,851.00 |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 1,658.44 | | |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 2,004.80 | | |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 3,850.47 | | |
| 3/3 | | Merchpayout Sv93 8447752748 SD1300 Wilbur Williams Jr., M | 1,745.63 | | |
| 3/3 | | Merchpayout Sv93 8447752748 SD1300 Wilbur Williams Jr., M | 1,788.11 | | |
| 3/3 | | Merchpayout Sv93 8447752748 SD1300 Wilbur Williams Jr., M | 3,221.44 | | |
| 3/3 | | Online Transfer From Wilbur Williams Jr M D Inc Business Checking xxxxxx5639 Ref #Ib07Qtjq75 on 03/02/20 | 3,000.00 | | 36,119.89 |
| 3/4 | < | Business to Business ACH Debit - State Farm Ro 27 Cpc-Client 23 S 1272880523 Wilbur Williams Jr MD | | 654.90 | 35,464.99 |
| 3/5 | | Merchpayout Sv9T 8447752748 200304 Wilbur Williams Jr., M | 1,669.53 | | |
| 3/5 | | Merchpayout Sv9T 8447752748 200304 Wilbur Williams Jr., M | 3,059.78 | | |
| 3/5 | < | Business to Business ACH Debit - Paychex Eib Invoice 200305 x86192800001897 Wilbur Williams MD | | 304.32 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Tps Taxes 030420 86192900002524x Wilbur Williams MD | | 4,339.20 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86190200027948x Wilbur Williams MD | | 13,370.13 | |
| 3/5 | 2173 | Check | | 349.47 | 21,831.18 |
| 3/6 | | Merchpayout Sv9T 8447752748 200305 Wilbur Williams Jr., M | 2,791.44 | | |
| 3/6 | | Merchpayout Sv9T 8447752748 200305 Wilbur Williams Jr., M | 3,070.14 | | |
| 3/6 | < | Business to Business ACH Debit - State Farm Ro 08 Cpc-Client 23 F E7B2121 Wilbur Williams Jr M | | 1,106.00 | |
| 3/6 | 2175 | Check | | 413.72 | 26,173.04 |
| 3/9 | | Merchpayout Sv9T 8447752748 200306 Wilbur Williams Jr., M | 1,241.35 | | |
| 3/9 | | Merchpayout Sv9T 8447752748 200306 Wilbur Williams Jr., M | 2,221.48 | | 29,635.87 |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 1,573.19 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 2,237.67 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 2,570.11 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 2,584.93 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 2,950.22 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 3,090.97 | | |
| 3/10 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07S2Wrhg Business Checking Drs Workers Comp | 175.00 | | |
| 3/10 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07S2Wsg4 Business Checking Drs Workers Comp | 175.00 | | |
| 3/10 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07S2WT78 Business Checking Drs Workers Comp | 175.00 | | |
| 3/10 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07S2Wtyt Business Checking Drs Workers Comp | 175.00 | | |
| 3/10 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07S2Ww2H Business Checking Drs Workers Comp | 175.00 | | |
| 3/10 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07S2Wwzh Business Checking Drs Workers Comp | 175.00 | | |
| 3/10 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07S2x3Kq Business Checking Drs Workers Comp | 175.00 | | |
| 3/10 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07S2x8Wq Business Checking Drs Workers Comp | 175.00 | | 46,042.96 |
| 3/12 | | Merchpayout Sv9T 8447752748 200311 Wilbur Williams Jr., M | 2,359.77 | | |
| 3/12 | | Merchpayout Sv9T 8447752748 200311 Wilbur Williams Jr., M | 2,503.71 | | |
| 3/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Sdfmpl Business Checking Machine Payment | 2,281.00 | | |
| 3/12 | < | Business to Business ACH Debit - Contractpaymentv Lease Pymt 200310 CT-Bund40250199 Wilbur Williams Jr., M | | 2,233.76 | 50,953.68 |
| 3/13 | | Merchpayout Sv9T 8447752748 200312 Wilbur Williams Jr., M | 2,416.27 | | |
| 3/13 | | Merchpayout Sv9T 8447752748 200312 Wilbur Williams Jr., M | 2,673.26 | | 56,043.21 |
| 3/16 | | Merchpayout Sv9T 8447752748 200313 Wilbur Williams Jr., M | 1,361.31 | | |
| 3/16 | | Merchpayout Sv9T 8447752748 200313 Wilbur Williams Jr., M | 2,120.34 | | |

March 31, 2020 ■ Page 3 of 5



### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/16 | < | Business to Business ACH Debit - Pawnee Equipment Lease Pmt 031320 366137 Wilbur Williams Jr., M | | 2,949.06 | 56,575.80 |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 1,255.99 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 1,407.84 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 1,470.69 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 2,934.77 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 3,272.17 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 3,975.07 | | 70,892.33 |
| 3/18 | | Online Transfer to Wilbur Williams Jr M D Inc Business Checking xxxxxx5639 Ref #Ib07Tdb23C on 03/18/20 | | 22,000.00 | 48,892.33 |
| 3/19 | | Merchpayout Sv9T 8447752748 200318 Wilbur Williams Jr., M | 1,310.09 | | |
| 3/19 | | Merchpayout Sv9T 8447752748 200318 Wilbur Williams Jr., M | 2,095.11 | | |
| 3/19 | < | Business to Business ACH Debit - Paychex Eib Invoice 200319 x86339500000601 Wilbur Williams MD | | 313.86 | |
| 3/19 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86401700001483x Wilbur Williams MD | | 11,308.50 | 40,675.17 |
| 3/20 | | Merchpayout Sv9T 8447752748 200319 Wilbur Williams Jr., M | 1,079.61 | | |
| 3/20 | | Merchpayout Sv9T 8447752748 200319 Wilbur Williams Jr., M | 2,662.99 | | |
| 3/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 031820 86406100011482x Wilbur Williams MD | | 4,472.41 | |
| 3/20 | < | Business to Business ACH Debit - Ascentiumcapital Leasechg 200320 92080 Wilbur Williams Jr., M | | 4,665.03 | 35,280.33 |
| 3/23 | | Merchpayout Sv9T 8447752748 200320 Wilbur Williams Jr., M | 1,096.54 | | |
| 3/23 | | Merchpayout Sv9T 8447752748 200320 Wilbur Williams Jr., M | 2,320.28 | | |
| 3/23 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Tv44Jm Business Checking Machine Payment | 2,949.00 | | 41,646.15 |
| 3/25 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07V8Wdns Business Checking Rent for Glendale Weho and Bills | | 20,000.00 | |
| 3/25 | < | Business to Business ACH Debit - Paychex Eib Invoice 200325 x86472600001031 Wilbur Williams MD | | 1.28 | |
| 3/25 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86476300032202x Wilbur Williams MD | | 2,000.00 | 19,644.87 |
| 3/26 | 2178 | Check | | 338.42 | 19,306.45 |
| Ending balance on 3/31 | | | | | 19,306.45 |
| **Totals** | | | **$96,174.72** | **$90,820.06** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2173 | 3/5 | 349.47 | 2175 * | 3/6 | 413.72 | 2178 * | 3/26 | 338.42 |

* *Gap in check sequence.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|---|
| **How to avoid the monthly service fee** | | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | | |

**Exhibit "P," Page # 13**

March 31, 2020 ■ Page 4 of 5



---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| · Average ledger balance | $7,500.00 | $35,071.00 ☑ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
| - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

wx/wx

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 54 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page # 14**

March 31, 2020 ■ Page 5 of 5

**WELLS FARGO**

---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

---

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**Exhibit "P," Page # 15**

# Wells Fargo Business Choice Checking

March 31, 2020 ■ Page 1 of 5



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $13,951.79 |
| Deposits/Credits | 96,174.72 |
| Withdrawals/Debits | - 90,820.06 |
| **Ending balance on 3/31** | **$19,306.45** |
| Average ledger balance this period | $35,070.82 |

Account number: **7280241105**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Exhibit "P," Page # 16

March 31, 2020 ■ Page 2 of 5

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 3/2 | | Merchpayout Sv9T 8447752748 200228 Wilbur Williams Jr., M | 2,081.51 | | |
| 3/2 | | Merchpayout Sv9T 8447752748 200228 Wilbur Williams Jr., M | 2,817.70 | | 18,851.00 |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 1,658.44 | | |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 2,004.80 | | |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 3,850.47 | | |
| 3/3 | | Merchpayout Sv93 8447752748 SD1300 Wilbur Williams Jr., M | 1,745.63 | | |
| 3/3 | | Merchpayout Sv93 8447752748 SD1300 Wilbur Williams Jr., M | 1,788.11 | | |
| 3/3 | | Merchpayout Sv93 8447752748 SD1300 Wilbur Williams Jr., M | 3,221.44 | | |
| 3/3 | | Online Transfer From Wilbur Williams Jr M D Inc Business Checking xxxxxx5639 Ref #Ib07Qtjq75 on 03/02/20 | 3,000.00 | | 36,119.89 |
| 3/4 | < | Business to Business ACH Debit - State Farm Ro 27 Cpc-Client 23 S 1272880523 Wilbur Williams Jr MD | | 654.90 | 35,464.99 |
| 3/5 | | Merchpayout Sv9T 8447752748 200304 Wilbur Williams Jr., M | 1,669.53 | | |
| 3/5 | | Merchpayout Sv9T 8447752748 200304 Wilbur Williams Jr., M | 3,059.78 | | |
| 3/5 | < | Business to Business ACH Debit - Paychex Eib Invoice 200305 x86192800001897 Wilbur Williams MD | | 304.32 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Tps Taxes 030420 86192900002524x Wilbur Williams MD | | 4,339.20 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86190200027948x Wilbur Williams MD | | 13,370.13 | |
| 3/5 | 2173 | Check | | 349.47 | 21,831.18 |
| 3/6 | | Merchpayout Sv9T 8447752748 200305 Wilbur Williams Jr., M | 2,791.44 | | |
| 3/6 | | Merchpayout Sv9T 8447752748 200305 Wilbur Williams Jr., M | 3,070.14 | | |
| 3/6 | < | Business to Business ACH Debit - State Farm Ro 08 Cpc-Client 23 F E7B2121 Wilbur Williams Jr M | | 1,106.00 | |
| 3/6 | 2175 | Check | | 413.72 | 26,173.04 |
| 3/9 | | Merchpayout Sv9T 8447752748 200306 Wilbur Williams Jr., M | 1,241.35 | | |
| 3/9 | | Merchpayout Sv9T 8447752748 200306 Wilbur Williams Jr., M | 2,221.48 | | 29,635.87 |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 1,573.19 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 2,237.67 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 2,570.11 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 2,584.93 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 2,950.22 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 3,090.97 | | |
| 3/10 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07S2Wrhg Business Checking Drs Workers Comp | 175.00 | | |
| 3/10 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07S2Wsg4 Business Checking Drs Workers Comp | 175.00 | | |
| 3/10 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07S2WT78 Business Checking Drs Workers Comp | 175.00 | | |
| 3/10 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07S2Wtyt Business Checking Drs Workers Comp | 175.00 | | |
| 3/10 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07S2Ww2H Business Checking Drs Workers Comp | 175.00 | | |
| 3/10 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07S2Wwzh Business Checking Drs Workers Comp | 175.00 | | |
| 3/10 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07S2x3Kq Business Checking Drs Workers Comp | 175.00 | | |
| 3/10 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07S2x8Wq Business Checking Drs Workers Comp | 175.00 | | 46,042.96 |
| 3/12 | | Merchpayout Sv9T 8447752748 200311 Wilbur Williams Jr., M | 2,359.77 | | |
| 3/12 | | Merchpayout Sv9T 8447752748 200311 Wilbur Williams Jr., M | 2,503.71 | | |
| 3/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Sdfmpl Business Checking Machine Payment | 2,281.00 | | |
| 3/12 | < | Business to Business ACH Debit - Contractpaymentv Lease Pymt 200310 CT-Bund40250199 Wilbur Williams Jr., M | | 2,233.76 | 50,953.68 |
| 3/13 | | Merchpayout Sv9T 8447752748 200312 Wilbur Williams Jr., M | 2,416.27 | | |
| 3/13 | | Merchpayout Sv9T 8447752748 200312 Wilbur Williams Jr., M | 2,673.26 | | 56,043.21 |
| 3/16 | | Merchpayout Sv9T 8447752748 200313 Wilbur Williams Jr., M | 1,361.31 | | |
| 3/16 | | Merchpayout Sv9T 8447752748 200313 Wilbur Williams Jr., M | 2,120.34 | | |

March 31, 2020 ■ Page 3 of 5

**WELLS FARGO**

### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/16 | < | Business to Business ACH Debit - Pawnee Equipment Lease Pmt 031320 366137 Wilbur Williams Jr., M | | 2,949.06 | 56,575.80 |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 1,255.99 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 1,407.84 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 1,470.69 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 2,934.77 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 3,272.17 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 3,975.07 | | 70,892.33 |
| 3/18 | | Online Transfer to Wilbur Williams Jr M D Inc Business Checking xxxxxx5639 Ref #Ib07Tdb23C on 03/18/20 | | 22,000.00 | 48,892.33 |
| 3/19 | | Merchpayout Sv9T 8447752748 200318 Wilbur Williams Jr., M | 1,310.09 | | |
| 3/19 | | Merchpayout Sv9T 8447752748 200318 Wilbur Williams Jr., M | 2,095.11 | | |
| 3/19 | < | Business to Business ACH Debit - Paychex Eib Invoice 200319 x86339500000601 Wilbur Williams MD | | 313.86 | |
| 3/19 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86401700001483x Wilbur Williams MD | | 11,308.50 | 40,675.17 |
| 3/20 | | Merchpayout Sv9T 8447752748 200319 Wilbur Williams Jr., M | 1,079.61 | | |
| 3/20 | | Merchpayout Sv9T 8447752748 200319 Wilbur Williams Jr., M | 2,662.99 | | |
| 3/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 031820 86406100011482x Wilbur Williams MD | | 4,472.41 | |
| 3/20 | < | Business to Business ACH Debit - Ascentiumcapital Leasechg 200320 92080 Wilbur Williams Jr., M | | 4,665.03 | 35,280.33 |
| 3/23 | | Merchpayout Sv9T 8447752748 200320 Wilbur Williams Jr., M | 1,096.54 | | |
| 3/23 | | Merchpayout Sv9T 8447752748 200320 Wilbur Williams Jr., M | 2,320.28 | | |
| 3/23 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Tv44Jm Business Checking Machine Payment | 2,949.00 | | 41,646.15 |
| 3/25 | | Online Transfer to Wilbur Williams Jr M D Inc #Ib07V8Wdns Business Checking Rent for Glendale Weho and Bills | | 20,000.00 | |
| 3/25 | < | Business to Business ACH Debit - Paychex Eib Invoice 200325 x86472600001031 Wilbur Williams MD | | 1.28 | |
| 3/25 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86476300032202x Wilbur Williams MD | | 2,000.00 | 19,644.87 |
| 3/26 | 2178 | Check | | 338.42 | 19,306.45 |
| **Ending balance on 3/31** | | | | | **19,306.45** |
| **Totals** | | | **$96,174.72** | **$90,820.06** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:**If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 2173 | 3/5 | 349.47 | 2175 * | 3/6 | 413.72 | 2178 * | 3/26 | 338.42 |

*\* Gap in check sequence.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $14.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee**<br>Have any **ONE** of the following account requirements | Minimum required | This fee period |

**Exhibit "P," Page # 18**



***Monthly service fee summary (continued)***

| **How to avoid the monthly service fee** | Minimum required | This fee period | |
|---|---|---|---|
| · Average ledger balance | $7,500.00 | $35,071.00 | ☑ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 | ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 | ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 | ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | | |
| - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | | |

WX/WX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 54 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page # 19**

March 31, 2020 ■ Page 5 of 5

**WELLS FARGO**

---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                         $ _____
register or transfers into                                 $ _____
your account which are not                                 $ _____
shown on your statement.                                 + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount**  **$** |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**Exhibit "P," Page # 20**

# Wells Fargo Simple Business Checking

January 31, 2020 ■ Page 1 of 4



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
          P.O. Box 6995
          Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $13,815.67 |
| Deposits/Credits | 92,624.92 |
| Withdrawals/Debits | - 97,278.06 |
| **Ending balance on 1/31** | **$9,162.53** |
| Average ledger balance this period | $12,489.22 |

Account number:  **1508514633**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Exhibit "P," Page  # 21

January 31, 2020 ■ Page 2 of 4

WELLS FARGO

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|------------------|--------------------|--------------------|
| 1/2 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07F9V88V Business Checking Drs Workers Comp | | 111.00 | |
| 1/2 | | Tele-Transfer to xxxxxx8742 Reference #TF07Fb427R | | 6,500.00 | 7,204.67 |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr., M | 2,352.22 | | |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr., M | 2,980.72 | | 12,537.61 |
| 1/6 | | Online Transfer From Wilbur Williams Jr M D Inc Business Checking xxxxxx1105 Ref #Ib07Fwts6Z on 01/06/20 | 2,000.00 | | |
| 1/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 010320 85261400003314x Wilbur Williams MD | | 3,341.66 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85259100018175x Wilbur Williams MD | | 10,410.27 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200106 x85268800000815 Wilbur Williams MD | | 285.11 | 500.57 |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 2,650.18 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 2,794.60 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 2,857.64 | | |
| 1/7 | | Grpn Merch Svcs N300048879 200106 C300048879P1050 Sev Laser Hermosa Beac | 7,314.25 | | |
| 1/7 | | Online Transfer to Wilbur Williams Jr M D Inc Business Checking xxxxxx1105 Ref #Ib07G3394M on 01/07/20 | | 2,000.00 | |
| 1/7 | | Tele-Transfer to xxxxxx8742 Reference #TF07G3Vk7N | | 1,000.00 | 13,117.24 |
| 1/9 | | Merchpayout Sv9T 8447752748 200108 Wilbur Williams Jr., M | 2,345.84 | | 15,463.08 |
| 1/10 | | Merchpayout Sv9T 8447752748 200109 Wilbur Williams Jr., M | 2,543.29 | | |
| 1/10 | < | Business to Business ACH Debit - Paychex Eib Invoice 200110 x85174800029551 Wilbur Williams MD | | 10.00 | 17,996.37 |
| 1/13 | | Merchpayout Sv9T 8447752748 200110 Wilbur Williams Jr., M | 2,290.20 | | 20,286.57 |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 2,800.69 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 2,893.90 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 4,510.04 | | 30,491.20 |
| 1/15 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07H97Cjh Business Checking Blueshield | | 1,243.37 | 29,247.83 |
| 1/16 | | Merchpayout Sv9T 8447752748 200115 Wilbur Williams Jr., M | 1,017.09 | | |
| 1/16 | | Tele-Transfer to xxxxxx8742 Reference #TF07Hgtph8 | | 10,800.00 | 19,464.92 |
| 1/17 | | Merchpayout Sv9T 8447752748 200116 Wilbur Williams Jr., M | 2,719.32 | | |
| 1/17 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85475100000798x Wilbur Williams MD | | 9,483.91 | 12,700.33 |
| 1/21 | | Merchpayout Sv9T 8447752748 200117 Wilbur Williams Jr., M | 4,670.87 | | |
| 1/21 | | Grpn Merch Svcs N300049227 200120 C300049227P6 Sev Laser Hermosa Beac | 12,183.05 | | |
| 1/21 | < | Business to Business ACH Debit - Paychex Eib Invoice 200121 x85480700000952 Wilbur Williams MD | | 304.32 | |
| 1/21 | < | Business to Business ACH Debit - Paychex Tps Taxes 011720 85484400000366x Wilbur Williams MD | | 3,288.42 | 25,961.51 |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 2,119.71 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 2,755.80 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 5,075.25 | | |
| 1/22 | 9241 | Deposited OR Cashed Check | | 35,000.00 | 912.27 |
| 1/23 | | Merchpayout Sv9T 8447752748 200122 Wilbur Williams Jr., M | 2,918.86 | | |
| 1/23 | | Tele-Transfer to xxxxxx8742 Reference #TF07Jfmjff | | 2,000.00 | 1,831.13 |
| 1/24 | | Merchpayout Sv9T 8447752748 200123 Wilbur Williams Jr., M | 1,405.46 | | 3,236.59 |
| 1/27 | | Merchpayout Sv9T 8447752748 200124 Wilbur Williams Jr., M | 2,333.01 | | 5,569.60 |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 2,221.44 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 2,602.62 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 2,804.24 | | 13,197.90 |
| 1/29 | | Tele-Transfer to xxxxxx8742 Reference #TF07K96Wx2 | | 3,500.00 | 9,697.90 |
| 1/30 | | Merchpayout Sv9T 8447752748 200129 Wilbur Williams Jr., M | 4,313.31 | | |

January 31, 2020 ■ Page 3 of 4

**WELLS FARGO**

*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 1/30 | | Tele-Transfer to xxxxxx8742 Reference #TF07Kd9Sh6 | | 8,000.00 | 6,011.21 |
| 1/31 | | Merchpayout Sv9T 8447752748 200130 Wilbur Williams Jr., M | 3,151.32 | | 9,162.53 |
| **Ending balance on 1/31** | | | | | **9,162.53** |
| **Totals** | | | **$92,624.92** | **$97,278.06** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:***If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 9241 | 1/22 | 35,000.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2020 - 01/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·   Average ledger balance | $500.00 | $12,489.00 ☑ |

C1/C1

---

**Account transaction fees summary**

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 35 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page # 23**

January 31, 2020 ■ Page 4 of 4

**WELLS FARGO**

---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**Exhibit "P," Page # 24**

# Wells Fargo Simple Business Checking

February 29, 2020 ■ Page 1 of 4



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $9,162.53 |
| Deposits/Credits | 90,144.85 |
| Withdrawals/Debits | - 96,442.59 |
| **Ending balance on 2/29** | **$2,864.79** |
| Average ledger balance this period | $19,958.28 |

Account number:  **1508514633**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Exhibit "P," Page  # 25

February 29, 2020 ■ Page 2 of 4

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/3 | | Merchpayout Sv9T 8447752748 200131 Wilbur Williams Jr., M | 3,181.05 | | 12,343.58 |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 2,265.32 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 2,325.20 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 2,950.20 | | 19,884.30 |
| 2/5 | | Grpn Merch Svcs N300049503 200204 C300049503P1371 Sev Laser Hermosa Beac | 7,805.38 | | |
| 2/5 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Lk5D9Y Business Checking Workers Comp | | 65.00 | 27,624.68 |
| 2/6 | | Merchpayout Sv9T 8447752748 200205 Wilbur Williams Jr., M | 1,703.05 | | |
| 2/6 | | Tele-Transfer to xxxxxx8742 Reference #TF07Ln759x | | 4,000.00 | |
| 2/6 | 9242 | Deposited OR Cashed Check | | 200.00 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200206 x8576080002155 Wilbur Williams MD | | 10.82 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 020520 85760700002151x Wilbur Williams MD | | 77.18 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200206 x8575330002431 Wilbur Williams MD | | 305.59 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85759200008855x Wilbur Williams MD | | 344.92 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 020520 85749900001859x Wilbur Williams MD | | 3,952.53 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85749500000609x Wilbur Williams MD | | 12,202.48 | 8,234.21 |
| 2/7 | | Merchpayout Sv9T 8447752748 200206 Wilbur Williams Jr., M | 3,360.02 | | 11,594.23 |
| 2/10 | | Merchpayout Sv9T 8447752748 200207 Wilbur Williams Jr., M | 2,393.10 | | |
| 2/10 | | Tele-Transfer to xxxxxx8742 Reference #TF07M2Lyqg | | 1,000.00 | |
| 2/10 | < | Business to Business ACH Debit - Paychex Eib Invoice 200210 x85678900025409 Wilbur Williams MD | | 10.00 | 12,977.33 |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 2,536.67 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 3,508.97 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 4,940.16 | | 23,963.13 |
| 2/12 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Mlz5BT Business Checking Blueshield | | 637.89 | 23,325.24 |
| 2/13 | | Merchpayout Sv9T 8447752748 200212 Wilbur Williams Jr., M | 3,153.79 | | 26,479.03 |
| 2/14 | | Merchpayout Sv9T 8447752748 200213 Wilbur Williams Jr., M | 3,615.69 | | 30,094.72 |
| 2/18 | | Merchpayout Sv9T 8447752748 200214 Wilbur Williams Jr., M | 3,189.92 | | |
| 2/18 | | Tele-Transfer to xxxxxx8742 Reference #TF07N5Sxyt | | 6,200.00 | |
| 2/18 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Nfmc5K Business Checking Machine Payment Sirak | | 2,535.00 | 24,549.64 |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 1,951.67 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 2,405.66 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 3,339.00 | | |
| 2/19 | | Grpn Merch Svcs N300049860 200218 C300049860P1277 Sev Laser Hermosa Beac | 9,331.32 | | |
| 2/19 | | Online Transfer to Sev Laser Aesthetics Ref #Ib07Nn4D9C Business Checking Expenses | | 2,500.00 | |
| 2/19 | | Online Transfer to Sev Laser Aesthetics Ref #Ib07Npktc7 Business Checking Expenses | | 2,500.00 | 36,577.29 |
| 2/20 | | Merchpayout Sv9T 8447752748 200219 Wilbur Williams Jr., M | 3,632.07 | | |
| 2/20 | < | Business to Business ACH Debit - Paychex Eib Invoice 200220 x85980700001590 Wilbur Williams MD | | 316.41 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 021920 85980500002076x Wilbur Williams MD | | 3,670.34 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85983000038171x Wilbur Williams MD | | 11,114.43 | 25,108.18 |
| 2/21 | | Merchpayout Sv9T 8447752748 200220 Wilbur Williams Jr., M | 3,015.26 | | 28,123.44 |
| 2/24 | | Merchpayout Sv9T 8447752748 200221 Wilbur Williams Jr., M | 3,182.50 | | 31,305.94 |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 2,865.99 | | |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 3,362.42 | | |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 3,582.70 | | 41,117.05 |

February 29, 2020 ■ Page 3 of 4



---

*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/26 | 9243 | Deposited OR Cashed Check | | 40,300.00 | 817.05 |
| 2/27 | | Merchpayout Sv9T 8447752748 200226 Wilbur Williams Jr., M | 3,080.02 | | |
| 2/27 | | Online Transfer to Sev Laser Aesthetics Ref #Ib07Pw8T3Y Business Checking Expenses | | 3,000.00 | 897.07 |
| 2/28 | | Merchpayout Sv9T 8447752748 200227 Wilbur Williams Jr., M | 3,467.72 | | |
| 2/28 | | Online Transfer to Sev Laser Aesthetics Ref #Ib07Q3V6Vb Business Checking Expenses | | 1,500.00 | 2,864.79 |
| **Ending balance on 2/29** | | | | | **2,864.79** |
| **Totals** | | | **$90,144.85** | **$96,442.59** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:***If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|
| 9242 | 2/6 | 200.00 | 9243 | 2/26 | 40,300.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2020 - 02/29/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $19,958.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 38 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page  # 27**

February 29, 2020  ■  Page 4 of 4

**WELLS FARGO**

---

**General statement policies for Wells Fargo Bank**

■ **Notice:**  Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your      $ _____
register or transfers into      $ _____
your account which are not      $ _____
shown on your statement.    + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Wells Fargo Simple Business Checking

March 31, 2020 ■ Page 1 of 4



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $2,864.79 |
| Deposits/Credits | 76,297.80 |
| Withdrawals/Debits | - 79,062.59 |
| **Ending balance on 3/31** | **$100.00** |
| Average ledger balance this period | $8,151.15 |

Account number:  **1508514633**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Exhibit "P," Page  # 29**

March 31, 2020 ■ Page 2 of 4

WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | | Merchpayout Sv9T 8447752748 200228 Wilbur Williams Jr., M | 2,703.09 | | |
| 3/2 | | Online Transfer to Sev Laser Aesthetics Ref #Ib07Qqcrfs Business Checking Expenses | | 2,000.00 | 3,567.88 |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 2,399.49 | | |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 2,440.85 | | |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 3,032.44 | | |
| 3/3 | | Online Transfer to Sev Laser Aesthetics Ref #Ib07Qw5Tth Business Checking Expenses | | 5,000.00 | 6,440.66 |
| 3/5 | | Merchpayout Sv9T 8447752748 200304 Wilbur Williams Jr., M | 2,731.53 | | |
| 3/5 | | Grpn Merch Svcs N300050193 200304 C300050193P1352 Sev Laser Hermosa Beac | 10,139.20 | | |
| 3/5 | < | Business to Business ACH Debit - Paychex Eib Invoice 200305 x86192800001868 Wilbur Williams MD | | 316.41 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Tps Taxes 030420 86192900002518x Wilbur Williams MD | | 3,432.83 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86190200027885x Wilbur Williams MD | | 11,660.26 | 3,901.89 |
| 3/6 | | Merchpayout Sv9T 8447752748 200305 Wilbur Williams Jr., M | 2,759.14 | | 6,661.03 |
| 3/9 | | Merchpayout Sv9T 8447752748 200306 Wilbur Williams Jr., M | 3,350.27 | | 10,011.30 |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 3,150.02 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 3,256.50 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 3,299.14 | | |
| 3/10 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07S2Wrhg Business Checking Drs Workers Comp | | 175.00 | 19,541.96 |
| 3/11 | | Online Transfer to Sev Laser Aesthetics Ref #Ib07S7L4H3 Business Checking Expenses | | 1,500.00 | 18,041.96 |
| 3/12 | | Merchpayout Sv9T 8447752748 200311 Wilbur Williams Jr., M | 3,357.54 | | |
| 3/12 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Sdf9T9 Business Checking Blue Shield | | 72.08 | 21,327.42 |
| 3/13 | | Merchpayout Sv9T 8447752748 200312 Wilbur Williams Jr., M | 4,057.05 | | |
| 3/16 | | Merchpayout Sv9T 8447752748 200313 Wilbur Williams Jr., M | 4,742.61 | | 25,384.47 |
| 3/16 | | Online Transfer to Sev Laser Aesthetics Ref #Ib07Sqlsdm Business Checking Expenses | | 1,000.00 | |
| 3/16 | | Online Transfer to Sev Laser Aesthetics Ref #Ib07T3Rfff Business Checking Expenses Payroll Machine | | 8,000.00 | 21,127.08 |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 1,989.17 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 2,428.07 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 2,593.54 | | 28,137.86 |
| 3/18 | | Online Transfer to Sev Laser Aesthetics Ref #Ib07Tc5Hxp Business Checking Expenses | | 14,337.00 | 13,800.86 |
| 3/19 | | Merchpayout Sv9T 8447752748 200318 Wilbur Williams Jr., M | 1,248.42 | | |
| 3/19 | | Grpn Merch Svcs N300050567 200318 C300050567P1209 Sev Laser Hermosa Beac | 9,957.13 | | |
| 3/19 | | Online Transfer to Sev Laser Aesthetics Ref #Ib07Tgylps Business Checking Expenses | | 15,000.29 | |
| 3/19 | < | Business to Business ACH Debit - Paychex Eib Invoice 200319 x86399500000586 Wilbur Williams MD | | 315.14 | |
| 3/19 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86401700001457x Wilbur Williams MD | | 9,545.98 | 145.00 |
| 3/20 | | Merchpayout Sv9T 8447752748 200319 Wilbur Williams Jr., M | 1,987.27 | | |
| 3/20 | | Online Transfer From Sev Laser Aesthetics Ref #Ib07Tms25D Business Checking Taxes | 1,364.81 | | |
| 3/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 031820 86406100011476x Wilbur Williams MD | | 3,397.08 | 100.00 |

**Exhibit "P," Page # 30**

March 31, 2020 ■ Page 3 of 4



### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 3/23 | | Merchpayout Sv9T 8447752748 200320 Wilbur Williams Jr., M | 3,310.52 | | |
| 3/23 | | Online Transfer to Sev Laser Aesthetics Ref #Ib07Tyt3Kc Business Checking Expenses | | 3,310.52 | 100.00 |
| **Ending balance on 3/31** | | | | | 100.00 |
| **Totals** | | | **$76,297.80** | **$79,062.59** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:***If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Average ledger balance | $500.00 | $8,151.00 ☑ |

C1/C1

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 27 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

March 31, 2020 ■ Page 4 of 4

**WELLS FARGO**

---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your      $ _____
register or transfers into      $ _____
your account which are not      $ _____
shown on your statement.      + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount** $ |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

January 31, 2020 ■ Page 1 of 4



WILBUR WILLIAMS JR M D INC
IRVINE OFFICE
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $41,057.86 |
| Deposits/Credits | 161,559.87 |
| Withdrawals/Debits | - 187,699.17 |
| **Ending balance on 1/31** | **$14,918.56** |
| Average ledger balance this period | $43,115.88 |

Account number:  **1508514732**

**WILBUR WILLIAMS J R M D INC**
**IRVINE OFFICE**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Exhibit "P," Page  # 33

January 31, 2020 ■ Page 2 of 4

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/2 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Fb48J8 Business Checking Humana | 42.90 | | |
| 1/2 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07F9V9Gz Business Checking Drs Workers Comp | | 111.00 | |
| 1/2 | | Tele-Transfer to xxxxxx3538 Reference #TF07Fb3H65 | | 10,000.00 | 30,989.76 |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr., M | 4,436.24 | | |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr., M | 4,594.36 | | |
| 1/3 | | Grpn Merch Svcs N300048799 200102 C300048799P742 Sev Laser Aesthetics O | 16,376.64 | | |
| 1/3 | | Humana, Inc. Ins Pymt 200101 224293716001224 293744Wilbur Wil | | 83.01 | 56,313.99 |
| 1/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 010320 85261400003315x Wilbur Williams MD | | 5,092.13 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85259100018176x Wilbur Williams MD | | 13,615.65 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200106 x85268800000718 Wilbur Williams MD | | 478.66 | 37,127.55 |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 4,351.24 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 5,281.11 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 6,530.52 | | |
| 1/7 | | Tele-Transfer to xxxxxx3538 Reference #TF07G3V6Rt | | 2,500.00 | 50,790.42 |
| 1/9 | | Merchpayout Sv9T 8447752748 200108 Wilbur Williams Jr., M | 3,686.92 | | 54,477.34 |
| 1/10 | | Merchpayout Sv9T 8447752748 200109 Wilbur Williams Jr., M | 4,759.81 | | |
| 1/10 | < | Business to Business ACH Debit - Paychex Eib Invoice 200110 x85174800029552 Wilbur Williams MD | | 20.00 | |
| 1/10 | | Blueshield of CA Agnt Pymnt 96970253 Wilbur Williams Jr MD | | 9,774.56 | 49,442.59 |
| 1/13 | | Merchpayout Sv9T 8447752748 200110 Wilbur Williams Jr., M | 4,407.91 | | |
| 1/13 | | Humana, Inc. Ins Pymt 200110 932024993001932 025099Ability Ad | | 337.06 | 53,513.44 |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 4,506.44 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 5,823.88 | | 63,843.76 |
| 1/15 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07H97224 Business Checking Blue Shield | 2,987.94 | | |
| 1/15 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07H974W9 Business Checking Blue Shield | 1,872.00 | | |
| 1/15 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07H97955 Business Checking Blue Shield | 619.00 | | |
| 1/15 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07H97Cjh Business Checking Blueshield | 1,243.37 | | |
| 1/15 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07H97Jts Business Checking Blueshield | 1,186.00 | | 71,752.07 |
| 1/16 | | Merchpayout Sv9T 8447752748 200115 Wilbur Williams Jr., M | 4,622.86 | | |
| 1/16 | | Tele-Transfer to xxxxxx3538 Reference #TF07Hgt225 | | 10,500.00 | 65,874.93 |
| 1/17 | | Merchpayout Sv9T 8447752748 200116 Wilbur Williams Jr., M | 5,627.42 | | |
| 1/17 | | Merchpayout Sv9T 8447752748 200116 Wilbur Williams Jr., M | 6,262.26 | | |
| 1/17 | | Grpn Merch Svcs N300049150 200116 C300049150P344 Sev Laser Aesthetics O | 14,506.92 | | |
| 1/17 | < | Business to Business ACH Debit - Paychex Inc. Payroll 8547510000806x Wilbur Williams MD | | 13,009.83 | 79,261.70 |
| 1/21 | | Merchpayout Sv9T 8447752748 200117 Wilbur Williams Jr., M | 6,248.13 | | |
| 1/21 | < | Business to Business ACH Debit - Paychex Eib Invoice 200121 x85480700000954 Wilbur Williams MD | | 465.38 | |
| 1/21 | < | Business to Business ACH Debit - Paychex Tps Taxes 011720 85484400000367x Wilbur Williams MD | | 6,182.27 | 78,862.18 |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 3,849.55 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 5,040.48 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 6,348.54 | | |
| 1/22 | 10347 | Deposited OR Cashed Check | | 94,000.00 | 100.75 |
| 1/23 | | Merchpayout Sv9T 8447752748 200122 Wilbur Williams Jr., M | 6,550.52 | | |
| 1/23 | | Tele-Transfer to xxxxxx3538 Reference #TF07Jfmbzw | | 4,000.00 | 2,651.27 |

**Exhibit "P," Page # 34**

January 31, 2020 ■ Page 3 of 4



### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 1/24 | | Merchpayout Sv9T 8447752748 200123 Wilbur Williams Jr., M | 4,694.45 | | |
| 1/24 | | Tele-Transfer to xxxxxx3538 Reference #TF07Jlhs85 | | 1,000.00 | 6,345.72 |
| 1/27 | | Merchpayout Sv9T 8447752748 200124 Wilbur Williams Jr., M | 5,645.62 | | |
| 1/27 | < | Business to Business ACH Debit - Paychex Eib Invoice 200127 x85589700000312 Wilbur Williams MD | | 10.82 | |
| 1/27 | < | Business to Business ACH Debit - Paychex Tps Taxes 012420 85589000002443x Wilbur Williams MD | | 61.32 | 11,919.20 |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 3,440.21 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 4,221.86 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 5,173.97 | | |
| 1/28 | | Tele-Transfer to xxxxxx3538 Reference #TF07K59Q73 | | 1,500.00 | |
| 1/28 | < | Business to Business ACH Debit - Paychex Eib Invoice 200128 x8561200000214 Wilbur Williams MD | | 10.82 | |
| 1/28 | < | Business to Business ACH Debit - Paychex Tps Taxes 012720 8561000001660x Wilbur Williams MD | | 40.52 | 23,203.90 |
| 1/29 | | Tele-Transfer to xxxxxx3538 Reference #TF07K96P4R | | 3,500.00 | 19,703.90 |
| 1/30 | | Merchpayout Sv9T 8447752748 200129 Wilbur Williams Jr., M | 2,957.61 | | |
| 1/30 | | Tele-Transfer to xxxxxx3538 Reference #TF07Kd97Cg | | 11,000.00 | 11,661.51 |
| 1/31 | | Merchpayout Sv9T 8447752748 200130 Wilbur Williams Jr., M | 3,663.19 | | |
| 1/31 | 10348 | Check | | 232.22 | |
| 1/31 | 10349 | Check | | 173.92 | 14,918.56 |
| **Ending balance on 1/31** | | | | | **14,918.56** |
| **Totals** | | | **$161,559.87** | **$187,699.17** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:**If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

### Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 10347 | 1/22 | 94,000.00 | 10348 | 1/31 | 232.22 | 10349 | 1/31 | 173.92 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2020 - 01/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|-----|-----|-----|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $43,116.00 ☑ |
| C1/C1 | | |

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|-----|-----|-----|-----|-----|-----|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 44 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page # 35**

January 31, 2020 ■ Page 4 of 4

**WELLS FARGO**

---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount  $** |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

February 29, 2020 ■ Page 1 of 5



WILBUR WILLIAMS JR M D INC
IRVINE OFFICE
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
          P.O. Box 6995
          Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $14,918.56 |
| Deposits/Credits | 162,103.75 |
| Withdrawals/Debits | - 173,877.79 |
| **Ending balance on 2/29** | **$3,144.52** |
| Average ledger balance this period | $46,135.67 |

Account number:  **1508514732**

**WILBUR WILLIAMS JR M D INC**
**IRVINE OFFICE**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Exhibit "P," Page  # 37**

February 29, 2020 ■ Page 2 of 5

**WELLS FARGO**

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|---------|-------------|---------|------------|---------|
| 2/3 | | Merchpayout Sv9T 8447752748 200131 Wilbur Williams Jr., M | 6,333.31 | | 21,251.87 |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 3,467.12 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 5,672.55 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 5,867.94 | | 36,259.48 |
| 2/5 | | Grpn Merch Svcs N300049460 200203 C300049460P1041 Sev Laser Aesthetics O | 12,727.44 | | |
| 2/5 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Lk5F96 Business Checking Workers Comp | | 65.00 | 48,921.92 |
| 2/5 | | Merchpayout Sv9T 8447752748 200205 Wilbur Williams Jr., M | 4,364.42 | | |
| 2/6 | | Tele-Transfer to xxxxxx3538 Reference #TF07Ln6x3M | | 2,000.00 | |
| 2/6 | | Tele-Transfer to xxxxxx3538 Reference #TF07Lncwts | | 1,000.00 | |
| 2/6 | 10350 | Deposited OR Cashed Check | | 200.00 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200206 x85753300002429 Wilbur Williams MD | | 477.48 | |
| 2/6 | | Blue Shield CA Blueshield W01085981000 Wilbur Williams Jr MD | | 5,564.08 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 020520 85749900001860x Wilbur Williams MD | | 6,472.97 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85749500000622x Wilbur Williams MD | | 15,634.56 | 21,937.25 |
| 2/7 | | Merchpayout Sv9T 8447752748 200206 Wilbur Williams Jr., M | 4,359.52 | | 26,296.77 |
| 2/10 | | Merchpayout Sv9T 8447752748 200207 Wilbur Williams Jr., M | 5,163.40 | | |
| 2/10 | | Tele-Transfer to xxxxxx3538 Reference #TF07M2Lq5W | | 1,500.00 | |
| 2/10 | < | Business to Business ACH Debit - Paychex Eib Invoice 200210 x85678900025410 Wilbur Williams MD | | 20.00 | 29,940.17 |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 4,918.59 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 5,962.47 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 6,626.88 | | |
| 2/11 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mgywt5 Business Checking Blue Shield | 1,752.97 | | |
| 2/11 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mgz255 Business Checking Blue Shield | 1,290.83 | | 50,491.91 |
| 2/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mlyzw2 Business Checking Blueshield | 609.60 | | |
| 2/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mlz3Jy Business Checking Blueshield | 326.00 | | |
| 2/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mlzhkx Business Checking Blueshield | 637.89 | | |
| 2/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mlzpmm Business Checking Humana | 43.49 | | |
| 2/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mlzr7C Business Checking Humana | 89.89 | | |
| 2/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mlzt9S Business Checking Humana | 42.90 | | |
| 2/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mlzvyf Business Checking Humana | 14.69 | | 52,256.37 |
| 2/13 | | Merchpayout Sv9T 8447752748 200212 Wilbur Williams Jr., M | 3,860.22 | | 56,116.59 |
| 2/14 | | Merchpayout Sv9T 8447752748 200213 Wilbur Williams Jr., M | 6,242.72 | | 62,359.31 |
| 2/18 | | Merchpayout Sv9T 8447752748 200214 Wilbur Williams Jr., M | 7,054.37 | | |
| 2/18 | | Grpn Merch Svcs N300049819 200217 C300049819P1049 Sev Laser Aesthetics O | 16,439.79 | | |
| 2/18 | | Tele-Transfer to xxxxxx3538 Reference #TF07N5Srxd | | 7,000.00 | |
| 2/18 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Nfybhp Business Checking Test | | 1.00 | 78,852.47 |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 4,221.52 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 4,921.72 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 6,814.21 | | |
| 2/19 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Nlpk3M Business Checking Expense | | 3,000.00 | |
| 2/19 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Nmwbqp Business Checking Expenses | | 2,000.00 | 89,809.92 |

February 29, 2020 ■ Page 3 of 5



### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/20 | | Merchpayout Sv9T 8447752748 200219 Wilbur Williams Jr., M | 5,054.57 | | |
| 2/20 | < | Business to Business ACH Debit - Paychex Eib Invoice 200220 x85980700001594 Wilbur Williams MD | | 466.66 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 021920 8598050000 2077x Wilbur Williams MD | | 6,251.41 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85983000038198x Wilbur Williams MD | | 15,324.63 | 72,821.79 |
| 2/21 | | Merchpayout Sv9T 8447752748 200220 Wilbur Williams Jr., M | 5,031.00 | | 77,852.79 |
| 2/24 | | Merchpayout Sv9T 8447752748 200221 Wilbur Williams Jr., M | 5,938.75 | | |
| 2/24 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07P785Qn Business Checking Expenses | | 1,000.00 | |
| 2/24 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Pfk56M Business Checking Expenses | | 1,500.00 | 81,291.54 |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 4,377.80 | | |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 4,785.86 | | |
| 2/25 | | Online Transfer From Ranjbar & Panosian LLC Ref #Ib07Pks5Kh Business Checking Payroll Cover for Irvine | 4,500.00 | | 94,955.20 |
| 2/26 | | Merchpayout Sv9T 8447752748 200225 Wilbur Williams Jr., M | 3,573.28 | | |
| 2/26 | 10351 | Deposited OR Cashed Check | | 93,900.00 | 4,628.48 |
| 2/27 | | Merchpayout Sv9T 8447752748 200226 Wilbur Williams Jr., M | 4,259.14 | | |
| 2/27 | | Online Transfer to Ranjbar & Panosian LLC Ref #Ib07Ptgkvn Business Checking Reimbursement for Payroll | | 4,500.00 | |
| 2/27 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Pw8Zvl Business Checking Expenses | | 4,000.00 | 387.62 |
| 2/28 | | Merchpayout Sv9T 8447752748 200227 Wilbur Williams Jr., M | 4,756.90 | | |
| 2/28 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Q3Vd9D Business Checking Expenses | | 2,000.00 | 3,144.52 |
| **Ending balance on 2/29** | | | | | **3,144.52** |
| **Totals** | | | **$162,103.75** | **$173,877.79** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:**If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

### Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 10350 | 2/6 | 200.00 | 10351 | 2/26 | 93,900.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2020 - 02/29/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·   Average ledger balance | $500.00 | $46,136.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

C1/C1

**Exhibit "P," Page # 39**

February 29, 2020 ■ Page 4 of 5



**Account transaction fees summary**

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 36 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page # 40**

February 29, 2020  ■  Page 5 of 5

**WELLS FARGO**

---

### General statement policies for Wells Fargo Bank

■ **Notice:**  Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount  $** | |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

**Exhibit "P," Page  #  41**

# Wells Fargo Simple Business Checking

March 31, 2020 ■ Page 1 of 5



WILBUR WILLIAMS JR M D INC
IRVINE OFFICE
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $3,144.52 |
| Deposits/Credits | 122,453.15 |
| Withdrawals/Debits | - 125,497.67 |
| **Ending balance on 3/31** | **$100.00** |
| Average ledger balance this period | $9,072.26 |

Account number:  **1508514732**

**WILBUR WILLIAMS JR M D INC**
**IRVINE OFFICE**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Exhibit "P," Page  # 42**

March 31, 2020 ■ Page 2 of 5

**WELLS FARGO**

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/2 | | Merchpayout Sv9T 8447752748 200228 Wilbur Williams Jr., M | 5,154.23 | | |
| 3/2 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Qqcfmt Business Checking Expenses | | 4,700.00 | 3,598.75 |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 2,874.30 | | |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 3,445.38 | | |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 4,750.68 | | |
| 3/3 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Qw5Lxw Business Checking Expenses | | 6,000.00 | 8,669.11 |
| 3/4 | | Grpn Merch Svcs N300050110 200302 C300050110P702 Sev Laser Aesthetics O | 13,179.52 | | 21,848.63 |
| 3/5 | | Merchpayout Sv9T 8447752748 200304 Wilbur Williams Jr., M | 5,202.83 | | |
| 3/5 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07R82P33 Business Checking Expenses | | 1,500.00 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Eib Invoice 200305 x8619280000518863 Wilbur Williams MD | | 488.31 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Tps Taxes 030420 8619290002519x Wilbur Williams MD | | 5,722.45 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86190200027934x Wilbur Williams MD | | 15,163.55 | 4,177.15 |
| 3/6 | | Merchpayout Sv9T 8447752748 200305 Wilbur Williams Jr., M | 6,084.80 | | |
| 3/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200306 x8621520000164 Wilbur Williams MD | | 10.82 | |
| 3/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 030520 8621610000008059x Wilbur Williams MD | | 12.89 | 10,238.24 |
| 3/9 | | Merchpayout Sv9T 8447752748 200306 Wilbur Williams Jr., M | 5,657.10 | | |
| 3/9 | 10352 | Check | | 58.58 | 15,836.76 |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 4,274.95 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 4,896.73 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 5,780.57 | | |
| 3/10 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Rzy7WT Business Checking Expenses | | 1,500.00 | |
| 3/10 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07S2Wsg4 Business Checking Drs Workers Comp | | 175.00 | |
| 3/10 | | Blue Shield CA Blueshield W01085981000 Wilbur Williams Jr MD | | 3,708.60 | 25,405.41 |
| 3/11 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07S6Xbvh Business Checking Candela Expenses | | 12,000.00 | |
| 3/11 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07S6Xgjr Business Checking Expenses | | 1,500.00 | |
| 3/11 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07S7Kvpn Business Checking Expenses | | 2,000.00 | 9,905.41 |
| 3/12 | | Merchpayout Sv9T 8447752748 200311 Wilbur Williams Jr., M | 3,750.25 | | |
| 3/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Sdf56D Business Checking Blueshield | 1,696.57 | | |
| 3/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Sdf6Gs Business Checking Blueshield | 1,234.53 | | |
| 3/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Sdf7C2 Business Checking Blue Shield | 553.20 | | |
| 3/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Sdf8N5 Business Checking Blue Shield | 269.80 | | |
| 3/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Sdf9T9 Business Checking Blue Shield | 72.08 | | |
| 3/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Sdfd2H Business Checking Humana | 43.49 | | |
| 3/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Sdffp5 Business Checking Humana | 89.89 | | |
| 3/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Sdfggm Business Checking Humana | 42.90 | | |
| 3/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Sdfhdc Business Checking Humana | 14.69 | | 17,672.81 |
| 3/13 | | Merchpayout Sv9T 8447752748 200312 Wilbur Williams Jr., M | 4,493.83 | | 22,166.64 |

March 31, 2020 ■ Page 3 of 5

**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 3/16 | | Merchpayout Sv9T 8447752748 200313 Wilbur Williams Jr., M | 4,447.83 | | |
| 3/16 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07T3Rbfb Business Checking Expenses Payroll | | 6,000.00 | 20,614.47 |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 2,941.83 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 3,793.14 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 4,903.61 | | 32,253.05 |
| 3/18 | | Grpn Merch Svcs N300050488 200316 C300050488P500 Sev Laser Aesthetics O | 13,816.41 | | |
| 3/18 | | Online Transfer From Sev Laser Aesthetics Orange County LLC Ref #Ib07Tc5Xkb Business Checking Payroll | 6,100.00 | | |
| 3/18 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Tc3Bfy Business Checking Expenses | | 32,570.00 | 19,599.46 |
| 3/19 | | Merchpayout Sv9T 8447752748 200318 Wilbur Williams Jr., M | 4,093.58 | | |
| 3/19 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Tgypwl Business Checking Expenses | | 10,000.24 | |
| 3/19 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Tgyz3N Business Checking Expenses | | 275.03 | |
| 3/19 | < | Business to Business ACH Debit - Paychex Eib Invoice 200319 x86399500000578 Wilbur Williams MD | | 476.20 | |
| 3/19 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86401700001471x Wilbur Williams MD | | 12,841.57 | 100.00 |
| 3/20 | | Merchpayout Sv9T 8447752748 200319 Wilbur Williams Jr., M | 4,385.40 | | |
| 3/20 | | Online Transfer From Sev Laser Aesthetics Orange County LLC Ref #Ib07Tmrvpf Business Checking Taxes | 919.89 | | |
| 3/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 031820 86406100011477x Wilbur Williams MD | | 5,305.29 | 100.00 |
| 3/23 | | Grpn Merch Svcs N300050614 200319 C300050614P1520 Sev Laser Aesthetics O | 1,896.33 | | |
| 3/23 | | Merchpayout Sv9T 8447752748 200320 Wilbur Williams Jr., M | 1,592.81 | | |
| 3/23 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Tsbvnk Business Checking Expenses | | 1,896.33 | |
| 3/23 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Tyszpj Business Checking Expenses | | 1,592.81 | 100.00 |
| **Ending balance on 3/31** | | | | | **100.00** |
| **Totals** | | | **$122,453.15** | **$125,497.67** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 10352 | 3/9 | 58.58 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Average ledger balance | $500.00 | $9,072.00 ☑ |

**Exhibit "P," Page  # 44**

March 31, 2020 ■ Page 4 of 5



*Monthly service fee summary (continued)*

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 32 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page  # 45**

March 31, 2020   ■   Page 5 of 5

**WELLS FARGO**

---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your            $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**Exhibit "P," Page  #  46**

# Wells Fargo Simple Business Checking

January 31, 2020 ■ Page 1 of 4



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $30,444.88 |
| Deposits/Credits | 143,920.63 |
| Withdrawals/Debits | - 149,397.57 |
| **Ending balance on 1/31** | **$24,967.94** |
| Average ledger balance this period | $31,124.45 |

Account number: **9717909726**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Exhibit "P," Page # 47

January 31, 2020 ■ Page 2 of 4

**WELLS FARGO**

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/2 | | Tele-Transfer to xxxxxx4663 Reference #TF07Fb3Tpt | | 8,500.00 | |
| 1/2 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Fb4Bs7 Business Checking Humana | | 40.11 | 21,904.77 |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr., M | 1,871.92 | | |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr., M | 4,042.78 | | |
| 1/3 | < | Business to Business ACH Debit - Amur Equip Fin Insurance 200101 010000000811252 CO# 01 Cust# 114670 Lease# 945147 Tran# | | 61.71 | |
| 1/3 | < | Business to Business ACH Debit - Amur Equip Fin Periodic P 200101 010000000811251 CO# 01 Cust# 114670 Lease# 945147 Tran# | | 2,612.92 | 25,144.84 |
| 1/6 | | Tele-Transfer to xxxxxx4663 Reference #TF07Fxpppy | | 1,500.00 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 010320 85261400003321x Wilbur Williams MD | | 4,721.43 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85259100018178x Wilbur Williams MD | | 13,526.92 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200106 x85268800000717 Wilbur Williams MD (LA | | 274.30 | 5,122.19 |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 3,868.80 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 5,998.53 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 6,005.90 | | |
| 1/7 | | Grpn Merch Svcs N300048886 200106 C300048886P1073 Sev Laser Aesthetics L | 15,709.30 | | |
| 1/7 | | Tele-Transfer to xxxxxx4663 Reference #TF07G3Vdmp | | 2,000.00 | 34,704.72 |
| 1/9 | | Merchpayout Sv9T 8447752748 200108 Wilbur Williams Jr., M | 6,000.52 | | 40,705.24 |
| 1/10 | | Merchpayout Sv9T 8447752748 200109 Wilbur Williams Jr., M | 1,935.47 | | |
| 1/10 | < | Business to Business ACH Debit - Paychex Eib Invoice 200110 x85174800029550 Wilbur Williams MD (LA | | 10.00 | 42,630.71 |
| 1/13 | | Merchpayout Sv9T 8447752748 200110 Wilbur Williams Jr., M | 4,595.13 | | 47,225.84 |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 2,861.03 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 2,862.11 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 3,413.40 | | 56,362.38 |
| 1/15 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07H977Sw Business Checking Blue Shield | | 1,186.79 | 55,175.59 |
| 1/16 | | Merchpayout Sv9T 8447752748 200115 Wilbur Williams Jr., M | 3,030.03 | | |
| 1/16 | | Tele-Transfer to xxxxxx4663 Reference #TF07Hgtfkn | | 7,500.00 | |
| 1/16 | | Tele-Transfer to xxxxxx4663 Reference #TF07Hj48Ht | | 3,000.00 | 47,705.62 |
| 1/17 | | Merchpayout Sv9T 8447752748 200116 Wilbur Williams Jr., M | 9,357.45 | | |
| 1/17 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85475100000838x Wilbur Williams MD | | 12,743.06 | 44,320.01 |
| 1/21 | | Merchpayout Sv9T 8447752748 200117 Wilbur Williams Jr., M | 5,681.39 | | |
| 1/21 | | Grpn Merch Svcs N300049240 200120 C300049240P651 Sev Laser Aesthetics L | 20,304.09 | | |
| 1/21 | < | Business to Business ACH Debit - Paychex Eib Invoice 200121 x85480700000950 Wilbur Williams MD (LA | | 261.03 | |
| 1/21 | < | Business to Business ACH Debit - Paychex Tps Taxes 011720 85484400000373x Wilbur Williams MD | | 4,959.30 | 65,085.16 |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 1,873.47 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 2,065.79 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 4,050.79 | | |
| 1/22 | 3136 | Deposited OR Cashed Check | | 72,000.00 | 1,075.21 |
| 1/23 | | Merchpayout Sv9T 8447752748 200122 Wilbur Williams Jr., M | 4,598.87 | | 5,674.08 |
| 1/24 | | Merchpayout Sv9T 8447752748 200123 Wilbur Williams Jr., M | 4,828.16 | | |
| 1/24 | | Tele-Transfer to xxxxxx4663 Reference #TF07Jlj8Q9 | | 2,000.00 | 8,502.24 |
| 1/27 | | Merchpayout Sv9T 8447752748 200124 Wilbur Williams Jr., M | 8,039.36 | | 16,541.60 |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 1,903.85 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 4,693.35 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 4,807.31 | | 27,946.11 |
| 1/29 | | Tele-Transfer to xxxxxx4663 Reference #TF07K973Jn | | 3,500.00 | 24,446.11 |
| 1/30 | | Merchpayout Sv9T 8447752748 200129 Wilbur Williams Jr., M | 3,506.36 | | |

January 31, 2020 ■ Page 3 of 4

**WELLS FARGO**

---

### *Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/30 | | Tele-Transfer to xxxxxx4663 Reference #TF07Kd9K5P | | 9,000.00 | 18,952.47 |
| 1/31 | | Merchpayout Sv9T 8447752748 200130 Wilbur Williams Jr., M | 6,015.47 | | 24,967.94 |
| **Ending balance on 1/31** | | | | | **24,967.94** |
| **Totals** | | | **$143,920.63** | **$149,397.57** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH:If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

---

#### Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 3136 | 1/22 | 72,000.00 |

---

#### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2020 - 01/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Average ledger balance | $500.00 | $31,124.00 ☑ |

C1/C1

---

#### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 37 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page  # 49**

January 31, 2020 ■ Page 4 of 4

**WELLS FARGO**

---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your        $ _____
register or transfers into        $ _____
your account which are not        $ _____
shown on your statement.        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

February 29, 2020  ■  Page 1 of 4



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $24,967.94 |
| Deposits/Credits | 131,623.14 |
| Withdrawals/Debits | - 153,575.95 |
| **Ending balance on 2/29** | **$3,015.13** |
| Average ledger balance this period | $42,085.95 |

Account number:  **9717909726**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Exhibit "P," Page  #  51**

February 29, 2020 ■ Page 2 of 4

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/3 | | Merchpayout Sv9T 8447752748 200131 Wilbur Williams Jr., M | 5,448.66 | | |
| 2/3 | | Tele-Transfer to xxxxxx4663 Reference #TF07Kwj48H | | 3,000.00 | 27,416.60 |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 3,629.90 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 4,002.78 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 5,585.56 | | |
| 2/4 | < | Business to Business ACH Debit - Amur Equip Fin Insurance 200201 010000000830953 CO# 01 Cust# 114670 Lease# 945147 Tran# | | 61.71 | |
| 2/4 | < | Business to Business ACH Debit - Amur Equip Fin Periodic P 200201 010000000830952 CO# 01 Cust# 114670 Lease# 945147 Tran# | | 2,612.92 | 37,960.21 |
| 2/5 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Lk5Jym Business Checking Workers Comp | | 65.00 | 37,895.21 |
| 2/6 | | Merchpayout Sv9T 8447752748 200205 Wilbur Williams Jr., M | 6,326.73 | | |
| 2/6 | | Tele-Transfer to xxxxxx4663 Reference #TF07Ln728W | | 3,000.00 | |
| 2/6 | | Tele-Transfer to xxxxxx4663 Reference #TF07Lncsbg | | 3,000.00 | |
| 2/6 | 3137 | Deposited OR Cashed Check | | 200.00 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200206 x85753300002428 Wilbur Williams MD (LA | | 262.30 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 020520 85749900001866x Wilbur Williams MD | | 5,783.37 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85749500000653x Wilbur Williams MD | | 16,169.72 | 15,806.55 |
| 2/7 | | Merchpayout Sv9T 8447752748 200206 Wilbur Williams Jr., M | 2,063.77 | | |
| 2/7 | | Grpn Merch Svcs N300049580 200206 C300049580P612 Sev Laser Aesthetics L | 20,164.77 | | 38,035.09 |
| 2/10 | | Merchpayout Sv9T 8447752748 200207 Wilbur Williams Jr., M | 3,479.35 | | |
| 2/10 | | Tele-Transfer to xxxxxx4663 Reference #TF07M2M5Mc | | 4,000.00 | |
| 2/10 | < | Business to Business ACH Debit - Paychex Eib Invoice 200210 x85678900024149 Wilbur Williams MD (LA | | 10.00 | 37,504.44 |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 2,505.75 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 3,364.05 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 3,908.91 | | 47,283.15 |
| 2/12 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Mlyzw2 Business Checking Blueshield | | 609.60 | |
| 2/12 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Mlzt9S Business Checking Humana | | 42.90 | 46,630.65 |
| 2/13 | | Merchpayout Sv9T 8447752748 200212 Wilbur Williams Jr., M | 3,781.05 | | 50,411.70 |
| 2/14 | | Merchpayout Sv9T 8447752748 200213 Wilbur Williams Jr., M | 5,334.90 | | 55,746.60 |
| 2/18 | | Merchpayout Sv9T 8447752748 200214 Wilbur Williams Jr., M | 4,464.03 | | |
| 2/18 | | Tele-Transfer to xxxxxx4663 Reference #TF07N5T78N | | 7,000.00 | 53,210.63 |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 2,576.52 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 3,808.79 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 4,400.31 | | |
| 2/19 | | Online Transfer to Sev Laser Aesthetics LA Jolla, LLC Ref #Ib07Nmw5Gy Business Checking Expenses | | 2,000.00 | 61,996.25 |
| 2/20 | | Merchpayout Sv9T 8447752748 200219 Wilbur Williams Jr., M | 3,867.17 | | |
| 2/20 | | Online Transfer to Sev Laser Aesthetics LA Jolla, LLC Ref #Ib07Ntwggb Business Checking Expenses | | 1,000.00 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Eib Invoice 200220 x85980700001264 Wilbur Williams MD (LA | | 273.11 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 021920 85980500002081x Wilbur Williams MD | | 4,891.19 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85983000038235x Wilbur Williams MD | | 14,280.80 | 45,418.32 |
| 2/21 | | Merchpayout Sv9T 8447752748 200220 Wilbur Williams Jr., M | 3,278.27 | | |
| 2/21 | | Grpn Merch Svcs N300049930 200220 C300049930P555 Sev Laser Aesthetics L | 21,060.47 | | 69,757.06 |
| 2/24 | | Merchpayout Sv9T 8447752748 200221 Wilbur Williams Jr., M | 3,995.27 | | 73,752.33 |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 1,993.49 | | |

February 29, 2020 ■ Page 3 of 4



**WELLS FARGO**

---

*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 2,563.80 | | |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 3,199.59 | | 81,509.21 |
| 2/26 | 3138 | Deposited OR Cashed Check | | 80,700.00 | 809.21 |
| 2/27 | | Merchpayout Sv9T 8447752748 200226 Wilbur Williams Jr., M | 3,894.51 | | |
| 2/27 | | Online Transfer to Sev Laser Aesthetics LA Jolla, LLC Ref #Ib07Pw9Bc2 Business Checking Expenses | | 4,000.00 | |
| 2/27 | < | Business to Business ACH Debit - Paychex Eib Invoice 200227 x86089300001532 Wilbur Williams MD (LA | | 10.82 | |
| 2/27 | < | Business to Business ACH Debit - Paychex Tps Taxes 022620 86092800000691x Wilbur Williams MD | | 133.65 | 559.25 |
| 2/28 | | Merchpayout Sv9T 8447752748 200227 Wilbur Williams Jr., M | 2,924.74 | | |
| 2/28 | < | Business to Business ACH Debit - Paychex Eib Invoice 200228 x86106500001177 Wilbur Williams MD (LA | | 10.82 | |
| 2/28 | < | Business to Business ACH Debit - Paychex Tps Taxes 022720 86107900004999x Wilbur Williams MD | | 78.86 | |
| 2/28 | 3140 | Check | | 379.18 | 3,015.13 |
| **Ending balance on 2/29** | | | | | **3,015.13** |
| **Totals** | | | **$131,623.14** | **$153,575.95** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:***If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 3137 | 2/6 | 200.00 | 3138 | 2/26 | 80,700.00 | 3140 * | 2/28 | 379.18 |

* *Gap in check sequence.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2020 - 02/29/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $42,086.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

---

**Account transaction fees summary**

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 42 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page # 53**

February 29, 2020 ■ Page 4 of 4

**WELLS FARGO**

---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers into your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.               + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

March 31, 2020 ■ Page 1 of 4



**WELLS FARGO**

WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $3,015.13 |
| Deposits/Credits | 112,266.42 |
| Withdrawals/Debits | - 115,181.25 |
| **Ending balance on 3/31** | **$100.30** |
| Average ledger balance this period | $7,756.48 |

Account number: **9717909726**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Exhibit "P," Page # 55**

March 31, 2020 ■ Page 2 of 4

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | | Merchpayout Sv9T 8447752748 200228 Wilbur Williams Jr., M | 2,460.96 | | |
| 3/2 | | Online Transfer to Sev Laser Aesthetics LA Jolla, LLC Ref #Ib07Qqcmtf Business Checking Expenses | | 1,500.00 | 3,976.09 |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 2,908.22 | | |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 4,013.24 | | |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 4,694.05 | | |
| 3/3 | | Online Transfer to Sev Laser Aesthetics LA Jolla, LLC Ref #Ib07Qw5Fvt Business Checking Expenses | | 6,000.00 | |
| 3/3 | < | Business to Business ACH Debit - Amur Equip Fin Insurance 200301 010000000849318 CO# 01 Cust# 114670 Lease# 945147 Tran# | | 61.71 | |
| 3/3 | < | Business to Business ACH Debit - Amur Equip Fin Periodic P 200301 010000000849317 CO# 01 Cust# 114670 Lease# 945147 Tran# | | 2,612.92 | 6,916.97 |
| 3/5 | | Merchpayout Sv9T 8447752748 200304 Wilbur Williams Jr., M | 3,614.82 | | |
| 3/5 | | Online Transfer From Ranjbar & Panosian LLC Ref #Ib07R8Mxbh Business Checking Payroll Cover | 11,500.00 | | |
| 3/5 | | Online Transfer to Sev Laser Aesthetics LA Jolla, LLC Ref #Ib07R82Hxh Business Checking Expenses | | 2,500.00 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Eib Invoice 200305 x8619280000104 Wilbur Williams MD (LA | | 251.48 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Tps Taxes 030420 86192900002525x Wilbur Williams MD | | 4,522.64 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86190200027970x Wilbur Williams MD | | 14,256.83 | 500.84 |
| 3/6 | | Merchpayout Sv9T 8447752748 200305 Wilbur Williams Jr., M | 5,201.18 | | 5,702.02 |
| 3/9 | | Merchpayout Sv9T 8447752748 200306 Wilbur Williams Jr., M | 3,582.16 | | |
| 3/9 | | Grpn Merch Svcs N300050272 200306 C300050272P294 Sev Laser Aesthetics L | 15,661.90 | | |
| 3/9 | | Online Transfer to Sev Laser Aesthetics LA Jolla, LLC Ref #Ib07Rt5744 Business Checking Expenses | | 3,000.00 | |
| 3/9 | | Online Transfer to Ranjbar & Panosian LLC Ref #Ib07Rvctrb Business Checking Reimbursement for Payroll Cover | | 14,000.00 | 7,946.08 |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 2,431.13 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 4,110.51 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 4,245.06 | | |
| 3/10 | | Online Transfer to Sev Laser Aesthetics LA Jolla, LLC Ref #Ib07Rzyblg Business Checking Expenses | | 1,000.00 | |
| 3/10 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07S2x8Wq Business Checking Drs Workers Comp | | 175.00 | 17,557.78 |
| 3/11 | | Online Transfer to Sev Laser Aesthetics LA Jolla, LLC Ref #Ib07S7Kzgb Business Checking Expenses | | 1,500.00 | 16,057.78 |
| 3/12 | | Merchpayout Sv9T 8447752748 200311 Wilbur Williams Jr., M | 5,426.79 | | |
| 3/12 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Sdf7C2 Business Checking Blue Shield | | 553.20 | |
| 3/12 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Sdfggm Business Checking Humana | | 42.90 | 20,888.47 |
| 3/13 | | Merchpayout Sv9T 8447752748 200312 Wilbur Williams Jr., M | 3,288.48 | | |
| 3/13 | | Online Transfer to Sev Laser Aesthetics LA Jolla, LLC Ref #Ib07Smyjpx Business Checking Expenses | | 2,000.00 | 22,176.95 |
| 3/16 | | Merchpayout Sv9T 8447752748 200313 Wilbur Williams Jr., M | 3,174.64 | | |
| 3/16 | | Online Transfer to Sev Laser Aesthetics LA Jolla, LLC Ref #Ib07T3R74S Business Checking Expenses Payroll | | 6,000.00 | 19,351.59 |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 3,008.12 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 3,404.61 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 4,009.55 | | 29,773.87 |
| 3/18 | | Online Transfer to Sev Laser Aesthetics LA Jolla, LLC Ref #Ib07Tc5P2C Business Checking Expenses | | 7,164.00 | 22,609.87 |
| 3/19 | | Merchpayout Sv9T 8447752748 200318 Wilbur Williams Jr., M | 3,392.07 | | |

**Exhibit "P," Page # 56**

March 31, 2020 ■ Page 3 of 4

**WELLS FARGO**

---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|--------------------|--------------------|
| 3/19 | | Online Transfer to Sev Laser Aesthetics LA Jolla, LLC Ref #Ib07Tgyt3H Business Checking Expenses | | 10,366.65 | |
| 3/19 | < | Business to Business ACH Debit - Paychex Eib Invoice 200319 x86399500000580 Wilbur Williams MD (LA | | 271.84 | |
| 3/19 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86401700001499x Wilbur Williams MD | | 15,263.45 | 100.00 |
| 3/20 | | Merchpayout Sv9T 8447752748 200319 Wilbur Williams Jr., M | 1,207.72 | | |
| 3/20 | | Online Transfer From Sev Laser Aesthetics LA Jolla, LLC Ref #Ib07Tmrpl4 Business Checking Taxes | 4,236.91 | | |
| 3/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 031820 86406100011483x Wilbur Williams MD | | 5,444.63 | 100.00 |
| 3/23 | | Merchpayout Sv9T 8447752748 200320 Wilbur Williams Jr., M | 2,765.81 | | |
| 3/23 | | Grpn Merch Svcs N300050660 200320 C300050660P1053 Sev Laser Aesthetics L | 13,928.49 | | |
| 3/23 | | Online Transfer to Sev Laser Aesthetics LA Jolla, LLC Ref #Ib07Tysx92 Business Checking Expenses | | 16,694.00 | 100.30 |
| **Ending balance on 3/31** | | | | | **100.30** |
| **Totals** | | | **$112,266.42** | **$115,181.25** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

---

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $7,756.00 ☑ |

C1/C1

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 29 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page  # 57**

March 31, 2020 ■ Page 4 of 4

**WELLS FARGO**

---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                    $ _____
register or transfers into                           $ _____
your account which are not                          $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount** $ |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

January 31, 2020 ◼ Page 1 of 4



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $22,597.93 |
| Deposits/Credits | 137,204.67 |
| Withdrawals/Debits | - 138,178.54 |
| **Ending balance on 1/31** | **$21,624.06** |
| Average ledger balance this period | $24,769.08 |

Account number:  **9717945639**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Exhibit "P," Page  # 59**

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|---------------------|---------------------|
| 1/2 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07F9Vj38 Business Checking Drs Workers Comp | | 111.00 | |
| 1/2 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07F9Vkf3 Business Checking Drs Workers Comp | | 111.00 | |
| 1/2 | | Tele-Transfer to xxxxxx4582 Reference #TF07Fcqz5S | | 7,000.00 | 15,375.93 |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr., M | 2,267.55 | | |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr., M | 4,414.77 | | |
| 1/3 | | Grpn Merch Svcs N300048793 200102 C300048793P724 Sev Laser Rancho Cucam | 19,742.81 | | 41,801.06 |
| 1/6 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Fqyr84 Business Checking Machine Payment | | 3,117.00 | |
| 1/6 | | Tele-Transfer to xxxxxx4582 Reference #TF07Fybg9P | | 2,000.00 | |
| 1/6 | < | Business to Business ACH Debit - Bfg Corporation ACH 200106 49673 CO# 03 Cust# 417302 Lease# 49673 Tran# | | 2,954.97 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 010320 8526140000322x Wilbur Williams MD | | 4,916.46 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85260000002247x Wilbur Williams MD | | 15,695.88 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200106 x85268800000720 Wilbur Williams MD (RA | | 393.35 | 12,723.40 |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 3,493.72 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 3,975.02 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 5,077.56 | | |
| 1/7 | | Tele-Transfer to xxxxxx4582 Reference #TF07G2Wnx7 | | 4,000.00 | 21,269.70 |
| 1/9 | | Merchpayout Sv9T 8447752748 200108 Wilbur Williams Jr., M | 3,561.77 | | 24,831.47 |
| 1/10 | | Merchpayout Sv9T 8447752748 200109 Wilbur Williams Jr., M | 3,402.07 | | |
| 1/10 | < | Business to Business ACH Debit - Paychex Eib Invoice 200110 x8517480029549 Wilbur Williams MD (RA | | 10.00 | 28,223.54 |
| 1/13 | | Merchpayout Sv9T 8447752748 200110 Wilbur Williams Jr., M | 4,703.36 | | 32,926.90 |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 3,922.41 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 5,444.37 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 5,473.26 | | |
| 1/14 | | Tele-Transfer to xxxxxx8076 Reference #TF07H45Hfz | | 10,000.00 | 37,766.94 |
| 1/15 | | Tele-Transfer to xxxxxx4582 Reference #TF07Hch2Xj | | 5,000.00 | 32,766.94 |
| 1/16 | | Merchpayout Sv9T 8447752748 200115 Wilbur Williams Jr., M | 3,838.64 | | 36,605.58 |
| 1/17 | | Merchpayout Sv9T 8447752748 200116 Wilbur Williams Jr., M | 3,010.59 | | |
| 1/17 | | Grpn Merch Svcs N300049143 200116 C300049143P998 Sev Laser Rancho Cucam | 13,447.57 | | |
| 1/17 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85475100000871x Wilbur Williams MD | | 14,549.10 | 38,514.64 |
| 1/21 | | Merchpayout Sv9T 8447752748 200117 Wilbur Williams Jr., M | 5,924.43 | | |
| 1/21 | < | Business to Business ACH Debit - Paychex Eib Invoice 200121 x85480700000953 Wilbur Williams MD (RA | | 390.91 | |
| 1/21 | < | Business to Business ACH Debit - Paychex Tps Taxes 011720 85484400000374x Wilbur Williams MD | | 5,099.15 | 38,949.01 |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 3,518.72 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 4,477.42 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 5,062.08 | | |
| 1/22 | | Tele-Transfer to xxxxxx4582 Reference #TF07Jb5MR3 | | 47,000.00 | |
| 1/22 | < | Business to Business ACH Debit - Stearns Leasing Payment 200122 001-2197736-001 Sirak Darbinian, A Pro | | 4,913.57 | 93.66 |
| 1/23 | | Merchpayout Sv9T 8447752748 200122 Wilbur Williams Jr., M | 4,945.16 | | |
| 1/23 | | Tele-Transfer to xxxxxx4582 Reference #TF07Jdr44x | | 2,000.00 | 3,038.82 |
| 1/24 | | Merchpayout Sv9T 8447752748 200123 Wilbur Williams Jr., M | 3,392.15 | | 6,430.97 |
| 1/27 | | Merchpayout Sv9T 8447752748 200124 Wilbur Williams Jr., M | 4,992.53 | | |
| 1/27 | < | Business to Business ACH Debit - Ameris Bank Loan Pymt 4660000613O168 Wilbur Williams MD Inc | | 2,916.15 | 8,507.35 |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 2,966.88 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 3,142.19 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 4,716.56 | | 19,332.98 |

January 31, 2020 ▪ Page 3 of 4



---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|----------|-----------|---------|
| 1/29 | | Tele-Transfer to xxxxxx4582 Reference #TF07K7Qmx3 | | 2,500.00 | 16,832.98 |
| 1/30 | | Merchpayout Sv9T 8447752748 200129 Wilbur Williams Jr., M | 4,570.13 | | |
| 1/30 | | Tele-Transfer to xxxxxx4582 Reference #TF07Kb47Nl | | 3,500.00 | 17,903.11 |
| 1/31 | | Merchpayout Sv9T 8447752748 200130 Wilbur Williams Jr., M | 3,720.95 | | 21,624.06 |
| **Ending balance on 1/31** | | | | | **21,624.06** |
| **Totals** | | | **$137,204.67** | **$138,178.54** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:****If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2020 - 01/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|-------|-------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $24,769.00 ☑ |

C1/C1

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|-------|-------|-------|-------|-------|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 37 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page  # 61**

**WELLS FARGO**

---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                    $ _____
register or transfers into                    $ _____
your account which are not                    $ _____
shown on your statement.                    + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount  $** | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

February 29, 2020  ■  Page 1 of 4



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $21,624.06 |
| Deposits/Credits | 147,792.47 |
| Withdrawals/Debits | - 161,235.35 |
| **Ending balance on 2/29** | **$8,181.18** |
| Average ledger balance this period | $27,823.12 |

Account number:  **9717945639**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Exhibit "P," Page  #  63

February 29, 2020 ■ Page 2 of 4

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/3 | | Merchpayout Sv9T 8447752748 200131 Wilbur Williams Jr., M | 4,428.76 | | |
| 2/3 | < | Business to Business ACH Debit - Paychex Tps Taxes 013120 85698900003224x Wilbur Williams MD | | 103.74 | |
| 2/3 | < | Business to Business ACH Debit - Paychex Eib Invoice 200203 x85702200000339 Wilbur Williams MD (RA | | 10.82 | 25,938.26 |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 3,304.97 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 4,584.61 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 4,986.74 | | |
| 2/4 | | Tele-Transfer to xxxxxx4582 Reference #TF07Lc9Y77 | | 5,000.00 | |
| 2/4 | | Tele-Transfer to xxxxxx4582 Reference #TF07Ldjfyw | | 8,000.00 | |
| 2/4 | < | Business to Business ACH Debit - Contractpaymentv Lease Pymt 200201 CT-Bund40263916 Wilbur Williams Jr., M | | 3,018.92 | 22,795.66 |
| 2/5 | | Grpn Merch Svcs N300049452 200203 C300049452P1203 Sev Laser Rancho Cucam | 18,244.96 | | |
| 2/5 | < | Business to Business ACH Debit - Bfg Corporation ACH 200205 49673 CO# 03 Cust# 417302 Lease# 49673 Tran# | | 2,954.97 | 38,085.65 |
| 2/6 | | Merchpayout Sv9T 8447752748 200205 Wilbur Williams Jr., M | 5,366.35 | | |
| 2/6 | | Tele-Transfer to xxxxxx4582 Reference #TF07Lnczqz | | 5,000.00 | |
| 2/6 | 19586 | Deposited OR Cashed Check | | 200.00 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200206 x85753300002433 Wilbur Williams MD (RA | | 392.18 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 020520 85749900001867x Wilbur Williams MD | | 6,379.75 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85749500000675x Wilbur Williams MD | | 18,409.10 | 13,070.97 |
| 2/7 | | Merchpayout Sv9T 8447752748 200206 Wilbur Williams Jr., M | 4,266.55 | | |
| 2/7 | 19585 | Deposited OR Cashed Check | | 479.62 | 16,857.90 |
| 2/10 | | Merchpayout Sv9T 8447752748 200207 Wilbur Williams Jr., M | 6,719.29 | | |
| 2/10 | < | Business to Business ACH Debit - Paychex Eib Invoice 200210 x85678900024148 Wilbur Williams MD (RA | | 10.00 | 23,567.19 |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 3,406.06 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 3,535.44 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 4,458.79 | | 34,967.48 |
| 2/13 | | Merchpayout Sv9T 8447752748 200212 Wilbur Williams Jr., M | 4,605.70 | | 39,573.18 |
| 2/14 | | Merchpayout Sv9T 8447752748 200213 Wilbur Williams Jr., M | 4,823.68 | | |
| 2/14 | | Tele-Transfer to xxxxxx4582 Reference #TF07Mzcg5J | | 12,000.00 | 32,396.86 |
| 2/18 | | Merchpayout Sv9T 8447752748 200214 Wilbur Williams Jr., M | 3,608.49 | | |
| 2/18 | | Grpn Merch Svcs N300049812 200217 C300049812P1302 Sev Laser Rancho Cucam | 17,620.30 | | |
| 2/18 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Nfmc5K Business Checking Machine Payment Sirak | 2,535.00 | | |
| 2/18 | | Tele-Transfer to xxxxxx4582 Reference #TF07Nhwrmh | | 8,000.00 | 48,160.65 |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 3,704.09 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 4,104.09 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 4,709.13 | | 60,677.96 |
| 2/20 | | Merchpayout Sv9T 8447752748 200219 Wilbur Williams Jr., M | 6,442.51 | | |
| 2/20 | < | Business to Business ACH Debit - Paychex Eib Invoice 200220 x85980700001591 Wilbur Williams MD (RA | | 392.18 | |
| 2/20 | < | Business to Business ACH Debit - Stearns Leasing Payment 200220 001-2197736-001 Sirak Darbinian, A Pro | | 4,913.57 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 021920 85986900002569x Wilbur Williams MD | | 5,345.86 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85983000038265x Wilbur Williams MD | | 15,851.49 | 40,617.37 |
| 2/21 | | Merchpayout Sv9T 8447752748 200220 Wilbur Williams Jr., M | 4,392.34 | | 45,009.71 |
| 2/24 | | Merchpayout Sv9T 8447752748 200221 Wilbur Williams Jr., M | 4,193.58 | | |
| 2/24 | | Tele-Transfer to xxxxxx4582 Reference #TF07Pg7Ljk | | 5,000.00 | 44,203.29 |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 4,056.58 | | |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 4,393.53 | | |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 4,407.58 | | |

February 29, 2020 ▪ Page 3 of 4



**WELLS FARGO**

---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|--------------------|----------------------|
| 2/25 | | Tele-Transfer to xxxxxx4582 Reference #TF07PI45Ng | | 56,857.00 | 203.98 |
| 2/26 | | Online Transfer From Wilbur Williams Jr M D Inc Business Checking xxxxxx1105 Ref #Ib07Pqqt3M on 02/26/20 | 3,000.00 | | |
| 2/26 | < | Business to Business ACH Debit - Ameris Bank Loan Pymt 46600006130168 Wilbur Williams MD Inc | | 2,916.15 | 287.83 |
| 2/27 | | Merchpayout Sv9T 8447752748 200226 Wilbur Williams Jr., M | 4,665.19 | | 4,953.02 |
| 2/28 | | Merchpayout Sv9T 8447752748 200227 Wilbur Williams Jr., M | 3,228.16 | | 8,181.18 |
| **Ending balance on 2/29** | | | | | **8,181.18** |
| **Totals** | | | **$147,792.47** | **$161,235.35** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

<  **Business to Business ACH:**If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

---

### Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 19585 | 2/7 | 479.62 | 19586 | 2/6 | 200.00 |

---

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2020 - 02/29/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Average ledger balance | $500.00 | $27,823.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 41 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page # 65**

February 29, 2020  ■  Page 4 of 4

**WELLS FARGO**

---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your        $ _____
register or transfers into           $ _____
your account which are not           $ _____
shown on your statement.           + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount  $** | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**Exhibit "P," Page  # 66**

# Wells Fargo Simple Business Checking

March 31, 2020 ■ Page 1 of 4



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

### Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $8,181.18 |
| Deposits/Credits | 165,097.49 |
| Withdrawals/Debits | - 171,170.16 |
| **Ending balance on 3/31** | **$2,108.51** |
| Average ledger balance this period | $16,658.19 |

Account number:  **9717945639**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Exhibit "P," Page  # 67**

March 31, 2020 ■ Page 2 of 4

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/2 | | Merchpayout Sv9T 8447752748 200228 Wilbur Williams Jr., M | 4,663.69 | | 12,844.87 |
| 3/3 | | Grpn Merch Svcs N300050096 200302 C300050096P390 Sev Laser Rancho Cucam | 16,096.17 | | |
| 3/3 | | Merchpayout Sv93 8447752748 SD1300 Wilbur Williams Jr., M | 3,329.05 | | |
| 3/3 | | Merchpayout Sv93 8447752748 SD1300 Wilbur Williams Jr., M | 4,199.48 | | |
| 3/3 | | Merchpayout Sv93 8447752748 SD1300 Wilbur Williams Jr., M | 4,685.22 | | |
| 3/3 | | Online Transfer to Wilbur Williams Jr M D Inc Business Checking xxxxxx1105 Ref #Ib07Qtjq75 on 03/02/20 | | 3,000.00 | |
| 3/3 | < | Business to Business ACH Debit - Bfg Corporation ACH 200303 49673 CO# 03 Cust# 417302 Lease# 49673 Tran# | | 2,954.97 | |
| 3/3 | < | Business to Business ACH Debit - Contractpaymentv Lease Pymt 200301 CT-Bund40263916 Wilbur Williams Jr., M | | 3,018.92 | 32,180.90 |
| 3/4 | | Tele-Transfer to xxxxxx4582 Reference #TF07R35Qqx | | 6,000.00 | 26,180.90 |
| 3/5 | | Merchpayout Sv9T 8447752748 200304 Wilbur Williams Jr., M | 5,698.67 | | |
| 3/5 | < | Business to Business ACH Debit - Paychex Eib Invoice 200305 x8619280000117 Wilbur Williams MD (RA | | 392.18 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Tps Taxes 030420 86192900002526x Wilbur Williams MD | | 4,855.93 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86190200027991x Wilbur Williams MD | | 16,257.42 | 10,374.04 |
| 3/6 | | Merchpayout Sv9T 8447752748 200305 Wilbur Williams Jr., M | 3,879.78 | | |
| 3/6 | | Tele-Transfer to xxxxxx4582 Reference #TF07Rjz6D4 | | 5,000.00 | 9,253.82 |
| 3/9 | | Merchpayout Sv9T 8447752748 200306 Wilbur Williams Jr., M | 6,237.70 | | 15,491.52 |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 3,330.48 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 4,634.59 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 5,183.54 | | |
| 3/10 | | Tele-Transfer to xxxxxx4582 Reference #TF07S2Kpcd | | 5,000.00 | |
| 3/10 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07S2Wxv9 Business Checking Drs Workers Comp | | 175.00 | 23,465.13 |
| 3/11 | | Tele-Transfer to xxxxxx4582 Reference #TF07S7x5T3 | | 3,000.00 | 20,465.13 |
| 3/12 | | Merchpayout Sv9T 8447752748 200311 Wilbur Williams Jr., M | 4,064.70 | | 24,529.83 |
| 3/13 | | Merchpayout Sv9T 8447752748 200312 Wilbur Williams Jr., M | 4,348.56 | | 28,878.39 |
| 3/16 | | Merchpayout Sv9T 8447752748 200313 Wilbur Williams Jr., M | 6,972.53 | | 35,850.92 |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 2,402.41 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 2,937.95 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 3,941.35 | | |
| 3/17 | | Grpn Merch Svcs N300050483 200316 C300050483P263 Sev Laser Rancho Cucam | 12,778.67 | | 57,911.30 |
| 3/18 | | Online Transfer From Wilbur Williams Jr M D Inc Business Checking xxxxxx1105 Ref #Ib07Tdb23C on 03/18/20 | 22,000.00 | | |
| 3/18 | | Tele-Transfer to xxxxxx4582 Reference #TF07Tcw6Dp | | 57,911.00 | 22,000.30 |
| 3/19 | | Merchpayout Sv9T 8447752748 200318 Wilbur Williams Jr., M | 3,922.13 | | |
| 3/19 | < | Business to Business ACH Debit - Paychex Eib Invoice 200319 x8639500000571 Wilbur Williams MD (RA | | 401.72 | |
| 3/19 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86401700001517x Wilbur Williams MD | | 15,692.54 | 9,828.17 |
| 3/20 | | Grpn Merch Svcs N300050611 200319 C300050611P700 Sev Laser Rancho Cucam | 2,296.05 | | |
| 3/20 | | Merchpayout Sv9T 8447752748 200319 Wilbur Williams Jr., M | 4,622.40 | | |
| 3/20 | < | Business to Business ACH Debit - Stearns Leasing Payment 200320 001-2197736-001 Sirak Darbinian, A Pro | | 4,913.57 | |
| 3/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 031820 86406100011484x Wilbur Williams MD | | 5,379.85 | 6,453.20 |
| 3/23 | | Merchpayout Sv9T 8447752748 200320 Wilbur Williams Jr., M | 4,066.37 | | 10,519.57 |
| 3/24 | | Edeposit IN Branch/Store 03/24/20 10:32:02 am 4000 Foothill Blvd LA Crescenta CA 5639 | 8,806.00 | | 19,325.57 |
| 3/25 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07V8Wdns Business Checking Rent for Glendale Weho and Bills | 20,000.00 | | 39,325.57 |
| 3/26 | | Tele-Transfer to xxxxxx4582 Reference #TF07Vdtflb | | 34,000.00 | |

**WELLS FARGO**

---

*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 3/26 | < | Business to Business ACH Debit - Ameris Bank Loan Pymt 46600006130168 Wilbur Williams MD Inc | | 2,916.15 | 2,409.42 |
| 3/31 | | Merchpayout Sv9T 8447752748 200330 Wilbur Williams Jr., M | 283.51 | | |
| 3/31 | | Cash Deposit Processing Fee | | 17.40 | 2,108.51 |
| **Ending balance on 3/31** | | | | | **2,108.51** |
| **Totals** | | | **$165,097.49** | **$171,170.16** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:***If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

---

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $16,658.00 ☑ |
| C1/C1 | | |

---

**Account transaction fees summary**

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|----------------------------|-----------|----------------|-------------|-------------------------------------|--------------------------|
| Cash Deposited ($) | 8,800 | 3,000 | 5,800 | 0.0030 | 17.40 |
| Transactions | 34 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$17.40** |

March 31, 2020 ■ Page 4 of 4

**WELLS FARGO**

---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers into your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your              $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount** $ |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**Exhibit "P," Page # 70**

# Wells Fargo Simple Business Checking

January 31, 2020 ■ Page 1 of 4



WILBUR WILLIAMS JR M D INC
1261 ALAMEDA AVE
GLENDALE CA 91201-1323

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $31,758.49 |
| Deposits/Credits | 171,703.54 |
| Withdrawals/Debits | - 169,969.53 |
| **Ending balance on 1/31** | **$33,492.50** |
| Average ledger balance this period | $50,365.60 |

Account number: **3415404015**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Exhibit "P," Page # 71**

January 31, 2020 ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/2 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07F9Vd85 Business Checking Drs Workers Comp | | 111.00 | |
| 1/2 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Fb48J8 Business Checking Humana | | 42.90 | 31,604.59 |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr., M | 2,663.26 | | |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr., M | 4,519.91 | | |
| 1/3 | | Grpn Merch Svcs N300048781 200102 C300048781P698 Sev Laser San Francisc | 28,138.82 | | |
| 1/3 | | Deposit Made In A Branch/Store | 1,776.00 | | 68,702.58 |
| 1/6 | | Online Transfer to Wilbur Williams Jr M D Inc Business Checking xxxxxx7157 Ref #Ib07Fwmn3S on 01/06/20 | | 4,000.00 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 010320 85261400003317x Wilbur Williams MD | | 5,866.40 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85260000002259x Wilbur Williams MD | | 15,350.02 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200106 x85268800000719 Wilber Williams MD San | | 122.78 | 43,363.38 |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 4,431.70 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 4,512.11 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 5,514.04 | | |
| 1/7 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07G2Qvms Business Checking Transfer Back | 4,000.00 | | |
| 1/7 | | Withdrawal Made In A Branch/Store | | 6,000.00 | 55,821.23 |
| 1/9 | | Merchpayout Sv9T 8447752748 200108 Wilbur Williams Jr., M | 4,515.81 | | 60,337.04 |
| 1/10 | | Merchpayout Sv9T 8447752748 200109 Wilbur Williams Jr., M | 4,385.56 | | |
| 1/10 | < | Business to Business ACH Debit - Paychex Eib Invoice 200110 x85174800029548 Wilber Williams MD San | | 10.00 | 64,712.60 |
| 1/13 | | Merchpayout Sv9T 8447752748 200110 Wilbur Williams Jr., M | 4,561.67 | | 69,274.27 |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 2,713.00 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 2,874.15 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 3,631.02 | | |
| 1/14 | < | Business to Business ACH Debit - Paychex Eib Invoice 200114 x85397900001304 Wilber Williams MD San | | 10.82 | |
| 1/14 | < | Business to Business ACH Debit - Paychex Tps Taxes 011320 85395700002158x Wilbur Williams MD | | 95.58 | 78,386.04 |
| 1/15 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07H974W9 Business Checking Blue Shield | | 1,872.00 | |
| 1/15 | | Withdrawal Made In A Branch/Store | | 10,000.00 | 66,514.04 |
| 1/16 | | Merchpayout Sv9T 8447752748 200115 Wilbur Williams Jr., M | 3,385.66 | | |
| 1/16 | | Grpn Merch Svcs N300049072 200115 C300049072P1143 Sev Laser San Francisc | 18,758.03 | | 88,657.73 |
| 1/17 | | Merchpayout Sv9T 8447752748 200116 Wilbur Williams Jr., M | 5,391.58 | | |
| 1/17 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85475100000885x Wilbur Williams MD | | 13,613.21 | 80,436.10 |
| 1/21 | | Merchpayout Sv9T 8447752748 200117 Wilbur Williams Jr., M | 6,632.03 | | |
| 1/21 | | Deposit Made In A Branch/Store | 1,000.00 | | |
| 1/21 | < | Business to Business ACH Debit - Paychex Eib Invoice 200121 x85480700000947 Wilber Williams MD San | | 120.33 | |
| 1/21 | < | Business to Business ACH Debit - Paychex Tps Taxes 011720 85484400000369x Wilbur Williams MD | | 5,229.49 | 82,718.31 |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 3,732.83 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 5,389.18 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 6,765.95 | | |
| 1/22 | | Deposit Made In A Branch/Store | 174.00 | | |
| 1/22 | | Withdrawal Made In A Branch/Store | | 97,000.00 | 1,780.27 |
| 1/23 | | Merchpayout Sv9T 8447752748 200122 Wilbur Williams Jr., M | 5,795.24 | | |
| 1/23 | | Bill Pay Cedex Cleaning Services, Inc Mobile Xxxxxxxxxxxxxxxxxcreek on 01-23 | | 525.00 | 7,050.51 |
| 1/24 | | Merchpayout Sv9T 8447752748 200123 Wilbur Williams Jr., M | 3,541.83 | | 10,592.34 |
| 1/27 | | Merchpayout Sv9T 8447752748 200124 Wilbur Williams Jr., M | 5,678.89 | | 16,271.23 |

January 31, 2020 ▪ Page 3 of 4



---

*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 3,349.50 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 6,453.27 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 7,772.71 | | 33,846.71 |
| 1/29 | | Withdrawal Made In A Branch/Store | | 10,000.00 | 23,846.71 |
| 1/30 | | Merchpayout Sv9T 8447752748 200129 Wilbur Williams Jr., M | 3,175.71 | | 27,022.42 |
| 1/31 | | Merchpayout Sv9T 8447752748 200130 Wilbur Williams Jr., M | 6,470.08 | | 33,492.50 |
| **Ending balance on 1/31** | | | | | **33,492.50** |
| **Totals** | | | **$171,703.54** | **$169,969.53** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:****If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2020 - 01/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $50,366.00 ☑ |
| C1/C1 | | |

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 2,900 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 39 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page # 73**

January 31, 2020 ■ Page 4 of 4

**WELLS FARGO**

---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                         $ _____
register or transfers into                                $ _____
your account which are not                                $ _____
shown on your statement.                                + $ _____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**Exhibit "P," Page # 74**

# Wells Fargo Simple Business Checking

February 29, 2020  ■  Page 1 of 4



WILBUR WILLIAMS JR M D INC
1261 ALAMEDA AVE
GLENDALE CA 91201-1323

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $33,492.50 |
| Deposits/Credits | 174,265.06 |
| Withdrawals/Debits | - 207,461.67 |
| **Ending balance on 2/29** | **$295.89** |
| Average ledger balance this period | $57,969.54 |

Account number:  **3415404015**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Exhibit "P," Page  # 75**

February 29, 2020 ■ Page 2 of 4



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/3 | | Merchpayout Sv9T 8447752748 200131 Wilbur Williams Jr., M | 6,299.13 | | |
| 2/3 | | Deposit Made In A Branch/Store | 1,784.00 | | 41,575.63 |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 0.89 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 3,781.32 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 3,976.21 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 4,007.11 | | |
| 2/4 | | Withdrawal Made In A Branch/Store | | 11,000.00 | 42,341.16 |
| 2/5 | | Grpn Merch Svcs N300049450 200203 C300049450P791 Sev Laser San Francisc | 23,833.32 | | |
| 2/5 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Lk5Gnm Business Checking Workers Comp | | 65.00 | 66,109.48 |
| 2/6 | | Merchpayout Sv9T 8447752748 200205 Wilbur Williams Jr., M | 3,640.51 | | |
| 2/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200206 x85753300001178 Wilber Williams MD San | | 121.60 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 020520 85749900001862x Wilbur Williams MD | | 6,745.09 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85749500000686x Wilbur Williams MD | | 17,056.70 | 45,826.60 |
| 2/7 | | Merchpayout Sv9T 8447752748 200206 Wilbur Williams Jr., M | 5,131.00 | | |
| 2/7 | | Withdrawal Made In A Branch/Store | | 5,000.00 | 45,957.60 |
| 2/10 | | Merchpayout Sv9T 8447752748 200207 Wilbur Williams Jr., M | 4,704.32 | | |
| 2/10 | < | Business to Business ACH Debit - Paychex Eib Invoice 200210 x85678900024147 Wilber Williams MD San | | 10.00 | 50,651.92 |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 3,587.61 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 3,997.44 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 5,398.97 | | |
| 2/11 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Mgz255 Business Checking Blue Shield | | 1,290.83 | 62,345.11 |
| 2/12 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Mlzr7C Business Checking Humana | | 89.89 | 62,255.22 |
| 2/13 | | Merchpayout Sv9T 8447752748 200212 Wilbur Williams Jr., M | 3,918.29 | | 66,173.51 |
| 2/14 | | Merchpayout Sv9T 8447752748 200213 Wilbur Williams Jr., M | 6,689.22 | | 72,862.73 |
| 2/18 | | Merchpayout Sv9T 8447752748 200214 Wilbur Williams Jr., M | 5,565.66 | | |
| 2/18 | | Grpn Merch Svcs N300049810 200217 C300049810P898 Sev Laser San Francisc | 25,295.55 | | |
| 2/18 | | Withdrawal Made In A Branch/Store | | 6,000.00 | |
| 2/18 | | Withdrawal Made In A Branch/Store | | 12,000.00 | 85,723.94 |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 4,075.97 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 4,305.22 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 5,128.14 | | 99,233.27 |
| 2/20 | | Merchpayout Sv9T 8447752748 200219 Wilbur Williams Jr., M | 4,447.20 | | |
| 2/20 | < | Business to Business ACH Debit - Paychex Eib Invoice 200220 x85980700001263 Wilber Williams MD San | | 99.95 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 021920 85986900002567x Wilbur Williams MD | | 5,820.26 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85983000038281x Wilbur Williams MD | | 15,159.95 | 82,600.31 |
| 2/21 | | Merchpayout Sv9T 8447752748 200220 Wilbur Williams Jr., M | 4,581.21 | | 87,181.52 |
| 2/24 | | Merchpayout Sv9T 8447752748 200221 Wilbur Williams Jr., M | 7,507.86 | | 94,689.38 |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 3,854.92 | | |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 5,873.61 | | |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 9,178.50 | | |
| 2/25 | | Edeposit IN Branch/Store 02/25/20 03:25:01 Pm 2020 Market St San Francisco CA | 2,079.00 | | 115,675.41 |
| 2/26 | | Withdrawal Made In A Branch/Store | | 115,000.00 | 675.41 |
| 2/27 | | Merchpayout Sv9T 8447752748 200226 Wilbur Williams Jr., M | 6,115.14 | | 6,790.55 |
| 2/28 | | Merchpayout Sv9T 8447752748 200227 Wilbur Williams Jr., M | 5,507.74 | | |

February 29, 2020  ■  Page 3 of 4

**WELLS FARGO**

---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/28 |  | Withdrawal Made In A Branch/Store |  | 12,000.00 |  |
| 2/28 |  | Cash Deposit Processing Fee |  | 2.40 | 295.89 |
| **Ending balance on 2/29** |  |  |  |  | **295.89** |
| **Totals** |  |  | **$174,265.06** | **$207,461.67** |  |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:***If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

#### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2020 - 02/29/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements |  |  |
| ·  Average ledger balance | $500.00 | $57,970.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

---

#### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 3,800 | 3,000 | 800 | 0.0030 | 2.40 |
| Transactions | 36 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** |  |  |  |  | **$2.40** |

**Exhibit "P," Page # 77**

February 29, 2020  ■  Page 4 of 4

**WELLS FARGO**

---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                    $ _____
register or transfers into                          $ _____
your account which are not                          $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

March 31, 2020  ■  Page 1 of 4



WILBUR WILLIAMS JR M D INC
1261 ALAMEDA AVE
GLENDALE CA 91201-1323

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

---

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $295.89 |
| Deposits/Credits | 128,496.95 |
| Withdrawals/Debits | - 124,609.14 |
| **Ending balance on 3/31** | **$4,183.70** |
| Average ledger balance this period | $21,681.48 |

Account number:  **3415404015**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Exhibit "P," Page # 79**

March 31, 2020 ■ Page 2 of 4



WELLS FARGO

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | | Merchpayout Sv9T 8447752748 200228 Wilbur Williams Jr., M | 4,778.14 | | |
| 3/2 | | Bill Pay Gracetel Mobile No Account Number on 03-02 | | 123.86 | 4,950.17 |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 4,553.23 | | |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 6,678.79 | | |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 9,711.12 | | |
| 3/3 | | Grpn Merch Svcs N300050092 200302 C300050092P765 Sev Laser San Francisc | 17,845.32 | | 43,738.63 |
| 3/4 | | Withdrawal Made In A Branch/Store | | 15,000.00 | 28,738.63 |
| 3/5 | | Merchpayout Sv9T 8447752748 200304 Wilbur Williams Jr., M | 4,989.63 | | |
| 3/5 | < | Business to Business ACH Debit - Paychex Eib Invoice 200305 x86192800000106 Wilber Williams MD San | | 121.60 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Tps Taxes 030420 86190200002521x Wilbur Williams MD | | 5,886.53 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86190200028022x Wilbur Williams MD | | 16,635.61 | 11,084.52 |
| 3/6 | | Paychex Inc. Payroll 86214800013953x Wilbur Williams MD | 510.50 | | |
| 3/6 | | Merchpayout Sv9T 8447752748 200305 Wilbur Williams Jr., M | 6,804.46 | | |
| 3/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200306 x86215200000353 Wilber Williams MD San | | 10.82 | |
| 3/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86216600009099x Wilbur Williams MD | | 510.50 | 17,878.16 |
| 3/9 | | Merchpayout Sv9T 8447752748 200306 Wilbur Williams Jr., M | 5,526.61 | | 23,404.77 |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 4,770.94 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 4,799.91 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 6,914.71 | | |
| 3/10 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07S2Wtyt Business Checking Drs Workers Comp | | 175.00 | 39,715.33 |
| 3/12 | | Merchpayout Sv9T 8447752748 200311 Wilbur Williams Jr., M | 6,051.39 | | |
| 3/12 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Sdf6Gs Business Checking Blueshield | | 1,234.53 | |
| 3/12 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Sdffp5 Business Checking Humana | | 89.89 | 44,442.30 |
| 3/13 | | Merchpayout Sv9T 8447752748 200312 Wilbur Williams Jr., M | 3,474.95 | | 47,917.25 |
| 3/16 | | Merchpayout Sv9T 8447752748 200313 Wilbur Williams Jr., M | 4,626.79 | | |
| 3/16 | | Edeposit IN Branch/Store 03/16/20 03:58:13 Pm 1499 N Main St Walnut Creek CA | 1,040.00 | | 53,584.04 |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 2,986.38 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 3,664.23 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 3,893.75 | | |
| 3/17 | | Grpn Merch Svcs N300050481 200316 C300050481P675 Sev Laser San Francisc | 20,995.13 | | 85,123.53 |
| 3/18 | | Withdrawal Made In A Branch/Store | | 65,000.00 | 20,123.53 |
| 3/19 | | Merchpayout Sv9T 8447752748 200318 Wilbur Williams Jr., M | 1,342.46 | | |
| 3/19 | < | Business to Business ACH Debit - Paychex Eib Invoice 200319 x86399500000986 Wilber Williams MD San | | 131.16 | |
| 3/19 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86401700001541x Wilbur Williams MD | | 12,424.21 | 8,910.62 |
| 3/20 | | Grpn Merch Svcs N300050610 200319 C300050610P365 Sev Laser San Francisc | 2,441.21 | | |
| 3/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 031820 86406100011479x Wilbur Williams MD | | 4,265.43 | 7,086.40 |

March 31, 2020 ■ Page 3 of 4



---

*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/23 | | Merchpayout Sv9T 8447752748 200320 Wilbur Williams Jr., M | 97.30 | | 7,183.70 |
| 3/27 | | Withdrawal Made In A Branch/Store | | 3,000.00 | 4,183.70 |
| **Ending balance on 3/31** | | | | | **4,183.70** |
| **Totals** | | | **$128,496.95** | **$124,609.14** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:***If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $21,681.00 ☑ |

C1/C1

---

**Account transaction fees summary**

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 1,000 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 31 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

March 31, 2020  ■  Page 4 of 4

**WELLS FARGO**

---

**General statement policies for Wells Fargo Bank**

■ **Notice:**  Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.**  The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.**  Any deposits listed in your                    $ _____
register or transfers into                    $ _____
your account which are not                    $ _____
shown on your statement.                    + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.**  The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
| **Total amount** |          | **$**  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Wells Fargo Simple Business Checking

January 31, 2020 ■ Page 1 of 4



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $18,606.12 |
| Deposits/Credits | 118,203.23 |
| Withdrawals/Debits | - 110,339.50 |
| **Ending balance on 1/31** | **$26,469.85** |
| Average ledger balance this period | $20,367.17 |

Account number:  **3415403942**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Exhibit "P," Page  # 83**

January 31, 2020 ■ Page 2 of 4



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/2 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07F9Vbn7 Business Checking Drs Workers Comp | | 111.00 | 18,495.12 |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr. MD | 1,817.55 | | |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr. MD | 2,862.46 | | |
| 1/3 | | Tele-Transfer to xxxxxx4734 Reference #TF07Fkmt9H | | 5,000.00 | 18,175.13 |
| 1/6 | | Tele-Transfer to xxxxxx4734 Reference #TF07Fxgc6C | | 1,300.00 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 010320 85261400003316x Wilbur Williams MD | | 4,546.59 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85259200001042x Wilbur Williams MD | | 11,841.25 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200106 x85268800000721 Wilbur Williams MD (Lo | | 350.05 | 137.24 |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr. MD | 2,007.21 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr. MD | 2,338.03 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr. MD | 2,349.65 | | |
| 1/7 | | Grpn Merch Svcs N300048879 200106 C300048879P520 Sev Laser San Jose | 15,543.86 | | |
| 1/7 | | Tele-Transfer to xxxxxx4734 Reference #TF07G23Q4V | | 3,000.00 | 19,375.99 |
| 1/9 | | Merchpayout Sv9T 8447752748 200108 Wilbur Williams Jr. MD | 5,461.46 | | 24,837.45 |
| 1/10 | | Merchpayout Sv9T 8447752748 200109 Wilbur Williams Jr. MD | 4,194.86 | | |
| 1/10 | < | Business to Business ACH Debit - Paychex Eib Invoice 200110 x85174800029555 Wilbur Williams MD (Lo | | 20.00 | 29,012.31 |
| 1/13 | | Merchpayout Sv9T 8447752748 200110 Wilbur Williams Jr. MD | 3,042.93 | | 32,055.24 |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr. MD | 932.22 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr. MD | 2,476.38 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr. MD | 4,312.22 | | |
| 1/14 | | Tele-Transfer to xxxxxx4734 Reference #TF07H3Qf4V | | 7,000.00 | 32,776.06 |
| 1/15 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07H97955 Business Checking Blue Shield | | 619.00 | |
| 1/15 | < | Business to Business ACH Debit - Ascentiumcapital Leasechg 200115 111973 Wilbur Williams Jr., M | | 3,435.99 | 28,721.07 |
| 1/16 | | Merchpayout Sv9T 8447752748 200115 Wilbur Williams Jr. MD | 3,317.86 | | |
| 1/16 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Hgy7MT Business Checking Machine Payment | | 2,949.00 | 29,089.93 |
| 1/17 | | Merchpayout Sv9T 8447752748 200116 Wilbur Williams Jr. MD | 4,189.05 | | |
| 1/17 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85475100000912x Wilbur Williams MD | | 9,361.62 | 23,917.36 |
| 1/21 | | Merchpayout Sv9T 8447752748 200117 Wilbur Williams Jr. MD | 3,975.77 | | |
| 1/21 | | Grpn Merch Svcs N300049227 200120 C300049227P359 Sev Laser San Jose | 17,095.93 | | |
| 1/21 | < | Business to Business ACH Debit - Paychex Eib Invoice 200121 x85480700000958 Wilbur Williams MD (Lo | | 336.78 | |
| 1/21 | < | Business to Business ACH Debit - Paychex Tps Taxes 011720 85484400000368x Wilbur Williams MD | | 4,135.22 | 40,517.06 |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr. MD | 1,370.72 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr. MD | 3,673.55 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr. MD | 4,053.32 | | |
| 1/22 | | Tele-Transfer to xxxxxx4734 Reference #TF07J8Hshc | | 49,000.00 | 614.65 |
| 1/23 | | Merchpayout Sv9T 8447752748 200122 Wilbur Williams Jr. MD | 3,942.59 | | 4,557.24 |
| 1/24 | | Merchpayout Sv9T 8447752748 200123 Wilbur Williams Jr. MD | 2,654.81 | | 7,212.05 |
| 1/27 | | Merchpayout Sv9T 8447752748 200124 Wilbur Williams Jr. MD | 6,291.68 | | |
| 1/27 | | Tele-Transfer to xxxxxx4734 Reference #TF07Jzqmd4 | | 4,000.00 | 9,503.73 |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr. MD | 3,719.39 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr. MD | 4,743.27 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr. MD | 5,692.08 | | 23,658.47 |
| 1/29 | | Tele-Transfer to xxxxxx4734 Reference #TF07K95Jql | | 3,333.00 | 20,325.47 |

January 31, 2020 ■ Page 3 of 4

**WELLS FARGO**

---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/30 | | Merchpayout Sv9T 8447752748 200129 Wilbur Williams Jr. MD | 3,072.29 | | 23,397.76 |
| 1/31 | | Merchpayout Sv9T 8447752748 200130 Wilbur Williams Jr. MD | 3,072.09 | | 26,469.85 |
| **Ending balance on 1/31** | | | | | **26,469.85** |
| **Totals** | | | **$118,203.23** | **$110,339.50** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:***If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2020 - 01/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $20,367.00 ☑ |

C1/C1

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 35 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page  #  85**

January 31, 2020 ■ Page 4 of 4

**WELLS FARGO**

---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your            $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**Exhibit "P," Page # 86**

# Wells Fargo Simple Business Checking

February 29, 2020  ■  Page 1 of 5



WILBUR WILLIAMS JR M D INC
IRVINE OFFICE
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

### Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $14,918.56 |
| Deposits/Credits | 162,103.75 |
| Withdrawals/Debits | - 173,877.79 |
| **Ending balance on 2/29** | **$3,144.52** |
| Average ledger balance this period | $46,135.67 |

Account number:  **1508514732**

**WILBUR WILLIAMS JR M D INC**
**IRVINE OFFICE**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Exhibit "P," Page  # 87**

February 29, 2020 ■ Page 2 of 5

**WELLS FARGO**

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/3 | | Merchpayout Sv9T 8447752748 200131 Wilbur Williams Jr., M | 6,333.31 | | 21,251.87 |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 3,467.12 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 5,672.55 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 5,867.94 | | 36,259.48 |
| 2/5 | | Grpn Merch Svcs N300049460 200203 C300049460P1041 Sev Laser Aesthetics O | 12,727.44 | | |
| 2/5 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Lk5F96 Business Checking Workers Comp | | 65.00 | 48,921.92 |
| 2/6 | | Merchpayout Sv9T 8447752748 200205 Wilbur Williams Jr., M | 4,364.42 | | |
| 2/6 | | Tele-Transfer to xxxxxx3538 Reference #TF07Ln6x3M | | 2,000.00 | |
| 2/6 | | Tele-Transfer to xxxxxx3538 Reference #TF07Lncwts | | 1,000.00 | |
| 2/6 | 10350 | Deposited OR Cashed Check | | 200.00 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200206 x85753300002429 Wilbur Williams MD | | 477.48 | |
| 2/6 | | Blue Shield CA Blueshield W01085981000 Wilbur Williams Jr MD | | 5,564.08 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 020520 85749900001860x Wilbur Williams MD | | 6,472.97 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85749500000622x Wilbur Williams MD | | 15,634.56 | 21,937.25 |
| 2/7 | | Merchpayout Sv9T 8447752748 200206 Wilbur Williams Jr., M | 4,359.52 | | 26,296.77 |
| 2/10 | | Merchpayout Sv9T 8447752748 200207 Wilbur Williams Jr., M | 5,163.40 | | |
| 2/10 | | Tele-Transfer to xxxxxx3538 Reference #TF07M2Lq5W | | 1,500.00 | |
| 2/10 | < | Business to Business ACH Debit - Paychex Eib Invoice 200210 x85678900025410 Wilbur Williams MD | | 20.00 | 29,940.17 |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 4,918.59 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 5,962.47 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 6,626.88 | | |
| 2/11 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mgywt5 Business Checking Blue Shield | 1,752.97 | | |
| 2/11 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mgz255 Business Checking Blue Shield | 1,290.83 | | 50,491.91 |
| 2/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mlyzw2 Business Checking Blueshield | 609.60 | | |
| 2/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mlz3Jy Business Checking Blueshield | 326.00 | | |
| 2/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mlzhkx Business Checking Blueshield | 637.89 | | |
| 2/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mlzpmm Business Checking Humana | 43.49 | | |
| 2/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mlzr7C Business Checking Humana | 89.89 | | |
| 2/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mlzt9S Business Checking Humana | 42.90 | | |
| 2/12 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Mlzvyf Business Checking Humana | 14.69 | | 52,256.37 |
| 2/13 | | Merchpayout Sv9T 8447752748 200212 Wilbur Williams Jr., M | 3,860.22 | | 56,116.59 |
| 2/14 | | Merchpayout Sv9T 8447752748 200213 Wilbur Williams Jr., M | 6,242.72 | | 62,359.31 |
| 2/18 | | Merchpayout Sv9T 8447752748 200214 Wilbur Williams Jr., M | 7,054.37 | | |
| 2/18 | | Grpn Merch Svcs N300049819 200217 C300049819P1049 Sev Laser Aesthetics O | 16,439.79 | | |
| 2/18 | | Tele-Transfer to xxxxxx3538 Reference #TF07N5Srxd | | 7,000.00 | |
| 2/18 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Nfybhp Business Checking Test | | 1.00 | 78,852.47 |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 4,221.52 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 4,921.72 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 6,814.21 | | |
| 2/19 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Nlpk3M Business Checking Expense | | 3,000.00 | |
| 2/19 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Nmwbqp Business Checking Expenses | | 2,000.00 | 89,809.92 |

February 29, 2020 ■ Page 3 of 5



---

*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/20 | | Merchpayout Sv9T 8447752748 200219 Wilbur Williams Jr., M | 5,054.57 | | |
| 2/20 | < | Business to Business ACH Debit - Paychex Eib Invoice 200220 x85980700001594 Wilbur Williams MD | | 466.66 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 021920 85980500002077x Wilbur Williams MD | | 6,251.41 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85983000038198x Wilbur Williams MD | | 15,324.63 | 72,821.79 |
| 2/21 | | Merchpayout Sv9T 8447752748 200220 Wilbur Williams Jr., M | 5,031.00 | | 77,852.79 |
| 2/24 | | Merchpayout Sv9T 8447752748 200221 Wilbur Williams Jr., M | 5,938.75 | | |
| 2/24 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07P785Qn Business Checking Expenses | | 1,000.00 | |
| 2/24 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Pfk56M Business Checking Expenses | | 1,500.00 | 81,291.54 |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 4,377.80 | | |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 4,785.86 | | |
| 2/25 | | Online Transfer From Ranjbar & Panosian LLC Ref #Ib07Pks5Kh Business Checking Payroll Cover for Irvine | 4,500.00 | | 94,955.20 |
| 2/26 | | Merchpayout Sv9T 8447752748 200225 Wilbur Williams Jr., M | 3,573.28 | | |
| 2/26 | 10351 | Deposited OR Cashed Check | | 93,900.00 | 4,628.48 |
| 2/27 | | Merchpayout Sv9T 8447752748 200226 Wilbur Williams Jr., M | 4,259.14 | | |
| 2/27 | | Online Transfer to Ranjbar & Panosian LLC Ref #Ib07Ptgkvn Business Checking Reimbursement for Payroll | | 4,500.00 | |
| 2/27 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Pw8Zvl Business Checking Expenses | | 4,000.00 | 387.62 |
| 2/28 | | Merchpayout Sv9T 8447752748 200227 Wilbur Williams Jr., M | 4,756.90 | | |
| 2/28 | | Online Transfer to Sev Laser Aesthetics Orange County LLC Ref #Ib07Q3Vd9D Business Checking Expenses | | 2,000.00 | 3,144.52 |
| **Ending balance on 2/29** | | | | | **3,144.52** |
| **Totals** | | | **$162,103.75** | **$173,877.79** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:**If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

---

**Summary of checks written**  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 10350 | 2/6 | 200.00 | 10351 | 2/26 | 93,900.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2020 - 02/29/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $46,136.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

**Exhibit "P," Page  # 89**

February 29, 2020 ■ Page 4 of 5



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 36 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page # 90**

February 29, 2020 ■ Page 5 of 5

**WELLS FARGO**

---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                    $ _____
register or transfers into                    $ _____
your account which are not                    $ _____
shown on your statement.                    + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

---

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**Exhibit "P," Page # 91**

# Wells Fargo Simple Business Checking

March 31, 2020 ■ Page 1 of 4



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
      P.O. Box 6995
      Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

### Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $9,675.35 |
| Deposits/Credits | 100,120.59 |
| Withdrawals/Debits | - 105,795.94 |
| **Ending balance on 3/31** | **$4,000.00** |
| Average ledger balance this period | $15,630.62 |

Account number:  **3415403942**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Exhibit "P," Page # 92**

March 31, 2020 ■ Page 2 of 4

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------------------|---------------------|---------------------|
| 3/2 | | Merchpayout Sv9T 8447752748 200228 Wilbur Williams Jr. MD | 6,525.82 | | |
| 3/2 | | Tele-Transfer to xxxxxx4734 Reference #TF07Qrz6Ls | | 3,400.00 | 12,801.17 |
| 3/3 | | Merchpayout Sv93 8447752748 SD1300 Wilbur Williams Jr. MD | 2,687.06 | | |
| 3/3 | | Merchpayout Sv93 8447752748 SD1300 Wilbur Williams Jr. MD | 3,698.20 | | |
| 3/3 | | Merchpayout Sv93 8447752748 SD1300 Wilbur Williams Jr. MD | 5,426.73 | | |
| 3/3 | | Tele-Transfer to xxxxxx4734 Reference #TF07Qxvb46 | | 9,500.00 | 15,113.16 |
| 3/5 | | Merchpayout Sv9T 8447752748 200304 Wilbur Williams Jr. MD | 2,318.19 | | |
| 3/5 | < | Business to Business ACH Debit - Paychex Eib Invoice 200305 x8619280000111 Wilbur Williams MD (Lo | | 327.24 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Tps Taxes 030420 86192900002520x Wilbur Williams MD | | 4,168.42 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86190200034506x Wilbur Williams MD | | 11,572.11 | 1,363.58 |
| 3/6 | | Merchpayout Sv9T 8447752748 200305 Wilbur Williams Jr. MD | 4,205.19 | | 5,568.77 |
| 3/9 | | Merchpayout Sv9T 8447752748 200306 Wilbur Williams Jr. MD | 3,848.97 | | |
| 3/9 | | Grpn Merch Svcs N300050267 200306 C300050267P1132 Sev Laser San Jose | 14,801.50 | | |
| 3/9 | | Tele-Transfer to xxxxxx4734 Reference #TF07Rlsn8W | | 3,500.00 | 20,719.24 |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr. MD | 2,793.18 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr. MD | 3,813.70 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr. MD | 3,873.34 | | |
| 3/10 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07S2WT78 Business Checking Drs Workers Comp | | 175.00 | 31,024.46 |
| 3/12 | | Merchpayout Sv9T 8447752748 200311 Wilbur Williams Jr. MD | 3,614.73 | | |
| 3/12 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Sdf8N5 Business Checking Blue Shield | | 269.80 | |
| 3/12 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Sdfhdc Business Checking Humana | | 14.69 | 34,354.70 |
| 3/13 | | Merchpayout Sv9T 8447752748 200312 Wilbur Williams Jr. MD | 4,602.66 | | 38,957.36 |
| 3/16 | | Merchpayout Sv9T 8447752748 200313 Wilbur Williams Jr. MD | 5,085.40 | | |
| 3/16 | | Tele-Transfer to xxxxxx4734 Reference #TF07T2Jjm3 | | 2,000.00 | |
| 3/16 | < | Business to Business ACH Debit - Ascentiumcapital Leasechg 200315 111973 Wilbur Williams Jr., M | | 3,435.99 | 38,606.77 |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr. MD | 3,192.35 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr. MD | 4,238.75 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr. MD | 5,011.42 | | 51,049.29 |
| 3/18 | | Tele-Transfer to xxxxxx4734 Reference #TF07Tcfr2x | | 31,049.00 | 20,000.29 |
| 3/19 | | Merchpayout Sv9T 8447752748 200318 Wilbur Williams Jr. MD | 4,684.90 | | |
| 3/19 | < | Business to Business ACH Debit - Paychex Eib Invoice 200319 x86399500000196 Wilbur Williams MD (Lo | | 43.29 | |
| 3/19 | < | Business to Business ACH Debit - Paychex Eib Invoice 200319 x86399500000991 Wilbur Williams MD (Lo | | 325.97 | |
| 3/19 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86401700003919x Wilbur Williams MD | | 904.34 | |
| 3/19 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86401700003917x Wilbur Williams MD | | 11,162.13 | 12,249.46 |
| 3/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 031820 86406100011478x Wilbur Williams MD | | 4,957.48 | 7,291.98 |
| 3/23 | | Grpn Merch Svcs N300050658 200320 C300050658P921 Sev Laser San Jose | 11,698.50 | | |
| 3/23 | | Tele-Transfer Fr xxxxxx4734 Reference #TF07V2Bcc7 | 4,000.00 | | |

March 31, 2020 ■ Page 3 of 4

**WELLS FARGO**

---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------------------|---------------------|----------------------|
| 3/23 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Tv44Jm Business Checking Machine Payment | | 2,949.00 | |
| 3/23 | | Tele-Transfer to xxxxxx4734 Reference #TF07V28Cbs | | 16,041.48 | 4,000.00 |
| **Ending balance on 3/31** | | | | | **4,000.00** |
| **Totals** | | | **$100,120.59** | **$105,795.94** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:***If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $15,631.00 ☑ |

C1/C1

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|----------------------------|-----------|----------------|--------------|-------------------------------------|--------------------------|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 28 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page  # 94**

March 31, 2020 ■ Page 4 of 4

WELLS
FARGO

---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                     $ _____
register or transfers into                            $ _____
your account which are not                            $ _____
shown on your statement.                            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
| **Total amount** | | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

January 31, 2020 ■ Page 1 of 4



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $20,529.05 |
| Deposits/Credits | 82,339.00 |
| Withdrawals/Debits | - 84,043.41 |
| **Ending balance on 1/31** | **$18,824.64** |
| | |
| Average ledger balance this period | $10,020.94 |

Account number:  **3663196255**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Exhibit "P," Page  # 96

January 31, 2020 ■ Page 2 of 4



**WELLS FARGO**

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|-----------|---------|
| 1/2 | | Withdrawal Made In A Branch/Store | | 10,000.00 | |
| 1/2 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07F9Vfdm Business Checking Drs Workers Comp | | 111.00 | 10,418.05 |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr., M | 1,030.94 | | |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr., M | 2,457.42 | | |
| 1/3 | < | Business to Business ACH Debit - Contractpaymentv Lease Pymt 200101 CT-Bund40263916 Wilbur Williams Jr., M | | 3,117.42 | 10,788.99 |
| 1/6 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07Fqyr84 Business Checking Machine Payment | 3,117.00 | | |
| 1/6 | | ATM Withdrawal authorized on 01/06 6001 Topanga Cyn Woodland Hill CA 0001493 ATM ID 0629x Card 5908 | | 1,000.00 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 010320 8526140003318x Wilbur Williams MD | | 2,738.19 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 8525910018179x Wilbur Williams MD | | 8,161.27 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200106 x8526880000814 Wilber Williams MD Cal | | 240.56 | 1,765.97 |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 2,000.91 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 2,768.67 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 2,797.38 | | |
| 1/7 | | Grpn Merch Svcs N300048886 200106 C300048886P554 Sev Laser Calabasas | 5,661.08 | | 14,994.01 |
| 1/8 | | Purchase authorized on 01/06 Fedex Offic2500002 Woodland Hill CA S580006665140988 Card 5908 | | 0.41 | 14,993.60 |
| 1/9 | | Merchpayout Sv9T 8447752748 200108 Wilbur Williams Jr., M | 2,466.08 | | 17,459.68 |
| 1/10 | | Merchpayout Sv9T 8447752748 200109 Wilbur Williams Jr., M | 2,730.29 | | |
| 1/10 | < | Business to Business ACH Debit - Paychex Eib Invoice 200110 x8517480002954 Wilbur Williams MD Cal | | 10.00 | |
| 1/10 | < | Business to Business ACH Debit - Ascentiumcapital Leasechg 200110 108503 Wilbur Williams Jr., M | | 4,517.77 | 15,662.20 |
| 1/13 | | Merchpayout Sv9T 8447752748 200110 Wilbur Williams Jr., M | 2,470.58 | | |
| 1/13 | | ATM Withdrawal authorized on 01/11 6001 Topanga Cyn Woodland Hill CA 0008699 ATM ID 0629W Card 5908 | | 1,500.00 | |
| 1/13 | | ATM Withdrawal authorized on 01/13 6001 Topanga Cyn Woodland Hill CA 0008730 ATM ID 0629W Card 5908 | | 1,200.00 | 15,432.78 |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 2,200.02 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 3,045.55 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 3,147.04 | | |
| 1/14 | | Online Transfer to Wilbur Williams Jr M D Inc Business Checking xxxxxx1105 Ref #Ib07H3Ykck on 01/14/20 | | 8,000.00 | 15,825.39 |
| 1/15 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07H977Sw Business Checking Blue Shield | 1,186.79 | | |
| 1/15 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07H97224 Business Checking Blue Shield | | 2,987.94 | |
| 1/15 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07H97Jts Business Checking Blueshield | | 1,186.00 | 12,838.24 |
| 1/16 | | Merchpayout Sv9T 8447752748 200115 Wilbur Williams Jr., M | 3,468.01 | | |
| 1/16 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Hgy6Hp Business Checking Machine Payment | | 2,281.00 | |
| 1/16 | | Withdrawal Made In A Branch/Store | | 5,000.00 | 9,025.25 |
| 1/17 | | Merchpayout Sv9T 8447752748 200116 Wilbur Williams Jr., M | 2,980.13 | | |
| 1/17 | < | Business to Business ACH Debit - Paychex Inc. Payroll 8547510000844x Wilbur Williams MD | | 7,593.09 | 4,412.29 |
| 1/21 | | Merchpayout Sv9T 8447752748 200117 Wilbur Williams Jr., M | 2,078.25 | | |
| 1/21 | | Grpn Merch Svcs N300049240 200120 C300049240P131 Sev Laser Calabasas | 5,905.44 | | |
| 1/21 | < | Business to Business ACH Debit - Paychex Eib Invoice 200121 x8548070000962 Wilber Williams MD Cal | | 227.28 | |
| 1/21 | < | Business to Business ACH Debit - Paychex Tps Taxes 011720 8548440000370x Wilbur Williams MD | | 3,556.48 | 8,612.22 |

January 31, 2020 ◾ Page 3 of 4



### Transaction history  *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|---------|---------|
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 2,488.13 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 2,845.41 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 2,872.47 | | |
| 1/22 | | Withdrawal Made In A Branch/Store | | 16,715.00 | 103.23 |
| 1/23 | | Merchpayout Sv9T 8447752748 200122 Wilbur Williams Jr., M | 2,946.03 | | 3,049.26 |
| 1/24 | | Merchpayout Sv9T 8447752748 200123 Wilbur Williams Jr., M | 2,639.71 | | |
| 1/24 | | ATM Withdrawal authorized on 01/24 6001 Topanga Cyn Woodland Hill CA 0002110 ATM ID 0629x Card 5908 | | 3,900.00 | 1,788.97 |
| 1/27 | | Merchpayout Sv9T 8447752748 200124 Wilbur Williams Jr., M | 2,287.38 | | 4,076.35 |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 2,415.41 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 2,851.94 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 3,034.23 | | 12,377.93 |
| 1/30 | | Merchpayout Sv9T 8447752748 200129 Wilbur Williams Jr., M | 3,198.06 | | 15,575.99 |
| 1/31 | | Merchpayout Sv9T 8447752748 200130 Wilbur Williams Jr., M | 3,248.65 | | 18,824.64 |
| **Ending balance on 1/31** | | | | | **18,824.64** |
| **Totals** | | | **$82,339.00** | **$84,043.41** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

<   *Business to Business ACH:If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2020 - 01/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $10,021.00 ☑ |

C1/C1

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 36 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page  # 98**

January 31, 2020 ■ Page 4 of 4

**WELLS FARGO**

---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                     $ _____
register or transfers into                              $ _____
your account which are not                             $ _____
shown on your statement.                             + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total amount** | | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

February 29, 2020 ■ Page 1 of 4



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $18,824.64 |
| Deposits/Credits | 79,139.20 |
| Withdrawals/Debits | - 92,521.59 |
| **Ending balance on 2/29** | **$5,442.25** |
| Average ledger balance this period | $11,322.25 |

Account number: **3663196255**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Exhibit "P," Page # 100**

February 29, 2020 ■ Page 2 of 4

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-----|-------------|-------------------|--------------------|---------------------|
| 2/3 | | Merchpayout Sv9T 8447752748 200131 Wilbur Williams Jr., M | 2,437.47 | | |
| 2/3 | | Withdrawal Made In A Branch/Store | | 9,000.00 | |
| 2/3 | | Withdrawal Made In A Branch/Store | | 3,000.00 | 9,262.11 |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 1,336.72 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 2,752.82 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 2,997.81 | | 16,349.46 |
| 2/5 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Lk5Hgv Business Checking Workers Comp | | 65.00 | 16,284.46 |
| 2/6 | | Merchpayout Sv9T 8447752748 200205 Wilbur Williams Jr., M | 2,023.66 | | |
| 2/6 | | Grpn Merch Svcs N300049543 200205 C300049543P255 Sev Laser Calabasas | 7,542.41 | | |
| 2/6 | | ATM Withdrawal authorized on 02/06 6001 Topanga Cyn Woodland Hill CA 0002623 ATM ID 0629x Card 5908 | | 3,000.00 | |
| 2/6 | 9383 | Deposited OR Cashed Check | | 200.00 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200206 x85753300002426 Wilber Williams MD Cal | | 228.56 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 020520 85749900001863x Wilbur Williams MD | | 3,732.09 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85751300000059x Wilbur Williams MD | | 9,795.24 | 8,894.64 |
| 2/7 | | Merchpayout Sv9T 8447752748 200206 Wilbur Williams Jr., M | 2,446.54 | | 11,341.18 |
| 2/10 | | Merchpayout Sv9T 8447752748 200207 Wilbur Williams Jr., M | 4,256.11 | | |
| 2/10 | | Withdrawal Made In A Branch/Store | | 4,000.00 | |
| 2/10 | < | Business to Business ACH Debit - Paychex Eib Invoice 200210 x85678900025411 Wilber Williams MD Cal | | 10.00 | |
| 2/10 | < | Business to Business ACH Debit - Ascentiumcapital Leasechg 200210 108503 Wilbur Williams Jr., M | | 4,517.77 | 7,069.52 |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 2,129.22 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 2,832.68 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 4,171.79 | | |
| 2/11 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Mgywt5 Business Checking Blue Shield | | 1,752.97 | 14,450.24 |
| 2/12 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Mlgqqy Business Checking Machine Payment | | 2,281.00 | |
| 2/12 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Mlzpmm Business Checking Humana | | 43.49 | 12,125.75 |
| 2/13 | | Merchpayout Sv9T 8447752748 200212 Wilbur Williams Jr., M | 2,069.18 | | 14,194.93 |
| 2/14 | | Merchpayout Sv9T 8447752748 200213 Wilbur Williams Jr., M | 2,720.57 | | 16,915.50 |
| 2/18 | | Merchpayout Sv9T 8447752748 200214 Wilbur Williams Jr., M | 1,250.39 | | |
| 2/18 | | Withdrawal Made In A Branch/Store | | 15,000.00 | 3,165.89 |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 1,225.26 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 2,128.85 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 3,774.70 | | 10,294.70 |
| 2/20 | | Merchpayout Sv9T 8447752748 200219 Wilbur Williams Jr., M | 2,898.29 | | |
| 2/20 | | Grpn Merch Svcs N300049895 200219 C300049895P1471 Sev Laser Calabasas | 8,385.33 | | |
| 2/20 | < | Business to Business ACH Debit - Paychex Eib Invoice 200220 x85980700001592 Wilber Williams MD Cal | | 239.38 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 021920 85980500002079x Wilbur Williams MD | | 3,244.90 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85983000038246x Wilbur Williams MD | | 8,411.19 | 9,682.85 |
| 2/21 | | Merchpayout Sv9T 8447752748 200220 Wilbur Williams Jr., M | 2,937.18 | | 12,620.03 |
| 2/24 | | Merchpayout Sv9T 8447752748 200221 Wilbur Williams Jr., M | 2,257.55 | | 14,877.58 |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 7.00 | | |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 2,591.08 | | |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 3,306.30 | | |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 3,488.87 | | |
| 2/25 | | Withdrawal Made In A Branch/Store | | 24,000.00 | 270.83 |

February 29, 2020  ■  Page 3 of 4



---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|------------------|-------------------|---------------------|
| 2/27 | | Merchpayout Sv9T 8447752748 200226 Wilbur Williams Jr., M | 2,801.42 | | 3,072.25 |
| 2/28 | | Merchpayout Sv9T 8447752748 200227 Wilbur Williams Jr., M | 2,370.00 | | 5,442.25 |
| **Ending balance on 2/29** | | | | | **5,442.25** |
| **Totals** | | | **$79,139.20** | **$92,521.59** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:***If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 9383 | 2/6 | 200.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2020 - 02/29/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·    Average ledger balance | $500.00 | $11,322.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 36 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page  #  102**

February 29, 2020 ■ Page 4 of 4

**WELLS FARGO**

---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**Exhibit "P," Page # 103**

# Wells Fargo Simple Business Checking

March 31, 2020 ■ Page 1 of 4



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $5,442.25 |
| Deposits/Credits | 60,743.57 |
| Withdrawals/Debits | - 65,914.03 |
| **Ending balance on 3/31** | **$271.79** |
| Average ledger balance this period | $8,047.55 |

Account number: **3663196255**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Exhibit "P," Page # 104**

March 31, 2020 ■ Page 2 of 4

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/2 | | Merchpayout Sv9T 8447752748 200228 Wilbur Williams Jr., M | 3,801.09 | | |
| 3/2 | | ATM Withdrawal authorized on 03/01 23325 Mulholland Drive Woodland Hill CA 0007794 ATM ID 1753D Card 5908 | | 300.00 | |
| 3/2 | | Withdrawal Made In A Branch/Store | | 8,000.00 | |
| 3/2 | | ATM Withdrawal authorized on 03/02 6001 Topanga Cyn Woodland Hill CA 0003423 ATM ID 0629x Card 5908 | | 320.00 | 623.34 |
| 3/3 | | Merchpayout Sv93 8447752748 SD1300 Wilbur Williams Jr., M | 2,807.45 | | |
| 3/3 | | Merchpayout Sv93 8447752748 SD1300 Wilbur Williams Jr., M | 3,559.64 | | |
| 3/3 | | Merchpayout Sv93 8447752748 SD1300 Wilbur Williams Jr., M | 4,698.56 | | 11,688.99 |
| 3/5 | | Merchpayout Sv9T 8447752748 200304 Wilbur Williams Jr., M | 1,251.87 | | |
| 3/5 | | ATM Withdrawal authorized on 03/05 6001 Topanga Cyn Woodland Hill CA 0007356 ATM ID 9943N Card 5908 | | 300.00 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Eib Invoice 200305 x86192800001869 Wilber Williams MD Cal | | 239.38 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Tps Taxes 030420 8619290000252x Wilburn Williams MD | | 3,169.15 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86190200027984x Wilber Williams MD | | 8,996.91 | 235.42 |
| 3/6 | | Merchpayout Sv9T 8447752748 200305 Wilbur Williams Jr., M | 2,229.79 | | |
| 3/6 | | Grpn Merch Svcs N300050228 200305 C300050228P1406 Sev Laser Calabasas | 5,818.33 | | 8,283.54 |
| 3/9 | | Merchpayout Sv9T 8447752748 200306 Wilbur Williams Jr., M | 3,255.04 | | |
| 3/9 | | Withdrawal Made In A Branch/Store | | 5,000.00 | 6,538.58 |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 2,826.65 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 2,960.17 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 3,668.59 | | |
| 3/10 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07S2Ww2H Business Checking Drs Workers Comp | | 175.00 | |
| 3/10 | < | Business to Business ACH Debit - Ascentiumcapital Leasechg 200310 108503 Wilbur Williams Jr., M | | 4,517.77 | 11,301.22 |
| 3/12 | | Merchpayout Sv9T 8447752748 200311 Wilbur Williams Jr., M | 2,881.06 | | |
| 3/12 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Sdf56D Business Checking Blueshield | | 1,696.57 | |
| 3/12 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Sdfd2H Business Checking Humana | | 43.49 | |
| 3/12 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Sdfmpl Business Checking Machine Payment | | 2,281.00 | 10,161.22 |
| 3/13 | | Merchpayout Sv9T 8447752748 200312 Wilbur Williams Jr., M | 2,700.36 | | 12,861.58 |
| 3/16 | | Merchpayout Sv9T 8447752748 200313 Wilbur Williams Jr., M | 2,634.76 | | |
| 3/16 | | Withdrawal Made In A Branch/Store | | 4,000.00 | 11,496.34 |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 1,068.35 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 1,514.96 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 3,165.45 | | 17,245.10 |
| 3/18 | | Withdrawal Made In A Branch/Store | | 3,245.00 | 14,000.10 |
| 3/19 | | Merchpayout Sv9T 8447752748 200318 Wilbur Williams Jr., M | 1,426.71 | | |
| 3/19 | < | Business to Business ACH Debit - Paychex Eib Invoice 200319 x8639950000590 Wilber Williams MD Cal | | 248.93 | |
| 3/19 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86401700001511x Wilbur Williams MD | | 8,040.23 | 7,137.65 |
| 3/20 | | Merchpayout Sv9T 8447752748 200319 Wilbur Williams Jr., M | 1,780.40 | | |
| 3/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 031820 86406100011480x Wilburn Williams MD | | 3,340.60 | 5,577.45 |
| 3/23 | | Grpn Merch Svcs N300050618 200319 C300050618P692 Sev Laser Calabasas | 5,414.99 | | |

March 31, 2020 ■ Page 3 of 4



---

*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/23 | | Merchpayout Sv9T 8447752748 200320 Wilbur Williams Jr., M | 1,279.35 | | 12,271.79 |
| 3/27 | | Withdrawal Made In A Branch/Store | | 12,000.00 | 271.79 |
| **Ending balance on 3/31** | | | | | **271.79** |
| **Totals** | | | **$60,743.57** | **$65,914.03** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:****If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $8,048.00 ☑ |

C1/C1

---

**Account transaction fees summary**

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 28 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Exhibit "P," Page  # 106**

March 31, 2020 ■ Page 4 of 4

**WELLS FARGO**

---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your         $ _____
register or transfers into          $ _____
your account which are not           $ _____
shown on your statement.           + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**Exhibit "P," Page #  107**

# Wells Fargo Simple Business Checking

January 31, 2020 ■ Page 1 of 4



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $5,378.83 |
| Deposits/Credits | 126,429.99 |
| Withdrawals/Debits | - 113,920.63 |
| **Ending balance on 1/31** | **$17,888.19** |
| Average ledger balance this period | $15,933.43 |

Account number:  **5511727157**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Exhibit "P," Page  #  108**

January 31, 2020 ■ Page 2 of 4



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/2 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07F9Vggw Business Checking Drs Workers Comp | | 111.00 | 5,267.83 |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr., M | 759.29 | | |
| 1/3 | | Merchpayout Sv9T 8447752748 200102 Wilbur Williams Jr., M | 1,140.05 | | 7,167.17 |
| 1/6 | | Edeposit IN Branch/Store 01/06/20 01:39:33 Pm 1499 N Main St Walnut Creek CA | 1,650.00 | | |
| 1/6 | | Online Transfer From Wilbur Williams Jr M D Inc Business Checking xxxxxx4015 Ref #Ib07Fwmn3S on 01/06/20 | 4,000.00 | | |
| 1/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 010320 85261400003319x Wilbur Williams MD | | 1,871.43 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85260000002904x Wilbur Williams MD | | 7,817.77 | |
| 1/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200106 x85268800000166 Wilbur Williams MD | | 217.91 | 2,910.06 |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 1,878.70 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 3,246.23 | | |
| 1/7 | | Merchpayout Sv9T 8447752748 200106 Wilbur Williams Jr., M | 3,613.90 | | |
| 1/7 | | Grpn Merch Svcs N300048870 200106 C300048870P635 Sev Laser | 18,344.67 | | |
| 1/7 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07G2Qvms Business Checking Transfer Back | | 4,000.00 | |
| 1/7 | | Tele-Transfer to xxxxxx7140 Reference #TF07G2Tfys | | 5,000.00 | |
| 1/7 | | Withdrawal Made In A Branch/Store | | 5,000.00 | 15,993.56 |
| 1/9 | | Merchpayout Sv9T 8447752748 200108 Wilbur Williams Jr., M | 1,726.97 | | 17,720.53 |
| 1/10 | | Merchpayout Sv9T 8447752748 200109 Wilbur Williams Jr., M | 3,434.25 | | 21,154.78 |
| 1/13 | | Merchpayout Sv9T 8447752748 200110 Wilbur Williams Jr., M | 3,882.07 | | 25,036.85 |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 1,579.42 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 1,791.37 | | |
| 1/14 | | Merchpayout Sv9T 8447752748 200113 Wilbur Williams Jr., M | 5,034.27 | | |
| 1/14 | < | Business to Business ACH Debit - Paychex Tps Taxes 011320 85395700002159x Wilbur Williams MD | | 85.15 | 33,356.76 |
| 1/16 | | Merchpayout Sv9T 8447752748 200115 Wilbur Williams Jr., M | 2,703.96 | | |
| 1/16 | | Tele-Transfer to xxxxxx7140 Reference #TF07Hh7Rcg | | 10,000.00 | |
| 1/16 | < | Business to Business ACH Debit - Paychex Eib Invoice 200116 x85441700001859 Wilbur Williams MD | | 27.66 | |
| 1/16 | < | Business to Business ACH Debit - Paychex Tps Taxes 011520 85441800002619x Wilbur Williams MD | | 276.34 | |
| 1/16 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85441600007216x Wilbur Williams MD | | 759.95 | 24,996.77 |
| 1/17 | | Merchpayout Sv9T 8447752748 200116 Wilbur Williams Jr., M | 2,663.12 | | |
| 1/17 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85475100001197x Wilbur Williams MD | | 8,544.35 | 19,115.54 |
| 1/21 | | Merchpayout Sv9T 8447752748 200117 Wilbur Williams Jr., M | 3,920.01 | | |
| 1/21 | | Grpn Merch Svcs N300049224 200120 C300049224P520 Sev Laser | 24,330.03 | | |
| 1/21 | | Deposit Made In A Branch/Store | 2,046.00 | | |
| 1/21 | < | Business to Business ACH Debit - Paychex Eib Invoice 200121 x85480700000959 Wilbur Williams MD | | 235.12 | |
| 1/21 | < | Business to Business ACH Debit - Paychex Tps Taxes 011720 85484400000371x Wilbur Williams MD | | 2,958.65 | 46,217.81 |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 2,796.56 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 3,600.06 | | |
| 1/22 | | Merchpayout Sv9T 8447752748 200121 Wilbur Williams Jr., M | 3,961.51 | | |
| 1/22 | | Withdrawal Made In A Branch/Store | | 54,000.00 | 2,575.94 |
| 1/23 | | Merchpayout Sv9T 8447752748 200122 Wilbur Williams Jr., M | 1,789.71 | | 4,365.65 |
| 1/24 | | Merchpayout Sv9T 8447752748 200123 Wilbur Williams Jr., M | 1,492.94 | | 5,858.59 |
| 1/27 | | Merchpayout Sv9T 8447752748 200124 Wilbur Williams Jr., M | 4,135.72 | | |
| 1/27 | | Edeposit IN Branch/Store 01/27/20 10:33:38 Am 1499 N Main St Walnut Creek CA | 3,150.00 | | 13,144.31 |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 1,628.76 | | |

**Exhibit "P," Page  #  109**

January 31, 2020 ■ Page 3 of 4



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 3,954.98 | | |
| 1/28 | | Merchpayout Sv9T 8447752748 200127 Wilbur Williams Jr., M | 5,267.81 | | 23,995.86 |
| 1/29 | | Edeposit IN Branch/Store 01/29/20 02:05:57 Pm 1499 N Main St Walnut Creek CA | 1,280.00 | | |
| 1/29 | | Withdrawal Made In A Branch/Store | | 13,000.00 | 12,275.86 |
| 1/30 | | Merchpayout Sv9T 8447752748 200129 Wilbur Williams Jr., M | 2,166.29 | | 14,442.15 |
| 1/31 | | Merchpayout Sv9T 8447752748 200130 Wilbur Williams Jr., M | 3,461.34 | | |
| 1/31 | | Cash Deposit Processing Fee | | 15.30 | 17,888.19 |
| **Ending balance on 1/31** | | | | | **17,888.19** |
| **Totals** | | | **$126,429.99** | **$113,920.63** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:**If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2020 - 01/31/2020 | | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|---|
| **How to avoid the monthly service fee** | | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | | |
| · Average ledger balance | | $500.00 | $15,933.00 ☑ |
| C1/C1 | | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 8,100 | 3,000 | 5,100 | 0.0030 | 15.30 |
| Transactions | 41 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$15.30** |

**Exhibit "P," Page  # 110**

**WELLS FARGO**

---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your        $ _____
register or transfers into        $ _____
your account which are not        $ _____
shown on your statement.       + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
| **Total amount** | | $ _____ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**Exhibit "P," Page # 111**

# Wells Fargo Simple Business Checking

February 29, 2020  ■  Page 1 of 4



WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

---

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $17,888.19 |
| Deposits/Credits | 127,563.88 |
| Withdrawals/Debits | - 145,299.81 |
| **Ending balance on 2/29** | **$152.26** |
| Average ledger balance this period | $34,795.77 |

Account number:  **5511727157**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

February 29, 2020 ■ Page 2 of 4

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-----|-------------|----------|-----------|---------|
| 2/3 | | Merchpayout Sv9T 8447752748 200131 Wilbur Williams Jr., M | 6,257.88 | | 24,146.07 |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 1,111.57 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 4,199.75 | | |
| 2/4 | | Merchpayout Sv9T 8447752748 200203 Wilbur Williams Jr., M | 4,657.44 | | |
| 2/4 | | Withdrawal Made In A Branch/Store | | 11,000.00 | 23,114.83 |
| 2/5 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07Lk5J2x Business Checking Workers Comp | | 65.00 | 23,049.83 |
| 2/6 | | Merchpayout Sv9T 8447752748 200205 Wilbur Williams Jr., M | 3,163.19 | | |
| 2/6 | | Edeposit IN Branch/Store 02/06/20 02:40:32 Pm 1499 N Main St Walnut Creek CA | 1,799.00 | | |
| 2/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200206 x85753300001316 Wilbur Williams MD | | 237.32 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Tps Taxes 020520 8574990000184864x Wilbur Williams MD | | 4,302.52 | |
| 2/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85749500000906x Wilbur Williams MD | | 12,786.60 | 10,685.58 |
| 2/7 | | Merchpayout Sv9T 8447752748 200206 Wilbur Williams Jr., M | 2,777.79 | | |
| 2/7 | | Grpn Merch Svcs N300049572 200206 C300049572P1183 Sev Laser | 20,115.25 | | |
| 2/7 | | Withdrawal Made In A Branch/Store | | 5,000.00 | 28,578.62 |
| 2/10 | | Merchpayout Sv9T 8447752748 200207 Wilbur Williams Jr., M | 3,043.68 | | 31,622.30 |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 2,738.72 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 5,098.94 | | |
| 2/11 | | Merchpayout Sv9T 8447752748 200210 Wilbur Williams Jr., M | 5,299.04 | | 44,759.00 |
| 2/13 | | Merchpayout Sv9T 8447752748 200212 Wilbur Williams Jr., M | 3,395.55 | | 48,154.55 |
| 2/14 | | Merchpayout Sv9T 8447752748 200213 Wilbur Williams Jr., M | 2,002.54 | | 50,157.09 |
| 2/18 | | Merchpayout Sv9T 8447752748 200214 Wilbur Williams Jr., M | 2,435.38 | | |
| 2/18 | | Withdrawal Made In A Branch/Store | | 5,000.00 | |
| 2/18 | | Withdrawal Made In A Branch/Store | | 12,000.00 | 35,592.47 |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 2,059.02 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 2,085.64 | | |
| 2/19 | | Merchpayout Sv9T 8447752748 200218 Wilbur Williams Jr., M | 2,917.12 | | 42,654.25 |
| 2/20 | | Merchpayout Sv9T 8447752748 200219 Wilbur Williams Jr., M | 3,928.07 | | |
| 2/20 | < | Business to Business ACH Debit - Paychex Eib Invoice 200220 x85980700002235 Wilbur Williams MD | | 237.32 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 021920 85986900002568x Wilbur Williams MD | | 3,620.26 | |
| 2/20 | < | Business to Business ACH Debit - Paychex Inc. Payroll 85983100014060x Wilbur Williams MD | | 11,621.14 | 31,103.60 |
| 2/21 | | Merchpayout Sv9T 8447752748 200220 Wilbur Williams Jr., M | 5,070.13 | | |
| 2/21 | | Grpn Merch Svcs N300049921 200220 C300049921P1161 Sev Laser | 23,080.87 | | |
| 2/21 | | Edeposit IN Branch/Store 02/21/20 01:39:36 Pm 1499 N Main St Walnut Creek CA | 2,407.00 | | 61,661.60 |
| 2/24 | | Merchpayout Sv9T 8447752748 200221 Wilbur Williams Jr., M | 2,682.15 | | 64,343.75 |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 3,175.41 | | |
| 2/25 | | Merchpayout Sv9T 8447752748 200224 Wilbur Williams Jr., M | 4,222.98 | | 71,742.14 |
| 2/26 | | Merchpayout Sv9T 8447752748 200225 Wilbur Williams Jr., M | 2,068.50 | | |
| 2/26 | | Withdrawal Made In A Branch/Store | | 72,000.00 | 1,810.64 |
| 2/27 | | Merchpayout Sv9T 8447752748 200226 Wilbur Williams Jr., M | 2,291.74 | | 4,102.38 |
| 2/28 | | Merchpayout Sv9T 8447752748 200227 Wilbur Williams Jr., M | 3,479.53 | | |
| 2/28 | | Withdrawal Made In A Branch/Store | | 7,000.00 | |

February 29, 2020  ■  Page 3 of 4



---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/28 | < | Business to Business ACH Debit - Paychex Tps Taxes 022720 86107900004998x Wilbur Williams MD | | 426.05 | |
| 2/28 | | Cash Deposit Processing Fee | | 3.60 | 152.26 |
| **Ending balance on 2/29** | | | | | **152.26** |
| **Totals** | | | **$127,563.88** | **$145,299.81** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2020 - 02/29/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Average ledger balance | $500.00 | $34,796.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

C1/C1

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 4,200 | 3,000 | 1,200 | 0.0030 | 3.60 |
| Transactions | 35 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$3.60** |

**Exhibit "P," Page  # 114**

February 29, 2020  ■  Page 4 of 4

**WELLS FARGO**

---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your          $ _____
register or transfers into                $ _____
your account which are not                $ _____
shown on your statement.                + $ _____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount  $** | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**Exhibit "P," Page  #  115**

# Wells Fargo Simple Business Checking

March 31, 2020 ■ Page 1 of 4



**WELLS FARGO**

WILBUR WILLIAMS JR M D INC
2652 VIA OLIVERA
PALOS VERDES ESTATES CA 90274-2810

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $152.26 |
| Deposits/Credits | 115,066.83 |
| Withdrawals/Debits | - 112,037.96 |
| **Ending balance on 3/31** | **$3,181.13** |
| Average ledger balance this period | $13,824.03 |

Account number:  **5511727157**

**WILBUR WILLIAMS JR M D INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Exhibit "P," Page  #  116**

March 31, 2020 ■ Page 2 of 4

**WELLS FARGO**

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/2 | | Merchpayout Sv9T 8447752748 200228 Wilbur Williams Jr., M | 5,120.06 | | |
| 3/2 | | Tele-Transfer to xxxxxx7140 Reference #TF07Qqf9Sv | | 3,000.00 | 2,272.32 |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 2,835.77 | | |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 3,061.56 | | |
| 3/3 | | Merchpayout Sv9T 8447752748 200302 Wilbur Williams Jr., M | 3,467.47 | | |
| 3/3 | < | Business to Business ACH Debit - Paychex Eib Invoice 200303 x86142700000471 Wilbur Williams MD | | 26.16 | |
| 3/3 | < | Business to Business ACH Debit - Paychex Tps Taxes 030220 86151100003892x Wilbur Williams MD | | 73.68 | |
| 3/3 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86143900000540x Wilbur Williams MD | | 354.26 | |
| 3/3 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86139900000832x Wilbur Williams MD | | 1,371.10 | 9,811.92 |
| 3/4 | | Deposit Made In A Branch/Store | 10,000.00 | | 19,811.92 |
| 3/5 | | Merchpayout Sv9T 8447752748 200304 Wilbur Williams Jr., M | 1,984.63 | | |
| 3/5 | < | Business to Business ACH Debit - Paychex Eib Invoice 200305 x86192800000102 Wilbur Williams MD | | 198.50 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Tps Taxes 030420 86192900002523x Wilbur Williams MD | | 2,852.35 | |
| 3/5 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86190300003966x Wilbur Williams MD | | 9,976.46 | 8,769.24 |
| 3/6 | | Paychex Inc. Payroll 8621600013433x Wilbur Williams MD | 2,111.55 | | |
| 3/6 | | Merchpayout Sv9T 8447752748 200305 Wilbur Williams Jr., M | 2,268.92 | | |
| 3/6 | < | Business to Business ACH Debit - Paychex Eib Invoice 200306 x86215200001293 Wilbur Williams MD | | 26.16 | |
| 3/6 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86216600013431x Wilbur Williams MD | | 2,111.55 | 11,012.00 |
| 3/9 | | Merchpayout Sv9T 8447752748 200306 Wilbur Williams Jr., M | 3,385.35 | | |
| 3/9 | | Grpn Merch Svcs N300050266 200306 C300050266P1211 Sev Laser | 21,812.85 | | |
| 3/9 | | Tele-Transfer to xxxxxx7140 Reference #TF07Rwbgpj | | 20,000.00 | |
| 3/9 | | Tele-Transfer to xxxxxx7140 Reference #TF07Rwcg96 | | 2,000.00 | 14,210.20 |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 3,467.24 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 4,572.15 | | |
| 3/10 | | Merchpayout Sv9T 8447752748 200309 Wilbur Williams Jr., M | 5,093.50 | | |
| 3/10 | | Online Transfer From Wilbur Williams Jr M D Inc Ref #Ib07S2Wxv9 Business Checking Drs Workers Comp | 175.00 | | |
| 3/10 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07S2Wwzh Business Checking Drs Workers Comp | | 175.00 | |
| 3/10 | | Online Transfer to Wilbur Williams Jr M D Inc Ref #Ib07S2x3Kq Business Checking Drs Workers Comp | | 175.00 | 27,168.09 |
| 3/11 | | Tele-Transfer to xxxxxx7140 Reference #TF07S7Pgd5 | | 2,000.00 | 25,168.09 |
| 3/12 | | Merchpayout Sv9T 8447752748 200311 Wilbur Williams Jr., M | 2,244.35 | | 27,412.44 |
| 3/13 | | Merchpayout Sv9T 8447752748 200312 Wilbur Williams Jr., M | 5,032.50 | | 32,444.94 |
| 3/16 | | Merchpayout Sv9T 8447752748 200313 Wilbur Williams Jr., M | 3,275.05 | | |
| 3/16 | | Edeposit IN Branch/Store 03/16/20 04:05:47 Pm 1499 N Main St Walnut Creek CA | 3,100.00 | | |
| 3/16 | | Tele-Transfer to xxxxxx7140 Reference #TF07T3Hk7F | | 1,000.00 | 37,819.99 |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 3,737.89 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 3,967.98 | | |
| 3/17 | | Merchpayout Sv9T 8447752748 200316 Wilbur Williams Jr., M | 6,011.33 | | 51,537.19 |
| 3/18 | | Withdrawal Made In A Branch/Store | | 33,000.00 | 18,537.19 |
| 3/19 | | Merchpayout Sv9T 8447752748 200318 Wilbur Williams Jr., M | 1,006.37 | | |
| 3/19 | < | Business to Business ACH Debit - Paychex Eib Invoice 200319 x86399500001003 Wilbur Williams MD | | 196.30 | |
| 3/19 | < | Business to Business ACH Debit - Paychex Inc. Payroll 86401700016824x Wilbur Williams MD | | 10,535.91 | 8,811.35 |
| 3/20 | | Merchpayout Sv9T 8447752748 200319 Wilbur Williams Jr., M | 97.30 | | |
| 3/20 | < | Business to Business ACH Debit - Paychex Tps Taxes 031820 86406100011481x Wilbur Williams MD | | 4,065.23 | 4,843.42 |

**Exhibit "P," Page  #  117**

March 31, 2020 ■ Page 3 of 4

**WELLS FARGO**

---

### *Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/23 | | Grpn Merch Svcs N300050655 200320 C300050655P1133 Sev Laser | 17,166.86 | | |
| 3/23 | | Tele-Transfer to xxxxxx7140 Reference #TF07V27S66 | | 18,000.00 | 4,010.28 |
| 3/24 | | Merchpayout Sv9T 8447752748 200323 Wilbur Williams Jr., M | 71.15 | | 4,081.43 |
| 3/27 | | Merchpayout Sv9T 8447752748 200326 Wilbur Williams Jr., M | | 900.00 | 3,181.43 |
| 3/31 | | Cash Deposit Processing Fee | | 0.30 | 3,181.13 |
| **Ending balance on 3/31** | | | | | **3,181.13** |
| **Totals** | | | **$115,066.83** | **$112,037.96** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:***If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

---

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $13,824.00 ☑ |
| C1/C1 | | |

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 3,100 | 3,000 | 100 | 0.0030 | 0.30 |
| Transactions | 38 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.30** |

**Exhibit "P," Page  # 118**

March 31, 2020 ■ Page 4 of 4

**WELLS FARGO**

---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                    $ _____
register or transfers into                         $ _____
your account which are not                         $ _____
shown on your statement.                         + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**Exhibit "P," Page  #  119**

**EXHIBIT "Q"**

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 10239 |
| **Date Posted** | 11/23/18 |
| **Check Amount** | $54,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

☎ Equal Housing Lender

Exhibit "Q," Page   1

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 2038 |
| **Date Posted** | 12/03/18 |
| **Check Amount** | $25,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 2037 |
| **Date Posted** | 11/23/18 |
| **Check Amount** | $87,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

☎ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 3082 |
| **Date Posted** | 12/26/18 |
| **Check Amount** | $50,400.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

☎ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 3064 |
| **Date Posted** | 11/23/18 |
| **Check Amount** | $29,500.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 9191 |
| **Date Posted** | 12/26/18 |
| **Check Amount** | $26,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

☎ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 2094 |
| **Date Posted** | 01/30/19 |
| **Check Amount** | $88,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

☎ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 2124 |
| **Date Posted** | 03/06/19 |
| **Check Amount** | $124,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 2129 |
| **Date Posted** | 04/10/19 |
| **Check Amount** | $133,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

☎ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 2145 |
| **Date Posted** | 06/25/19 |
| **Check Amount** | $200,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 2148 |
| **Date Posted** | 08/07/19 |
| **Check Amount** | $134,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

## WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 2152 |
| **Date Posted** | 09/11/19 |
| **Check Amount** | $100,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

**Exhibit "Q," Page   12**

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 2160 |
| **Date Posted** | 11/14/19 |
| **Check Amount** | $120,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 2163 |
| **Date Posted** | 11/22/19 |
| **Check Amount** | $60,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

**Exhibit "Q," Page   14**

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 2166 |
| **Date Posted** | 12/27/19 |
| **Check Amount** | $112,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

**Exhibit "Q," Page   15**

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 10347 |
| **Date Posted** | 01/22/20 |
| **Check Amount** | $94,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

☎ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 10351 |
| **Date Posted** | 02/26/20 |
| **Check Amount** | $93,900.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

☎ Equal Housing Lender

**Exhibit "Q," Page  17**

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 2167 |
| **Date Posted** | 01/22/20 |
| **Check Amount** | $97,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 2174 |
| **Date Posted** | 02/26/20 |
| **Check Amount** | $101,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 3136 |
| **Date Posted** | 01/22/20 |
| **Check Amount** | $72,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

☎ Equal Housing Lender

**Exhibit "Q," Page   20**

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 3138 |
| **Date Posted** | 02/26/20 |
| **Check Amount** | $80,700.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

**Exhibit "Q," Page   21**

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 9241 |
| **Date Posted** | 01/22/20 |
| **Check Amount** | $35,000.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 9243 |
| **Date Posted** | 02/26/20 |
| **Check Amount** | $40,300.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# EXHIBIT "R"

 **Operation Image Browser 2.0**

| Site | VIEWPOINTE | Paid Date | 02282020 | Serial No | 6214 |
|------|-----------|-----------|----------|-----------|------|
| Routing | 12104288 | Account | 3415404015 | PC | 000069 |
| Amount | 12000.00 | Sequence | 2048800796 | Capture Source | 00010064 |

**Front Black & White Image**

**Withdrawal**                                                           6214   WELLS FARGO

(Check One)  ☑ Checking   ☐ Savings   ☐ Money Market Access   ☐ Command

Account Number

*3415404015               Date 2/28/2020

Please print: Name
Vana Mehrabian
Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. Two forms of ID may be required.

X  Vary

Twelve thousand                                    $  12000.

                                                **Dollars**

Bank Use Only (When SVT Is Not Available)   TLR8586 (04/15) WF8118 90012484
Customer Id:       Exp. date:       Token Verified (✓) ☐   Approval:

⑅6214⑅ ⑉500000694⑈

**Back Black & White Image**

2048800796

| Site | VIEWPOINTE | Paid Date | 02262020 | Serial No | 1270 |
|------|-----------|-----------|----------|-----------|------|
| Routing | 12104288 | Account | 3415404015 | PC | 000069 |
| Amount | 115000.00 | Sequence | 2044388717 | Capture Source | 00010064 |

**Front Black & White Image**

**Withdrawal**

1270

WELLS FARGO

(Check One)  ☒ Checking  ☐ Savings  ☐ Money Market Access  ☐ Command

Account Number

✱ 3415404015    Date 2/26/2020

Please print: Name

UANA Mehrabian

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above. Please sign in teller's presence. **Two forms of ID may be required.**

Ⓧ

One hundred fifteen thousand    Dollars    $ 115000.

Bank Use Only (When SVT Is Not Available)    TUR8586 (04/15)    wr0115  00012404

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |
|---|---|---|---|

⑈1270⑈ ⑆500000694⑆

**Back Black & White Image**

2044388715

**Exhibit "R," Page 2**

| Site | VIEWPOINTE | Paid Date | 02182020 | Serial No | 2435 |
|---|---|---|---|---|---|
| Routing | 12104288 | Account | 3415404015 | PC | 000069 |
| Amount | 6000.00 | Sequence | 2041335514 | Capture Source | 00010064 |

**Front Black & White Image**

**Withdrawal**

(Check One) ☒ Checking ☐ Savings ☐ Money Market Access ☐ Command

2435

WELLS FARGO

Account Number

\* 3415404015    Date 2/19/20

Please print: Name

Vaner Mehralian

Please print: Street Address, City, State, Zip Code

Six Thousand    Dollars    $ 6 000.—

**Bank Use Only** (When SVT Is Not Available)

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |

2435⑉ ⑊500000694⑊

**Back Black & White Image**

| Site | VIEWPOINTE | Paid Date | 02182020 | Serial No | 6445 |
|------|-----------|-----------|----------|-----------|------|
| Routing | 12104288 | Account | 3415404015 | PC | 000069 |
| Amount | 12000.00 | Sequence | 2044387537 | Capture Source | 00010064 |

**Front Black & White Image**

**Withdrawal**

(Check One)    ☒ Checking    ☐ Savings    ☐ Money Market Access    ☐ Command

6445

**WELLS FARGO**

Account Number

\* 3415 40 4015    Date 2/18/20

Please print: Name    Vam Mehdian

Please print: Street Address, City, State, Zip Code

twelve thousand dollars

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. **Two forms of ID may be required.**

X

Dollars    $ 12000.00

Wells Fargo Internal Use When Blank,
Wells Fargo Confidential When Completed

**Bank Use Only (When SVT Is Not Available)**    TLR8566 (04/15) wroits 90012484

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |

⑈6445⑈ ⑆500000694⑆

**Back Black & White Image**

2044387537

| Site | VIEWPOINTE | Paid Date | 02072020 | Serial No | 2315 |
| Routing | 12104288 | Account | 3415404015 | PC | 000069 |
| Amount | 5000.00 | Sequence | 2041841068 | Capture Source | 00010064 |

**Front Black & White Image**



**Back Black & White Image**

| Site | VIEWPOINTE | Paid Date | 02042020 | Serial No | 1223 |
| Routing | 12104288 | Account | 3415404015 | PC | 000069 |
| Amount | 11000.00 | Sequence | 2044384488 | Capture Source | 00010064 |

**Front Black & White Image**

**Withdrawal**

(Check One)  ☐ Checking  ☐ Savings  ☐ Money Market Access  ☐ Command

1223

WELLS FARGO

Account Number

✱ 3 4 1 5 4 0 4 0 1 5     Date  02/04/20

Please print: Name  Vara Chebrobian

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. Two forms of ID may be required.

X

Eleven Thousand                              Dollars     $  11000.00

Bank Use Only (When SVT is Not Available)     TLR8586 (04/15)  WF0515  90012494

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |

⑆1223⑆ ⑉500000694⑉

**Back Black & White Image**

**Exhibit "R," Page   6**



**Operation Image Browser 2.0**

| Site | VIEWPOINTE | Paid Date | 01292020 | Serial No | 6134 |
|------|-----------|-----------|----------|-----------|------|
| Routing | 12104288 | Account | 3415404015 | PC | 000069 |
| Amount | 10000.00 | Sequence | 2041314293 | Capture Source | 00010064 |

### Front Black & White Image

**Withdrawal**

(Check One)  ☑ Checking  ☐ Savings  ☐ Money Market Access  ☐ Command

6134

WELLS FARGO

Account Number

* 3415404015    Date  01·29·20

Please print: Name  Anna Mehrabian

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. Two forms of identity be required.

ⓧ

ten thousand    $ 10000.00

**Dollars**

Bank Use Only (When SVT is Not Available)    TLR8586 (04/15)  WP0115 90012484

Customer Id:    Exp. date:    Token Verified (✓) ☐    Approval:

⑆6134⑆ ⑆500000694⑆

### Back Black & White Image

2041314293

**Exhibit "R," Page  7**

| Site | VIEWPOINTE | Paid Date | 01222020 | Serial No | 7332 |
|------|-----------|-----------|----------|-----------|------|
| Routing | 12104288 | Account | 3415404015 | PC | 000069 |
| Amount | 97000.00 | Sequence | 2041846506 | Capture Source | 00010064 |

**Front Black & White Image**

**Withdrawal**                                                                7332    WELLS FARGO

(Check One)    ☑ Checking    ☐ Savings    ☐ Money Market Access    ☐ Command

Account Number

**✳ 3 4 1 5 - 4 0 4 0 1 5**    Date   1 - 22 - 20

Please print: Name    Vone Mehrabian

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. Two forms of ID may be required.

X

Ninety Seven thousand                    Dollars    $    97000.00

Bank Use Only (When SVT is Not Available)    TLR8586 (04/15) WF0115  90012494

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |

⑈ 7 3 3 2 ⑈ ⑆ 5 0 0 0 0 0 6 9 4 ⑆

**Back Black & White Image**

2041846506

| Site | VIEWPOINTE | Paid Date | 01152020 | Serial No | 7284 |
|---|---|---|---|---|---|
| Routing | 12104288 | Account | 3415404015 | PC | 000069 |
| Amount | 10000.00 | Sequence | 2041845183 | Capture Source | 00010064 |

**Front Black & White Image**



**Withdrawal**

7284

(Check One)  ☐ Checking  ☐ Savings  ☐ Money Market Access  ☐ Command

WELLS FARGO

Account Number

\* 3 4 1 5 4 0 4 0 1 5       Date  1-15-20

Please print: Name  *Vaso Metrobian*

Please print: Street Address, City, State, Zip Code

*Ten thousand*

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. Two forms of ID may be required.

(X)

$  10000.00

**Dollars**

Bank Use Only (When SVT is Not Available)

Customer Id:          Exp. date:       Token Verified (✓) ☐   Approval:

⑈7284⑈ ⑆500000694⑆

**Back Black & White Image**



2041845183

| Site | VIEWPOINTE | Paid Date | 01072020 | Serial No | 4966 |
|------|-----------|-----------|----------|-----------|------|
| Routing | 12104288 | Account | 3415404015 | PC | 000069 |
| Amount | 6000.00 | Sequence | 2041319408 | Capture Source | 00010064 |

## Front Black & White Image

**Withdrawal**

(Check One)  ☑ Checking  ☐ Savings  ☐ Money Market Access  ☐ Command

4966    WELLS FARGO

\* 3415404015   Date 01/07/20

Account Number

Please print: Name   Ana Merabian

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. Two forms of ID may be required.

X

Six thousand                    **Dollars**    $ 6000.—

Bank Use Only (When SVT is Not Available)    TLR8586 (04/15) wr0118  90012494

Customer Id:    Exp. date:    Token Verified (✓) ☐    Approval:

⑈4966⑈ ⑈500000694⑈

## Back Black & White Image

2041319408



**Operation Image Browser 2.0**

| Site | VIEWPOINTE | Paid Date | 03272020 | Serial No | 5001 |
|------|------------|-----------|----------|-----------|------|
| Routing | 12104288 | Account | 3415404015 | PC | 000069 |
| Amount | 3000.00 | Sequence | 2044382054 | Capture Source | 00010064 |

**Front Black & White Image**

**Withdrawal**                                                                5001

(Check One)   ☒ Checking   ☐ Savings   ☐ Money Market Access   ☐ Command

Account Number
✳ 3415404015          Date 3/27/2020

Please print: Name
Vana Mehrabian
Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. **Two forms of ID** may be required.

X _____

Three thousand                                              Dollars          $ 3000.

Bank Use Only (When SVT Is Not Available)          TLR8566 (04/15)  WF0115  90012494
Customer Id:        Exp. date:        Token Verified (✓) ☐        Approval:

⑈500⑈⑆500000694⑆

**Back Black & White Image**

Exhibit "R," Page  11

| Site | VIEWPOINTE | Paid Date | 03182020 | Serial No | 5140 |
|------|-----------|-----------|----------|-----------|------|
| Routing | 12104288 | Account | 3415404015 | PC | 000069 |
| Amount | 65000.00 | Sequence | 2041334266 | Capture Source | 00010064 |

**Front Black & White Image**

**Withdrawal**

5140

**WELLS FARGO**

(Check One)    ☒ Checking    ☐ Savings    ☐ Money Market Access    ☐ Command

Account Number

✱ 3 4 1 5 4 0 4 0 1 5    Date 3/18/20

Please print: Name    Vanar Melvolien

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. Two forms of ID may be required.

Ⓧ

Sixty five thousand Dollars    $ 65—

Bank Use Only (When SVT is Not Available)    TLR6586 (04/15)    WF0116  90012494

Customer Id:        Exp. date:        Token Verified (✓) ☐        Approval:

⑈5140⑈ ⑆500000694⑆

**Back Black & White Image**

2041334265

| Site | VIEWPOINTE | Paid Date | 03042020 | Serial No | 6756 |
| Routing | 12104288 | Account | 3415404015 | PC | 000069 |
| Amount | 15000.00 | Sequence | 2048001572 | Capture Source | 00010064 |

**Front Black & White Image**

**Withdrawal / Retiro:**

6756

WELLS FARGO

(Check One / Marque una)  ☑ Checking / Cuenta de Cheques  ☐ Savings / Ahorros  ☐ Money Market Access  ☐ Command

Account Number / Número de cuenta

\*3415404015

Date / Fecha  3.4.20

Please print: Name / Letra de imprenta: Nombre

Please print: Street Address, City, State, Zip Code / Letra de imprenta: Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal from the account listed above. / Autorizo este retiro de la cuenta mencionada arriba. Please sign in teller's presence for cash back. / Firme en la presencia del (de la) cajero(a) para el retiro de dinero en efectivo. Two forms of ID may be required. / Se podrán requerir dos tipos de identificación.

Fifteen Thousand

$ 15000.00

**Dollars**

Bank Use Only (When SVT is Not Available)    TLR9230 (04/15) WF0116 90125389

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |

⑈6756⑈ ⑆500000694⑆

**Back Black & White Image**

| Site | VIEWPOINTE | Paid Date | 03182020 | Serial No | 6041 |
|------|-----------|-----------|----------|-----------|------|
| Routing | 12104288 | Account | 3663196255 | PC | 000069 |
| Amount | 3245.00 | Sequence | 2343777481 | Capture Source | 00010064 |

**Front Black & White Image**

## Withdrawal

6041

WELLS FARGO

(Check One)  ☑ Checking  ☐ Savings  ☐ Money Market Access  ☐ Command

Account Number

✱ 3663196255        Date 3/10/2020

Please print: Name   Staforde Palmer

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. **Two forms of ID may be required.**

X

three thousand two hundred forty five        $ 3245.—

Dollars

Bank Use Only (When SVT is Not Available)        TLR8586 (04/15)  wrens 90138280

Customer Id:        Exp. date:        Token Verified (✓) ☐        Approval:

⑈6041⑈ ⑆500000694⑆

**Back Black & White Image**

| Site | VIEWPOINTE | Paid Date | 01022020 | Serial No | 2989 |
| Routing | 12104288 | Account | 3663196255 | PC | 000069 |
| Amount | 10000.00 | Sequence | 2044625348 | Capture Source | 00010064 |

**Front Black & White Image**

Withdrawal

(Check One)   ☑ Checking   ☐ Savings   ☐ Money Market Access   ☐ Command

2989   WELLS FARGO

*3663196255          Date 1/2/2020

Please print: Name    Stefanie Palmer

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above. Please sign in teller's presence. Two forms of ID may be required.

X

Ten Thousand                    Dollars   $ 10,000.00

Bank Use Only   (When SVT is Not Available)    TLR8586 (06/19) #FE115  0C025183

| Customer Id: | Exp. date: | Token Verified ☑ ☐ | Approval: |

⑈2989⑈ ⑆500000694⑆

**Back Black & White Image**

2044625348

**Exhibit "R," Page   15**



## Operation Image Browser 2.0

| | | | | | | |
|---|---|---|---|---|---|---|
| **Site** | VIEWPOINTE | **Paid Date** | 03272020 | **Serial No** | 7277 | |
| **Routing** | 12104288 | **Account** | 3663196255 | **PC** | 000069 | |
| **Amount** | 12000.00 | **Sequence** | 2045688077 | **Capture Source** | 00010064 | |

### Front Black & White Image

**Withdrawal**                                                                7277

(Check One)  ☒ Checking  ☐ Savings  ☐ Money Market Access  ☐ Command

Account Number

✱ 3663196255          Date 3/27/20

Please print: Name   Staforde M. Palmer

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. **Two forms of ID may be required.**

X

twelve thousand dollars ———— **Dollars**     $ 12,000.00

Bank Use Only (When SVT is Not Available)     TLR6586 (04/15)  WK0115  80232366

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |
|---|---|---|---|

⑈7277⑈ ⑆500000694⑆

### Back Black & White Image

2045688077

| Site | VIEWPOINTE | Paid Date | 02182020 | Serial No | 1889 |
| Routing | 12104288 | Account | 3663196255 | PC | 000069 |
| Amount | 15000.00 | Sequence | 2045685892 | Capture Source | 00010064 |

**Front Black & White Image**

Withdrawal

(Check One)   ☑ Checking   ☐ Savings   ☐ Money Market Access   ☐ Command

1889   WELLS FARGO

**Account Number**

\* 3 6 6 3 1 9 6 2 5 5        Date  2/15/20

Please print: Name

Staforde M Palmer

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. Two forms of ID may be required.

X

fifteen thousand    9/100 _____   $ 15000.00

Dollars

Bank Use Only  (When SVT Is Not Available)          TLRB586 (06/19)  WF0115   90325183
Customer Id:          Exp. date:          Token Verified ☑ 1 ☐          Approval:

⑈ 1889⑈ ⑆500000694⑆

**Back Black & White Image**

2045685892

| Site | VIEWPOINTE | Paid Date | 01222020 | Serial No | 7561 |
| Routing | 12104288 | Account | 3663196255 | PC | 000069 |
| Amount | 16715.00 | Sequence | 2045687574 | Capture Source | 00010064 |

**Front Black & White Image**

Withdrawal

(Check One)  ☐ Checking  ☐ Savings  ☐ Money Market Access  ☐ Command

7561

WELLS FARGO

\* 3663196255      Date 1-22-20

Please print: Name
STAFORDE PALMER
Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence.  Two forms of ID may be required.

X

Sixteen thousand seven hundred fifteen ——————— Dollars    $ 16715.00

Bank Use Only  (When SVT Is Not Available)          TLR8586 (06/19)  WF0155  90025183
Customer Id:          Exp. date:          Token Verified (✓)☐          Approval:

⑈7561⑈ ⑈500000694⑈

**Back Black & White Image**

2045687574

| Site | VIEWPOINTE | Paid Date | 02252020 | Serial No | 4814 |
| Routing | 12104288 | Account | 3663196255 | PC | 000069 |
| Amount | 24000.00 | Sequence | 5843925986 | Capture Source | 00010064 |

**Front Black & White Image**

**Withdrawal / Retiro:**

(Check One / Marque una) ☑ Checking / Cuenta de Cheques  ☐ Savings / Ahorros  ☐ Money Market Access  ☐ Command

4814

WELLS FARGO

Account Number / Número de cuenta

✶ 3 6 6 3 1 9 6 2 5 5    Date/Fecha  2/25/20

Please print: Name -/ Letra de imprenta: Nombre

Soloide Palmer

Please print: Street Address, City, State, Zip Code/ Letra de imprenta: Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal from the account listed above. / Autorizo este retiro de la cuenta mencionada arriba. Please sign in teller's presence for cash back. / Firme en la presencia del (de la) cajero(a) para el retiro de dinero en efectivo. Two forms of ID may be required. / Se podrían requerir dos tipos de identificación.

X

twenty four thousand    $  2 4 0 0 0 0 0

**Dollars**

Bank Use Only (When SVT Is Not Available)    TLR9230 (04/15)  WP0116  80365285

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |

⑆4814⑆ ⑈500000694⑈

**Back Black & White Image**

| Site | VIEWPOINTE | Paid Date | 02032020 | Serial No | 1607 |
|---|---|---|---|---|---|
| Routing | 12104288 | Account | 3663196255 | PC | 000069 |
| Amount | 3000.00 | Sequence | 2043138470 | Capture Source | 00010064 |

**Front Black & White Image**

Withdrawal

(Check One)  ☐ Checking  ☐ Savings  ☐ Money Market Access  ☐ Command

1607    WELLS FARGO

Account Number
*3663196255    Date 2-1-20

Please print: Name  Stafodie Plum

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence.  **Two forms of ID may be required.**

X

three thousan    Dollars    $  3000.—

Bank Use Only   (When SVT is Not Available)    TLR8586 (06/19)  WR0155  90325183

| Customer Id: | Exp. date: | Token Verified ☑ ☐ | Approval: |

⑆1607⑈ ⑇500000694⑉

**Back Black & White Image**

2043138470

| Site | VIEWPOINTE | Paid Date | 02102020 | Serial No | 2721 |
| Routing | 12104288 | Account | 3663196255 | PC | 000069 |
| Amount | 4000.00 | Sequence | 2246181877 | Capture Source | 00010064 |

**Front Black & White Image**

**Withdrawal**

(Check One)   ☒ Checking   ☐ Savings   ☐ Money Market Access   ☐ Command

2721

WELLS FARGO

\*3663196255   Date 2/10/20

Please print: Name   Staford Palmer

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. **Two forms of ID may be required.**

X

Four Thousand Dollars & No/100      **Dollars**   $  4000.00

Bank Use Only (When SVT Is Not Available)   TLR8086 (04/18) HR0115 00012494

Customer Id:       Exp. date:       Token Verified (✓) ☐   Approval

⑈2721⑈ ⑆500000694⑆

**Back Black & White Image**

Z246181877

| Site | VIEWPOINTE | Paid Date | 03162020 | Serial No | 6393 |
| Routing | 12104288 | Account | 3663196255 | PC | 000069 |
| Amount | 4000.00 | Sequence | 2045685244 | Capture Source | 00010064 |

**Front Black & White Image**

**Withdrawal**    6393

WELLS FARGO

(Check One)  ☐ Checking  ☐ Savings  ☐ Money Market Access  ☐ Command

✱ 3663196255    Date 3/16/2020

Please print: Name
Staforde Palmer
Please print: Street Address, City, State, Zip Code

X

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. **Two forms of ID may be required.**

four thousand ⁰⁰/100    $ 4000.00

Dollars

Bank Use Only (When SVT is Not Available)    TLR6686 (04/18) WR016 80232386

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |

⑈6393⑈ ⑆500000694⑆

**Back Black & White Image**

2045685244

**Exhibit "R," Page   22**

| Site | VIEWPOINTE | Paid Date | 01162020 | Serial No | 7742 |
|------|-----------|-----------|----------|-----------|------|
| Routing | 12104288 | Account | 3663196255 | PC | 000069 |
| Amount | 5000.00 | Sequence | 2045685987 | Capture Source | 00010064 |

**Front Black & White Image**

Withdrawal

(Check One)  ☒ Checking   ☐ Savings   ☐ Money Market Access   ☐ Command

7742

WELLS FARGO

Account Number

✱ 3663196255          Date 01/16/20

Please print: Name
Staforde Palmer

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence.  Two forms of ID may be required.

X

five thousand                              Dollars          $          5000.00

Bank Use Only   (When SVT is Not Available)        TLR8586 (06/19)  WF0115  90026183

| Customer Id: | Exp. date: | Token Verified ✓ ☐ | Approval: |

⑈774 2⑈ ⑆500000694⑆

**Back Black & White Image**

2045685987

**Exhibit "R," Page   23**

| **Site** | **VIEWPOINTE** | **Paid Date** | 03092020 | **Serial No** | 7643 |
|---|---|---|---|---|---|
| **Routing** | 12104288 | **Account** | 3663196255 | **PC** | 000069 |
| **Amount** | 5000.00 | **Sequence** | 4285987478 | **Capture Source** | 00010064 |

**Front Black & White Image**



**Back Black & White Image**



| Site | VIEWPOINTE | Paid Date | 03022020 | Serial No | 7928 |
| Routing | 12104288 | Account | 3663196255 | PC | 000069 |
| Amount | 8000.00 | Sequence | 1744237486 | Capture Source | 00010064 |

**Front Black & White Image**

Withdrawal

(Check One) ☑ Checking ☐ Savings ☐ Money Market Access ☐ Command

7928

WELLS FARGO

\* 3663196255  Date 3-2-20

Please print: Name  Jaforde Palmer

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. **Two forms of ID may be required.**

X

eight Thousand ——— Dollars  $ 8000. ——

Bank Use Only (When SVT is Not Available)

| Customer Id | Exp. date: | Token Verified ☑ ☐ | Approval: |

⑂ 7928 ⑂  ⑂ 500000694 ⑂

**Back Black & White Image**

1744237486

| Site | VIEWPOINTE | Paid Date | 02032020 | Serial No | 1606 |
| Routing | 12104288 | Account | 3663196255 | PC | 000069 |
| Amount | 9000.00 | Sequence | 2043138466 | Capture Source | 00010064 |

**Front Black & White Image**

Withdrawal

(Check One)  ☑ Checking  ☐ Savings  ☐ Money Market Access  ☐ Command

1606

WELLS FARGO

\* 3663196255    Date 2-7-20

Account Number

Please print: Name  *Staferde Palmer*

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence.  **Two forms of ID may be required.**

X

*nine thousand*                    Dollars    $    9000.—

Bank Use Only  (When SVT is Not Available)    TLR8586 (06/19)  w#0115  90328183

| Customer Id: | Exp. date: | Token Verified ✓ ☐ | Approval: |

⑈1606⑈ ⑆500000694⑆

**Back Black & White Image**

2043138466

**Exhibit "R," Page   26**

**EXHIBIT "S"**

3/17/22, 10:48 AM                Wells Fargo agrees to pay $3 billion to settle DOJ, SEC investigations over fake accounts | HousingWire

Case 2:22-cv-01942-SB-MAA Document 1 Filed 03/24/22 Page 339 of 381 Page ID #:339



HW Media ∨

---



**A look at key mortgage claims challenges servicers are facing**

 **HousingWire Magazine: March 2022**

 **Webinar: How Has Homebuyer Sentiment Changed in 2022?**

 **Housing economists on their 2022 market predictions**

Politics & Money

# Wells Fargo agrees to pay $3 billion to settle DOJ, SEC investigations over fake accounts

## Settlement resolves criminal and civil investigations

February 21, 2020, 5:00 pm *By Ben Lane*

Share On

Earlier this year, **Wells Fargo** revealed that it had set aside more than $3 billion to pay for a looming settlement over the bank's fake account scandal, and now, the other shoe has dropped.

The **Department of Justice** and **Securities Exchange Commission** announced Friday afternoon that Wells Fargo will pay $3 billion to settle three separate investigations into the bank's practices that led to 5,000 Wells Fargo employees opening two million fake accounts in order to receive sales bonuses.

The settlements cover criminal and civil investigations by the DOJ and separate allegations from the SEC that the bank misled its investors by claiming the success of its cross-

## Featured Webinars



Hosted By **Tavant**

**Lunch & Learn : Innovation v. Disruption**



Hosted By **Black Knight**

**The next best thing to predicting an event: How alert data is changing the industry**

Exhibit "S," Page   1

3/17/22, 1:43 PM    Wells Fargo agrees to pay $3 billion to settle DOJ, SEC investigations over fake accounts - HousingWire

Case 2:22-cv-01942-SB-MAA   Document 1   Filed 03/24/22   Page 340 of 381   Page ID #:340

selling strategy, wherein employees were incentivized to open multiple accounts for the same customer.

But the scheme blew up back in 2016 when the **Consumer Financial Protection Bureau**, the **Office of the Comptroller of the Currency** and the city and county of Los Angeles fined the bank $185 million for the bank's employees opening up fake accounts in customers' names.

The bank later inked a $142 million settlement with the affected customers, and a $480 million settlement with a group of shareholders who accused the bank of making "certain misstatements and omissions" in the company's disclosures about its sales practices.

But now, the bank is set to pay out another $3 billion to settle the DOJ and SEC investigations.

"This case illustrates a complete failure of leadership at multiple levels within the bank. Simply put, Wells Fargo traded its hard-earned reputation for short-term profits, and harmed untold numbers of customers along the way," said United States Attorney Nick Hanna. "We are hopeful that this $3 billion penalty, along with the personnel and structural changes at the bank, will ensure that such conduct will not reoccur."

The DOJ lays out the depth of the problem at Wells Fargo and how long the company was aware of the issue before it became public knowledge.

"The Community Bank implemented a volume-based sales model in which employees were directed and pressured to sell large volumes of products to existing customers, often with little regard to actual customer need or expected use," the DOJ said in a statement. "The Community Bank's onerous sales goals and accompanying management pressure led thousands of its employees to engage in unlawful conduct – including fraud, identity theft and the falsification of bank records – and unethical practices to sell products of no or little value to the customer."

## Featured White Papers

**By** TMS

Mortgage servicers: If you're not obsessed with customer service, you're falling behind

**By** DataVerify

Best Practices from Strong Mortgage Partnerships

**By** First American Docutech

The Guide to Accelerating Closings in 2022

Exhibit "S," Page   2

That conduct included opening "open checking and savings, debit card, credit card, bill pay and global remittance accounts," all without customers' consent.

According to the DOJ, the "top managers" of the community bank were aware of the "unlawful and unethical gaming practices as early as 2002, and they knew that the conduct was increasing due to onerous sales goals and pressure from management to meet these goals."

But despite knowing that the fake account creation was a growing problem, the community bank's senior leaders "failed to take sufficient action to prevent and reduce the incidence of such practices."

In the wake of the scheme first being uncovered, the bank's CEO and chairman, John Stumpf, promptly resigned from his positions. From there, the bank took additional action to address the issues that led to the fines, including revoking 2016 bonuses for its top executives, firing four senior managers, outing another two executives, and splitting the role of chairman and CEO.

Beyond that, the bank clawed back more than $100 million in bonuses from Stumpf and former head of community banking Carrie Tolstedt, both of whom could have put a stop to the fake account creation pipeline.

But Stumpf was recently fined $17.5 million by the OCC for his role in the scandal, while Tolstedt was charged by the OCC for her actions. According to the OCC, it is seeking a fine of $25 million against Tolstedt for her actions, or lack thereof, to prevent the fake account scandal from spreading.

The bank later prepared a new pay plan where employee compensation was no longer tied to sales.

And now, the scandal has led to a $3 billion settlement with the government.

**Exhibit "S," Page   3**

3/17/22, 1:48 AM    Wells Fargo agrees to pay $3 billion to settle DOJ, SEC investigations over fake accounts - HousingWire

Case 2:22-cv-01942-SB-MAA  Document 1  Filed 03/24/22  Page 342 of 381  Page ID #:342

According to the DOJ, the government's decision to enter into the deferred prosecution agreement and civil settlement was based on a number of factors, including "Wells Fargo's extensive cooperation and substantial assistance with the government's investigations; Wells Fargo's admission of wrongdoing; its continued cooperation with investigators; its prior settlements in a series of regulatory and civil actions; and remedial actions, including significant changes in Wells Fargo's management and its board of directors, an enhanced compliance program, and significant work to identify and compensate customers who may have been victims."

Meanwhile, the SEC section of the settlement is $500 million, all of which will be returned to investors in the bank who were misled by Wells Fargo.

"Wells Fargo repeatedly misled investors, including through a misleading performance metric, about what it claimed to be the cornerstone of its Community Bank business model and its ability to grow revenue and earnings," said Stephanie Avakian, Co-Director of the SEC's Division of Enforcement. "This settlement holds Wells Fargo responsible for its fraud and furthers the SEC's goal of returning funds to harmed investors."

The SEC's order finds that Wells Fargo violated the antifraud provisions of the Securities Exchange Act of 1934. As part of the settlement, Wells Fargo has "agreed to cease and desist from committing or causing any future violations of these provisions" and to pay a civil penalty of $500 million, which will be distributed to investors.

That's in addition to the $480 million settlement the bank reached with investors back in 2018.

"The conduct at the core of today's settlements — and the past culture that gave rise to it — are reprehensible and wholly inconsistent with the values on which Wells Fargo was built," Wells Fargo CEO Charlie Scharf said in a statement.

Exhibit "S," Page  4

"Our customers, shareholders and employees deserved more from the leadership of this company. Over the past three years, we've made fundamental changes to our business model, compensation programs, leadership and governance," Scharf continued. "While today's announcement is a significant step in bringing this chapter to a close, there's still more work we must do to rebuild the trust we lost. We are committing all necessary resources to ensure that nothing like this happens again, while also driving Wells Fargo forward."

## Most Popular

## Latest Articles





### Why owning a home is the best hedge against inflation

Being a renter is problematic because wage growth is being eaten up by rent inflation and higher gas prices.

### Figure and Apollo complete ownership transfer via blockchain

Figure and Apollo today announced using blockchain for an origination of digital mortgage loan and ownership

### Will the

**Exhibit "S," Page   5**

3/17/22, 10:45 AM    Wells Fargo agrees to pay $3 billion to settle DOJ, SEC investigations over fake accounts - HousingWire

Case 2:22-cv-01942-SB-MAA Document 1 Filed 03/24/22 Page 344 of 381 Page ID #:344

**housing inventory crisis end this year?**

transfer transaction.

**Mortgage rates rise 31 bps to 4.16%**

**Carrington looks to attract brokers with new loan processing service**

**Senate panel advances Sandra Thompson's nomination as FHFA director**

**Inside the Walmart, Lenders One mortgage deal**

**Shareholder sues loanDepot's top executives**

HW+

**Knock raises $220M, lays off 46% of workforce**

**What the Fed rate hike means for the economy**

HW+

**Mortgage applications drop as rates spike**

**The Fed makes its move – and more rate**

hikes are coming

## Sponsored Content





**Are digital closings really worth it?**

**How shoul... current mo... impact len... adoption?**

### HousingWire

Mortgage News

Real Estate News

FinTech News

### Community

Engage Events

Editors' Choice Awards

Real Estate Enthusiasts

### Advertise With HW

Digital Advertising

HW Content Solutions

Print Advertising

### Company

HW Media HQ

About

Contact Us

Exhibit "S," Page 7

Download Rate Card

Licensing & Reprints

Jobs

© 2006–2022 HW Media, LLC. All rights reserved. Site by Trew Knowledge. Powered by WordPress VIP

Privacy Policy

**Exhibit "S," Page 8**

**EXHIBIT "T"**

ACCT#.: 3415404015      BANK:   DATE: 01/07/20 STRT: 11:28:15 END: 11:29:01
AMOUNT:      0.00 SERIAL:      TXN: 200   STAT: 01  BDF MODE:   PROMPT OVRD:
AU/BR.:  3513 TELLER: U523632   OVR:   APPROVER ID:      LC OVRD:
CUST#:146863270142410 SESSION ID:00351311007112315   SCANNED:  SOW AU:    0 WORK STATION HOST
NAME:SD010E7C6B16020
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:            POST TYPE:SNPN FUNC AUTH DEP:0000100000 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:   #:
MULT CHK FLAG: N  MAKER:   WFB CUST:      REVERSED: 3 CSH BX SQNC NUM: 110018
TOTAL CHECKS.:      0.00      GD TMSTP:


CASH-IN :      0.00   CASH-OUT :      0.00  ON/OFFLINE:ONLINE

REPORT ID: KR5000    LOSS PROCESSING / RISK MANAGEMENT   RUN DATE: 01/09/20
PROGRM ID: LUEZCEJ3       CEJ DAILY REPORT      RUN TIME: 04.12.44
INDEX: 415  CO-ID:      AS OF 01/07/20      PAGE64980
 ITEM #: 0002    RT TELLER OVRD:    ORFS AUTH TRAN CODE:
 SERIAL:    4966 AMT:    6000.00   RTN: 500000694  ACCT: 2415433958
 CHECK TYPE:    ITEM RESPONSE CODE:   TELLER OVRIDE RESN:   REMOVAL: 2
 T METHOD:N  DUP RSLT:N  DUP ISN:    0 SVT ITEM TYPE: CHECK_OTC      INITIATOR:
 PAYEE NAME:
 RECOMMENDED: N   AUTH # FOR SUPERCHECK:    0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:   HOLD PLACED: N
   ITEM #: 0002   TELLER MSG: INSUFFICIENT FUNDS


ACCT#.: 2415433958      BANK:   DATE: 01/15/20 STRT: 14:13:05 END: 14:13:42
AMOUNT:   10000.00 SERIAL:      TXN: 200   STAT: 10 BDF MODE:   PROMPT OVRD:None
AU/BR.:  3513 TELLER: U519265   OVR:   APPROVER ID:      LC OVRD:

Exhibit "T," Page   1
WW/Wells Fargo 000026

CUST#:146863270142410 SESSION ID:00351321015141140   SCANNED: SOW AU:     0 WORK STATION HOST
NAME:SD010E7C6B160F5
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:                POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:425907203868405<mark>5 MEHRABIAN/</mark> VA SEC-ID TYPE:   #:
<mark>MULT CHK FLAG: Y  MAKER:   WFB CUST:      REVERSED:  CSH BX SQNC NUM: 210069</mark>
TOTAL CHECKS.:    10000.00     GD TMSTP:
CASH-IN :      0.00   CASH-OUT :      0.00  ON/OFFLINE:ONLINE
 ITEM #: 0002      <mark>RT TELLER OVRD:        ORFS AUTH TRAN CODE:</mark>
 SERIAL:     7284 AMT:     10000.00     RTN: 500000694  ACCT: <mark>3415404015</mark>
 CHECK TYPE:      ITEM RESPONSE CODE:   TELLER OVRIDE RESN:  REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y    AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:    HOLD PLACED: N

ACCT#.: 2415433958       BANK:   DATE: 01/22/20 STRT: 11:15:54 END: 11:17:15
AMOUNT:   97000.00 SERIAL:        TXN: 200   STAT: 10 BDF MODE:   PROMPT OVRD:Assisted
AU/BR.:  3513 TELLER: U519265   OVR: 2  APPROVER ID: u116530   LC OVRD:
CUST#:146863270142410 SESSION ID:00351321022111018   SCANNED: SOW AU:     0 WORK STATION HOST
NAME:SD010E7C6B160F5
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:                POST TYPE:SNPN FUNC AUTH DEP:0000015000 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:   #:
<mark>MULT CHK FLAG: Y  MAKER:   WFB CUST:      REVERSED:  CSH BX SQNC NUM: 210030</mark>
TOTAL CHECKS.:    97000.00     GD TMSTP:
CASH-IN :      0.00   CASH-OUT :      0.00  ON/OFFLINE:ONLINE
<mark>OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N</mark>
 <mark>ITEM #: 0002      RT TELLER OVRD:        ORFS AUTH TRAN CODE:</mark>
 <mark>SERIAL:     7332 AMT:     97000.00</mark>    RTN: 500000694  ACCT: <mark>3415404015</mark>
 CHECK TYPE:      ITEM RESPONSE CODE:  <mark>TELLER OVRIDE RESN:</mark>  REMOVAL: 0
 T METHOD:Y  DUP RSLT:N  DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:

PAYEE NAME:
RECOMMENDED: Y   AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
HOLD DECISION:   HOLD PLACED: N

---

ACCT#.: 2415433958       BANK:   DATE: 01/29/20 STRT: 15:29:35 END: 15:30:39
AMOUNT:   10000.00 SERIAL:       TXN: 200   STAT:   BDF MODE:   PROMPT OVRD:Assisted
AU/BR.:   3513 TELLER: U700314   OVR: 2 APPROVER ID: cu018508 LC OVRD:
CUST#:146863270142410 SESSION ID:00351322029152532   SCANNED:  SOW AU:     0 WORK STATION HOST
NAME:SD010E7C6B16020
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:                POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE: 1 #:D1667825 CA 0823
MULT CHK FLAG: Y MAKER:  WFB CUST:     REVERSED:  CSH BX SQNC NUM: 220032
TOTAL CHECKS.:    10000.00     GD TMSTP:
CASH-IN :     0.00   CASH-OUT :     0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0002    RT TELLER OVRD:     ORFS AUTH TRAN CODE:
 SERIAL:   6134 AMT:   10000.00   RTN: 500000694  ACCT: 3415404015
 CHECK TYPE:     ITEM RESPONSE CODE:   TELLER OVRIDE RESN:  REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:     0 SVT ITEM TYPE: CHECK_OTC       INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y   AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:   HOLD PLACED: N

MULT CHK FLAG: Y  MAKER:  WFB CUST:     REVERSED:  CSH BX SQNC NUM: 220032
TOTAL CHECKS.:    10000.00     GD TMSTP:
CASH-IN :     0.00   CASH-OUT :     0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0002    RT TELLER OVRD:     ORFS AUTH TRAN CODE:
 SERIAL:   6134 AMT:   10000.00   RTN: 500000694  ACCT: 3415404015
 CHECK TYPE:     ITEM RESPONSE CODE:   TELLER OVRIDE RESN:  REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:     0 SVT ITEM TYPE: CHECK_OTC       INITIATOR:

PAYEE NAME:
RECOMMENDED: Y   AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
HOLD DECISION:   HOLD PLACED: N

ACCT#.: 2415433958      BANK:   DATE: 02/04/20 STRT: 15:21:09 END: 15:21:54
AMOUNT:   11000.00 SERIAL:      TXN: 200   STAT: 10 BDF MODE:   PROMPT OVRD:Assisted
AU/BR.:  3513 TELLER: U633597   OVR: 2 APPROVER ID: u116530  LC OVRD:
CUST#:146863270142410 SESSION ID:00351306035151614   SCANNED: SOW AU:     0 WORK STATION HOST
NAME:SD010E7C6B16011
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:            POST TYPE:SNPN FUNC AUTH DEP:0000010000 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:   #:
MULT CHK FLAG: Y  MAKER:  WFB CUST:     REVERSED:  CSH BX SQNC NUM: 060111
TOTAL CHECKS.:    11000.00      GD TMSTP:
CASH-IN :      0.00   CASH-OUT :      0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0002     RT TELLER OVRD:      ORFS AUTH TRAN CODE:
 SERIAL:      1223 AMT:     11000.00    RTN: 500000694 ACCT: 3415404015
CHECK TYPE:     ITEM RESPONSE CODE:   TELLER OVRIDE RESN:  REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:      0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y   AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:   HOLD PLACED: N

ACCT#.: 2415433958      BANK:   DATE: 02/07/20 STRT: 15:55:57 END: 15:56:35
AMOUNT:    5000.00 SERIAL:      TXN: 200   STAT: 10 BDF MODE:   PROMPT OVRD:None
AU/BR.:  3513 TELLER: U519265   OVR:   APPROVER ID:     LC OVRD:
CUST#:146863270142410 SESSION ID:00351321038155223   SCANNED: SOW AU:     0 WORK STATION HOST
NAME:SD010E7C6B160F5
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:            POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:   #:
MULT CHK FLAG: Y  MAKER:  WFB CUST:     REVERSED:  CSH BX SQNC NUM: 210116

TOTAL CHECKS.:     5000.00     GD TMSTP:
CASH-IN :       0.00   CASH-OUT :      0.00   ON/OFFLINE:ONLINE
ITEM #: 0002     RT TELLER OVRD:      ORFS AUTH TRAN CODE:
SERIAL:     2315 AMT:     5000.00    RTN: 500000694  ACCT: 3415404015
CHECK TYPE:      ITEM RESPONSE CODE:   TELLER OVRIDE RESN:  REMOVAL: 0
T METHOD:N  DUP RSLT:N  DUP ISN:      0 SVT ITEM TYPE: CHECK_OTC         INITIATOR:
PAYEE NAME:
RECOMMENDED: Y    AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
HOLD DECISION:    HOLD PLACED: N

---

ACCT#.: 7243630477       BANK:    DATE: 02/15/20 STRT: 11:48:45 END: 11:50:11
AMOUNT:     6000.00  SERIAL:       TXN: 100   STAT:    BDF MODE:   PROMPT OVRD:
AU/BR.:   3513 TELLER: U722615    OVR: 1  APPROVER ID: cu018508  LC OVRD:
CUST#:146863270142410 SESSION ID:00351326046114553   SCANNED:  SOW AU:      0 WORK STATION HOST
NAME:SD010E7C6B15F30
NIGHT DROP:  POST SRC:010064  ADJ ACCT:            POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F   #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE: 1  #:D1667825 CA 0823
MULT CHK FLAG: N  MAKER:   WFB CUST: Y    REVERSED:  CSH BX SQNC NUM: 260049
TOTAL CHECKS.:     6000.00     GD TMSTP:
CASH-IN :       0.00   CASH-OUT :    6000.00  ON/OFFLINE:ONLINE
OVER CASH LMT: Y  OVER DEP LMT: N  WARN OVRD: N  OVRD LC REC: N  OVRD HOLD REC: N
ITEM #: 0001     RT TELLER OVRD:      ORFS AUTH TRAN CODE:
SERIAL:     2435 AMT:     6000.00    RTN: 500000694  ACCT: 3415404015
CHECK TYPE:      ITEM RESPONSE CODE:   TELLER OVRIDE RESN:  REMOVAL: 0
T METHOD:Y  DUP RSLT:N  DUP ISN:      0 SVT ITEM TYPE: CHECK_OTC         INITIATOR:
PAYEE NAME:
RECOMMENDED: Y    AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
HOLD DECISION:    HOLD PLACED: N

WW/Wells Fargo 000030

ACCT#.: 2415433958      BANK:   DATE: 02/18/20 STRT: 16:07:47 END: 16:10:29
AMOUNT:   12000.00 SERIAL:      TXN: 200   STAT:   BDF MODE:   PROMPT OVRD:Assisted
AU/BR.:   3513 TELLER: U633597   OVR: 2  APPROVER ID: u608240   LC OVRD:
CUST#:146863270142410 SESSION ID:00351306049160657   SCANNED: SOW AU:     0 WORK STATION HOST
NAME:SD010E7C6B16011
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000010000 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:   #:
==MULT CHK FLAG: Y== MAKER:   WFB CUST:      REVERSED:  CSH BX SQNC NUM: 060254
TOTAL CHECKS.:   12000.00      GD TMSTP:
CASH-IN :      0.00   CASH-OUT :      0.00  ON/OFFLINE:ONLINE
==OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N==
 ITEM #: 0002      RT TELLER OVRD:      ORFS AUTH TRAN CODE:
 SERIAL:    6445 AMT:    12000.00    RTN: 500000694 ACCT: ==3415404015==
 CHECK TYPE:     ITEM RESPONSE CODE:  ==TELLER OVRIDE RESN:   REMOVAL: 0==
 T METHOD:N  DUP RSLT:N  DUP ISN:    0 SVT ITEM TYPE: CHECK_OTC       INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y   AUTH # FOR SUPERCHECK:    0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:    HOLD PLACED: N

---

ACCT#.: 2415433958      BANK:   DATE: 02/26/20 STRT: 12:11:08 END: 12:12:55
AMOUNT:   115000.00 SERIAL:      TXN: 200   STAT: 10 BDF MODE:   PROMPT OVRD:Assisted
AU/BR.:   3513 TELLER: U703520   OVR: 2  APPROVER ID: u121492   LC OVRD:
CUST#:146863270142410 SESSION ID:00351327057120537   SCANNED: SOW AU:     0 WORK STATION HOST
NAME:SD010E7C6B16011
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:   #:
==MULT CHK FLAG: Y  MAKER:   WFB CUST:      REVERSED:   CSH BX SQNC NUM: 270045==
==TOTAL CHECKS.:   115000.00      GD TMSTP:==

CASH-IN :     0.00   CASH-OUT :     0.00   ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
ITEM #: 0002     RT TELLER OVRD:     ORFS AUTH TRAN CODE:
SERIAL:    1270 AMT:    115000.00    RTN: 500000694  ACCT: 3415404015
CHECK TYPE:     ITEM RESPONSE CODE:   TELLER OVRIDE RESN:  REMOVAL: 0
T METHOD:Y  DUP RSLT:N  DUP ISN:     0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:
PAYEE NAME:
RECOMMENDED: Y   AUTH # FOR SUPERCHECK:    0 COUNTER WITHDRAWAL SLIP: Y
HOLD DECISION:    HOLD PLACED: N

ACCT#.: 2415433958       BANK:   DATE: 02/28/20 STRT: 11:06:09 END: 11:09:23
AMOUNT:   12000.00 SERIAL:      TXN: 200   STAT:   BDF MODE:   PROMPT OVRD:Assisted

AU/BR.:  3513 TELLER: U703520   OVR: 2  APPROVER ID: u608240   LC OVRD:
CUST#:146863270142410 SESSION ID:00351327059110315   SCANNED: SOW AU:     0 WORK STATION HOST
NAME:SD010E7C6B79FBC
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:               POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:   #:
MULT CHK FLAG: Y  MAKER:   WFB CUST:     REVERSED:  CSH BX SQNC NUM: 270054
TOTAL CHECKS.:   12000.00     GD TMSTP:
CASH-IN :     0.00   CASH-OUT :     0.00   ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
ITEM #: 0002     RT TELLER OVRD:     ORFS AUTH TRAN CODE:
SERIAL:    6214 AMT:    12000.00    RTN: 500000694  ACCT: 3415404015
CHECK TYPE:     ITEM RESPONSE CODE:   TELLER OVRIDE RESN:  REMOVAL: 0
T METHOD:N  DUP RSLT:N  DUP ISN:     0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:
PAYEE NAME:
RECOMMENDED: Y   AUTH # FOR SUPERCHECK:    0 COUNTER WITHDRAWAL SLIP: Y
HOLD DECISION:    HOLD PLACED: N

ACCT#.: 3415404015       BANK:   DATE: 03/04/20 STRT: 12:05:27 END: 12:07:12

AMOUNT:   15000.00  SERIAL:        TXN: 100   STAT: 10  BDF MODE:   PROMPT OVRD:
AU/BR.:   933 TELLER: U674626   OVR: 1  APPROVER ID: u520895   LC OVRD:
CUST#:146863270142410 SESSION ID:00093325064120247   SCANNED: SOW AU:     0 WORK STATION HOST
NAME:SD010E7C6B1838D
NIGHT DROP:  POST SRC:010064  ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE: 1  #:D1667825 CA 0823
MULT CHK FLAG: N  MAKER:   WFB CUST: Y    REVERSED:  CSH BX SQNC NUM: 250005
TOTAL CHECKS.:   15000.00     GD TMSTP:
CASH-IN :      0.00   CASH-OUT :   15000.00   ON/OFFLINE:ONLINE
OVER CASH LMT: Y  OVER DEP LMT: N  WARN OVRD: N  OVRD LC REC: N  OVRD HOLD REC: N


ITEM #: 0001     RT TELLER OVRD:        ORFS AUTH TRAN CODE:
SERIAL:    6756 AMT:    15000.00    RTN: 500000694  ACCT: 3415404015
CHECK TYPE:      ITEM RESPONSE CODE:    TELLER OVRIDE RESN:  REMOVAL: 0
T METHOD:Y  DUP RSLT:N  DUP ISN:      0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:
PAYEE NAME:
RECOMMENDED: Y    AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
HOLD DECISION:    HOLD PLACED: N

ACCT#.: 2415433958      BANK:   DATE: 03/18/20 STRT: 16:25:27 END: 16:27:03
AMOUNT:   65000.00  SERIAL:        TXN: 200   STAT: 10  BDF MODE:   PROMPT OVRD:Assisted
AU/BR.:  3513 TELLER: U722615   OVR: 2  APPROVER ID: u121492   LC OVRD:
CUST#:146863270142410 SESSION ID:00351326078162021   SCANNED: SOW AU:     0 WORK STATION HOST
NAME:SD010E7C6B15F30
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072036374014 MEHRABIAN/ VA SEC-ID TYPE:   #:
MULT CHK FLAG: Y  MAKER:   WFB CUST:     REVERSED:  CSH BX SQNC NUM: 260113
TOTAL CHECKS.:   65000.00     GD TMSTP:
CASH-IN :      0.00   CASH-OUT :      0.00   ON/OFFLINE:ONLINE

OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0002     RT TELLER OVRD:      ORFS AUTH TRAN CODE:
 SERIAL:    5140 AMT:     65000.00    RTN: 500000694  ACCT: 3415404015
 CHECK TYPE:     ITEM RESPONSE CODE:   TELLER OVRIDE RESN:  REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:     0 SVT ITEM TYPE: CHECK_OTC         INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y   AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:    HOLD PLACED: N

ACCT#.: 2415433958       BANK:   DATE: 03/27/20 STRT: 12:43:01 END: 12:43:40
AMOUNT:    3000.00 SERIAL:       TXN: 200   STAT:   BDF MODE:   PROMPT OVRD:Assisted
AU/BR.:   3513 TELLER: U703520   OVR: 2  APPROVER ID: u608240  LC OVRD:
CUST#:146863270142410 SESSION ID:00351327087123326   SCANNED: SOW AU:     0 WORK STATION HOST
NAME:SD010E7C6B16011
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072036374014 MEHRABIAN/ VA SEC-ID TYPE: 0  #:
MULT CHK FLAG: Y  MAKER:   WFB CUST:     REVERSED:  CSH BX SQNC NUM: 270044


TOTAL CHECKS.:    3000.00      GD TMSTP:
CASH-IN :      0.00    CASH-OUT :       0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0002     RT TELLER OVRD:      ORFS AUTH TRAN CODE:
 SERIAL:    5001 AMT:     3000.00    RTN: 500000694  ACCT: 3415404015
 CHECK TYPE:     ITEM RESPONSE CODE:   TELLER OVRIDE RESN:  REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:     0 SVT ITEM TYPE: CHECK_OTC         INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y   AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:    HOLD PLACED: N

```
ACCT#.: 5511727140        BANK:     DATE: 01/07/20 STRT: 11:26:06 END: 11:26:43
AMOUNT:     5000.00 SERIAL:         TXN: 200    STAT: 10 BDF MODE:    PROMPT OVRD:None
AU/BR.:   3513 TELLER: U523632      OVR:        APPROVER ID:        LC OVRD:
CUST#:146863270142410 SESSION ID:00351311007112315    SCANNED: SOW AU:    0 WORK STATION HOST NAME:SD010E7C6B16020
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:                POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:    #:
MULT CHK FLAG: Y  MAKER:    WFB CUST:       REVERSED:   CSH BX SQNC NUM: 110017
TOTAL CHECKS.:    5000.00        GD TMSTP:
CASH-IN :        0.00    CASH-OUT :        0.00   ON/OFFLINE:ONLINE

  ITEM #: 0002      RT TELLER OVRD:       ORFS AUTH TRAN CODE:
  SERIAL:      4965 AMT:      5000.00     RTN: 500000694  ACCT: 5511727157
  CHECK TYPE:        ITEM RESPONSE CODE:        TELLER OVRIDE RESN:    REMOVAL: 0
  T METHOD:N  DUP RSLT:N  DUP ISN:        0 SVT ITEM TYPE: CHECK_OTC       INITIATOR:
  PAYEE NAME:
  RECOMMENDED: Y     AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
  HOLD DECISION:    HOLD PLACED: N
```

---

```
ACCT#.: 5511727140        BANK:     DATE: 01/22/20 STRT: 11:19:05 END: 11:20:15
AMOUNT:    54000.00 SERIAL:         TXN: 200    STAT:    BDF MODE:    PROMPT OVRD:Assisted
AU/BR.:   3513 TELLER: U519265      OVR: 2 APPROVER ID: u116530  LC OVRD:
CUST#:146863270142410 SESSION ID:00351321022111018    SCANNED: SOW AU:    0 WORK STATION HOST NAME:SD010E7C6B160F5
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:                POST TYPE:SNPN FUNC AUTH DEP:0000015000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:    #:
MULT CHK FLAG: Y  MAKER:    WFB CUST:       REVERSED:   CSH BX SQNC NUM: 210031
TOTAL CHECKS.:   54000.00        GD TMSTP:
CASH-IN :        0.00    CASH-OUT :        0.00   ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
  ITEM #: 0002      RT TELLER OVRD:       ORFS AUTH TRAN CODE:
  SERIAL:      7333 AMT:     54000.00     RTN: 500000694  ACCT: 5511727157
  CHECK TYPE:        ITEM RESPONSE CODE:        TELLER OVRIDE RESN:    REMOVAL: 0
  T METHOD:N  DUP RSLT:N  DUP ISN:        0 SVT ITEM TYPE: CHECK_OTC       INITIATOR:
  PAYEE NAME:
  RECOMMENDED: Y     AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
  HOLD DECISION:    HOLD PLACED: N
```

---

```
ACCT#.: 5511727140        BANK:     DATE: 01/29/20 STRT: 15:30:47 END: 15:31:52
AMOUNT:    13000.00 SERIAL:         TXN: 200    STAT: 10 BDF MODE:    PROMPT OVRD:Assisted
AU/BR.:   3513 TELLER: U700314      OVR: 2 APPROVER ID: cu018508  LC OVRD:
CUST#:146863270142410 SESSION ID:00351322029152532    SCANNED: SOW AU:    0 WORK STATION HOST NAME:SD010E7C6B16020
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:                POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE: 1 #:D1667825 CA 0823
MULT CHK FLAG: Y  MAKER:    WFB CUST:       REVERSED:   CSH BX SQNC NUM: 220033
TOTAL CHECKS.:   13000.00        GD TMSTP:
CASH-IN :        0.00    CASH-OUT :        0.00   ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
```

**Exhibit "T," Page  10**

WW/Wells Fargo 000301

```
ITEM #: 0002         RT TELLER OVRD:        ORFS AUTH TRAN CODE:
SERIAL:      6135 AMT:      13000.00    RTN: 500000694  ACCT: 5511727157
CHECK TYPE:        ITEM RESPONSE CODE:     TELLER OVRIDE RESN:   REMOVAL: 0
T METHOD:N  DUP RSLT:N  DUP ISN:        0 SVT ITEM TYPE: CHECK_OTC         INITIATOR:
PAYEE NAME:
RECOMMENDED: Y     AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
HOLD DECISION:     HOLD PLACED: N
```

```
ACCT#.: 5511727140       BANK:    DATE: 02/04/20 STRT: 15:20:02 END: 15:21:05
AMOUNT:     11000.00 SERIAL:        TXN: 200   STAT:     BDF MODE:    PROMPT OVRD:Assisted
AU/BR.:   3513 TELLER: U633597   OVR: 2 APPROVER ID: u116530   LC OVRD:
CUST#:146863270142410 SESSION ID:00351306035151614    SCANNED: SOW AU:    0 WORK STATION HOST NAME:SD010E7C6B16011
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:            POST TYPE:SNPN FUNC AUTH DEP:0000010000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:    #:
MULT CHK FLAG: Y  MAKER:    WFB CUST:        REVERSED:   CSH BX SQNC NUM: 060110
TOTAL CHECKS.:     11000.00       GD TMSTP:
CASH-IN :      0.00    CASH-OUT :      0.00   ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0002         RT TELLER OVRD:        ORFS AUTH TRAN CODE:
 SERIAL:      1224 AMT:      11000.00    RTN: 500000694  ACCT: 5511727157
 CHECK TYPE:        ITEM RESPONSE CODE:     TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:        0 SVT ITEM TYPE: CHECK_OTC         INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y     AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:     HOLD PLACED: N
```

```
ACCT#.: 5511727140       BANK:    DATE: 02/07/20 STRT: 15:56:42 END: 15:57:17
AMOUNT:      5000.00 SERIAL:        TXN: 200   STAT: 10  BDF MODE:    PROMPT OVRD:None
AU/BR.:   3513 TELLER: U519265   OVR:    APPROVER ID:        LC OVRD:
CUST#:146863270142410 SESSION ID:00351321038155223    SCANNED: SOW AU:    0 WORK STATION HOST NAME:SD010E7C6B160F5
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:            POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:    #:
MULT CHK FLAG: Y  MAKER:    WFB CUST:        REVERSED:   CSH BX SQNC NUM: 210117
TOTAL CHECKS.:      5000.00       GD TMSTP:
CASH-IN :      0.00    CASH-OUT :      0.00   ON/OFFLINE:ONLINE
 ITEM #: 0002         RT TELLER OVRD:        ORFS AUTH TRAN CODE:
 SERIAL:      2316 AMT:       5000.00    RTN: 500000694  ACCT: 5511727157
 CHECK TYPE:        ITEM RESPONSE CODE:     TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:        0 SVT ITEM TYPE: CHECK_OTC         INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y     AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:     HOLD PLACED: N
```

```
ACCT#.: 5511727140       BANK:    DATE: 02/15/20 STRT: 11:53:09 END: 11:53:58
AMOUNT:      5000.00 SERIAL:        TXN: 200   STAT:     BDF MODE:    PROMPT OVRD:Assisted
```

**Exhibit "T," Page   11**

WW/Wells Fargo 000302

```
AU/BR.:    3513 TELLER: U722615    OVR: 2 APPROVER ID: cu018508   LC OVRD:
CUST#:146863270142410 SESSION ID:00351326046114553    SCANNED: SOW AU:    0 WORK STATION HOST NAME:SD010E7C6B15F30
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:                        POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F   #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE: 1  #:D1667825 CA 0823
MULT CHK FLAG: Y  MAKER:     WFB CUST:       REVERSED:  CSH BX SQNC NUM: 260051
TOTAL CHECKS.:     5000.00       GD TMSTP:
CASH-IN  :        0.00    CASH-OUT :       0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0002       RT TELLER OVRD:       ORFS AUTH TRAN CODE:
 SERIAL:       2436 AMT:       5000.00    RTN: 500000694   ACCT: 5511727157
 CHECK TYPE:        ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC         INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y    AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:     HOLD PLACED: N
```

```
ACCT#.: 5511727140         BANK:   DATE: 02/18/20 STRT: 16:10:34 END: 16:11:17
AMOUNT:    12000.00 SERIAL:            TXN: 200   STAT:     BDF MODE:    PROMPT OVRD:Assisted
AU/BR.:    3513 TELLER: U633597    OVR: 2 APPROVER ID: u608240   LC OVRD:
CUST#:146863270142410 SESSION ID:00351306049160657    SCANNED: SOW AU:    0 WORK STATION HOST NAME:SD010E7C6B16011
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:                        POST TYPE:SNPN FUNC AUTH DEP:0000010000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F   #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:    #:
MULT CHK FLAG: Y  MAKER:     WFB CUST:       REVERSED:  CSH BX SQNC NUM: 060255
TOTAL CHECKS.:    12000.00       GD TMSTP:
CASH-IN  :        0.00    CASH-OUT :       0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N

 ITEM #: 0002       RT TELLER OVRD:       ORFS AUTH TRAN CODE:
 SERIAL:       6444 AMT:      12000.00    RTN: 500000694   ACCT: 5511727157
 CHECK TYPE:        ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC         INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y    AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y

 HOLD DECISION:     HOLD PLACED: N
```

```
ACCT#.: 5511727140         BANK:   DATE: 02/26/20 STRT: 12:09:00 END: 12:11:01
AMOUNT:    72000.00 SERIAL:            TXN: 200   STAT:     BDF MODE:    PROMPT OVRD:Assisted
AU/BR.:    3513 TELLER: U703520    OVR: 2 APPROVER ID: u121492   LC OVRD:
CUST#:146863270142410 SESSION ID:00351327057120537    SCANNED: SOW AU:    0 WORK STATION HOST NAME:SD010E7C6B16011
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:                        POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F   #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:    #:
MULT CHK FLAG: Y  MAKER:     WFB CUST:       REVERSED:  CSH BX SQNC NUM: 270044
TOTAL CHECKS.:    72000.00       GD TMSTP:
```

3

WW/Wells Fargo 000303

```
CASH-IN :       0.00    CASH-OUT :       0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
  ITEM #: 0002       RT TELLER OVRD:        ORFS AUTH TRAN CODE:
  SERIAL:      1269 AMT:     72000.00    RTN: 500000694  ACCT: 5511727157
  CHECK TYPE:       ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL:
  T METHOD:Y DUP RSLT:N  DUP ISN:        0 SVT ITEM TYPE: CHECK_OTC          INITIATOR:
  PAYEE NAME:
  RECOMMENDED: Y    AUTH # FOR SUPERCHECK:        0 COUNTER WITHDRAWAL SLIP: Y
  HOLD DECISION:      HOLD PLACED: N
```

---

```
ACCT#.: 5511727140         BANK:    DATE: 02/28/20 STRT: 11:09:27 END: 11:09:57
AMOUNT:    7000.00 SERIAL:             TXN: 200   STAT:     BDF MODE:    PROMPT OVRD:Assisted
AU/BR.:   3513 TELLER: U703520    OVR: 2 APPROVER ID: u608240   LC OVRD:
CUST#:146863270142410 SESSION ID:00351327059110315   SCANNED: SOW AU:     0 WORK STATION HOST NAME:SD010E7C6B79FBC
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F   #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:    #:
MULT CHK FLAG: Y  MAKER:    WFB CUST:      REVERSED:   CSH BX SQNC NUM: 270055
TOTAL CHECKS.:    7000.00       GD TMSTP:
CASH-IN :       0.00    CASH-OUT :       0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
  ITEM #: 0002       RT TELLER OVRD:        ORFS AUTH TRAN CODE:
  SERIAL:      6213 AMT:      7000.00    RTN: 500000694  ACCT: 5511727157
  CHECK TYPE:       ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL:
  T METHOD:N DUP RSLT:N  DUP ISN:        0 SVT ITEM TYPE: CHECK_OTC          INITIATOR:
  PAYEE NAME:
  RECOMMENDED: Y    AUTH # FOR SUPERCHECK:        0 COUNTER WITHDRAWAL SLIP: Y
  HOLD DECISION:      HOLD PLACED: N
```

---

```
ACCT#.: 5511727140         BANK:    DATE: 03/18/20 STRT: 16:29:07 END: 16:30:36
AMOUNT:   33000.00 SERIAL:             TXN: 200   STAT: 10 BDF MODE:    PROMPT OVRD:Assisted
AU/BR.:   3513 TELLER: U722615    OVR: 2 APPROVER ID: u608240   LC OVRD:
CUST#:146863270142410 SESSION ID:00351326078162021   SCANNED: SOW AU:     0 WORK STATION HOST NAME:SD010E7C6B15F30
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F   #:4259072036374014 MEHRABIAN/ VA SEC-ID TYPE:    #:
MULT CHK FLAG: Y  MAKER:    WFB CUST:      REVERSED:   CSH BX SQNC NUM: 260114
TOTAL CHECKS.:   33000.00       GD TMSTP:
CASH-IN :       0.00    CASH-OUT :       0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
  ITEM #: 0002       RT TELLER OVRD:        ORFS AUTH TRAN CODE:
  SERIAL:      5141 AMT:     33000.00    RTN: 500000694  ACCT: 5511727157
  CHECK TYPE:       ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
  T METHOD:N DUP RSLT:N  DUP ISN:        0 SVT ITEM TYPE: CHECK_OTC          INITIATOR:
  PAYEE NAME:
  RECOMMENDED: Y    AUTH # FOR SUPERCHECK:        0 COUNTER WITHDRAWAL SLIP: Y
```

4

ACCT#.: 3415404015      BANK:   DATE: 01/07/20 STRT: 11:28:15 END: 11:29:01
AMOUNT:    0.00 SERIAL:     TXN: 200   STAT: 01  BDF MODE:   PROMPT OVRD:
AU/BR.:  3513 TELLER: U523632   OVR:   APPROVER ID:      LC OVRD:
CUST#:146863270142410 SESSION ID:00351311007112315   SCANNED: SOW AU:    0 WORK STATION HOST
NAME:SD010E7C6B16020
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:          POST TYPE:SNPN FUNC AUTH DEP:0000100000 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:   #:
MULT CHK FLAG: N  MAKER:   WFB CUST:      REVERSED: 3 CSH BX SQNC NUM: 110018
TOTAL CHECKS.:      0.00      GD TMSTP:


CASH-IN :      0.00   CASH-OUT :      0.00  ON/OFFLINE:ONLINE

REPORT ID: KR5000    LOSS PROCESSING / RISK MANAGEMENT   RUN DATE: 01/09/20
PROGRM ID: LUEZCEJ3       CEJ DAILY REPORT       RUN TIME: 04.12.44
INDEX: 415  CO-ID:      AS OF 01/07/20      PAGE64980
 ITEM #: 0002    RT TELLER OVRD:    ORFS AUTH TRAN CODE:
 SERIAL:    4966 AMT:    6000.00   RTN: 500000694  ACCT: 2415433958
 CHECK TYPE:    ITEM RESPONSE CODE:   TELLER OVRIDE RESN:  REMOVAL: 2
 T METHOD:N  DUP RSLT:N  DUP ISN:    0 SVT ITEM TYPE: CHECK_OTC       INITIATOR:
 PAYEE NAME:
 RECOMMENDED: N   AUTH # FOR SUPERCHECK:    0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:   HOLD PLACED: N
   ITEM #: 0002   TELLER MSG: INSUFFICIENT FUNDS


ACCT#.: 2415433958      BANK:   DATE: 01/15/20 STRT: 14:13:05 END: 14:13:42
AMOUNT:   10000.00 SERIAL:      TXN: 200   STAT: 10 BDF MODE:   PROMPT OVRD:None
AU/BR.:  3513 TELLER: U519265   OVR:   APPROVER ID:      LC OVRD:

CUST#:146863270142410 SESSION ID:00351321015141140   SCANNED: SOW AU:    0 WORK STATION HOST
NAME:SD010E7C6B160F5
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:   #:
MULT CHK FLAG: Y  MAKER:   WFB CUST:      REVERSED:  CSH BX SQNC NUM: 210069
TOTAL CHECKS.:    10000.00      GD TMSTP:
CASH-IN :     0.00   CASH-OUT :     0.00  ON/OFFLINE:ONLINE
 ITEM #: 0002     RT TELLER OVRD:      ORFS AUTH TRAN CODE:
 SERIAL:    7284 AMT:    10000.00   RTN: 500000694  ACCT: 3415404015
 CHECK TYPE:     ITEM RESPONSE CODE:   TELLER OVRIDE RESN:  REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:      0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y    AUTH # FOR SUPERCHECK:    0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:    HOLD PLACED: N

ACCT#.: 2415433958      BANK:   DATE: 01/22/20 STRT: 11:15:54 END: 11:17:15
AMOUNT:   97000.00 SERIAL:       TXN: 200   STAT: 10 BDF MODE:  PROMPT OVRD:Assisted
AU/BR.:  3513 TELLER: U519265   OVR: 2  APPROVER ID: u116530   LC OVRD:
CUST#:146863270142410 SESSION ID:00351321022111018   SCANNED: SOW AU:    0 WORK STATION HOST
NAME:SD010E7C6B160F5
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000015000 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:   #:
MULT CHK FLAG: Y  MAKER:   WFB CUST:      REVERSED:  CSH BX SQNC NUM: 210030
TOTAL CHECKS.:    97000.00      GD TMSTP:
CASH-IN :     0.00   CASH-OUT :     0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0002     RT TELLER OVRD:      ORFS AUTH TRAN CODE:
 SERIAL:    7332 AMT:    97000.00   RTN: 500000694  ACCT: 3415404015
 CHECK TYPE:     ITEM RESPONSE CODE:   TELLER OVRIDE RESN:  REMOVAL: 0
 T METHOD:Y  DUP RSLT:N  DUP ISN:      0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:

**Exhibit "T," Page  15**

WW/Wells Fargo 000027

PAYEE NAME:
RECOMMENDED: Y    AUTH # FOR SUPERCHECK:    0 COUNTER WITHDRAWAL SLIP: Y
HOLD DECISION:    HOLD PLACED: N

---

ACCT#.: 2415433958        BANK:    DATE: 01/29/20 STRT: 15:29:35 END: 15:30:39
AMOUNT:    10000.00 SERIAL:        TXN: 200    STAT:    BDF MODE:    PROMPT OVRD:Assisted
AU/BR.:    3513 TELLER: U700314    OVR: 2 APPROVER ID: cu018508 LC OVRD:
CUST#:146863270142410 SESSION ID:00351322029152532    SCANNED: SOW AU:    0 WORK STATION HOST
NAME:SD010E7C6B16020
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:            POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE: 1 #:D1667825 CA 0823
MULT CHK FLAG: Y MAKER:  WFB CUST:      REVERSED:  CSH BX SQNC NUM: 220032
TOTAL CHECKS.:    10000.00      GD TMSTP:
CASH-IN :      0.00    CASH-OUT :      0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0002      RT TELLER OVRD:      ORFS AUTH TRAN CODE:
SERIAL:    6134 AMT:    10000.00    RTN: 500000694  ACCT: 3415404015
 CHECK TYPE:      ITEM RESPONSE CODE:    TELLER OVRIDE RESN:  REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:      0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y    AUTH # FOR SUPERCHECK:    0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:    HOLD PLACED: N

MULT CHK FLAG: Y MAKER:  WFB CUST:      REVERSED:  CSH BX SQNC NUM: 220032
TOTAL CHECKS.:    10000.00      GD TMSTP:
CASH-IN :      0.00    CASH-OUT :      0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0002      RT TELLER OVRD:      ORFS AUTH TRAN CODE:
SERIAL:    6134 AMT:    10000.00    RTN: 500000694  ACCT: 3415404015
 CHECK TYPE:      ITEM RESPONSE CODE:    TELLER OVRIDE RESN:  REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:      0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:

PAYEE NAME:
RECOMMENDED: Y   AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
HOLD DECISION:   HOLD PLACED: N

ACCT#.: 2415433958      BANK:   DATE: 02/04/20 STRT: 15:21:09 END: 15:21:54
AMOUNT:   11000.00 SERIAL:      TXN: 200   STAT: 10 BDF MODE:   PROMPT OVRD:Assisted
AU/BR.:  3513 TELLER: U633597   OVR: 2 APPROVER ID: u116530  LC OVRD:
CUST#:146863270142410 SESSION ID:00351306035151614   SCANNED: SOW AU:     0 WORK STATION HOST
NAME:SD010E7C6B16011
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000010000 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:   #:
MULT CHK FLAG: Y  MAKER:  WFB CUST:     REVERSED:  CSH BX SQNC NUM: 060111
TOTAL CHECKS.:    11000.00      GD TMSTP:
CASH-IN :      0.00   CASH-OUT :      0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N  OVRD LC REC: N  OVRD HOLD REC: N
 ITEM #: 0002     RT TELLER OVRD:     ORFS AUTH TRAN CODE:
 SERIAL:   1223 AMT:    11000.00    RTN: 500000694  ACCT: 3415404015
CHECK TYPE:    ITEM RESPONSE CODE:   TELLER OVRIDE RESN:  REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:     0 SVT ITEM TYPE: CHECK_OTC       INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y   AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:   HOLD PLACED: N

ACCT#.: 2415433958      BANK:   DATE: 02/07/20 STRT: 15:55:57 END: 15:56:35
AMOUNT:    5000.00 SERIAL:      TXN: 200   STAT: 10 BDF MODE:   PROMPT OVRD:None
AU/BR.:  3513 TELLER: U519265   OVR:  APPROVER ID:      LC OVRD:
CUST#:146863270142410 SESSION ID:00351321038155223   SCANNED: SOW AU:     0 WORK STATION HOST
NAME:SD010E7C6B160F5
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:   #:
MULT CHK FLAG: Y  MAKER:  WFB CUST:     REVERSED:  CSH BX SQNC NUM: 210116

TOTAL CHECKS.:    5000.00    GD TMSTP:
CASH-IN :      0.00   CASH-OUT :     0.00   ON/OFFLINE:ONLINE
 ITEM #: 0002     RT TELLER OVRD:      ORFS AUTH TRAN CODE:
 SERIAL:    2315 AMT:     5000.00    RTN: 500000694   ACCT: 3415404015
 CHECK TYPE:     ITEM RESPONSE CODE:   TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:      0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y    AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:    HOLD PLACED: N

---

ACCT#.: 7243630477      BANK:    DATE: 02/15/20 STRT: 11:48:45 END: 11:50:11
AMOUNT:    6000.00 SERIAL:      TXN: 100   STAT:   BDF MODE:   PROMPT OVRD:
AU/BR.:   3513 TELLER: U722615    OVR: 1  APPROVER ID: cu018508  LC OVRD:
CUST#:146863270142410 SESSION ID:00351326046114553   SCANNED:  SOW AU:     0 WORK STATION HOST
NAME:SD010E7C6B15F30
NIGHT DROP:  POST SRC:010064  ADJ ACCT:            POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE: 1  #:D1667825 CA 0823
MULT CHK FLAG: N  MAKER:   WFB CUST: Y    REVERSED:  CSH BX SQNC NUM: 260049
TOTAL CHECKS.:    6000.00     GD TMSTP:
CASH-IN :      0.00   CASH-OUT :    6000.00  ON/OFFLINE:ONLINE
OVER CASH LMT: Y  OVER DEP LMT: N  WARN OVRD: N  OVRD LC REC: N  OVRD HOLD REC: N
 ITEM #: 0001     RT TELLER OVRD:      ORFS AUTH TRAN CODE:
 SERIAL:    2435 AMT:     6000.00    RTN: 500000694   ACCT: 3415404015
 CHECK TYPE:     ITEM RESPONSE CODE:   TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:Y  DUP RSLT:N  DUP ISN:      0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y    AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:    HOLD PLACED: N

**Exhibit "T," Page   18**

WW/Wells Fargo 000030

ACCT#.: 2415433958      BANK:   DATE: 02/18/20 STRT: 16:07:47 END: 16:10:29
AMOUNT:   12000.00 SERIAL:      TXN: 200   STAT:   BDF MODE:   PROMPT OVRD:Assisted
AU/BR.:   3513 TELLER: U633597   OVR: 2  APPROVER ID: u608240   LC OVRD:
CUST#:146863270142410 SESSION ID:00351306049160657   SCANNED: SOW AU:   0 WORK STATION HOST
NAME:SD010E7C6B16011
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:         POST TYPE:SNPN FUNC AUTH DEP:0000010000 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:   #:
MULT CHK FLAG: Y  MAKER:  WFB CUST:      REVERSED:  CSH BX SQNC NUM: 060254
TOTAL CHECKS.:   12000.00      GD TMSTP:
CASH-IN :      0.00   CASH-OUT :      0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0002      RT TELLER OVRD:      ORFS AUTH TRAN CODE:
 SERIAL:    6445 AMT:    12000.00    RTN: 500000694 ACCT: 3415404015
 CHECK TYPE:     ITEM RESPONSE CODE:   TELLER OVRIDE RESN:  REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:    0 SVT ITEM TYPE: CHECK_OTC      INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y   AUTH # FOR SUPERCHECK:   0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:   HOLD PLACED: N

ACCT#.: 2415433958      BANK:   DATE: 02/26/20 STRT: 12:11:08 END: 12:12:55
AMOUNT:   115000.00 SERIAL:      TXN: 200   STAT: 10 BDF MODE:   PROMPT OVRD:Assisted
AU/BR.:   3513 TELLER: U703520   OVR: 2  APPROVER ID: u121492   LC OVRD:
CUST#:146863270142410 SESSION ID:00351327057120537   SCANNED: SOW AU:   0 WORK STATION HOST
NAME:SD010E7C6B16011
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:         POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:   #:
MULT CHK FLAG: Y  MAKER:  WFB CUST:      REVERSED:  CSH BX SQNC NUM: 270045
TOTAL CHECKS.:   115000.00      GD TMSTP:

CASH-IN :      0.00   CASH-OUT :      0.00   ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0002    RT TELLER OVRD:      ORFS AUTH TRAN CODE:
 SERIAL:    1270 AMT:    115000.00    RTN: 500000694  ACCT: 3415404015
 CHECK TYPE:     ITEM RESPONSE CODE:    TELLER OVRIDE RESN:  REMOVAL: 0
 T METHOD:Y  DUP RSLT:N  DUP ISN:      0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y    AUTH # FOR SUPERCHECK:    0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:    HOLD PLACED: N

ACCT#.: 2415433958      BANK:   DATE: 02/28/20 STRT: 11:06:09 END: 11:09:23
AMOUNT:   12000.00 SERIAL:      TXN: 200   STAT:   BDF MODE:   PROMPT OVRD:Assisted

AU/BR.:   3513 TELLER: U703520   OVR: 2  APPROVER ID: u608240   LC OVRD:
CUST#:146863270142410 SESSION ID:00351327059110315   SCANNED: SOW AU:    0 WORK STATION HOST
NAME:SD010E7C6B79FBC
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:            POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:  #:
MULT CHK FLAG: Y  MAKER:   WFB CUST:     REVERSED:  CSH BX SQNC NUM: 270054
TOTAL CHECKS.:   12000.00     GD TMSTP:
CASH-IN :      0.00   CASH-OUT :      0.00   ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0002    RT TELLER OVRD:      ORFS AUTH TRAN CODE:
 SERIAL:    6214 AMT:    12000.00    RTN: 500000694  ACCT: 3415404015
 CHECK TYPE:     ITEM RESPONSE CODE:    TELLER OVRIDE RESN:  REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:      0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y    AUTH # FOR SUPERCHECK:    0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:    HOLD PLACED: N

ACCT#.: 3415404015      BANK:   DATE: 03/04/20 STRT: 12:05:27 END: 12:07:12

AMOUNT:   15000.00  SERIAL:        TXN: 100   STAT: 10  BDF MODE:   PROMPT OVRD:
AU/BR.:   933 TELLER: U674626   OVR: 1  APPROVER ID: u520895   LC OVRD:
CUST#:146863270142410 SESSION ID:00093325064120247   SCANNED: SOW AU:     0 WORK STATION HOST
NAME:SD010E7C6B1838D
NIGHT DROP:  POST SRC:010064  ADJ ACCT:            POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F   #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE: 1   #:D1667825 CA 0823
MULT CHK FLAG: N  MAKER:   WFB CUST: Y    REVERSED:  CSH BX SQNC NUM: 250005
TOTAL CHECKS.:    15000.00     GD TMSTP:
CASH-IN :      0.00   CASH-OUT :   15000.00  ON/OFFLINE:ONLINE
OVER CASH LMT: Y  OVER DEP LMT: N  WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N


ITEM #: 0001     RT TELLER OVRD:       ORFS AUTH TRAN CODE:
SERIAL:     6756 AMT:    15000.00    RTN: 500000694  ACCT: 3415404015
CHECK TYPE:      ITEM RESPONSE CODE:   TELLER OVRIDE RESN:  REMOVAL: 0
T METHOD:Y  DUP RSLT:N  DUP ISN:      0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:
PAYEE NAME:
RECOMMENDED: Y    AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
HOLD DECISION:    HOLD PLACED: N


ACCT#.: 2415433958       BANK:   DATE: 03/18/20 STRT: 16:25:27 END: 16:27:03
AMOUNT:    65000.00  SERIAL:        TXN: 200   STAT: 10  BDF MODE:   PROMPT OVRD:Assisted
AU/BR.:  3513 TELLER: U722615   OVR: 2  APPROVER ID: u121492   LC OVRD:
CUST#:146863270142410 SESSION ID:00351326078162021   SCANNED: SOW AU:     0 WORK STATION HOST
NAME:SD010E7C6B15F30
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:            POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F   #:4259072036374014 MEHRABIAN/ VA SEC-ID TYPE:   #:
MULT CHK FLAG: Y  MAKER:   WFB CUST:      REVERSED:  CSH BX SQNC NUM: 260113
TOTAL CHECKS.:    65000.00     GD TMSTP:
CASH-IN :      0.00   CASH-OUT :     0.00  ON/OFFLINE:ONLINE

WW/Wells Fargo 000033

OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0002     RT TELLER OVRD:     ORFS AUTH TRAN CODE:
 SERIAL:    5140 AMT:    65000.00    RTN: 500000694  ACCT: 3415404015
 CHECK TYPE:     ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:     0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y    AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:    HOLD PLACED: N

ACCT#.: 2415433958      BANK:    DATE: 03/27/20 STRT: 12:43:01 END: 12:43:40
AMOUNT:    3000.00 SERIAL:      TXN: 200   STAT:   BDF MODE:   PROMPT OVRD:Assisted
AU/BR.:   3513 TELLER: U703520    OVR: 2  APPROVER ID: u608240    LC OVRD:
CUST#:146863270142410 SESSION ID:00351327087123326   SCANNED: SOW AU:    0 WORK STATION HOST
NAME:SD010E7C6B16011
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:           POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH
LCASH:0000000000
PRIM-ID TYPE: F  #:4259072036374014 MEHRABIAN/ VA SEC-ID TYPE: 0  #:
MULT CHK FLAG: Y  MAKER:   WFB CUST:      REVERSED:  CSH BX SQNC NUM: 270044


TOTAL CHECKS.:    3000.00      GD TMSTP:
CASH-IN :      0.00   CASH-OUT :      0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0002     RT TELLER OVRD:     ORFS AUTH TRAN CODE:
 SERIAL:    5001 AMT:    3000.00    RTN: 500000694   ACCT: 3415404015
 CHECK TYPE:     ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:     0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y    AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:    HOLD PLACED: N

```
ACCT#.: 2610699965          BANK:     DATE: 01/02/20 STRT: 09:47:22 END: 09:48:02
AMOUNT:     10000.00 SERIAL:          TXN:  200      STAT: 10 BDF MODE:  PROMPT OVRD:None
AU/BR.:    629 TELLER: U538008    OVR:     APPROVER ID:        LC OVRD:
CUST#:11825541637512  SESSION ID:00062924002094007    SCANNED:  SOW AU:    0 WORK STATION HOST NAME:SD010E7C6AF9BA9
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F   #:4342562330174143 PALMER/ STAFO SEC-ID TYPE:      #:
MULT CHK FLAG: Y  MAKER:     WFB CUST:      REVERSED:  CSH BX SQNC NUM: 240013
TOTAL CHECKS.:    10000.00        GD TMSTP:
CASH-IN  :     0.00     CASH-OUT :       0.00  ON/OFFLINE:ONLINE
ITEM #: 0002        RT TELLER OVRD:      ORFS AUTH TRAN CODE:
  SERIAL:     2989 AMT:     10000.00      RTN: 500000694  ACCT: 3663196255
  CHECK TYPE:        ITEM RESPONSE CODE:      TELLER OVRIDE RESN:   REMOVAL: 0
  T METHOD:N  DUP RSLT:N  DUP ISN:        0 SVT ITEM TYPE: CHECK_OTC          INITIATOR:
  PAYEE NAME:
  RECOMMENDED: Y   AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
  HOLD DECISION:    HOLD PLACED: N
```

---

```
ACCT#.: 3663196255          BANK:     DATE: 01/16/20 STRT: 15:06:13 END: 15:09:18
AMOUNT:      5000.00 SERIAL:          TXN:  100      STAT:    BDF MODE:  PROMPT OVRD:
AU/BR.:    629 TELLER: U734920    OVR: 1 APPROVER ID: u497321    LC OVRD:
CUST#:11825541637512  SESSION ID:00062928016150553    SCANNED:  SOW AU:    0 WORK STATION HOST NAME:SD010E7C6AF9B95
NIGHT DROP:  POST SRC:010064  ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F   #:4259072040525908 PALMER/ STAFO SEC-ID TYPE: 1  #:Y6786086 CA 0423
MULT CHK FLAG: N  MAKER:     WFB CUST: Y     REVERSED:  CSH BX SQNC NUM: 280085
TOTAL CHECKS.:     5000.00        GD TMSTP:
CASH-IN  :     0.00     CASH-OUT :      5000.00  ON/OFFLINE:ONLINE
OVER CASH LMT: Y  OVER DEP LMT: N WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
ITEM #: 0001        RT TELLER OVRD:      ORFS AUTH TRAN CODE:
  SERIAL:     7742 AMT:      5000.00      RTN: 500000694  ACCT: 3663196255
  CHECK TYPE:        ITEM RESPONSE CODE:      TELLER OVRIDE RESN:   REMOVAL: 0
  T METHOD:Y  DUP RSLT:N  DUP ISN:        0 SVT ITEM TYPE: CHECK_OTC          INITIATOR:
  PAYEE NAME:
  RECOMMENDED: Y   AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
  HOLD DECISION:    HOLD PLACED: N
```

---

```
ACCT#.: 3663196255          BANK:     DATE: 01/22/20 STRT: 17:17:51 END: 17:19:45
```

**Exhibit "T," Page   23**

WW/Wells Fargo 000239

```
AMOUNT:   16715.00  SERIAL:            TXN:  733    STAT:    BDF MODE:    PROMPT OVRD:
AU/BR#:    629 TELLER: U597685   OVR:   APPROVER ID:        LC OVRD:
CUST#:           SESSION ID:              SCANNED: SOW AU:     0 WORK STATION HOST NAME:SD010E7C6AF9B95
NIGHT DROP:  POST SRC:       ADJ ACCT:                POST TYPE:    FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE:    #:                   SEC-ID TYPE:    #:
MULT CHK FLAG: N  MAKER:    WFB CUST:      REVERSED: 1 CSH BX SQNC NUM: 259999
TOTAL CHECKS.:        0.00      GD TMSTP:
CASH-IN  :        0.00    CASH-OUT :        0.00  ON/OFFLINE:


ACCT#.: 3663196255        BANK:    DATE: 01/22/20 STRT: 17:12:53 END: 17:20:01
AMOUNT:   17700.00  SERIAL:            TXN:  100    STAT: 10  BDF MODE:    PROMPT OVRD:
AU/BR#:    629 TELLER: U597685   OVR: 1 APPROVER ID: u497321   LC OVRD:
CUST#:11825541637512  SESSION ID:00062925022171227    SCANNED: SOW AU:     0 WORK STATION HOST NAME:SD010E7C6AF9B95
NIGHT DROP:  POST SRC:010064  ADJ ACCT:                POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4259072040525908 PALMER/ STAFO SEC-ID TYPE: 1  :Y6786086 CA 0423
MULT CHK FLAG: N  MAKER:    WFB CUST: Y    REVERSED: 1 CSH BX SQNC NUM: 250122
TOTAL CHECKS.:    17700.00      GD TMSTP:
CASH-IN  :        0.00    CASH-OUT :    17700.00  ON/OFFLINE:ONLINE
OVER CASH LMT: Y  OVER DEP LMT: N WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
ITEM #: 0001        RT TELLER OVRD:        ORFS AUTH TRAN CODE:
 SERIAL:     7560 AMT:        985.00    RTN: 500000694  ACCT: 8254995601
 CHECK TYPE:        ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:        0 SVT ITEM TYPE: CHECK_OTC          INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y     AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:    HOLD PLACED: N
ITEM #: 0002        RT TELLER OVRD:        ORFS AUTH TRAN CODE:
 SERIAL:     7561 AMT:      16715.00    RTN: 500000694  ACCT: 3663196255
 CHECK TYPE:        ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:Y  DUP RSLT:N  DUP ISN:        0 SVT ITEM TYPE: CHECK_OTC          INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y     AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:    HOLD PLACED: N


ACCT#.: 3663196255        BANK:    DATE: 01/22/20 STRT: 17:12:53 END: 17:22:15
AMOUNT:   17700.00  SERIAL:            TXN:  100    STAT: 10  BDF MODE:    PROMPT OVRD:
AU/BR#:    629 TELLER: U597685   OVR: 1 APPROVER ID: u497321   LC OVRD:
CUST#:11825541637512  SESSION ID:00062925022171227    SCANNED: SOW AU:     0 WORK STATION HOST NAME:SD010E7C6AF9B95
NIGHT DROP:  POST SRC:010064  ADJ ACCT:                POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4259072040525908 PALMER/ STAFO SEC-ID TYPE: 1  :Y6786086 CA 0423
MULT CHK FLAG: N  MAKER:    WFB CUST: Y    REVERSED: 2 CSH BX SQNC NUM: 250123
TOTAL CHECKS.:    17700.00      GD TMSTP:
CASH-IN  :        0.00    CASH-OUT :    17700.00  ON/OFFLINE:
OVER CASH LMT: Y  OVER DEP LMT: N WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
ITEM #: 0001        RT TELLER OVRD:        ORFS AUTH TRAN CODE:
 SERIAL:     7560 AMT:        985.00    RTN: 500000694  ACCT: 8254995601
```

2

**Exhibit "T," Page   24**

WW/Wells Fargo 000240

```
CHECK TYPE:          ITEM RESPONSE CODE:      TELLER OVRIDE RESN:    REMOVAL: 0
T METHOD:N  DUP RSLT:N  DUP ISN:        0 SVT ITEM TYPE: CHECK_OTC          INITIATOR:
PAYEE NAME:
RECOMMENDED: Y   AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
HOLD DECISION:       HOLD PLACED: N
ITEM #: 0002        RT TELLER OVRD:        ORFS AUTH TRAN CODE:
SERIAL:      7561 AMT:       16715.00    RTN: 500000694  ACCT: 3663196255
CHECK TYPE:          ITEM RESPONSE CODE:      TELLER OVRIDE RESN:    REMOVAL: 0

T METHOD:Y  DUP RSLT:N  DUP ISN:        0 SVT ITEM TYPE: CHECK_OTC          INITIATOR:
PAYEE NAME:
RECOMMENDED: Y   AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
HOLD DECISION:       HOLD PLACED: N

ACCT#.: 3663196255          BANK:    DATE: 01/22/20 STRT: 17:17:51 END: 17:22:16
AMOUNT:    16715.00 SERIAL:         TXN: 733    STAT:     BDF MODE:    PROMPT OVRD:
AU/BR:      629 TELLER: U597685    OVR:     APPROVER ID:       LC OVRD:
CUST#:           SESSION ID:             SCANNED: SOW AU:     0 WORK STATION HOST NAME:SD010E7C6AF9B95
NIGHT DROP:  POST SRC:     ADJ ACCT:           POST TYPE:    FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE:   #:             SEC-ID TYPE:    #:
MULT CHK FLAG: N MAKER:    WFB CUST:      REVERSED: 2 CSH BX SQNC NUM: 259999
TOTAL CHECKS.:        0.00      GD TMSTP:
CASH-IN  :      0.00    CASH-OUT :      0.00  ON/OFFLINE:
```

---

```
ACCT#.: 3663196255          BANK:    DATE: 02/01/20 STRT: 13:08:54 END: 13:10:44
AMOUNT:     0.00 SERIAL:         TXN: 200    STAT: 01 BDF MODE:    PROMPT OVRD:
AU/BR:      629 TELLER: U675694    OVR:     APPROVER ID:       LC OVRD:
CUST#:11825541637512 SESSION ID:00062921032130344    SCANNED: SOW AU:     0 WORK STATION HOST NAME:SD010E7C6B16945
NIGHT DROP:N POST SRC:010064 ADJ ACCT:           POST TYPE:SNPN FUNC AUTH DEP:0000005000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4342562330174143 PALMER/ STAFO SEC-ID TYPE: 1  #:Y6786086 CA 0423
MULT CHK FLAG: N MAKER:    WFB CUST:      REVERSED: 3 CSH BX SQNC NUM: 210098
TOTAL CHECKS.:        0.00      GD TMSTP:
CASH-IN  :      0.00    CASH-OUT :      0.00  ON/OFFLINE:ONLINE


    ITEM #: 0001    TELLER MSG: LESS CASH NOT ALLOWED THIS ACCOUNT
    ITEM #: 0001    TELLER MSG: Do Not Give Less Cash
ITEM #: 0003        RT TELLER OVRD:        ORFS AUTH TRAN CODE:
SERIAL:      7884 AMT:       12000.00    RTN: 500000694  ACCT: 3663196255
CHECK TYPE:          ITEM RESPONSE CODE:      TELLER OVRIDE RESN:    REMOVAL: 2
T METHOD:N  DUP RSLT:N  DUP ISN:        0 SVT ITEM TYPE: CHECK_OTC          INITIATOR:
PAYEE NAME
RECOMMENDED: Y   AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
HOLD DECISION:       HOLD PLACED: N
```

3

**Exhibit "T," Page   25**

WW/Wells Fargo 000241

```
ACCT#.: 3663196255          BANK:    DATE: 02/01/20 STRT: 13:11:48 END: 13:12:32
AMOUNT:     9000.00 SERIAL:          TXN: 100    STAT: 10 BDF MODE:    PROMPT OVRD:
AU/BR.:     629 TELLER: U675694    OVR: 1  APPROVER ID: u497321    LC OVRD:
CUST#:11825541637512  SESSION ID:00062921032130344    SCANNED: SOW AU:    0 WORK STATION HOST NAME:SD010E7C6B16945
NIGHT DROP:   POST SRC:010064  ADJ ACCT:                POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4342562330174143 PALMER/ STAFO SEC-ID TYPE: 1  #:Y6786086 CA 0423
MULT CHK FLAG: N  MAKER:    WFB CUST: Y    REVERSED:   CSH BX SQNC NUM: 210099
TOTAL CHECKS.:    9000.00          GD TMSTP:
CASH-IN  :        0.00     CASH-OUT :     9000.00    ON/OFFLINE:ONLINE
OVER CASH LMT: Y  OVER DEP LMT: N WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0001    RT TELLER OVRD:        ORFS AUTH TRAN CODE:
 SERIAL:      1606 AMT:     9000.00    RTN: 500000694  ACCT: 3663196255
 CHECK TYPE:     ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:Y  DUP RSLT:N  DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC          INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y  AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:   HOLD PLACED: N
```

---

```
ACCT#.: 8254995601          BANK:    DATE: 02/01/20 STRT: 13:14:39 END: 13:14:59
AMOUNT:     3000.00 SERIAL:          TXN: 100    STAT: 10 BDF MODE:    PROMPT OVRD:
AU/BR.:     629 TELLER: U675694    OVR:    APPROVER ID:       LC OVRD:
CUST#:11825541637512  SESSION ID:00062921032130344    SCANNED: SOW AU:    0 WORK STATION HOST NAME:SD010E7C6B16945
NIGHT DROP:   POST SRC:010064  ADJ ACCT:                POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4342562330174143 PALMER/ STAFO SEC-ID TYPE: 1  #:Y6786086 CA 0423
MULT CHK FLAG: N  MAKER:    WFB CUST: Y    REVERSED:   CSH BX SQNC NUM: 210101
TOTAL CHECKS.:    3000.00          GD TMSTP:
CASH-IN  :        0.00     CASH-OUT :     3000.00    ON/OFFLINE:ONLINE
 ITEM #: 0001    RT TELLER OVRD:        ORFS AUTH TRAN CODE:
 SERIAL:      1607 AMT:     3000.00    RTN: 500000694  ACCT: 3663196255
 CHECK TYPE:     ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC          INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y  AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:   HOLD PLACED: N
```

---

```
ACCT#.: 8254995601          BANK:    DATE: 02/10/20 STRT: 17:10:39 END: 17:12:52
AMOUNT:     4000.00 SERIAL:          TXN: 400    STAT: 10 BDF MODE:    PROMPT OVRD:
AU/BR.:     72851 TELLER: U753742    OVR: 1  APPROVER ID: u405528    LC OVRD:
CUST#:11825541637512  SESSION ID:07285108041170000    SCANNED: SOW AU:    0 WORK STATION HOST NAME:SD010E7C6B25FCD
NIGHT DROP:   POST SRC:010064  ADJ ACCT:                POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4342562330174143 PALMER/ STAFO SEC-ID TYPE: 1  #:Y6786086 CA 0423
MULT CHK FLAG: N  MAKER:    WFB CUST: Y    REVERSED:   CSH BX SQNC NUM: 080187
```

4

**Exhibit "T," Page   26**

WW/Wells Fargo 000242

```
TOTAL CHECKS.:     4000.00      GD TMSTP:
CASH-IN  :       0.00    CASH-OUT :       0.00   ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: N WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0001     RT TELLER OVRD:        ORFS AUTH TRAN CODE:
  SERIAL:    2721 AMT:     4000.00     RTN: 500000694  ACCT: 3663196255
  CHECK TYPE:       ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
  T METHOD:N  DUP RSLT:N  DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC          INITIATOR:
  PAYEE NAME:
  RECOMMENDED: Y  AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
  HOLD DECISION:     HOLD PLACED: N
```

---

```
 ACCT#.: 2610699965       BANK:    DATE: 02/15/20 STRT: 14:58:42 END: 14:59:53
 AMOUNT:    15000.00 SERIAL:        TXN: 200    STAT: 10 BDF MODE:    PROMPT OVRD:Assisted
 AU/BR.:     629 TELLER: U721470    OVR: 2  APPROVER ID: u095738   LC OVRD:
 CUST#:11825541637512  SESSION ID:00062922046145548    SCANNED:  SOW AU:     0 WORK STATION HOST NAME:SD010E7C6AF9B95
 NIGHT DROP:N  POST SRC:010064  ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000005000 FUNC AUTH LCASH:0000000000
 PRIM-ID TYPE: F  #:4259072040525908 PALMER/ STAFO SEC-ID TYPE:     #:
 MULT CHK FLAG: Y  MAKER:    WFB CUST:     REVERSED:  CSH BX SQNC NUM: 220114
 TOTAL CHECKS.:    15000.00      GD TMSTP:
 CASH-IN  :       0.00    CASH-OUT :       0.00   ON/OFFLINE:ONLINE
 OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N

  ITEM #: 0002     RT TELLER OVRD:        ORFS AUTH TRAN CODE:
   SERIAL:    1889 AMT:    15000.00     RTN: 500000694  ACCT: 3663196255
   CHECK TYPE:       ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
   T METHOD:N  DUP RSLT:N  DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC          INITIATOR:
   PAYEE NAME:
   RECOMMENDED: Y  AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
   HOLD DECISION:     HOLD PLACED: N
```

---

```
 ACCT#.: 3663196255       BANK:    DATE: 02/25/20 STRT: 17:14:24 END: 17:14:40
 AMOUNT:    24000.00 SERIAL:        TXN: 733    STAT: 01 BDF MODE:    PROMPT OVRD:
 AU/BR.:    1423 TELLER: U652597    OVR: 1  APPROVER ID: u652597   LC OVRD:
 CUST#:        SESSION ID:              SCANNED:  SOW AU:     0 WORK STATION HOST NAME:SD010E7C6B15FDA
 NIGHT DROP:  POST SRC:     ADJ ACCT:              POST TYPE:    FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
 PRIM-ID TYPE:  #:                SEC-ID TYPE:     #:
 MULT CHK FLAG: N  MAKER:    WFB CUST:     REVERSED: 3 CSH BX SQNC NUM: 049999
 TOTAL CHECKS.:       0.00      GD TMSTP:
 CASH-IN  :       0.00    CASH-OUT :       0.00   ON/OFFLINE:
 OVER CASH LMT: N  OVER DEP LMT: N WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
```

---

**Exhibit "T," Page   27**

WW/Wells Fargo 000243

```
ACCT#.: 3663196255          BANK:      DATE: 02/25/20 STRT: 17:13:32 END: 17:14:42
AMOUNT:   24000.00 SERIAL:              TXN: 100     STAT:      BDF MODE:      PROMPT OVRD:
AU/BR.:    1423 TELLER: U652597    OVR:      APPROVER ID:          LC OVRD:
CUST#:11825541637512  SESSION ID:00142304056170928    SCANNED: SOW AU:      0 WORK STATION HOST NAME:SD010E7C6B15FDA
NIGHT DROP:   POST SRC:010064  ADJ ACCT:                POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4342562330174143 PALMER/ STAFO SEC-ID TYPE: 1  #:Y6786086 CA 0423
MULT CHK FLAG: N  MAKER:      WFB CUST: Y    REVERSED:   CSH BX SQNC NUM: 040081
TOTAL CHECKS.:   24000.00      GD TMSTP:
CASH-IN  :        0.00   CASH-OUT :     24000.00   ON/OFFLINE:ONLINE

 ITEM #: 0001         RT TELLER OVRD:         ORFS AUTH TRAN CODE:
 SERIAL:      4814 AMT:      24000.00   RTN: 500000694  ACCT: 3663196255
 CHECK TYPE:       ITEM RESPONSE CODE:     TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:Y  DUP RSLT:N  DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC          INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y   AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:    HOLD PLACED: N
```

---

```
ACCT#.: 2610699965          BANK:      DATE: 03/02/20 STRT: 14:51:07 END: 14:51:41
AMOUNT:    8000.00 SERIAL:              TXN: 200     STAT:      BDF MODE:      PROMPT OVRD:None
AU/BR.:     629 TELLER: U113894    OVR:      APPROVER ID:          LC OVRD:
CUST#:11825541637512  SESSION ID:00062971062144620    SCANNED: SOW AU:      0 WORK STATION HOST NAME:SD010E7C6B16C11
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:                POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4342562330174143 PALMER/ STAFO SEC-ID TYPE: 1  #:Y6786086 CA 0423
MULT CHK FLAG: Y  MAKER:      WFB CUST:    REVERSED:   CSH BX SQNC NUM: 710027
TOTAL CHECKS.:    8000.00      GD TMSTP:
CASH-IN  :        0.00   CASH-OUT :        0.00   ON/OFFLINE:ONLINE
 ITEM #: 0002         RT TELLER OVRD:         ORFS AUTH TRAN CODE:
 SERIAL:      7928 AMT:       8000.00   RTN: 500000694  ACCT: 3663196255
 CHECK TYPE:       ITEM RESPONSE CODE:     TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC          INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y   AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:    HOLD PLACED: N
```

---

```
ACCT#.: 3663196255          BANK:      DATE: 03/07/20 STRT: 17:00:22 END: 17:02:49
```

**Exhibit "T," Page   28**

WW/Wells Fargo 000244

```
AMOUNT:     5000.00  SERIAL:              TXN: 100    STAT: 10  BDF MODE:      PROMPT OVRD:
AU/BR.:   1482 TELLER: U683428   OVR:      APPROVER ID:          LC OVRD:
CUST#:11825541637512  SESSION ID:00148207067165805    SCANNED:  SOW AU:      0 WORK STATION HOST NAME:SD010E7C6B15894
NIGHT DROP:   POST SRC:010064 ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F   #:4259072040525908 PALMER/ STAFO SEC-ID TYPE: 1  #:Y6786086 CA 0423
MULT CHK FLAG: N  MAKER:     WFB CUST: Y   REVERSED:   CSH BX SQNC NUM: 070093
TOTAL CHECKS.:    5000.00        GD TMSTP:
CASH-IN  :        0.00    CASH-OUT :     5000.00  ON/OFFLINE:ONLINE


  ITEM #: 0001        RT TELLER OVRD:        ORFS AUTH TRAN CODE:
  SERIAL:    7643 AMT:        5000.00        RTN: 500000694  ACCT: 3663196255
  CHECK TYPE:        ITEM RESPONSE CODE:     TELLER OVRIDE RESN:   REMOVAL: 0
  T METHOD:Y  DUP RSLT:N  DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC         INITIATOR:
  PAYEE NAME:
  RECOMMENDED: Y  AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
  HOLD DECISION:    HOLD PLACED: N
```

---

```
ACCT#.: 3663196255        BANK:    DATE: 03/16/20 STRT: 17:22:32 END: 17:23:13
AMOUNT:     4000.00  SERIAL:              TXN: 100    STAT: 10  BDF MODE:      PROMPT OVRD:
AU/BR.:    629 TELLER: U664476   OVR:      APPROVER ID:          LC OVRD:
CUST#:11825541637512  SESSION ID:00062920076172113    SCANNED:  SOW AU:      0 WORK STATION HOST NAME:SD010E7C6AF9B95
NIGHT DROP:   POST SRC:010064 ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F   #:4259072992863117 PALMER/ STAFO SEC-ID TYPE: 1  #:Y6786086 CA 0423
MULT CHK FLAG: N  MAKER:     WFB CUST: Y   REVERSED:   CSH BX SQNC NUM: 200332
TOTAL CHECKS.:    4000.00        GD TMSTP:
CASH-IN  :        0.00    CASH-OUT :     4000.00  ON/OFFLINE:ONLINE
  ITEM #: 0001        RT TELLER OVRD:        ORFS AUTH TRAN CODE:
  SERIAL:    6393 AMT:        4000.00        RTN: 500000694  ACCT: 3663196255
  CHECK TYPE:        ITEM RESPONSE CODE:     TELLER OVRIDE RESN:   REMOVAL: 0
  T METHOD:N  DUP RSLT:N  DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC         INITIATOR:
  PAYEE NAME:
  RECOMMENDED: Y  AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
  HOLD DECISION:    HOLD PLACED: N
```

---

```
ACCT#.: 2610699965        BANK:    DATE: 03/18/20 STRT: 16:49:09 END: 16:49:54
AMOUNT:     3245.00  SERIAL:              TXN: 200    STAT: 10  BDF MODE:      PROMPT OVRD:None
AU/BR.:  65859 TELLER: U431159   OVR:      APPROVER ID:          LC OVRD:
CUST#:11825541637512  SESSION ID:06585923078164420    SCANNED:  SOW AU:      0 WORK STATION HOST NAME:SD010E7C6B16954
NIGHT DROP:N  POST SRC:010064 ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F   #:4259072992863117 PALMER/ STAFO SEC-ID TYPE: 0  #:
```

**Exhibit "T," Page   29**

WW/Wells Fargo 000245

```
MULT CHK FLAG: Y MAKER:    WFB CUST:      REVERSED:   CSH BX SQNC NUM: 230055
TOTAL CHECKS.:     3245.00      GD TMSTP:
CASH-IN  :      0.00   CASH-OUT :      0.00  ON/OFFLINE:ONLINE
 ITEM #: 0002      RT TELLER OVRD:      ORFS AUTH TRAN CODE:
 SERIAL:     6041 AMT:      3245.00      RTN: 500000694  ACCT: 3663196255
 CHECK TYPE:      ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:N DUP RSLT:N DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC          INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y   AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:    HOLD PLACED: N
```

---

```
ACCT#.: 2610699965        BANK:    DATE: 03/27/20 STRT: 13:46:40 END: 13:47:49
AMOUNT:    12000.00  SERIAL:           TXN:  200   STAT: 10  BDF MODE:   PROMPT OVRD:None
AU/BR.:     629 TELLER: U645925    OVR:     APPROVER ID:      LC OVRD:
CUST#:11825541637512  SESSION ID:00062903087134137    SCANNED:  SOW AU:     0 WORK STATION HOST NAME:SD010E7C6AF9B95
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:          POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4259072040525908 PALMER/ STAFO SEC-ID TYPE: 1  #:Y6786086 CA 0423
MULT CHK FLAG: Y MAKER:    WFB CUST:      REVERSED:   CSH BX SQNC NUM: 030023
TOTAL CHECKS.:    12000.00      GD TMSTP:
CASH-IN  :      0.00   CASH-OUT :      0.00  ON/OFFLINE:ONLINE
 ITEM #: 0002      RT TELLER OVRD:      ORFS AUTH TRAN CODE:
 SERIAL:     7277 AMT:     12000.00      RTN: 500000694  ACCT: 3663196255
 CHECK TYPE:      ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:N DUP RSLT:N DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC          INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y   AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:    HOLD PLACED: N
```

**Exhibit "T," Page   30**

WW/Wells Fargo 000246

```
ACCT#.: 5511727140        BANK:     DATE: 01/07/20 STRT: 11:26:06 END: 11:26:43
AMOUNT:    5000.00 SERIAL:          TXN: 200    STAT: 10 BDF MODE:    PROMPT OVRD:None
AU/BR.:   3513 TELLER: U523632     OVR:       APPROVER ID:       LC OVRD:
CUST#:146863270142410 SESSION ID:00351311007112315    SCANNED: SOW AU:   0 WORK STATION HOST NAME:SD010E7C6B16020
NIGHT DROP:N POST SRC:010064 ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:    #:
MULT CHK FLAG: Y  MAKER:    WFB CUST:       REVERSED:   CSH BX SQNC NUM: 110017
TOTAL CHECKS.:    5000.00        GD TMSTP:
CASH-IN :      0.00    CASH-OUT :      0.00  ON/OFFLINE:ONLINE

 ITEM #: 0002       RT TELLER OVRD:      ORFS AUTH TRAN CODE:
 SERIAL:    4965 AMT:      5000.00    RTN: 500000694  ACCT: 5511727157
 CHECK TYPE:       ITEM RESPONSE CODE:     TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:      0 SVT ITEM TYPE: CHECK_OTC      INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y   AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:     HOLD PLACED: N


ACCT#.: 5511727140        BANK:     DATE: 01/22/20 STRT: 11:19:05 END: 11:20:15
AMOUNT:   54000.00 SERIAL:          TXN: 200    STAT:    BDF MODE:    PROMPT OVRD:Assisted
AU/BR.:   3513 TELLER: U519265     OVR: 2 APPROVER ID: u116530   LC OVRD:
CUST#:146863270142410 SESSION ID:00351321022111018    SCANNED: SOW AU:   0 WORK STATION HOST NAME:SD010E7C6B160F5
NIGHT DROP:N POST SRC:010064 ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000015000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:    #:
MULT CHK FLAG: Y  MAKER:    WFB CUST:       REVERSED:   CSH BX SQNC NUM: 210031
TOTAL CHECKS.:   54000.00        GD TMSTP:
CASH-IN :      0.00    CASH-OUT :      0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0002       RT TELLER OVRD:      ORFS AUTH TRAN CODE:
 SERIAL:    7333 AMT:     54000.00    RTN: 500000694  ACCT: 5511727157
 CHECK TYPE:       ITEM RESPONSE CODE:     TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:      0 SVT ITEM TYPE: CHECK_OTC      INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y   AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:     HOLD PLACED: N


ACCT#.: 5511727140        BANK:     DATE: 01/29/20 STRT: 15:30:47 END: 15:31:52
AMOUNT:   13000.00 SERIAL:          TXN: 200    STAT: 10 BDF MODE:    PROMPT OVRD:Assisted
AU/BR.:   3513 TELLER: U700314     OVR: 2 APPROVER ID: cu018508   LC OVRD:
CUST#:146863270142410 SESSION ID:00351322029152532    SCANNED: SOW AU:   0 WORK STATION HOST NAME:SD010E7C6B16020
NIGHT DROP:N POST SRC:010064 ADJ ACCT:              POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE: 1 #:D1667825 CA 0823
MULT CHK FLAG: Y  MAKER:    WFB CUST:       REVERSED:   CSH BX SQNC NUM: 220033
TOTAL CHECKS.:   13000.00        GD TMSTP:
CASH-IN :      0.00    CASH-OUT :      0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
```

1

**Exhibit "T," Page 31**
WW/Wells Fargo 000301

```
ITEM #: 0002        RT TELLER OVRD:        ORFS AUTH TRAN CODE:
SERIAL:      6135 AMT:        13000.00    RTN: 500000694  ACCT: 5511727157
CHECK TYPE:        ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
T METHOD:N  DUP RSLT:N  DUP ISN:        0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:
PAYEE NAME:
RECOMMENDED: Y      AUTH # FOR SUPERCHECK:        0 COUNTER WITHDRAWAL SLIP: Y
HOLD DECISION:      HOLD PLACED: N
```

```
ACCT#.: 5511727140        BANK:    DATE: 02/04/20 STRT: 15:20:02 END: 15:21:05
AMOUNT:      11000.00  SERIAL:        TXN: 200    STAT:    BDF MODE:    PROMPT OVRD:Assisted
AU/BR.:   3513 TELLER: U633597    OVR: 2  APPROVER ID: u116530    LC OVRD:
CUST#:146863270142410 SESSION ID:00351306035151614    SCANNED:  SOW AU:    0 WORK STATION HOST NAME:SD010E7C6B16011
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:            POST TYPE:SNPN FUNC AUTH DEP:0000010000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:    #:
MULT CHK FLAG: Y  MAKER:    WFB CUST:        REVERSED:  CSH BX SQNC NUM: 060110
TOTAL CHECKS.:    11000.00      GD TMSTP:
CASH-IN :      0.00    CASH-OUT :        0.00    ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0002        RT TELLER OVRD:        ORFS AUTH TRAN CODE:
 SERIAL:      1224 AMT:        11000.00    RTN: 500000694  ACCT: 5511727157
 CHECK TYPE:        ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:        0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y      AUTH # FOR SUPERCHECK:        0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:      HOLD PLACED: N
```

```
ACCT#.: 5511727140        BANK:    DATE: 02/07/20 STRT: 15:56:42 END: 15:57:17
AMOUNT:      5000.00  SERIAL:        TXN: 200    STAT: 10  BDF MODE:    PROMPT OVRD:None
AU/BR.:   3513 TELLER: U519265    OVR:  APPROVER ID:        LC OVRD:
CUST#:146863270142410 SESSION ID:00351321038155223    SCANNED:  SOW AU:    0 WORK STATION HOST NAME:SD010E7C6B160F5
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:            POST TYPE:SNPN FUNC AUTH DEP:0000000000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:    #:
MULT CHK FLAG: Y  MAKER:    WFB CUST:        REVERSED:  CSH BX SQNC NUM: 210117
TOTAL CHECKS.:    5000.00      GD TMSTP:
CASH-IN :      0.00    CASH-OUT :        0.00    ON/OFFLINE:ONLINE
 ITEM #: 0002        RT TELLER OVRD:        ORFS AUTH TRAN CODE:
 SERIAL:      2316 AMT:        5000.00    RTN: 500000694  ACCT: 5511727157
 CHECK TYPE:        ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:        0 SVT ITEM TYPE: CHECK_OTC        INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y      AUTH # FOR SUPERCHECK:        0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:      HOLD PLACED: N
```

```
ACCT#.: 5511727140        BANK:    DATE: 02/15/20 STRT: 11:53:09 END: 11:53:58
AMOUNT:      5000.00  SERIAL:        TXN: 200    STAT:    BDF MODE:    PROMPT OVRD:Assisted
```

**Exhibit "T," Page   32**

WW/Wells Fargo 000302

```
AU/BR.:    3513 TELLER: U722615    OVR: 2 APPROVER ID: cu018508   LC OVRD:
CUST#:146863270142410 SESSION ID:00351326046114553    SCANNED: SOW AU:     0 WORK STATION HOST NAME:SD010E7C6B15F30
NIGHT DROP:N POST SRC:010064 ADJ ACCT:                    POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE: 1  #:D1667825 CA 0823
MULT CHK FLAG: Y MAKER:    WFB CUST:       REVERSED:   CSH BX SQNC NUM: 260051
TOTAL CHECKS.:     5000.00       GD TMSTP:
CASH-IN  :        0.00    CASH-OUT :       0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
 ITEM #: 0002       RT TELLER OVRD:       ORFS AUTH TRAN CODE:
 SERIAL:      2436 AMT:      5000.00    RTN: 500000694  ACCT: 5511727157
 CHECK TYPE:       ITEM RESPONSE CODE:    TELLER OVRIDE RESN: REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC         INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y    AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y
 HOLD DECISION:     HOLD PLACED: N
```

---

```
ACCT#.: 5511727140        BANK:    DATE: 02/18/20 STRT: 16:10:34 END: 16:11:17
AMOUNT:   12000.00 SERIAL:         TXN: 200   STAT:     BDF MODE:    PROMPT OVRD:Assisted
AU/BR.:    3513 TELLER: U633597    OVR: 2 APPROVER ID: u608240   LC OVRD:
CUST#:146863270142410 SESSION ID:00351306049160657    SCANNED: SOW AU:     0 WORK STATION HOST NAME:SD010E7C6B16011
NIGHT DROP:N POST SRC:010064 ADJ ACCT:                    POST TYPE:SNPN FUNC AUTH DEP:0000010000 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:    #:
MULT CHK FLAG: Y MAKER:    WFB CUST:       REVERSED:   CSH BX SQNC NUM: 060255
TOTAL CHECKS.:    12000.00       GD TMSTP:
CASH-IN  :        0.00    CASH-OUT :       0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N

 ITEM #: 0002       RT TELLER OVRD:       ORFS AUTH TRAN CODE:
 SERIAL:      6444 AMT:     12000.00    RTN: 500000694  ACCT: 5511727157
 CHECK TYPE:       ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
 T METHOD:N  DUP RSLT:N  DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC         INITIATOR:
 PAYEE NAME:
 RECOMMENDED: Y    AUTH # FOR SUPERCHECK:      0 COUNTER WITHDRAWAL SLIP: Y

 HOLD DECISION:     HOLD PLACED: N
```

---

```
ACCT#.: 5511727140        BANK:    DATE: 02/26/20 STRT: 12:09:00 END: 12:11:01
AMOUNT:   72000.00 SERIAL:         TXN: 200   STAT:     BDF MODE:    PROMPT OVRD:Assisted
AU/BR.:    3513 TELLER: U703520    OVR: 2 APPROVER ID: u121492   LC OVRD:
CUST#:146863270142410 SESSION ID:00351327057120537    SCANNED: SOW AU:     0 WORK STATION HOST NAME:SD010E7C6B16011
NIGHT DROP:N POST SRC:010064 ADJ ACCT:                    POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:    #:
MULT CHK FLAG: Y MAKER:    WFB CUST:       REVERSED:   CSH BX SQNC NUM: 270044
TOTAL CHECKS.:    72000.00       GD TMSTP:
```

**Exhibit "T," Page  33**
WW/Wells Fargo 000303

```
CASH-IN  :       0.00   CASH-OUT :       0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
  ITEM #: 0002       RT TELLER OVRD:        ORFS AUTH TRAN CODE:
  SERIAL:    1269 AMT:     72000.00    RTN: 500000694  ACCT: 5511727157
  CHECK TYPE:      ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
  T METHOD:Y  DUP RSLT:N  DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC         INITIATOR:
  PAYEE NAME:
  RECOMMENDED: Y    AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
  HOLD DECISION:     HOLD PLACED: N
```
---
```
ACCT#.: 5511727140        BANK:    DATE: 02/28/20 STRT: 11:09:27 END: 11:09:57
AMOUNT:    7000.00 SERIAL:          TXN: 200   STAT:    BDF MODE:  PROMPT OVRD:Assisted
AU/BR.:   3513 TELLER: U703520    OVR: 2 APPROVER ID: u608240   LC OVRD:
CUST#:146863270142410 SESSION ID:00351327059110315   SCANNED: SOW AU:    0 WORK STATION HOST NAME:SD010E7C6B79FBC
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:         POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4259072038684055 MEHRABIAN/ VA SEC-ID TYPE:   #:
MULT CHK FLAG: Y MAKER:   WFB CUST:      REVERSED:  CSH BX SQNC NUM: 270055
TOTAL CHECKS.:    7000.00    GD TMSTP:
CASH-IN  :       0.00   CASH-OUT :       0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
  ITEM #: 0002       RT TELLER OVRD:        ORFS AUTH TRAN CODE:
  SERIAL:    6213 AMT:      7000.00    RTN: 500000694  ACCT: 5511727157
  CHECK TYPE:      ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
  T METHOD:N  DUP RSLT:N  DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC         INITIATOR:
  PAYEE NAME:
  RECOMMENDED: Y    AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
  HOLD DECISION:     HOLD PLACED: N
```
---
```
ACCT#.: 5511727140        BANK:    DATE: 03/18/20 STRT: 16:29:07 END: 16:30:36
AMOUNT:   33000.00 SERIAL:          TXN: 200   STAT: 10 BDF MODE:  PROMPT OVRD:Assisted
AU/BR.:   3513 TELLER: U722615    OVR: 2 APPROVER ID: u608240   LC OVRD:
CUST#:146863270142410 SESSION ID:00351326078162021   SCANNED: SOW AU:    0 WORK STATION HOST NAME:SD010E7C6B15F30
NIGHT DROP:N  POST SRC:010064  ADJ ACCT:         POST TYPE:SNPN FUNC AUTH DEP:0000002500 FUNC AUTH LCASH:0000000000
PRIM-ID TYPE: F  #:4259072036374014 MEHRABIAN/ VA SEC-ID TYPE:   #:
MULT CHK FLAG: Y MAKER:   WFB CUST:      REVERSED:  CSH BX SQNC NUM: 260114
TOTAL CHECKS.:   33000.00    GD TMSTP:
CASH-IN  :       0.00   CASH-OUT :       0.00  ON/OFFLINE:ONLINE
OVER CASH LMT: N  OVER DEP LMT: Y WARN OVRD: N OVRD LC REC: N OVRD HOLD REC: N
  ITEM #: 0002       RT TELLER OVRD:        ORFS AUTH TRAN CODE:
  SERIAL:    5141 AMT:     33000.00    RTN: 500000694  ACCT: 5511727157
  CHECK TYPE:      ITEM RESPONSE CODE:    TELLER OVRIDE RESN:   REMOVAL: 0
  T METHOD:N  DUP RSLT:N  DUP ISN:       0 SVT ITEM TYPE: CHECK_OTC         INITIATOR:
  PAYEE NAME:
  RECOMMENDED: Y    AUTH # FOR SUPERCHECK:     0 COUNTER WITHDRAWAL SLIP: Y
```

4

**Exhibit "T," Page  34**
WW/Wells Fargo 000304